# United States Bankruptcy Court
## Middle District of Florida

In re  **Bonita N. Donovan**  
                      Debtor(s)

Case No. 08-2133  
Chapter 11

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **Bonita N. Donovan**, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Bonita N. Donovan_  
Bonita N. Donovan  
Signature of Debtor  
or other claimant

### Verified Document(s):

**Full Descriptive Title**  
Voluntary Petition w/Exhibit D  
Declaration for Schedules  
Declaration for SOFA  
Declaration for SSN  
Means Test  
Notice of Available Chapters  
Creditor Matrix/20 largest

**Date Executed**  
4-10-08