UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:   BONITA DONOVAN

Case No.: 3:08-bk- 2133

Debtor.
_____/

APPLICATION TO EMPLOY ATTORNEY

TO: The Honorable JERRY A. FUNK, Bankruptcy Judge

Upon this Application, the above captioned Debtor respectfully represents:

1. On April 18, 2008, the applicant filed its petition for reorganization under Chapter 11 of the Bankruptcy Code.

2. Applicant wishes to employ Bryan K. Mickler as an attorney duly qualified to practice in this Court.

3. Applicant has selected this attorney for the reason that he has had experience in matters of this character, and applicant believes him to be well-qualified to represent it in this proceeding.

4. The professional services which this attorney is to render includes general representation of the applicant in this proceeding and the performance of all legal services for the applicant which may be necessary herein.

5. Applicant wishes to employ this attorney because of the extensive legal services which applicant anticipates will be required.

6. To the best of the applicant's knowledge, this attorney has no interest adverse to the applicant or the estate in any of the matters upon which the attorney is to be engaged and the employment of Bryan K. Mickler would be in the best interest of this estate.

WHEREFORE, applicant prays that it be authorized to employ Bryan K. Mickler as the attorney for the debtor in this case and that said attorney be awarded compensation as is fit and proper upon further application to this Court from the property of this estate and as a part of any plan eventually to be submitted for confirmation.

*/s/ Bonita C. Donovan*
BONITA DONOVAN