**[31802]** [Notice of Filing Deficiency]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 North Hogan Street Suite 3–350
Jacksonville, Florida 32202
(904)301–6490

April 21, 2008

GAIL BAKER
DEPUTY–IN–CHARGE

Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, FL 32211

In re: Bonita Nix Donovan                         Case No. 3:08–bk–02133–JAF
                                                  Chapter 11


On, April 18, 2008 the debtor(s) filed a voluntary petition under a Chapter 11 of the Bankruptcy Code. The document(s) filed by you are deficient for the reason noted and must be cured within 15 (fifteen) days or the lesser time specifically noted in the deficiency.   Failure to file these documents may result in the case being referred for a judicial determination and may subject the case to an automatic dismissal in accordance with 11 U.S.C. Section 521.

Affidavit for Application to Employ Attorney missing

These may not be the only deficiencies in your case. Additionally, if you have not already done so, the documents required by 11 U.S.C. Section 521(a) (1) are to be filed within 15 days of the filing of the petition. Also, 11 U.S.C. Section 521 requires the filing of additional documents within certain time frames following the filing of a petition.


Lee Ann Bennett, Clerk of Court

300 North Hogan Street Suite 3–350
Jacksonville, FL 32202


Copies furnished to:
Trustee
United States Trustee