UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                 Case No. 3:08−bk−02133−JAF
                                                          Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan

       Debtor(s)      /

## ORDER OF RETENTION OF DEBTOR−IN−POSSESSION

It is ORDERED that the debtor shall continue in possession of this estate as debtor−in−possession under the applicable provisions of Chapter 11 of the Bankruptcy Code, no trustee having been appointed or qualified.

Dated April 21, 2008 .

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Debtor's Attorney
United States Trustee