UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

BONITA NIX DONOVAN,                               Case No. 6:08-bk-2133-JAF
                                                  Chapter 11

      Debtor.
_____/

## NOTICE OF APPEARANCE

      Comes now, Elena L. Escamilla, and gives notice of her appearance on behalf of Donald F. Walton, United States Trustee for Region 21 for purposes of CM/ECF.

      Dated:   April 21, 2008

                                  DONALD F. WALTON
                                  UNITED STATES TRUSTEE
                                  Region 21

                                  /s/ Elena L. Escamilla
                                  Elena L. Escamilla, Trial Attorney
                                  Office of the United States Trustee
                                  U.S. Department of Justice
                                  Florida Bar No.: 898414
                                  135 W. Central Blvd., Suite 620
                                  Orlando, FL 32801
                                  Telephone No.: (407) 648-6301, Ext. 127
                                  Facsimile No.: (407) 648-6323
                                  E-Mail: Elena.L.Escamilla@usdoj.gov