UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: BONITA DONOVAN

CASE NO.: 3:08-bk-2133

Debtor in Possession

## AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF FLORIDA

COUNTY OF DUVAL

BEFORE ME, the undersigned authority, personally appeared BRYAN K. MICKLER, who being duly sworn, deposes and says:

1. I BRYAN K. MICKLER am an attorney-at-law duly licensed to practice in the State and admitted to practice before the United States Bankruptcy Court for the Middle District of Florida and the United States District Court for the Middle District of Florida.

2. The undersigned attorney maintains his office at 5452 Arlington Expressway, Jacksonville, Florida 32211.

3. To the best of my knowledge, I do not represent any interest adverse to the Debtor or the above-captioned Estate.

4. To the best of my knowledge, I am a disinterested person.

BRYAN K. MICKLER

Sworn to and subscribed before me this 4th day of April, 2008

Notary Public, State of Florida
My Commission Expires:


Barbara J Tripp
My Commission DD336150
Expires July 10, 2008