[31600] [Order Authorizing Individual Debtors to Manage Financial Affairs]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:08−bk−02133−JAF
                                                                          Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan



_____Debtor(s)_____/


ORDER AUTHORIZING INDIVIDUAL DEBTORS TO MANAGE FINANCIAL AFFAIRS


   Pursuant to Section 1107 of the Fed. R Bank. P. and Local Rule 2081−1 of the Middle District of Florida the debtor−in−possession is entitled to manage their financial affairs during the pendency of the case. It appears to be appropriate, in order to safeguard the estate, to impose certain specific terms and conditions. It is

   ORDERED:

   1. The debtor shall continue in possession and control of their property and, as debtor−in− possession, is authorized to manage their financial affairs and property, and shall have the powers of a trustee as provided by Section 1107 of the Bankruptcy Code.

   2. The debtor−in−possession is authorized, subject to the control of the Court, to manage their financial affairs and property.

   3. Subject to the provisions of Section 363 and Section 365 of the Bankruptcy Code and the notice requirements of the Fed. R Bank. P. 2002, the debtor−in−possession may use, sell or lease property of the estate.

   4. The debtor−in−possession is authorized to pay all necessary and current expenses, including taxes incurred as a result of financial operations or imposed on his property, to the extent that such payments are necessary to preserve the assets, however, unless ordered by the Court or authorized herein, such payments may only be made for post−petition obligations.

   5. The debtor−in−possession, consistent with Section 345 of the Bankruptcy Code, is authorized to open and maintain bank accounts for the deposit, investments, and disbursement of monies of the estate.

   6. The debtor−in−possession is directed to segregate all monies collected for taxes, to deposit these monies in a separate bank account, and to pay them over to the proper authorities when due.

   7. The debtor−in−possession shall close his present books of account and shall open and maintain new books of accounts as of the date of the petition, showing all earnings, receipts and disbursements of the debtor subsequent to such date, and shall preserve proper voucher for all payments.

   8. The debtor−in−possession may institute, defend, intervene, and subject to the notice provisions of the Fed. R. Bank. P. 2002, compromise any action or legal proceeding on behalf of or against the estate.

9. The debtor–in–possession shall file with the court by the twentieth day of the month succeeding the reporting period:

    a. a monthly cash flow statement reflecting all income and all expenses paid during the month of the report;

    b. a monthly bank accounts reconciliation report showing for each account, the account number, opening balance at the beginning of the month, amount disbursed, amount deposited and the closing balance.

    c. a monthly cash register consisting of a list of all checks by number, date written, name of payee, consideration and amount.

    d. a personal property inventory and disposition report; and

    e. a statement of perjury signed by the debtor.

10. These conditions and the limitations imposed on the debtor–in–possession by the Bankruptcy Code Section 704(7) and the Fed. R. Bank. P. 2015(3) shall remain in full force and effect unless vacated or modified by the Court, the plan is confirmed, the case is dismissed or converted, and the Court retains jurisdiction to alter, modify, amend, revoke, enforce and impose sanctions with respect to each provision of this Order.

Dated April 21, 2008 .

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: randog                  Page 1 of 1           Date Rcvd: Apr 21, 2008
Case: 08-02133                  Form ID: 31600                Total Served: 29

The following entities were served by first class mail on Apr 23, 2008.
db              Bonita Nix Donovan,    800 Fla. Blvd.,    Neptune Beach, FL 32266
14463446       +Accelerated Receivable,    3219 Atlantic Blvd,    Jacksonville, FL 32207-8901
14463447       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14463450       +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
14463449       +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
14463448       +Bank Of America,    475 Crosspoint Pkwy,    Getzville, NY 14068-1609
14463451       +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
14463452       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14468767       +City of Jacksonville,    General Counsel,    117 West Duval Street, Suite 480,
                 Jacksonville, FL 32202-3734
14463453       +Countrywide Home Loans,    450 American St,    Simi Valley, CA 93065-6285
14463454       +Daniel and Robin Wahby,    Gerald and Barbara Fletcher,    c/o C. Randolph Coleman, Esq,
                 9250 Baymeadows Rd. #450,    Jacksonville, FL 32256-1896
14463455       +Fac/Nab,    480 James Robertson Pkwy,    Nashville, TN 37219-1212
14468755        Florida Dept. of Revenue,    Bankruptcy Unit,    P.O. Box 6668,    Tallahassee, FL 32314-6668
14463456       +Hfc,   Po Box 1547,    Chesapeake, VA 23327-1547
14463457       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14463458      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Internal Revenue Service,    400 W. Bay St.,   2nd Floor,
                 Jacksonville, FL 32202)
14468759      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Internal Revenue Service,    PO Box 21126,   Philadelphia, PA  19114)
14463459       +Premier Properties Realty,    378 AlA Beach Blvd.,    Saint Augustine, FL 32080-5944
14468757       +Secretary of the Treasury,    15th & Pennsylvania Ave., NW,    Washington, DC 20220-0001
14463460       +Sentry Management HOA,    2980 Hartley Road West,    #4,   Jacksonville, FL 32257-8202
14463461        Sentry Management HOA,    22180 W SR 434,    #5000,   Longwood, FL 32779
14463462       +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
14463463       +South Beach Townhomes,    173 20th Ave.,    Jacksonville Beach, FL 32250-6128
14468770       +Tax Collector, Duval County,    231 E. Forsyth Street, #130,    Jacksonville, FL 32202-3380
14463464       +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
14468756       +U.S. Securities & Exchange Commission,    Reorganization Branch, Atlanta,
                 3475 Lenox Rd., NE, Ste. 1000,    Atlanta, GA 30326-3235
14468758       +United States Attorney,    300 North Hogan St Suite 700,    Jacksonville, FL 32202-4204
14463465       +Usaa Federal Savings B,    Po Box 47504,    San Antonio, TX 78265-7504
14463466       +Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265-7504

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2008**          **Signature:** *Joseph Speetjens*