UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:08−bk−02133−JAF
Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan

_____Debtor(s)_____/

ORDER OF RETENTION OF DEBTOR−IN−POSSESSION

It is ORDERED that the debtor shall continue in possession of this estate as debtor−in−possession under the applicable provisions of Chapter 11 of the Bankruptcy Code, no trustee having been appointed or qualified.

Dated April 21, 2008 .

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Debtor's Attorney
United States Trustee

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: randog              Page 1 of 1              Date Rcvd: Apr 21, 2008
Case: 08-02133               Form ID: 31602            Total Served: 1
```

The following entities were served by first class mail on Apr 23, 2008.
db          Bonita Nix Donovan,   800 Fla. Blvd.,   Neptune Beach, FL   32266

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2008**                    Signature:    *Joseph Speetjens*