UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: BONITA N. DONOVAN

CASE NO.: 3:08-bk-2133

Debtor in Possession
_____/

### ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

Upon the application of the debtor-in-possession seeking authority to employ counsel, and upon the representations therein, the debtor-in-possession is authorized to employ, under general retainer, BRYAN K. MICKLER, as attorney for the debtor and debtor-in-possession. Compensation shall be determined later consistent with Section 330 of the Bankruptcy Code.

ORDERED this 24 day of April, 2008 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Bryan K. Mickler, Esquire
5452 Arlington Expressway
Jacksonville, FL 32211

Bonita N. Donovan
800 Florida Ave.
Neptune Bch, FL 32266

Assistant U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801