[3700] [Order Scheduling Hearing on Disclosure Statement w/bar date]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:08-bk-02133-JAF
                                                                          Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan

_____Debtor(s)_____/

## ORDER FOR HEARING ON DISCLOSURE STATEMENT AND FIXING TIME FOR FILING FEE APPLICATIONS

A proposed disclosure statement having been filed by debtor(s) pursuant to 11 U.S.C. § 1125 and Federal Rule of Bankruptcy Procedure 3016(c), and this statement being available for inspection at the office of the Clerk of this Court, it is **ORDERED** as follows:

1. A hearing will be held on June 26, 2008 at 9:30 a.m. , in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville, Florida, to consider and rule on the disclosure statement and any objections or modifications and to consider any other matter that may properly come before the Court.

2. The hearing may be adjourned from time to time by announcement made in open Court without further notice.

3. The attorney for the debtor(s) is hereby directed to serve forthwith copies of the disclosure statement and plan upon the Trustee (if any), attorney for the creditor's committee (if any), each member of the creditor's committee, Internal Revenue Service, Centralized Insolvency Operations, PO Box 44016, Philadelphia, PA 19114-0326, Branch of Reorganization, Atlanta Regional Office, United States Securities & Exchange Commission, 3475 Lenox Road, N.E. Suite #1000, Atlanta, GA 30326-1323, United States Trustee Office, Middle District of Florida, Room 620, 135 West Central Blvd., Orlando, Florida 32801 and all attorneys who have appeared in the case, and shall file a certificate showing compliance with this paragraph.

4. The attorney for the debtor is further directed to send, without charge, copies of the disclosure statement and plan to any party in interest who so requests. The attorney for the debtor(s) is:Bryan K. Mickler , whose address is 5452 Arlington Expressway, Jacksonville, FL 32211 .

5. Any objection to the proposed disclosure statement shall be filed and served seven (7) days before the date set forth in paragraph 1 on the debtor(s), debtors' attorney and all persons enumerated in paragraphs 3 and 4.

6. Applications of attorneys, accountants, auctioneers, appraisers, and other professionals for compensation from the estate of the debtor pursuant to 11 U.S.C. § 330 and 331 must be filed with the Court thirty (30) days prior to the confirmation hearing unless ordered otherwise by the Court and shall be served in the same manner as objections to the disclosure statement pursuant to Federal Rule of Bankruptcy Procedure 9034. At any hearing to consider an application for compensation, the Court may consider any supplement which has been properly noticed pursuant to Federal Rule of Bankruptcy Procedure 2002(c)(2). Copies of any application for compensation by professional persons must also be furnished to the United States Trustee.

7. Creditors holding claims listed on the debtor's schedule of debts and not listed as disputed, unliquidated, or contingent may, but need not, file a proof of claim. Creditors whose claims are not listed or whose claims are listed as disputed, unliquidated, or contingent as to amount must file a claim on or before July 23, 2008 by which date is fixed as the last date to participate or share in any distribution from the estate. Claims should be filed on a form officially prescribed for a proof of claim and mailed to: Clerk, United States Bankruptcy Court, Suite 3-350, 300 North Hogan Street, Jacksonville, Florida 32202. Any creditor who wishes to rely on the list has the responsibility for determining that he is accurately listed.

Appropriate Attire. You are reminded that Local Rule 7052-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated April 24, 2008 .

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties