# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BONITA NIX DONOVAN | § | CASE NO. 08-02133-JAF |
| | § | CHAPTER 11 |
| AKA BONNIE N. DONOVAN | § | |
| | § | JUDGE JERRY A. FUNK |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Bank of America N.A**
**475 Crosspoint Parkway / P.O. Box 9000**
**Getzville, New York 14068**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 5645-N-2894
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Bank of America N.A

# CERTIFICATE OF SERVICE

       I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before April 29, 2008:

**Debtors' Attorney**
Albert H. Mickler
Attorney At Law
5452 Arlington Expressway
Jacksonville, FL 32211

**Chapter 11 Trustee**


**U.S. Trustee**
Lynn England
4921 Memorial Highway, Suite 340
Tampa, Florida 33634


                                                                                         /s/ Joe M. Lozano, Jr.
                                                                                        Joe M. Lozano, Jr.


5645-N-2894
noaelect