DONOVAFL0130

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

```
IN RE: BONITA DONOVAN            :  CHAPTER: 11
                                 :
    AKA:BONNIE NIX DONOVAN       :
                                 :  BANKRUPTCY NO: 3:08-02133-JAF
```

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Centurion Bank**
**c/o Becket and Lee LLP**
**POB 3001**
**Malvern PA 19355-0701**

By:    /s/Gilbert B. Weisman
       _____
       Gilbert B Weisman Esquire PA59872
       Attorney/Agent for creditor
       POB 3001
       MALVERN PA 19355-0701
       PHONE:   (610) 644-7800
       FAX  :   (610) 993-8493
       EMAIL:   notices@becket-lee.com

       DATE: May 13, 2008

PET: 04/18/2008

TRI