# UNITED STATES BANKRTUPCY COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re<br><br>BONITA NIX DONOVAN,<br><br><br><br>Debtor. | In Chapter 11 Proceeding<br><br>Case No. 3-08-bk-02133-JAF |

## REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP. FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

**PLEASE TAKE NOTICE** that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Money Bank**,** a creditor in the above-captioned chapter 11 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of Title 11 of the United States Code, 11 U.S.C. § § 101, et seq. (as amended, the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Recovery Management Systems Corporation
> 25 S.E. Second Avenue
> Ingraham Building, Suite 1120
> Miami, Florida 33131-1605
> Telephone:  (305) 379-7674
> Facsimile:  (305) 374-8113
> E-Mail:  claims@recoverycorp.com

Dated:  This 12th day of June, 2008

Miami, Florida

By:  /s/Ramesh Singh
Ramesh Singh
Recovery Management Systems Corp.
25 S.E. Second Avenue
Ingraham Building, Suite 1120
Miami, Florida 33131-1605