[31610] [Order Abating Motion for Relief From Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:08–bk–02133–JAF
Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan

_____Debtor(s)_____/

ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Daniel J. Wahby, Robin M. Wahby, Gerald P. Fletcher and Barbara J. Fletcher on June 13, 2008 , the Court finds:

1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated June 16, 2008 .

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
Creditor