UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:08-bk-2133-JAF

IN RE:

BONITA NIX DONOVAN

      Debtor.

_____

**AMENDED CERTIFICATE OF SERVICE FOR
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

     I HEREBY CERTIFY that a true and correct copy of the Motion for Relief from the Automatic Stay filed on behalf of Movant DANIEL J. WAHBY, ROBIN M. WAHBY, GERALD P. FLETCHER and BARBARA J. FLETCHER and shown on the certificate of service as having been furnished to Bonita Nix Donovan, 800 Fla Boulevard, Neptune Beach, Florida 32266; Albert H. Mickler, Esquire and Bryan K. Mickler, Esquire, Attorneys for Debtor, 5452 Arlington Expressway, Jacksonville, Florida 32211; United States Trustee, 135 W. Central Boulevard #620, Orlando, Florida 32806; and all other parties on the attached mailing matrix by U.S. mail/electronic mail on the _13th_ day of June, 2008 was furnished to the parties as set forth in the certificate of service, and that the mailing matrix referred to therein included the twenty (20) largest unsecured claims pursuant to Fed. R. Bankr. P. 1007(d) and designated as Local Rule 1007(d) parties in interest list as downloaded through CM/ECF.

MARK S. KESSLER, P.A.

By:   /s/ Mark S. Kessler     
     MARK S. KESSLER, ESQUIRE
     Florida Bar #258326
     331 E. Union Street
     Jacksonville, Florida 32202
     Tel: (904) 350-0060
     Fax: (904) 350-9906
     Attorney for Movant