

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

**PRO MEMO**

Thursday
June 26, 2008

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

| CASE NUMBER: 08-02133-3F1 | FILING DATE: 04/18/2008 (BAPCPA) | HEARING TIME: 09:30 A.M. |

DEBTOR: BONITA NIX DONOVAN

Debtor Atty: ALBERT H. MICKLER  *Bryan Mickler*

HEARING:

DISCLOSURE STATEMENT (7)

*Approved*

APPEARANCES:

US TRUSTEE:  *[signature]*