### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

IN RE:                    Bonita Nix Donovan }          CASE NUMBER:
                                            }
                                            }
                          JERRY A. FUNK }              JUDGE
                                            }
          DEBTOR.             3:08-bk-02133 }          CHAPTER 11

═══════════════════════════════════════════════

#### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
#### FOR THE PERIOD

FROM _____May 01, 2008_____ TO _____May 31, 2008_____

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United

States Trustee and FRBP 2015.

Dated:    6/28/2008

                                            Bryan Mickler
                                            Attorney for Debtor

Debtor's Address                            Attorney's Address
and Phone Number:                           and Phone Number:
          Bonnie Donovan                              Bryan Mickler
          800 Florida Blvd                            5452 Arlington Exp
          Neptune Beach, FL 32266                     Jacksonville, FL 32211
                                            Bar No.
Tel.      904-246-2010                      Tel.      904-725-0822      FBN 091790

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/index.htm.
1)        Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)        Initial Filing Requirements
3)        Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month May | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $6,731.57 | $4,593.23 |
| **CASH- Beginning of Month (Business)** | $2,134.21 | $2,134.21 |
| | | |
| **Total Household Receipts** | $8,079.38 | $12,119.07 |
| **Total Business Receipts** | $5,813.00 | $5,813.00 |
| **Total Receipts** | $13,892.38 | $17,932.07 |
| | | |
| **Total Household Disbursements** | $6,229.32 | $8,130.67 |
| **Total Business Disbursements** | $3,944.54 | $3,944.54 |
| **Total Disbursements** | $10,173.86 | $12,075.21 |
| | | |
| **NET CASH FLOW** (Total Receipts minus Total Disbursements) | $3,718.52 | $5,856.86 |
| | | |
| **CASH- End of Month (Individual)** | $6,315.25 | $2,275.56 |
| **CASH- End of Month (Business)** | $12,082.05 | $16,121.74 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | $10,173.86 | $12,075.21 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $10,173.86 | $12,075.21 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___28___ day of ___June___ 20_08_.    _Bonita Nix Donovan_

Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>May | Cumulative<br>Total |
|---|---|---|
| **CASH - Beginning of Month** | **$6,731.57** | **$4,593.23** |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | $0.00 |
| Wages from Other Sources (attach list to this report) | | $0.00 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | $8,079.38 | $12,119.07 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | | $0.00 |
| | | |
| **TOTAL RECEIPTS** | **$8,079.38** | **$12,119.07** |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $0.00 |
| Gifts | | $0.00 |
| Household Expenses/Food/Clothing | $766.69 | $1,117.10 |
| Household Repairs & Maintenance | $2,194.58 | $2,194.58 |
| Insurance | | $0.00 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | | $0.00 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule)        *Payroll Taxes* | | $0.00 |
| Travel & Entertainment | | $0.00 |
| Tuition/Education | | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $514.91 | $950.99 |
| Vehicle Expenses | $565.29 | $772.41 |
| Vehicle Secured Payment(s) | $468.22 | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | $675.00 | $675.00 |
| Other (attach schedule)        *See Explanation Page* | $1,044.63 | $1,484.15 |
| | | |
| **Total Household Disbursements** | **$6,229.32** | **$8,130.67** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | **$8,581.63** | **$8,581.63** |

Monthly Operating Report - Individual

## *Other HouseHold Explanation Schedule*

**Case Name:**     **Online Insurance Services, INC.**
**Case Number:**    **3:08-BK-02133-JAF**
**Date of Petition:** **April 21, 2008**

Other Category Total:              $1,044.63

| Description | Amount |
|---|---|
| Reimbursable Volunteer Expenses | $150.98 |
| Association Dues | $285.00 |
| Overnight Postage Expense | $16.50 |
| FIA Card Services | $450.00 |
| Check Order | $19.25 |
| Time Share | $122.21 |
| Miscellaneous Adjustment | $0.69 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month May | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | $2,134.21 | $2,134.21 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income | $5,000.00 | $5,000.00 |
| Sale of Business Assets (attach list to this report) | | $0.00 |
| Other (specify)          *Personal Payroll* | $813.00 | $813.00 |
| | | $0.00 |
| **Total Business Receipts** | **$5,813.00** | **$5,813.00** |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll          *Withheld from Personal* | $110.37 | $110.37 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) | | $0.00 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | $5.17 | $5.17 |
| Insurance | $2,529.00 | $2,529.00 |
| Vehicle Expenses | | $0.00 |
| Travel & Entertainment | | $0.00 |
| Repairs and Maintenance | | $0.00 |
| Supplies | | $0.00 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $0.00 |
| Advertising | | $0.00 |
| Bank Charges | | $0.00 |
| Other (attach schedule) | $1,300.00 | $1,300.00 |
| *Personal Household Expenses* | *$1,000.00* | |
| *Accounting* | *$300.00* | |
| | | |
| | | |
| **Total Business Disbursements** | **$3,944.54** | **$3,944.54** |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | $4,002.67 | $4,002.67 |

