# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

IN RE:                    Bonita Nix Donovan }        CASE NUMBER:
                                            }
                                            }
                          JERRY A. FUNK }            JUDGE
                                            }
        DEBTOR.            3:08-bk-02133 }          CHAPTER 11

======================================================

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM             April 21, 2008       TO        April 30, 2008

    Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    6/18/2008                                    Bryan Mickler
                                                      Attorney for Debtor

Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:
        Bonnie Donovan                            Bryan Mickler
        800 Florida Blvd                          5452 Arlington Exp
        Neptune Beach, FL 32266                   Jacksonville, FL 32211     FJN 091790
                                          Bar No.
Tel.        904-246-2010                  Tel.        904-725-0822

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month<br>April | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $4,593.23 | $4,593.23 |
| CASH- Beginning of Month (Business) | $2,134.21 | $2,134.21 |
|  |  |  |
| Total Household Receipts | $4,039.69 | $4,039.69 |
| Total Business Receipts | $0.00 | $0.00 |
| Total Receipts | $4,039.69 | $4,039.69 |
|  |  |  |
| Total Household Disbursements | $1,901.35 | $1,901.35 |
| Total Business Disbursements | $0.00 | $0.00 |
| Total Disbursements | $1,901.35 | $1,901.35 |
|  |  |  |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | $2,138.34 | $2,138.34 |
|  |  |  |
| CASH- End of Month (Individual) | $6,731.57 | $6,731.57 |
| CASH- End of Month (Business) | $2,134.21 | $2,134.21 |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $1,901.35 | $1,901.35 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) |  |  |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $1,901.35 | $1,901.35 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___28___ day of ___June___ 20 _08_.    _Bonita N. Donovan_
                                                              Debtor's Signature

Monthly Operating Report - Indivdual

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>April | Cumulative<br>Total |
|---|---|---|
| **CASH - Beginning of Month** | $4,593.23 | $4,593.23 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | $0.00 |
| Wages from Other Sources (attach list to this report) | | $0.00 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | $4,039.69 | $4,039.69 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | | $0.00 |
| | | |
| **TOTAL RECEIPTS** | $4,039.69 | $4,039.69 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $0.00 |
| Gifts | | $0.00 |
| Household Expenses/Food/Clothing | $350.41 | $350.41 |
| Household Repairs & Maintenance | | $0.00 |
| Insurance | | $0.00 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | | $0.00 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule)            *Payroll Taxes* | | $0.00 |
| Travel & Entertainment | | $0.00 |
| Tuition/Education | | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $436.08 | $436.08 |
| Vehicle Expenses | $207.12 | $207.12 |
| Vehicle Secured Payment(s) | $468.22 | $468.22 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | | $0.00 |
| Other (attach schedule) | $439.52 | $439.52 |
| | | |
| *Legal and Professional Fees* | *$350.00* | |
| *Reimbursable Volunteer Expenses* | *$89.52* | |
| | | |
| **Total Household Disbursements** | $1,901.35 | $1,901.35 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-<br>Attachment No. 2) | $6,731.57 | $6,731.57 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>April | Cumulative<br>Total |
|---|---|---|
| **CASH - Beginning of Month** | $2,134.21 | $2,134.21 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income | | $0.00 |
| Sale of Business Assets (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report)  *Transfer from HH* | | $0.00 |
| | | $0.00 |
| **Total Business Receipts** | $0.00 | $0.00 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll | | $0.00 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) | | $0.00 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | | $0.00 |
| Insurance | | $0.00 |
| Vehicle Expenses | | $0.00 |
| Travel & Entertainment | | $0.00 |
| Repairs and Maintenance | | $0.00 |
| Supplies | | $0.00 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $0.00 |
| Advertising | | $0.00 |
| Bank Charges | | $0.00 |
| Other (attach schedule) | | $0.00 |
| | | $0.00 |
| **Total Business Disbursements** | $0.00 | $0.00 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $2,134.21 | $2,134.21 |

Monthly Operating Report - Individual

# RENT ROLL

| Case Name: | Bonita Donovan | Case Number: | 3:08-BK-02133-JAF |
|---|---|---|---|
| Date of Petition: | **April 18, 2008** | | |

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| | $          - | $          - (a) | |

(a) This total included on MOR-3 Other Receipts

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. | Are all premium payments current? | | X |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| SEE EXPLANATION | | | | |
| | | | | |
| | | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

