UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:    BONITA N. DONOVAN

CASE NO.: 3:08-bk-02133

Debtor

## NOTICE OF REQUEST FOR ATTORNEY'S FEES

The Debtor gives notice that its undersigned attorney has requested an attorney's fee award not to exceed $15,000.00 as an administrative request.

Interested parties may obtain copies of the Application For Award Of Attorney's Fees and Statement Of Time Expended by review of the Bankruptcy Court File, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, or upon request from the undersigned attorney.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Debtor will call up it's Application for Award of Attorney's Fees before the Honorable Jerry A. Funk, Judge of the above-captioned Court, in his Chambers, Room 4D, U.S. Bankruptcy Court, 300 N. Hogan Street, Jacksonville, Florida 32202, the 2nd day of October, 2008, at 9:30 a.m.

Law Offices of Mickler & Mickler

By: _____
BRYAN K. MICKLER
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 091790