

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
July 21, 2008

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 08-02133-3F1     FILING DATE: 04/18/2008 (BAPCPA)     HEARING TIME: 01:30 P.M.

DEBTOR: BONITA NIX DONOVAN ✓

Debtor Atty: ALBERT H. MICKLER / Bryan Mickler
Trustee:
Movant: MARK S. KESSLER ✓

HEARING:

MOTION FOR RELIEF FROM STAY FILED BY DANIEL WAHBY ET AL (28)

(R/S)   A/P    F/HRG

ORDER: _Kessler_

APPEARANCES:

U.S. Tee: Elena Escamilla