UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:08-bk-2133-JAF

IN RE:

BONITA NIX DONOVAN

Debtor.

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This case is before the Court upon the Motion for Relief from the Automatic Stay filed by DANIEL J. WAHBY, ROBIN M. WAHBY, GERALD P. FLETCHER and BARBARA J. FLETCHER ("Movants") on June 13, 2008. Upon the testimony and evidence presented at the evidentiary hearing of July 21, 2008, it is

ORDERED:

1. The Motion for Relief from the Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movants, and they may proceed with the foreclosure of their mortgage on the real property located at First Street South, Jacksonville Beach, Florida 32250 and legally described in as follows:

> The South 55 feet of Lot 8, Block 42, PABLO BEACH SOUTH, according to plat thereof as recorded in Plat Book 3, page 28 of the current public records of Duval County, Florida.

3. This Order is entered for the sole purpose of allowing Movants to obtain an *in rem* judgment against the property described above. Movants shall not seek an *in personam* judgment against Debtor.

DATED __July 23__, 2008 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Bonita Nix Donovan
800 Fla Boulevard
Neptune Beach, Florida 32266

Albert H. Mickler, Esquire
Bryan K. Mickler, Esquire
Attorneys for Debtor
5452 Arlington Expressway
Jacksonville, Florida 32211

Mark S. Kessler, Esquire
Attorney for Movants
331 E. Union Street
Jacksonville, Florida 32202

United States Trustee
135 W. Central Boulevard #620
Orlando, Florida 32806

All other parties on attached Local
Rule 1007(d) parties in interest list