# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
Jacksonville DIVISION

| | | |
|---|---|---|
| IN RE: | Bonita Nix Donovan } | CASE NUMBER: 3.08-bk-2133 |
| | } | |
| | } | |
| | JERRY A. FUNK } | JUDGE |
| | } | |
| DEBTOR. | 3:08-bk-02133 } | CHAPTER 11 |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM June 01, 2008    TO    June 30, 2008

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 7/20/2008

Bryan Mickler
Attorney for Debtor

Debtor's Address
and Phone Number:
Bonnie Donovan
800 Florida Blvd
Neptune Beach, FL 32266

Tel. 904-246-2010

Attorney's Address
and Phone Number:
Bryan Mickler
5452 Arlington Exp
Jacksonville, FL 32211
Bar No. 091790
Tel. 904-725-0822

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note:  The information requested below is a summary of the information reported the various Schedules and Attachments  contained within this report.

| | Month June | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $8,581.63 | $4,593.23 |
| CASH- Beginning of Month (Business) | $4,002.67 | $2,134.21 |
| | | |
| Total Household Receipts | $623.98 | $12,743.05 |
| Total Business Receipts | $11,079.38 | $16,892.38 |
| Total Receipts | $11,703.36 | $29,635.43 |
| | | |
| Total Household Disbursements | $2,298.62 | $10,429.29 |
| Total Business Disbursements | $1,384.84 | $5,329.38 |
| Total Disbursements | $3,683.46 | $15,758.67 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | $8,019.90 | $13,876.76 |
| | | |
| CASH- End of Month (Individual) | $6,906.99 | $6,906.99 |
| CASH- End of Month (Business) | $13,697.21 | $13,697.21 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $3,683.46 | $15,758.67 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $3,683.46 | $15,758.67 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _20_ day of _July_ 20_08_ .      _Bonita N. Donovan_

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month June | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | **$8,581.63** | **$4,593.23** |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $623.98 | $623.98 |
| Wages from Other Sources (attach list to this report) |  | $0.00 |
| Interest or Dividend Income |  | $0.00 |
| Alimony or Child Support |  | $12,119.07 |
| Social Security/Pension/Retirement |  | $0.00 |
| Sale of Household Assets (attach list to this report) |  | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) |  | $0.00 |
| Other (specify) (attach list to this report) |  | $0.00 |
|  |  |  |
| **TOTAL RECEIPTS** | **$623.98** | **$12,743.05** |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  | $0.00 |
| Charitable Contributions |  | $0.00 |
| Gifts |  | $0.00 |
| Household Expenses/Food/Clothing | $161.76 | $1,278.86 |
| Household Repairs & Maintenance |  | $2,194.58 |
| Insurance | $566.52 | $566.52 |
| IRA Contribution |  | $0.00 |
| Lease/Rent Payments |  | $0.00 |
| Medical/Dental Payments | $15.00 | $15.00 |
| Mortgage Payment(s) |  | $0.00 |
| Other Secured Payments |  | $0.00 |
| Taxes - Personal Property |  | $0.00 |
| Taxes - Real Estate |  | $0.00 |
| Taxes Other (attach schedule)          *Payroll Taxes* | $43.12 | $43.12 |
| Travel & Entertainment | $30.00 | $30.00 |
| Tuition/Education |  | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $396.65 | $1,347.64 |
| Vehicle Expenses | $619.08 | $1,391.49 |
| Vehicle Secured Payment(s) |  | $936.44 |
| U. S. Trustee Quarterly Fees |  | $0.00 |
| Professional Fees (Legal, Accounting) |  | $675.00 |
| Other (attach schedule)          *See Explanation Page* | $466.49 | $1,950.64 |
|  |  |  |
| **Total Household Disbursements** | **$2,298.62** | **$10,429.29** |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2) | **$6,906.99** | **$6,906.99** |

