UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:08−bk−02133−JAF
Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan

_____Debtor(s)_____/

NOTICE FIXING TIMES FOR ADDITIONAL CREDITORS TO FILE A COMPLAINT TO EXCEPT DEBT FROM DISCHARGE, TO FILE OBJECTIONS TO DISCHARGE; AND TO FILE GENERAL CLAIMS

The Debtor(s) having filed on August 1, 2008 , an amended list of creditors D , NOTICE is hereby given of the following:

1. The following creditors are notified that the above−captioned Debtor(s) filed bankruptcy case on April 18, 2008 :

HTS Loan Servicing
450 Carillon Pkwy, #210
Saint Petersburg, FL 33716

2. Said creditors are given through and including September 8, 2008 , for filing a complaint objecting to the discharge of the Debtor(s) or for filing a complaint to except debt from discharge, pursuant to § 523(c) of the Bankruptcy Code. They may also file a proof of claim through and including September 8, 2008 .

Dated August 4, 2008 .

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

Copies furnished to:
Debtor
Debtors' Attorney
US Trustee
Above Creditor