# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In Re:

BONITA NIX DONOVAN,                    Case No. 3:08-bk-02133-JAF

    Debtor.                                 Chapter 11

_____/

## NOTICE OF APPEARANCE

COMES NOW the firm of DENNIS LeVINE & ASSOCIATES, P.A. and files this Notice of Appearance as counsel of record for USAA FEDERAL SAVINGS BANK (hereinafter "USAA"), a creditor in the above-styled cause, and requests:

1. That his name be added to the Matrix as:

    USAA
    c/o Dennis LeVine & Associates, P.A.
    P.O. Box 707
    Tampa, FL 33601-0707

2. That he be provided copies of all pleadings filed herein.

                                            /s/DAVID E. HICKS, ESQ.
                                            DAVID E. HICKS, ESQ.
                                            Fla. Bar No. 0368245
                                            DENNIS LeVINE & ASSOCIATES, P.A.
                                            P.O. Box 707
                                            Tampa, FL 33601-0707
                                            (813) 253-0777
                                            (813) 253-0975 (fax)
                                            E-mail: David@bcylaw.com
                                            Attorneys for USAA Federal Savings Bank

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished either by electronic or standard first class mail to the parties listed below on this 26th day of August, 2008.

      /s/DAVID E. HICKS, ESQ.
      DAVID E. HICKS, ESQ.

Bonita Nix Donovan
800 Fla. Blvd.
Neptune Beach, FL 32266

Albert H. Mickler, Esq.
5452 Arlington Expressway
Jacksonville, FL 32211

United States Trustee JAX
135 W. Central Blvd, Suite 620
Orlando, FL 32801