# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In Re:

BONITA NIX DONOVAN,   Case No. 3:08-bk-02133-JAF

    Debtor.   Chapter 11

_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

COMES NOW BANK OF AMERICA, N.A. (hereinafter "BANK OF AMERICA"), by and through its undersigned attorneys, and pursuant to 11 U.S.C. §§ 1322, 1324 and 1325 of Title 11, United States Code, hereby objects to the confirmation of the Debtor's Chapter 11 Plan (hereinafter "Plan"), and in support thereof would show:

1.     BANK OF AMERICA holds a second mortgage pursuant to a Home Equity Line of Credit in certain of the Debtor's real property, described as follows:

> **UNIT 205D, PABLO BEACH HOUSE CONDOMINIUM, BLDG 2, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 9623, PAGES(S) 992, ET SEQ., OF THE PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA; AND ANY AMENDMENTS THERETO; TOGETHER WITH AN UNDIVIDED INTEREST IN AND TO THOSE COMMON ELEMENTS APPURTENANT TO SAID UNIT IN ACCORDANCE WITH AND SUBJECT TO THE COVENANTS, CONDITIONS, RESTRICTIONS, TERMS AND OTHER PROVISIONS OF THAT DECLARATION OF CONDOMINIUM (physical address: 222 14TH AVE N, JACKSONVILLE BEACH, DUVAL, FLORIDA 32250)**

2.     As a secured creditor, BANK OF AMERICA is a party in interest which may object to the Plan.

3.     BANK OF AMERICA is owed $50,236.16 on its second mortgage. The real property is subject to a first mortgage in the approximate amount of $94,181.00.

4.     The obligation accrues interest at a variable rate.

5. The Debtor's Plan provides that the Debtor will value the secured claim of BANK OF AMERICA (Class 7) at $40,819.00, and pay this amount with interest at 6% over 30 years.

6. BANK OF AMERICA objects to the confirmation of the Debtor's Plan in that it does not comply with Section 1129 for the following reasons:

A. BANK OF AMERICA values the real property at $180,000. An on-line search on 8/26/08 at Zillow.com indicates the property has a value of $212.000. Therefore, there clearly is equity in the property, and the Debtor must pay the secured claim in full (together with interest, costs and attorneys fees).

B. The interest rate proposed on this secured claim does not provide BANK OF AMERICA with the present value of its secured claim.

C. The Plan does not provide for the curing of the pre-petition and post-petition arrears.

D. BANK OF AMERICA objects to a 30 year amortization on repayment of its secured claim.

WHEREFORE, BANK OF AMERICA respectfully requests the Court to deny confirmation of the Debtor's Plan, and for such further relief as the Court finds just.

/s/DAVID E. HICKS, ESQ.
DAVID E. HICKS, ESQ.
Fla. Bar No. 0368245
DENNIS LeVINE & ASSOCIATES, P.A.
P.O. Box 707
Tampa, FL 33601-0707
(813) 253-0777
(813) 253-0975 (fax)
Attorneys for BANK OF AMERICA

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation with all attachments has been furnished either by electronic or standard first class mail to the parties listed below on this 27th day of August, 2008.

/s/DAVID E. HICKS, ESQ.
DAVID E. HICKS, ESQ.


Bonita Nix Donovan
800 Fla. Blvd
Neptune Beach, FL 32266

Albert H. Mickler, Esq.
5452 Arlington Expressway
Jacksonville, FL 32211

United States Trustee JAX
135 W. Central Blvd, Suite 620
Orlando, FL 32801