**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

BONITA NIX DONOVAN ,  　　　　　　　Case No. 3:08-bk-02133-JAF

　　Debtor.　　　　　　　　　　　　　　Chapter 11
_____/

**NOTICE OF APPEARANCE**

　　　　COMES NOW the firm of DENNIS LeVINE & ASSOCIATES, P.A. and files this Notice of Appearance as counsel of record for BANK OF AMERICA, N.A. (hereinafter "BANK OF AMERICA"), a creditor in the above-styled cause, and requests:

1. That his name be added to the Matrix as:

　　　　BANK OF AMERICA
　　　　c/o Dennis LeVine & Associates, P.A.
　　　　P.O. Box 707
　　　　Tampa, FL 33601-0707

2. That he be provided copies of all pleadings filed herein.

　　　　　　　　　　　　　　　　　　/s/DAVID E. HICKS, ESQ.
　　　　　　　　　　　　　　　　　　DAVID E. HICKS, ESQ.
　　　　　　　　　　　　　　　　　　Fla. Bar No. 0368245
　　　　　　　　　　　　　　　　　　DENNIS LeVINE & ASSOCIATES, P.A.
　　　　　　　　　　　　　　　　　　P.O. Box 707
　　　　　　　　　　　　　　　　　　Tampa, FL 33601-0707
　　　　　　　　　　　　　　　　　　(813) 253-0777
　　　　　　　　　　　　　　　　　　(813) 253-0975 (fax)
　　　　　　　　　　　　　　　　　　E-mail: David@bcylaw.com
　　　　　　　　　　　　　　　　　　Attorneys for Bank of America, N.A.

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished either by electronic or standard first class mail to the parties listed below on this 2nd day of September, 2008.

                /s/DAVID E. HICKS, ESQ.
                DAVID E. HICKS, ESQ.

Bonita Nix Donovan
800 Fla. Blvd
Neptune Beach, FL 32266

Albert H. Mickler, Esq.
5452 Arlington Expressway
Jacksonville, FL 32211

United States Trustee
135 W. Central Blvd, Suite 620
Orlando, FL 32801