UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 08-02133-JAF
CHAPTER 11 CASE

IN RE:

BONITA NIX DONOVAN *AKA* BONNIE N. DONOVAN

Debtor.
_____/

**NOTICE OF APPEARANCE
REQUESTED TO BE PLACED
ON LOCAL RULES 1007-2 PARTIES
IN THE INTEREST LIST**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as attorney for **BANK OF AMERICA, N.A.**, secured creditor, second mortgage holder of the above styled Debtor(s) for property located at 135 20th Ave., Jacksonville Beach, FL 32250.

Pursuant to the provisions of Local Rule 2002-1 (e), request is hereby made that the undersigned counsel be placed on the LOCAL RULE 1007-2 PARTIES IN INTEREST LIST and that copies of all notices, orders and other pleadings filed herein be served upon the undersigned.

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid **and/or electronic mail** this _11_ day of _September_, 2008.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517

By: _____
Scott Weiss, Esq.
Bar Number: 710910

**MAILING LIST:**

**Bonita Nix Donovan**
800 Fla. Blvd.
Neptune Beach, FL 32266

*U.S. Trustee*
**United States Trustee - JAX**
135 W. Central Blvd, Suite 620
Orlando, FL 32801

**Albert H. Mickler**
5452 Arlington Expressway
Jacksonville, FL 32211

**Bryan K. Mickler**
5452 Arlington Expressway
Jacksonville, FL 32211

**Elena L Escamilla**
135 W Central Blvd., Suite 620
Orlando, FL 32806