Monthly Operating Report - Individual

## RENT ROLL

| Case Name: | Bonita Donovan | Case Number: | 3:08-BK-02133-JAF |
| Date of Petition: | **April 18, 2008** | | |

| Tenant | | Amount Billed | Amount Collected | Date Paid |
|--------|--|---------------|------------------|-----------|
| 135 20th Ave S | | $    2,000.00 | $    2,000.00 | May '08 |
| 150 Pantano Cay St. | Deposit/June Pmt | $       500.00 | $    2,000.00 | May '08 |
| 222 14th Ave N | | $    1,000.00 | $    1,000.00 | May '08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | $    3,500.00 | $    5,000.00 (a) | |

(a) This total included on MOR-3 Other Receipts

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00  Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00  Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27  6 months | $0.00 |
| Flood -- Allstate | 05/02/08 - 05/02/09 | $229.00  Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00  Annual | $0.00 |
| Flood -- Countrywide | | $349.00  Annual | $0.00 |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| NONE |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

## *Questionnaire Explanations*

Case Name:        Online Insurance Services, INC.              Month:    May '08
Case Number:      3:08-BK-02133-JAF
Date of Petition:  April 21, 2008

**Disbursements from non DIP accounts:**
The DIP account was not opened until May.  Disbursements were made from the
prepetition account while waiting for the re-direction of the alimony income to the DIP.
The direct deposit to the new account is scheduled for June.

**Payments to pre-petition liabilities:**
Pre-Petition Payments:  USAA Auto Loan and FIA Card Services creditors continued in
May to auto-debit the Compass pre-petition account.  These creditor were advised of
bankruptcy status. The Compass account was not closed until June 6, 2008 in order to
accommodate the time required to re-direct Alimony direct deposit payments.  During this
time and after the closing date, Compass continued to allow the autodebits to continue
although the request was made to both parties to discontinue. In addition, overdraft and
return fees were assessed against the account as a result of the two parties to abide by
the stay of protection ordered by the court.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

**NOTE:**
*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end and versus statement end date.*

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Compass | Suntrust | Suntrust | |
| Account Number: | 858409775 | 10000756983.45 | 1000075701366 | |
| Purpose of Account (Business/Personal) | Personal | Personal | Business | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| 1. Balance per Bank Statement | $4,561.88 | $4,019.75 | $1,920.25 | |
| 2. ADD: Deposits not credited (attach list to this report) | | | $3,468.42 | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | $386.00 | |
| 4. Other Reconciling Items (attach list to this report) | | | $1,000.00 | |
| | $4,561.88 | $4,019.75 | $4,002.67 | |
| **TOTAL OF ALL ACCOUNTS** | | | | $12,584.30 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                    **Supporting Statement**

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|------|------|--------------|---------------|-------|------------------------|--------|
| | | | | *OUTSTANDING CHECKS* | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|------|------|--------------|---------------|-------|------------------------|--------|
| | | | | *OUTSTANDING DEPOSITS* | | |
| Suntrust | 1000075701386 | | 5/27/2008 | June Rent | | $1,500.00 |
| | | | | June Deposit | | $500.00 |
| | | | | Payroll | | $438.42 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $2,438.42 |