NONE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

## *Questionnaire Explanations*

**Case Name:**    **Online Insurance Services, INC.**       **Month:**   **Apr '08**
**Case Number:**    3:08-BK-02133-JAF
**Date of Petition:**  April 21, 2008

**Disbursements from non DIP accounts:**
The DIP account was not opened until May.

**Payments to pre-petition liabilities:**
Pre-Petition Payments: USAA Auto Loan creditor auto-debited the Compass pre-petition account repeatedly. This creditor was advised of bankruptcy status to no avail. The Compass account was not closed until June 6, 2008 in order to accommodate the time required to re-direct Alimony direct deposit payments. During this time and after the closing date, Compass continued to allow the autodebits to continue although the request was made to both parties to discontinue. In addition, overdraft and return fees were assessed against the account as a result of the two parties to abide by the stay of protection ordered by the court.

**Insurance Information:**
Insurance policies for property protection were secured in May and will be reflected on all reports going forward.

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|---|
| Name of Bank: | Compass | Suntrust | | | |
| Account Number: | 858409975 | 1000075701366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1.  Balance per Bank Statement | $6,731.57 | $2,134.21 | | | |
| 2.  ADD:  Deposits not credited (attach list to this report) | $271.00 | | | | |
| 3.  SUBTRACT:  Outstanding Checks (attach list) | $0.00 | | | | |
| 4.  Other Reconciling Items (attach list to this report) | $36.79 | | | | |
| TOTAL OF ALL ACCOUNTS | $6,965.78 | $2,134.21 | | | $9,099.99 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| · | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | COMPASS |
|---|---|
| Account Number | 85840975 |
| Purpose of Account (Personal) | BUSINESS/PERSONAL |
| Type of Account (e.g., Checking) | PRE-PETITION CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1397 | 04/15/08 | Comcast | | $225.42 |
| 1399 | 04/09/08 | Bolles High School | | $150.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $375.42 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000075701366 |
| Purpose of Account (Business) | BUSINESS/PERSONAL |
| Type of Account (e.g., Checking) | DIP CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | $0.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | $0.00 | $0.00 |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | $0.00 | $0.00 |
| **Total Post-Petition Taxes** | $0.00 | $0.00 |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# STANDARD BANK RECONCILIATION

Account No. __85840975__    Month __April__  Year __2008__    Account Name __Bonita N. Donovan__

| | |
|---|---|
| Bank Balance shown on Bank Statement | $ __6,731.57__ |
| Add (+) Deposits not shown on Bank Statement | $ _____ |
| Total | $ __6,731.57__ |

| Number | Amount $ | Number | Amount $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Subtract (-)
Checks and other items outstanding but not paid on Bank Statement

| | |
|---|---|
| Total Subtractions | $ _____ |
| Balance | $ __6,731.57__ |
| | $ __0.00__ |

| | |
|---|---|
| Your transaction register balance | $ __6,731.57__ |
| Add (+) Other credits shown on the bank statement but not in transaction register | $ _____ |
| Add (+) Interest paid on bank statement | $ _____ |
| Total | $ __6,731.57__ |

Subtract (-)
Other debits shown on bank statement but not in transaction register

| Number | Amount $ |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| Total Subtractions | $ __0.00__ |
| Balance | $ __6,731.57__ |

# STANDARD BANK RECONCILIATION

Month ___April___  Year ___2008___

Account No. ___1000075701366___

Account Name ___Bonita N. Donovan___

| | |
|---|---|
| Bank Balance shown on Bank Statement | $ 2,134.21 |
| Add (+) Deposits not shown on Bank Statement | $ _____ |
| Total | $ 2,134.21 |
| Subtract (-) Checks and other items outstanding but not paid on Bank Statement | |

| Number | Amount | Number | Amount |
|---|---|---|---|
| | $ | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions $ 0.00