## *Other HouseHold Explanation Schedule*

**Case Name:**       IC.
**Case Number:**    3:08-BK-02133-JAF
**Date of Petition:**   April 21, 2008

Other Category Total:       $466.49

| Description | Amount |
|---|---|
| Reimbursable Volunteer Expenses | $59.28 |
| Association Dues | $285.00 |
| Overnight Postage Expense | |
| FIA Card Services | |
| Check Order | |
| Time Share | $122.21 |
| Miscellaneous Adjustment | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month June | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | **$4,002.67** | **$2,134.21** |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income | $3,000.00 | $8,000.00 |
| Sale of Business Assets (attach list to this report) | | $0.00 |
| Other (specify) | $8,079.38 | $8,892.38 |
| *(Deposited here in error will be corrected 9/08 report)-- Personal Payroll* | | |
| *(Deposited to this acct in error will be corrected 9/08 report)-- Alimony* | *$8,079.38* | |
| | | |
| **Total Business Receipts** | **$11,079.38** | **$16,892.38** |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll                    *Withheld from Personal* | | $110.37 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) | | $0.00 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | | $5.17 |
| Insurance | $386.00 | $2,915.00 |
| Vehicle Expenses | $43.37 | $43.37 |
| Travel & Entertainment | | $0.00 |
| Repairs and Maintenance | | $0.00 |
| Supplies | | $0.00 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $0.00 |
| Advertising | | $0.00 |
| Bank Charges | | $0.00 |
| Other (attach schedule)   **SEE ATTACHED SCHEDULE** | $955.47 | $2,255.47 |
| | | |
| **Total Business Disbursements** | **$1,384.84** | **$5,329.38** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | **$13,697.21** | **$13,697.21** |

## _Other -BUSINESS- Explanation Schedule_

**Case Name:**
**Case Number:**     3:08-BK-02133-JAF
**Date of Petition:**  April 21, 2008

| | |
|---|---|
| Other Category Total: | $955.47 |

| Description | Amount |
|---|---|
| Medical Expense | $416.45 |
| Postage | $42.40 |
| Reimbursable Volunteer Expenses | $75.09 |
| Household Expenses | $421.53 |

---

*These Expenses Were Incorrectly Posted to this Account This Month Due to A Direct Deposit Error. This error should be corrected by the 9/08 reporting period.*

## **RENT ROLL**

| | | | |
|---|---|---|---|
| Case Name: | Bonita Donovan | Case Number: | 3:08-BK-02133-JAF |
| Date of Petition: | **April 18, 2008** | | |

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | $ 2,000.00 | $ 2,000.00 | Jun 08 |
| 150 Pantano Cay St. | $ 1,500.00 | Received In May | May 08 |
| 222 14th Ave N | $ 1,000.00 | $ 1,000.00 | Jun 08 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ 4,500.00 | $ 3,000.00 (a) | |

(a) This total included on MOR-3 Other Receipts

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property  — Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00  Annual | $0.00 |
| Property – Universal Insurance Company | 06/02/08 -06/02/09 | $386.00  Annual | $0.00 |
| Auto – USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27  6 months | $0.00 |
| Flood  – Allstate | 05/02/08 - 05/02/09 | $229.00  Annual | $0.00 |
| Property  – Allstate | 05/02/08 - 05/02/09 | $336.00  Annual | $0.00 |
| Flood – Countrywide | | $349.00  Annual | $0.00 |
| | | | |

____ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

NONE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

**NOTE:**
*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end and versus statement end date.*

| Bank Account Information | Account #1 | Account #2 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|---|
| Name of Bank: | Compass | Suntrust | Suntrust | | |
| Account Number: | 85840975 | 1000075690845 | 1000075701366 | | |
| Purpose of Account (Business/Personal) | Personal | Personal | Business | | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | | |
| 1. Balance per Bank Statement | $0.00 | $6,921.99 | $13,697.21 | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | $15.00 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| TOTAL OF ALL ACCOUNTS | $0.00 | $6,906.99 | $13,697.21 | | $20,604.20 |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**MONTHLY OPERATING REPORT - INDIVIDUAL**                    **Supporting Statement**

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|------|------|-------------|--------------|-------|----------------------|--------|
| | | | | *OUTSTANDING CHECKS* | | |
| Suntrust | 1000077569845 | 1004 | 06/02/2008 | Mendez Family Care | Medical CoPay | $15.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $15.00 |

| | | | | *OUTSTANDING DEPOSITS* | | |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | NONE | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1006 | 06/01/08 | Universal Insurance | Insurance | $386.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $386.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1002 | 06/01/08 | Beaches Energy | Electricity | $188.89 |
| 1003 | 06/02/08 | Comcast | Cable | 112.17 |
| 1004 | | On Outstanding Report | On Outstanding Report | XXXX |
| 1005 | 06/02/08 | Neptune Beach | Water Utility | 95.56 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $396.62 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| Accounts Receivable Beginning Balance | ($1,500.00) | |
| Plus: Billings During the Month | $ 4,500.00 | |
| Less: Collections During the Month | $ 3,000.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | $0.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| 0 – 30 Days | $0.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $0.00 | $0.00 |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | $0.00 | $0.00 |
| **Total Post-Petition Taxes** | $0.00 | $0.00 |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| None at report time | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# STANDARD BANK RECONCILIATION