**MONTHLY OPERATING REPORT - INDIVIDUAL**                    **ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | COMPASS |
|---|---|
| Account Number | 85840975 |
| Purpose of Account (Personal) | BUSINESS/PERSONAL |
| Type of Account (e.g., Checking) | PRE-PETITION CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 9801 | 5/8/008 | FIA Card Services | Unauthorized Creditor Auto Debit Payment. | $450.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $450.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 94 | 05/06/08 | Leslie Buckholtz | Accounting | $300.00 |
| 96 | 05/13/08 | Beaches Energy | Utility Payment for Rental | 5.17 |
| 1001 | 05/22/08 | Cypress Insurance | Insurance | 1565 |
| 1002 | 05/19/08 | Allstate | Insurance | 229 |
| 1003 | 05/15/08 | Countrywide Insurance | Insurance | 349 |
| 1004 | VOID | VOID | VOID | VOID |
| 1005 | | Allstate | Insurance | 386 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 2834.17 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**               **ATTACHMENT NO. 4**
**INDIVIDUAL**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| Accounts Receivable Beginning Balance | $0.00 | |
| Plus: Billings During the Month | $        3,500.00 | |
| Less: Collections During the Month | $        5,000.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | ($1,500.00) | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| 0 - 30 Days | ($1,500.00) | |
| 31 – 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | ($1,500.00) | $0.00 |

\*  Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | $0.00 | $0.00 |
| **Total Post-Petition Taxes** | $0.00 | $0.00 |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT -
INDIVIDUAL

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| None at report time | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

STANDARD BANK RECONCILIATION

Account No. ___85840975___    Month __May__ Year __2008__    Account Name    **Bonita N. Donovan**

Bank Balance shown on Bank Statement                                                                $   4,561.88

Add (+)
Deposits not shown on Bank Statement                                                               $ _____

Total                                                                                                              $   4,561.88

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
|        | $      |        | $      |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |

Total Subtractions     $ _____
                       $ ___0.00___

Balance                $   4,561.88


Your transaction register balance                                                                    $   4,561.88

Add (+)
Other credits shown on the bank
statement but not in transaction register    $ _____

Add (+)
Interest paid on bank statement               $ _____

Total                                                      $   4,561.88

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
|        | $      |
|        |        |
|        |        |

Total Subtractions     $ _____
                       $ ___0.00___

Balance                $   4,561.88

STANDARD BANK RECONCILIATION

Account No. _____ **100007570136** Month __ **May** __ Year __ **2008**

Account Name _____ **Bonita N. Donovan**

Bank Balance shown on Bank Statement $ ___ 1,920.25

Your transaction register balance $ ___ 4,002.67

Add (+)
Deposits not shown on Bank Statement $ ___ 3,468.42

Add (+)
Other credits shown on the bank
statement but not in transaction register $ _____

Total $ ___ 5,388.67

Add (+)
Interest paid on bank statement $ _____

Total $ ___ 4,002.67

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
|        | $      |
| 1005   | 1000   |
| 386    |        |
| Cash   |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

| Number | Amount |
|--------|--------|
|        | $      |
|        |        |
|        |        |
|        |        |

Total Subtractions $ ___ 1,386.00

Total Subtractions $ ___ 0.00

Balance $ ___ 4,002.67

Balance $ ___ 4,002.67

## STANDARD BANK RECONCILIATION

Account No. __10000775B9845__    Month __May__ Year __2008__    Account Name __Bonita N. Donovan__

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | | $ ___4,019.75___ |
| Add (+) Deposits not shown on Bank Statement | | $ _____ |
| Total | | $ ___4,019.75___ |
| Subtract (-) Checks and other items outstanding but not paid on Bank Statement | | |

| Number | Amount $ | Number | Amount $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions $ _____
Balance $ ___0.00___
$ ___4,019.75___

| | | |
|---|---|---|
| Your transaction register balance | | $ ___4,019.75___ |
| Add (+) Other credits shown on the bank statement but not in transaction register | | $ _____ |
| Total | | $ ___4,019.75___ |
| Add (+) Interest paid on bank statement | | $ _____ |
| Subtract (-) Other debits shown on bank statement but not in transaction register | | |

| Number | Amount $ |
|---|---|
| | |
| | |
| | |

Total Subtractions $ _____
Balance $ ___0.00___
$ ___4,019.75___

Jun 27 2008 8:51AM FCCBDOC                904 246 1248               No.0538   P. 2

Primary Account: 0085840975

Page 1 of 2

Enclosures 0

May 22, 2008 to Jun 20, 2008

**Compass Bank**

43

```
AT1        000008756  0.346  40        40
BONITA N DONOVAN
800 FLORIDA BLVD
NEPTUNE BEACH FL  32266-3610
```
066

*If you have questions about your statement, call Customer Service at 1-904-554-8000 or 1-800-239-4357.*