Balance $ 2,134.21

| | |
|---|---|
| Your transaction register balance | $ 2,134.21 |
| Add (+) Other credits shown on the bank statement but not in transaction register | $ _____ |
| Add (+) Interest paid on bank statement | $ _____ |
| Total | $ 2,134.21 |
| Subtract (-) Other debits shown on bank statement but not in transaction register | |

| Number | Amount |
|---|---|
| | $ |
| | |
| | |

Total Subtractions $ 0.00

Balance $ 2,134.21



**Compass Bank**

43

```
000008258 01 AT    0.334    37
||ud|udd|ud|d|ud||ud|ud||ud||ud||ud||
```

066    BONITA N DONOVAN
       800 FLORIDA BLVD
       NEPTUNE BEACH FL   32266-3610

**Important information about shopping online with your VISA Check Card**
Compass has recently taken steps to increase the safety of online shopping with Compass Visa Check
Cards. If you shop online with your Compass VISA Check Card, you will need to enroll your card(s) in
Verified by Visa where you will create a password to protect your existing card(s) for online purchases.
This additional password will be required for online purchases at participating merchants beginning
April 29, 2008, so be sure to register your Check Card today! For more information about this added
layer of security, or to enroll your Check Card, visit www.compassbank.com/go/verified. Covers
U.S.-issued cards only.

*If you have questions about your statement, call Customer Service at 1-904-564-8000 or 1-800-239-4357.*

## Compass Free Checking
## 0085840975

### BONITA N DONOVAN

### Deposit Account Recap
| | | |
|---|---|---:|
| Beginning Balance as of March 22, 2008 | | 4,637.06 |
| 3 Deposits | (Plus) | 10,079.38 |
| 53 Withdrawals | (Minus) | 11,306.38 |
| Ending Balance as of April 22, 2008 | | 3,410.06 |

### Account Checks by Serial Number
| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | Apr 09 | 195.71 | 1396 * | Apr 09 | 100.00 | 5003 * | Mar 27 | 287.50 |
| | Apr 14 | 88.00 | 1397 | Apr 18 | 225.42 | 5004 | Apr 10 | 287.50 |
| 1388 * | Apr 16 | 63.36 | 1400 * | Apr 10 | 100.00 | 9004 * | Mar 28 | 100.00 |
| 1389 | Apr 17 | 320.95 | 1607 * | Mar 26 | 143.99 | 9800 * | Apr 08 | 450.00 |
| 1392 * | Apr 14 | 5,000.00 | | | | | | |

\* Indicates break in check sequence

### Deposits and Other Credits
| Date | Serial # | Amount | Description |
|---|---|---|---|
| Apr 02 | | 4,039.69 | CREDIT FOR CLAY EYE PHYSICI PAYROLL CO REF- ##########4071X |
| Apr 14 | | *Rent* — 2,000.00 | DEPOSIT |
| Apr 16 | | 4,039.69 | CREDIT FOR CLAY EYE PHYSICI PAYROLL CO REF- ##########6553X |