Account No. ___1000075701366___    Month ___June___    Year ___2008___

Account Name ___**Bonita N. Donovan**___

| | |
|---|---|
| Bank Balance shown on Bank Statement | $ 13,697.21 |
| Add (+)<br>Deposits not shown on Bank Statement | $ _____ |
| Total | $ 13,697.21 |
| Subtract (-)<br>Checks and other items outstanding but not<br>paid on Bank Statement | |

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions    $ _____ 0.00

Balance    $ 13,697.21

| | |
|---|---|
| Your transaction register balance | $ 13,697.21 |
| Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register | $ _____ |
| Add (+)<br>Interest paid on bank statement | $ _____ |
| Total | $ 13,697.21 |
| Subtract (-)<br>Other debits shown on bank statement<br>but not in transaction register | |

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

Total Subtractions    $ _____ 0.00

Balance    $ 13,697.21

# STANDARD BANK RECONCILIATION

Account No. ___100077569845___    Month ___June___  Year ___2008___    Account Name    **Bonita N. Donovan**

Bank Balance shown on Bank Statement    $ ___6,921.99___

Add (+)
Deposits not shown on Bank Statement    $ _____

Total    $ ___6,921.99___

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
| 1004 | $15.00 | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions    $ ___15.00___

Balance    $ ___6,906.99___

Your transaction register balance    $ ___6,906.99___

Add (+)
Other credits shown on the bank
statement but not in transaction register    $ _____

Add (+)
Interest paid on bank statement    $ _____

Total    $ ___6,906.99___

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
| | |
| | |
| | |
| | |

Total Subtractions    $ ___0.00___

Balance    $ ___6,906.99___



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B06/0175/0 /38
1000077569845
07/14/2008

## Account Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

PLEASE VISIT SUNTRUST.COM TO REFERENCE UPDATED RULES AND REGULATIONS FOR
DEPOSIT ACCOUNTS.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000077569845 | 06/13/2008 - 07/14/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,687.08 | Average Balance | $6,709.74 |
| Deposits/Credits | $499.12 | Average Collected Balance | $6,709.74 |
| Checks | $684.80 | Number of Days in Statement Period | 32 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $6,501.40 | | |

| Deposits/ Credits | Date | Amount | Description | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 06/26 | 264.91 | DEPOSIT | | | | | |
| | 07/07 | 234.21 | DEPOSIT | | | | | |

Deposits/Credits: 2        Total Items Deposited: 3

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1007 | 30.00 | 06/17 | 1010 | 131.16 | 07/08 | | | |
| | *1009 | 300.00 | 07/01 | 1011 | 223.64 | 07/14 | | | |

Checks: 4                *Break in check sequence

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 06/13 | 6,687.08 | 6,687.08 | 07/07 | 6,856.20 | 6,856.20 |
| | 06/17 | 6,657.08 | 6,657.08 | 07/08 | 6,725.04 | 6,725.04 |
| | 06/26 | 6,921.99 | 6,921.99 | 07/14 | 6,501.40 | 6,501.40 |
| | 07/01 | 6,621.99 | 6,621.99 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 2
63/B06/0175/0 /38
1000077569845
07/14/2008



SUNTRUST

Account
Statement

---

**To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.**

Complete this section to balance this statement to your transaction register.

Month _____ Year _____

Bank Balance Shown on statement     $ _____

Add (+)
Deposits not shown on this     $ _____
statement (if any).     _____
    _____
Total (+)     $ _____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

| | $ | | $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total (-)     $ _____

Balance     $ _____

These balances should agree ↑

Your Transaction
Register Balance     $ _____

Add (+)
Other credits shown on
this statement but not     $ _____
in transaction register.     _____

Add (+)
Interest paid (for use in balancing interest-bearing
accounts only).
Total (+)     $ _____

Subtract (-) Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

Total (-)     $ _____

Balance     $ _____

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

139871             Member FDIC

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
63/B06/0175/0 /38
1000075701366
07/14/2008



# SUNTRUST

# Account Statement

halldallodldlladlladlladalllladlladlaalll
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