## Compass Free Checking
## 0085840975

### BONITA N DONOVAN

### Deposit Account Recap

| | | | |
|---|---|---|---|
| Beginning Balance as of May 22, 2008 | | | 1,708.30 |
| 2 Deposits | (Plus) | | 4,161.90 |
| 21 Withdrawals | (Minus) | | 6,472.20 |
| Ending Balance as of June 20, 2008 | | | -602.00 |

### Account Checks by Serial Number

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9802 | Jun 09 | 450.00 | | | | | | |

### Deposits and Other Credits

| Date | Serial # | Amount | Description |
|------|----------|--------|-------------|
| May 28 | | 4,039.69 | CREDIT FOR CLAY EYE PHYSICI PAYROLL CO REF- ########6040X |
| Jun 12 | | 122.21 | CREDIT FOR HTS LOAN SERVICI REVERSAL CO REF- ########7031 |

### Withdrawals and Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| May 27 | 212.41 | DEBIT FOR T-MOBILE PCS SVC CO REF- 3254787 |
| May 28 | 675.00 | DEBIT FOR CHECKCARD 7651046038 05/27/08 PLEIMAN & COMPANY P.A. 904-446-5005 FL |
| May 28 | 63.10 | DEBIT FOR CHECKCARD 7651046038 05/27/08 TUESDAY MORNING # 0047 ORANGE PARK FL |
| May 29 | 69.78 | DEBIT FOR FPL DIRECT DEBIT ELEC PYMT CO-REF- 4285710207 TELV |
| May 29 | 10.69 | DEBIT FOR SPORTSPLEX SPORTSPLEX CO REF- 10000011549 |
| May 30 | 155.13 | DEBIT FOR CHECKCARD 7651046038 05/28/08 ALL PRO AUTO REPAIR ATLANTIC BEACFL |
| Jun 02 | 62.66 | PURCHASE FROM DDA - WINN DIXIE 120 INTLK IN3033 06/02/08 CARD 7651046038 POS -AT WINN DIXIE 1209 AT NEPTUNE BE FL |
| Jun 09 | 566.52 | DEBIT FOR USAA.COM PAYMNT P&C CO REF- 005875996 |
| Jun 09 | 285.00 | DEBIT FOR ASSOC - AUTO PAY ASSNSM1000 CO REF- PV700002205D |

Primary Account: 0085840975

Page 2 of 2

Enclosures 0

May 22, 2008 to Jun 20, 2008

**Compass Bank**

43

BONITA N DONOVAN

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|------|--------|-------------|
| Jun 03 | 122.21 | DEBIT FOR HTS LOAN SERVICI MEMBERSHIP CO REF- 000200127031 |
| Jun 04 | 59.28 | DEBIT FOR CHECKCARD 7651048038 06/02/08 DOLRTREE 1010 00010108 ATLANTIC BCH FL |
| Jun 04 | 41.73 | DEBIT FOR CHECKCARD 7651048038 06/02/08 DOLRTREE 1010 00010108 ATLANTIC BCH FL |
| Jun 05 | 30.59 | DEBIT FOR CHECKCARD 7651048038 06/04/08 T-MOBILE RECURRING PMT 800-937-8997 WA |
| Jun 05 | 26.78 | DEBIT FOR CHECKCARD 7651048038 06/03/08 CHEVRON 00207742 JACKSONVILLE FL |
| Jun 09 | 3,367.11 | DEBIT MEMO |
| Jun 10 | 38.00 | NSF CHARGE FOR PAID CHECK # 0000009802 |
| Jun 12 | 38.00 | NSF CHRG-RETURNED ELECT TRANS OR NO CK# |
| Jun 16 | 122.21 | DEBIT FOR HTS LOAN SERVICI MEMBERSHIP CO REF- 000200127031 |
| Jun 16 | 38.00 | OD CHARGE |
| Jun 17 | 38.00 | NSF CHARGE - PAID ELECT TRANS OR NO CK# |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| May 21 | 1,706.30 | Jun 02 | 4,499.22 | Jun 10 | -488.00 |
| May 27 | 1,495.89 | Jun 03 | 3,525.49 | Jun 12 | -403.79 |
| May 28 | 4,797.46 | Jun 04 | 3,424.48 | Jun 16 | -564.00 |
| May 29 | 4,717.01 | Jun 05 | 3,367.11 | Jun 17 | -502.00 |
| May 30 | 4,561.88 | Jun 09 | -450.00 | | |