*held other rent ✓ put in + Sun fund*


**Compass Bank**

43

BONITA N DONOVAN

## Withdrawals and Other Debits

| Date | Amount | Description | |
|------|--------|-------------|---|
| Mar 24 | 57.56 | DEBIT FOR CHECKCARD 7651048038 03/21/08 NAVY EXCHANGE 060120 ATLANTIC BEACVA | *Household Items* |
| Mar 28 | 233.07 | DEBIT FOR T-MOBILE PCS SVC CO REF- 4586252 | *Cell Phone* |
| Mar 31 | 45.77 | DEBIT FOR CHECKCARD 7651048038 03/28/08 GATE 1422 Q80 JACKSONVILLE FL | *Gas* |
| Mar 31 | 34.80 | DEBIT FOR CHECKCARD 7651048038 03/28/08 THE BRIDGE MARKET & BIS PONTE VEDRA FL | *Restaurant* |
| Mar 31 | 29.28 | DEBIT FOR CHECKCARD 7651048038 03/28/08 THE SUN DOG NEPTUNE BEACHFL | *JB's Birthday* |
| Mar 31 | 37.45 | DEBIT FOR SPORTSPLEX DRAFTS CO REF- 1000011549 | *Exercise* |
| Apr 01 | 174.81 | PURCHASE FROM DDA - PUBLIX 985 ATL INTLK IN3800 03/31/08 CARD 7651048038 POS -AT PUBLIX 985 ATLANTI ATLANTIC B FL | *Grocery* |
| Apr 01 | 146.12 | DEBIT FOR FPL DIRECT DEBIT ELEC PYMT CO REF- 4296710207 TELV | *Electric* |
| Apr 02 | 87.65 | DEBIT FOR CHECKCARD 7651048038 03/31/08 JOANN FABRIC #0377 ATLANTIC BEAFL | *re-embursed from church* |
| Apr 02 | 56.95 | DEBIT FOR CHECKCARD 7651048038 03/31/08 FOCUS RECEIVABLES MANAG 678-2280000 GA | *Credit Card.* |
| Apr 02 | 122.21 | DEBIT FOR HTS LOAN SERVICI MEMBERSHIP CO REF- 000200127031 | *Time Share* |
| Apr 03 | 71.97 | DEBIT FOR CHECKCARD 7651048038 04/01/08 99 CENT PLUS 904-2701713 FL | *Church* |
| Apr 03 | 51.02 | DEBIT FOR CHECKCARD 7651048038 04/01/08 CHEVRON 00207742 JACKSONVILLE FL | *-gas -* |
| Apr 03 | 5.08 | DEBIT FOR CHECKCARD 7651048038 04/01/08 CHICK-FIL-A #01139 JACKSONVILLE FL | |
| Apr 03 | 285.00 | DEBIT FOR ASSOC - AUTO PAY ASSNSMI000 CO REF- PV700000205D | *assoc auto pay Fees 222 14th* |
| Apr 04 | 49.92 | PURCHASE FROM DDA - KANGAROO EXPRE INTLK LCFS129 04/04/08 CARD 7651048038 POS -AT KANGAROO EXPRESS JACKSONVIL FL | |
| Apr 07 | 160.82 | DEBIT FOR CHECKCARD 7651048038 04/04/08 T-MOBILE RECURRING PMT 800-937-8997 WA | |
| Apr 07 | 92.94 | PURCHASE FROM DDA - DILLARD'S # 22 INTLK 20522601 04/05/08 CARD 7651048038 POS -AT DILLARD'S # 226 ALTAMONTE FL | |
| Apr 07 | 44.36 | PURCHASE FROM DDA - PUBLIX 985 ATL INTLK IN3047 04/06/08 CARD 7651048038 POS -AT PUBLIX 985 ATLANTI ATLANTIC B FL | |
| Apr 07 | 283.23 | DEBIT FOR USAA.COM PAYMNT P&C CO REF- 005875996 | *Insurance* |
| Apr 09 | 34.00 | DEBIT FOR CHECKCARD 7651048038 04/07/08 NAVY EXCHANGE 060120 ATLANTIC BEACVA | |
| Apr 09 | 3.50 | DEBIT FOR CHECKCARD 7651048038 04/07/08 NETR LLC 480-9676752 AZ | *Bank Fee* |
| Apr 09 | 3.50 | DEBIT FOR CHECKCARD 7651048038 04/07/08 NETR LLC 480-9676752 AZ | *Bank Fee* |
| Apr 09 | 107.67 | PURCHASE FROM DDA - NST KMART INTLK 07737604 04/09/08 CARD 7651048038 POS -AT NST KMART NEPTUNE BE FL | |
| Apr 10 | 64.45 | DEBIT FOR CHECKCARD 7651048038 04/09/08 SCHWAN'S INC 8887249267 MN | |
| Apr 10 | 63.02 | PURCHASE FROM DDA - TERRY'S COUNTR INTLK 34574201 04/10/08 CARD 7651048038 POS -AT TERRY'S COUNTRY JACKSONVIL FL | *Groceries* |