PLEASE VISIT SUNTRUST.COM TO REFERENCE UPDATED RULES AND REGULATIONS FOR
DEPOSIT ACCOUNTS.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000075701366 | 06/13/2008 - 07/14/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $10,613.96 | Average Balance | $13,968.18 |
| Deposits/Credits | $12,594.38 | Average Collected Balance | $13,889.59 |
| Checks | $50.00 | Number of Days in Statement Period | 32 |
| Withdrawals/Debits | $1,989.28 | | |
| Ending Balance | $21,169.06 | | |

## Deposits/Credits

| Date | Amount | Description |
|---|---|---|
| 06/25 | 4,039.69 | ELECTRONIC/ACH CREDIT CLAY EYE PHYSICI  PAYROLL  **********9762X |
| 07/07 | 1,000.00 | DEPOSIT CORRECTION |
| 07/07 | 1,515.00 | DEPOSIT |
| 07/09 | 4,039.69 | ELECTRONIC/ACH CREDIT CLAY EYE PHYSICI  PAYROLL  **********6628X |
| 07/09 | 2,000.00 | DEPOSIT |

Deposits/Credits: 5     Total Items Deposited: 3

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1008 | 50.00 | 07/09 | | | | | | |

Checks: 1

## Withdrawals/Debits

| Date Paid | Amount | Description | |
|---|---|---|---|
| 06/13 | 31.51 | POINT OF SALE DEBIT SHEP'S DISCOUNT | TR DATE 06/13 JACKSONVILLE FL  68000001 |
| 06/13 | 43.58 | POINT OF SALE DEBIT PAXON CHRISTIAN BOOKS | TR DATE 06/13 JACKSONVILLE FL  50135857 |
| 06/13 | 150.28 | POINT OF SALE DEBIT SHEP'S DISCOUNT | TR DATE 06/13 JACKSONVILLE FL  68000001 |
| 06/17 | 5.99 | CHECK CARD PURCHASE HMSHOST-JAX-AIR | JACKSONVILLE FL |
| 06/20 | 2.98 | POINT OF SALE DEBIT CVS 1811 1504 S 3rd St | TR DATE 06/19 Jacksonville FL  A70003 |
| 06/20 | 183.47 | POINT OF SALE DEBIT CVS 1811 1504 S 3rd St | TR DATE 06/19 Jacksonville FL  A80003 |
| 06/23 | 67.25 | CHECK CARD PURCHASE STEIN-MART #0045 | JACKSONVILLE FL |
| 06/23 | 230.00 | CHECK CARD PURCHASE ST. JOHN'S EXPRE | PONTE VEDRE FL |
| 06/24 | 36.90 | POINT OF SALE DEBIT WALGREEN COMPANY 5 N 3 | TR DATE 06/23 JACKSONVILLE FL  AX0003 |

Member FDIC

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 3
63/B06/0175/0 /38
1000075701366
07/14/2008