## Image Items

#9802    06/09    $450.00    #86326    06/09    $3,367.11



Jun. 24. 2008  3:25PM    FCCBDOC      .      904 246 1248          No. 0525    P.  2

SUNTRUST BANK                                    Page 1 of 2
P O BOX 622227                                  63/B06/0175/0 /38
ORLANDO FL 32862-2227                           1000077569845
                                                06/12/2008



# SUNTRUST

## Account
## Statement

|և|հահ|ակիսկ|կ||հ|աս||||հ|սո|||հ|սա||հ|սո|||հ|սո|կ|||
BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B          Questions? Please call
BONITA A DONOVAN TTEE                             1-800-786-8787
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000077569845 | 05/14/2008 - 06/12/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $4,114.70 |
| Deposits/Credits | $7,722.03 | Average Collected Balance | $3,994.45 |
| Checks | $396.62 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $638.33 | | |
| Ending Balance | $6,687.08 | | |

---

| Deposits/ Credits | Date | Amount | Description |
|---|---|---|---|
| | 05/16 | 4,039.00 | DEPOSIT |
| | 06/02 | 315.92 | DEPOSIT |
| | 06/12 | 3,367.11 | DEPOSIT |

Deposits/Credits: 3          Total Items Deposited: 2

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1002 | 188.89 | 06/05 | 1003 | 112.17 | 06/06 | *1005 | 95.56 | 06/05 |

Checks: 3                *Break in check sequence

---

| Withdrawals/ Debits | Date Paid | Amount | Description |
|---|---|---|---|
| | 05/22 | 19.25 | *ELECTRONIC/ACH DEBIT* |
| | | | HARLAND CLARKE    CHK ORDERS 2342470 |
| | 06/11 | 619.08 | *ELECTRONIC/ACH DEBIT* |
| | | | NORTH FLORIDA LI    EFT      1006    JACKFL |

Withdrawals/Debits: 2

---

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/14 | .00 | .00 | 06/05 | 4,051.22 | 4,051.22 |
| | 05/16 | 4,039.00 | 4,039.00 | 06/06 | 3,939.05 | 3,939.05 |
| | 05/22 | 4,019.75 | 4,019.75 | 06/11 | 3,319.97 | 3,319.97 |
| | 06/02 | 4,335.67 | 4,335.67 | 06/12 | 6,687.08 | 3,320.08 |



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B06/0175/0 /38
1000075701366
06/12/2008



# SunTrust

# Account
# Statement

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000075701366 | 05/14/2008 - 06/12/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $4,063.25 | Average Balance | $4,039.30 |
| Deposits/Credits | $9,508.11 | Average Collected Balance | $3,939.30 |
| Checks | $2,915.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $42.40 | | |
| Ending Balance | $10,613.96 | | |

**Deposits/Credits**

| Date | Amount | Description |
|---|---|---|
| 06/02 | 2,468.42 | DEPOSIT |
| 06/04 | 2,000.00 | DEPOSIT |
| 06/11 | 4,039.69 | ELECTRONIC/ACH CREDIT |
| | | CLAY EYE PHYSICI    PAYROLL    **********1482X |
| 06/12 | 1,000.00 | DEPOSIT |

Deposits/Credits: 4          Total Items Deposited: 5

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1001 | 1,565.00 | 05/22 | 1003 | 349.00 | 05/15 | 1006 | 386.00 | 06/09 |
| 1002 | 229.00 | 05/19 | *1005 | 386.00 | 06/05 | | | |

Checks: 5                    *Break in check sequence

**Withdrawals/Debits**

| Date Paid | Amount | Description |
|---|---|---|
| 06/12 | 42.40 | POINT OF SALE DEBIT                          TR DATE 06/12 |
| | | SOU USPS 1143840233462          JACKSONVILLE FL  00000098 |

Withdrawals/Debits: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/14 | 4,063.25 | 4,063.25 | 06/04 | 6,388.67 | 6,388.67 |
| 05/15 | 3,714.25 | 3,714.25 | 06/05 | 6,002.67 | 6,002.67 |
| 05/19 | 3,485.25 | 3,485.25 | 06/09 | 5,616.67 | 5,616.67 |
| 05/22 | 1,920.25 | 1,920.25 | 06/11 | 9,656.36 | 9,656.36 |
| 06/02 | 4,388.67 | 2,386.67 | 06/12 | 10,613.96 | 9,613.96 |
| 06/03 | 4,388.67 | 4,388.67 | | | |