39203

4547

BONITA N DONOVAN

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description | |
|------|--------|-------------|---|
| Apr 11 | 55.00 | DEBIT FOR CHECKCARD 7651048038 04/10/08 BURLESON SERVICES 866-344-4156 FL | *A/c repair* |
| Apr 11 | 55.60 | PURCHASE FROM DDA - SHELL Service INTLK 19227601 04/11/08 CARD 7651048038 POS -AT SHELL Service Stat JACKSONVIL FL | *gas* |
| Apr 14 | 147.10 | PURCHASE FROM DDA - BIG LOTS #0174 INTLK 01743002 04/13/08 CARD 7651048038 POS -AT BIG LOTS #01743 JACKSONVIL FL | *church* |
| Apr 14 | 128.51 | PURCHASE FROM DDA - MACY'S / FL 04 INTLK IN3042 04/12/08 CARD 7651048038 POS -AT MACY'S / FL 041 22 TAMPA FL | *Easter* |
| Apr 14 | 63.38 | PURCHASE FROM DDA - MACY'S / FL 04 INTLK IN3200 04/12/08 CARD 7651048038 POS -AT MACY'S / FL 041 22 TAMPA FL | *Gas* |
| Apr 14 | 29.90 | DEBIT FOR CHECKCARD 7651048038 04/11/08 GATE 1421 Q80 JACKSONVILLE FL | *Gas* |
| Apr 14 | 24.82 | DEBIT FOR CHECKCARD 7651048038 04/10/08 GATE 1422 Q80 JACKSONVILLE FL | *fish & Bird* |
| Apr 14 | 17.02 | DEBIT FOR CHECKCARD 7651048038 04/11/08 OCEAN REEF NEPTUNE BEACHFL | |
| Apr 17 | 70.50 | PURCHASE FROM DDA - SY8 TURNER ACE INTLK 00368864 04/17/08 CARD 7651048038 POS -AT SY8 TURNER ACE HAR JACKSONVIL FL | *church* |
| Apr 17 | 48.22 | PURCHASE FROM DDA - SY8 TURNER ACE INTLK 00368864 04/17/08 CARD 7651048038 POS -AT SY8 TURNER ACE HAR JACKSONVIL FL | *church* |
| Apr 18 | 350.00 | DEBIT FOR CHECKCARD 7651048038 04/17/08 PLEIMAN & COMPANY P.A. 904-448-5005 FL | *Accountant for Bankruptcy Lawyer* |
| Apr 21 | 89.52 | DEBIT FOR CHECKCARD 7651048038 04/18/08 LIFEWAY CHRISTIAN STORE JACKSONVILLE FL | *church* |
| Apr 21 | 50.01 | DEBIT FOR CHECKCARD 7651048038 04/18/08 RACEWAY955 15309552 JACKSONVILLE FL | |
| Apr 22 | 468.22 | DEBIT FOR USAA FSB LOAN PMT CO REF- 00000041035570 | *auto depot* |

*INC*  
*I ask to stop*

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Mar 21 | 4,637.06 | Apr 02 | 7,119.59 | Apr 11 | 4,565.30 |
| Mar 24 | 4,579.50 | Apr 03 | 6,706.52 | Apr 14 | 1,053.57 |
| Mar 26 | 4,435.61 | Apr 04 | 5,656.80 | Apr 16 | 5,332.90 |
| Mar 27 | 4,148.01 | Apr 07 | 6,075.25 | Apr 17 | 4,593.23 |
| Mar 28 | 3,814.94 | Apr 08 | 5,625.25 | Apr 18 | 4,017.81 |
| Mar 31 | 3,667.64 | Apr 09 | 5,180.87 | Apr 21 | 3,870.28 |
| Apr 01 | 3,346.71 | Apr 10 | 4,665.90 | Apr 22 | 3,410.06 |

## Image Items

| #0000 | 04/14 | $88.00 | #0000 | 04/09 | $195.71 | #1388 | 04/16 | $63.36 |
|-------|-------|--------|-------|-------|---------|-------|-------|--------|


**Compass Bank**

BONITA N DONOVAN

| #1389 | 04/17 | $320.95 | #1392 | 04/14 | $5,000.00 | #1396 | 04/09 | $100.00 |

#1389    04/17    $320.95
#1392    04/14    $5,000.00
#1396    04/09    $100.00

#1397    04/18    $225.42
#1400    04/10    $100.00
#1607    03/26    $143.99

#5003    03/27    $287.50
#5004    04/10    $287.50
#9004    03/28    $100.00

#9800    04/08    $450.00

39205

4547

**Compass Bank**

43

```
000008486 01 AT     0.346     39
```

066  BONITA N DONOVAN
     800 FLORIDA BLVD
     NEPTUNE BEACH FL  32266-3610

*If you have questions about your statement, call Customer Service at 1-904-564-8000 or 1-800-239-4357.*

## Compass Free Checking
## 0085840975

BONITA N DONOVAN

### Deposit Account Recap

| | | | |
|---|---|---|---|
| Beginning Balance as of April 23, 2008 | | | 3,410.06 |
| 2 Deposits | (Plus) | | 8,079.38 |
| 38 Withdrawals | (Minus) | | 9,781.14 |
| Ending Balance as of May 21, 2008 | | | 1,708.30 |

### Account Checks by Serial Number

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | May 09 | 150.00 | 1399 * | Apr 30 | 150.00 | 9801 * | May 08 | 450.00 |
| | May 16 | 4,039.69 | | | | | | |