**SUNTRUST** .

# Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 06/25 | 111.14 | *POINT OF SALE DEBIT* | TR DATE 06/24 | |
| | | | WINN DIXIE 1209 ATLANT | NEPTUNE BEACHFL AQ0003 | |
| | 06/26 | 29.97 | *POINT OF SALE DEBIT* | TR DATE 06/26 | |
| | | | PUBLIX 985 ATLANTIC BL | ATLANTIC BEACFL AN0003 | |
| | 06/30 | 30.00 | *CHECK CARD PURCHASE* | | |
| | | | SHELL OIL 509634 | NEPTUNE BEACHFL | |
| | 06/30 | 13.37 | *POINT OF SALE DEBIT* | TR DATE 06/28 | |
| | | | CHEVRON/LIL CHMP 1287 | JACKSONVILLE FL AS0003 | |
| | 07/07 | 9.57 | *CHECK CARD PURCHASE* | | |
| | | | SHERATON NY TOWE | NEW YORK NY | |
| | 07/07 | 32.49 | *CHECK CARD PURCHASE* | | |
| | | | COLONY RECORDS | NEW YORK NY | |
| | 07/07 | 34.00 | *CHECK CARD PURCHASE* | | |
| | | | FEMA NFIP ALLSTA | 913-469-8700 KS | |
| | 07/07 | 83.38 | *CHECK CARD PURCHASE* | | |
| | | | COLONY RECORDS | NEW YORK NY | |
| | 07/07 | 85.51 | *CHECK CARD PURCHASE* | | |
| | | | COLONY RECORDS | NEW YORK NY | |
| | 07/07 | 135.30 | *CHECK CARD PURCHASE* | | |
| | | | COLONY RECORDS | NEW YORK NY | |
| | 07/07 | 7.03 | *POINT OF SALE DEBIT* | TR DATE 07/04 | |
| | | | DUANE READE INC. 1633 | NEW YORK NY AV0003 | |
| | 07/07 | 26.71 | *POINT OF SALE DEBIT* | TR DATE 07/05 | |
| | | | CNS LIFEWAY CHRISTI762 | JACKSONVILLE FL 00994322 | |
| | 07/07 | 27.66 | *POINT OF SALE DEBIT* | TR DATE 07/05 | |
| | | | SHELL Service Station | JACKSONVILLE FL 40190201 | |
| | 07/07 | 44.40 | *POINT OF SALE DEBIT* | TR DATE 07/05 | |
| | | | TERRY'S COUNTRY | JACKSONVILLE FL 34574201 | |
| | 07/08 | 13.91 | *CHECK CARD PURCHASE* | | |
| | | | HMSHOST-LGA-AIRP | FLUSHING NY | |
| | 07/08 | 52.00 | *CHECK CARD PURCHASE* | | |
| | | | VIRGIN MEGASTORE | NEW YORK NY | |
| | 07/09 | 90.21 | *POINT OF SALE DEBIT* | TR DATE 07/08 | |
| | | | WAL-MART #1173 | JACKSONVILLE FL 24117301 | |
| | 07/09 | 175.41 | *POINT OF SALE DEBIT* | TR DATE 07/08 | |
| | | | WAL-MART #1173 | JACKSONVILLE FL 24117301 | |
| | 07/10 | 5.99 | *CHECK CARD PURCHASE* | | |
| | | | BEALLS-OUTLET-ST | JACKSONVILLE FL | |
| | 07/10 | 24.00 | *CHECK CARD PURCHASE* | | |
| | | | NAVY EXCHANGE 06 | ATLANTIC BEACVA | |
| | 07/14 | 14.00 | *CHECK CARD PURCHASE* | | |
| | | | REGAL CINEMAS 6E | JACKSONVILLE FL | |
| | 07/14 | 48.75 | *CHECK CARD PURCHASE* | | |
| | | | BP OIL 06 | JACKSONVILLE FL | |
| | 07/14 | 122.52 | *CHECK CARD PURCHASE* | | |
| | | | T-MOBILE IVR PAY | 800-937-8997 WA | |

Withdrawals/Debits: 32

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 06/13 | 10,388.59 | 10,388.59 | 06/30 | 13,697.21 | 13,697.21 |
| | 06/17 | 10,382.60 | 10,382.60 | 07/07 | 15,726.16 | 13,211.16 |
| | 06/20 | 10,196.15 | 10,196.15 | 07/08 | 15,660.25 | 15,660.25 |
| | 06/23 | 9,878.90 | 9,878.90 | 07/09 | 21,384.32 | 21,384.32 |
| | 06/24 | 9,842.00 | 9,842.00 | 07/10 | 21,354.33 | 21,354.33 |
| | 06/25 | 13,770.55 | 13,770.55 | 07/14 | 21,169.06 | 21,169.06 |
| | 06/26 | 13,740.58 | 13,740.58 | | | |

139868                                   Member FDIC                        Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
63/B06/0175/0 /38
1000075701366
07/14/2008



# SUNTRUST™

# Account Statement

---

To change your address, please call 1-800-SUNTRUST (1-800-786-8787).  Business clients call 1-800-752-2515.

**Complete this section to balance this statement to your transaction register.**

Month _____   Year _____

Bank Balance Shown on statement         $ _____

Your Transaction Register Balance         $ _____

Add (+)
Deposits not shown on this statement (if any).     $ _____

Add (+)
Other credits shown on this statement but not in transaction register.     $ _____

Total (+)  $ _____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

Add (+)
Interest paid (for use in balancing interest-bearing accounts only).     $ _____

Total (+)  $ _____

|  | $ |  | $ |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Subtract (-) Other debits shown on this statement but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
|  |  |
|  |  |
|  |  |

Total (-)  $ _____

Balance  $ _____

These balances should agree ↑ _____

Total (-)  $ _____

Balance  $ _____

---

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared.  Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern.  We will investigate and correct any error promptly.  For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

139869                              Member FDIC