\* Indicates break in check sequence

### Deposits and Other Credits

| Date | Serial # | Amount | Description |
|---|---|---|---|
| Apr 30 | | 4,039.69 | CREDIT FOR CLAY EYE PHYSICI PAYROLL CO REF- #########5737X |
| May 14 | | 4,039.69 | CREDIT FOR CLAY EYE PHYSICI PAYROLL CO REF- #########6610X |

*[handwritten: Church payroll dep New Sun Trust along w/ rents moved to Sun Trust account.]*

### Withdrawals and Other Debits

| Date | Amount | Description |
|---|---|---|
| Apr 24 | 52.22 | PURCHASE FROM DDA - TERRY'S COUNTR INTLK 34574201 04/24/08 CARD 7651048038 POS -AT TERRY'S COUNTRY JACKSONVIL FL *[handwritten: Food]* |
| Apr 28 | 137.50 | DEBIT FOR CHECKCARD 7651048038 04/26/08 SOUTHWESTAIR52623797935 DALLAS TX *[handwritten: airline ticket]* |
| Apr 28 | 73.14 | DEBIT FOR CHECKCARD 7651048038 04/25/08 AMOCO OIL 06710842 JACKSONVILLE FL *[handwritten: Gas]* |
| Apr 28 | 210.66 | DEBIT FOR T-MOBILE PCS SVC CO REF- 0890052 *[handwritten: Cell]* |
| Apr 29 | 83.97 | PURCHASE FROM DDA - GOODYEAR INTLK 0002422 04/29/08 CARD 7651048038 POS -AT GOODYEAR JACKSONVIL FL *[handwritten: New tire/lino]* |
| Apr 29 | 10.69 | DEBIT FOR SPORTSPLEX SPORTSPLEX CO REF- 10000011549 |
| May 01 | 73.78 | PURCHASE FROM DDA - TERRY'S COUNTR INTLK 34574201 05/01/08 CARD 7651048038 POS -AT TERRY'S COUNTRY JACKSONVIL FL *[handwritten: Food]* |


**Compass Bank**

BONITA N DONOVAN

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description | |
|------|--------|-------------|---|
| May 02 | 221.35 | DEBIT FOR CHECKCARD 7651048038 04/30/08<br>ALL PRO AUTO REPAIR ATLANTIC BEACFL | (Car) *inc. repair* |
| May 02 | 122.21 | DEBIT FOR HTS LOAN SERVICI MEMBERSHIP<br>CO REF- 000200127031 | *Timeshare - Keywest* |
| May 02 | 70.00 | PURCHASE FROM DDA - CNS NAVY EXCHA<br>INTLK 00039424 05/02/08 CARD 7651048038<br>POS -AT CNS NAVY EXCHANGE ATLANTIC B FL | |
| May 05 | 163.02 | DEBIT FOR CHECKCARD 7651048038 05/04/08<br>T-MOBILE RECURRING PMT 800-937-8997 WA | |
| May 05 | 53.81 | PURCHASE FROM DDA - SHELL Service<br>INTLK 40197801 05/03/08 CARD 7651048038<br>POS -AT SHELL Service Stat NEPTUNE BE FL | *Gas* |
| May 05 | 29.55 | DEBIT FOR CHECKCARD 7651048038 05/02/08<br>SEQUINO'S RISTORANTE ATLANTIC BEACFL | *Food* |
| May 05 | 285.00 | DEBIT FOR ASSOC - AUTO PAY ASSNSMI000<br>CO REF- PV700000205D | *~ 222 14th Ave -?* |
| May 06 | 12.74 | DEBIT FOR CHECKCARD 7651048038 05/05/08<br>CRESCENT BEACH CAFE SAINT AUGUSTIFL | *Food* |
| May 06 | 19.20 | PURCHASE FROM DDA - TERRY'S COUNTR<br>INTLK 34574201 05/06/08 CARD 7651048038<br>POS -AT TERRY'S COUNTRY JACKSONVIL FL | *Food* ) *stop* |
| May 07 | 39.67 | DEBIT FOR CHECKCARD 7651048038 05/06/08<br>TERRY'S COUNTRY STO JACKSONVILLE FL | *Food* } *81.11* |
| May 07 | 33.33 | DEBIT FOR CHECKCARD 7651048038 05/05/08<br>GATE 1152 Q80 PONTE VEDRA BFL | *Gas* |
| May 08 | 265.00 | DEBIT FOR CHECKCARD 7651048038 05/06/08<br>AMELIA PLUMBING INC. 904-8218355 FL | *> plumbing repair* |
| May 08 | 30.78 | DEBIT FOR CHECKCARD 7651048038 05/07/08<br>BEALLS-OUTLET-STORE #03 NEPTUNE BEACHFL | *Church re-emburst* |
| May 09 | 69.70 | DEBIT FOR CHECKCARD 7651048038 05/08/08<br>CITY OF NEPTUNE BEACH NEPTUNE BEACHFL | *Water Bill* |
| May 09 | 14.42 | DEBIT FOR CHECKCARD 7651048038 05/07/08<br>PROCTOR ACE HARDWARE 04 NEPTUNE BEACHFL | *Home repair* |
| May 12 | 1,834.16 | DEBIT FOR CHECKCARD 7651048038 05/09/08<br>THE FLOOR TRADER - JAC JACKSONVILLE FL | *Flooring MSTBRR* |
| May 12 | 200.00 | WITHDRAWAL FROM DDA - COMPASS BANK<br>ATM910 06:24PM 05/11/08 CARD 7651048038<br>ATM -AT 2300 SOUTH 3RD ST JACKSONVIL FL | *Cash* |
| May 12 | 86.03 | PURCHASE FROM DDA - HITCHCOCK SUPE<br>INTLK 00265802 05/09/08 CARD 7651048038<br>POS -AT HITCHCOCK SUPERVAL KEYSTONE H FL | *Food for field trip - children* |
| May 12 | 64.74 | DEBIT FOR CHECKCARD 7651048038 05/09/08<br>HESS 09547 GREEN COVE SPFL | *Gas* |
| May 12 | 38.14 | PURCHASE FROM DDA - HITCHCOCK SUPE<br>INTLK 00265802 05/09/08 CARD 7651048038<br>POS -AT HITCHCOCK SUPERVAL KEYSTONE H FL | *Bonnie's personal Food* |
| May 12 | 24.38 | PURCHASE FROM DDA - BIG LOTS #0174<br>INTLK 01743003 05/12/08 CARD 7651048038<br>POS -AT BIG LOTS #01743 JACKSONVIL FL | *Food* |
| May 14 | 81.00 | DEBIT FOR CHECKCARD 7651048038 05/13/08<br>TERMINIX INT. 2003 800-897-6464 FL | *Termite spray* |
| May 14 | 35.44 | PURCHASE FROM DDA - BIG LOTS #0174<br>INTLK 01743002 05/14/08 CARD 7651048038<br>POS -AT BIG LOTS #01743 JACKSONVIL FL | *Food* |
| May 19 | 36.93 | DEBIT FOR CHECKCARD 7651048038 05/16/08<br>AMOCO OIL 03827847 ATLANTIC BEACFL | *Gas* |

*church — re-emb.*

34698

4564

BONITA N DONOVAN

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|------|--------|-------------|
| May 19 | 34.17 | DEBIT FOR CHECKCARD 7651048038 05/16/08 |
| | | BEALLS-OUTLET-STORE #03 NEPTUNE BEACHFL *Church — re-emb.* |
| May 20 | 16.50 | DEBIT FOR CHECKCARD 7651048038 05/19/08 |
| | | USPS 3613950358 LUMBERTON NC *overnite To Clay Eye FOR* |
| May 20 | 468.22 | DEBIT FOR USAA FSB LOAN PMT CO REF- 00000041835570 *Benc.Court* |
| | | *Carloon ?* |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Apr 22 | 3,410.06 | May 02 | 6,244.23 | May 12 | 2,380.56 |
| Apr 24 | 3,957.84 | May 05 | 5,712.85 | May 14 | 6,303.81 |
| Apr 28 | 2,936.54 | May 06 | 5,680.91 | May 16 | 2,264.12 |
| Apr 29 | 2,841.88 | May 07 | 5,607.91 | May 19 | 2,193.02 |
| Apr 30 | 6,731.57 | May 08 | 4,862.13 | May 20 | 1,708.30 |
| May 01 | 6,657.79 | May 09 | 4,628.01 | | |

## Image Items



| #0000 | 05/09 | $150.00 | #0000 | 05/16 | $4,039.69 | #1399 | 04/30 | $150.00 |

| #9801 | 05/08 | $450.00 |

*moved To Sun Trust*

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B06/0175/0 /38
1000077569845
06/12/2008



# SUNTRUST



## Account
## Statement

lllllllllllllllllllllllllllllllllll
BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | FREE CHECKING | | 1000077569845 | | 05/14/2008 - 06/12/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $4,114.70 |
| Deposits/Credits | $7,722.03 | Average Collected Balance | $3,994.45 |
| Checks | $396.62 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $638.33 | | |
| Ending Balance | $6,687.08 | | |

| Deposits/ Credits | Date | Amount | Description |
|---|---|---|---|
| | 05/16 | 4,039.00 | DEPOSIT |
| | 06/02 | 315.92 | DEPOSIT |
| | 06/12 | 3,367.11 | DEPOSIT |

Deposits/Credits: 3          Total Items Deposited: 2

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1002 | 188.89 | 06/05 | 1003 | 112.17 | 06/06 | *1005 | 95.56 | 06/05 |

Checks: 3          *Break in check sequence

| Withdrawals/ Debits | Date Paid | Amount | Description |
|---|---|---|---|
| | 05/22 | 19.25 | *ELECTRONIC/ACH DEBIT* HARLAND CLARKE    CHK ORDERS  2342470 |
| | 06/11 | 619.08 | *ELECTRONIC/ACH DEBIT* NORTH FLORIDA LI    EFT      1006    JACKFL |

Withdrawals/Debits: 2

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/14 | .00 | .00 | 06/05 | 4,051.22 | 4,051.22 |
| | 05/16 | 4,039.00 | 4,039.00 | 06/06 | 3,939.05 | 3,939.05 |
| | 05/22 | 4,019.75 | 4,019.75 | 06/11 | 3,319.97 | 3,319.97 |
| | 06/02 | 4,335.67 | 4,335.67 | 06/12 | 6,687.08 | 3,320.08 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B06/0175/0 /38
1000075701366
06/12/2008


**SUNTRUST**

# Account Statement

ldllodddhlhdlhodhdlhlhllhodllhdllhodlhhondll
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | FREE CHECKING | | 1000075701366 | | 05/14/2008 - 06/12/2008 |

| | Description | Amount | Description | | Amount |
|---|---|---|---|---|---|
| | Beginning Balance | $4,063.25 | Average Balance | | $4,039.30 |
| | Deposits/Credits | $9,508.11 | Average Collected Balance | | $3,939.30 |
| | Checks | $2,915.00 | Number of Days in Statement Period | | 30 |
| | Withdrawals/Debits | $42.40 | | | |
| | Ending Balance | $10,613.96 | | | |

---

| Deposits/ Credits | Date | Amount | Description | | | |
|---|---|---|---|---|---|---|
| | 06/02 | 2,468.42 | DEPOSIT | | | |
| | 06/04 | 2,000.00 | DEPOSIT | | | |
| | 06/11 | 4,039.69 | ELECTRONIC/ACH CREDIT | | | |
| | | | CLAY EYE PHYSICI | PAYROLL | ***********1482X | |
| | 06/12 | 1,000.00 | DEPOSIT | | | |

Deposits/Credits: 4         Total Items Deposited: 5

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1001 | 1,565.00 | 05/22 | 1003 | 349.00 | 05/15 | 1006 | 386.00 | 06/09 |
| | 1002 | 229.00 | 05/19 | *1005 | 386.00 | 06/05 | | | |

Checks: 5           *Break in check sequence

---

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 06/12 | 42.40 | POINT OF SALE DEBIT | | TR DATE 06/12 |
| | | | SOU USPS 1143840233462 | JACKSONVILLE FL  00000098 | |

Withdrawals/Debits: 1

---

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/14 | 4,063.25 | 4,063.25 | 06/04 | 6,388.67 | 6,388.67 |
| | 05/15 | 3,714.25 | 3,714.25 | 06/05 | 6,002.67 | 6,002.67 |
| | 05/19 | 3,485.25 | 3,485.25 | 06/09 | 5,616.67 | 5,616.67 |
| | 05/22 | 1,920.25 | 1,920.25 | 06/11 | 9,656.36 | 9,656.36 |
| | 06/02 | 4,388.67 | 2,388.67 | 06/12 | 10,613.96 | 9,613.96 |
| | 06/03 | 4,388.67 | 4,388.67 | | | |