UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

BONITA NIX DONOVAN, ) Case No.: 3:08-bk-02133-JAF
) Chapter 11
    Debtor. )
_____/ )

**NOTICE OF WITHDRAWAL OF UNITED STATES TRUSTEE'S
MOTION TO COMPEL DEBTOR TO COMPLY WITH 11 U.S.C. § 521 AND REQUEST
FOR CANCELLATION OF HEARING ON 9/22/08 AT 2:30 P.M**

    COMES NOW, Donald F. Walton, United States Trustee for Region 21, by and through his undersigned counsel, and withdraws the Motion to Compel Debtor to Comply with 11 U.S.C. § 521 (Docket No.: 45) (the "Motion) based upon the amendment of schedules and the Debtor providing the requested documents to the United States Trustee.

    A hearing on the Motion is currently scheduled on this matter on September 22, 2008 at 2:30 p.m. The United States Trustee requests that the hearing on the matter be cancelled.

    DATED: September 17, 2008

                                                          DONALD F. WALTON
                                                           United States Trustee
                                                           Region 21

                                                            /s/ Elena L. Escamilla
                                                           Elena L. Escamilla, Trial Attorney
                                                           Florida Bar No.: 898414
                                                          United States Department of Justice
                                                          Office of the United States Trustee
                                                          135 W. Central Blvd., Room 620
                                                          Orlando, FL 32801
                                                          Telephone No.: (407) 648-6301, Ext. 127
                                                          Facsimile No.: (407) 648-6323
                                                          elena.l.escamilla@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on September 17, 2008, either by electronic transmission by CM/ECF or by U.S. Mail, postage prepaid, on the following:

| | |
|---|---|
| Bonita Nix Donovan<br>800 Fla. Blvd.<br>Neptune Beach, FL 32266 | Albert H. Mickler, Esquire<br>5452 Arlington Expressway<br>Jacksonville, FL 32211 |
| Bryan K. Mickler, Esquire<br>5452 Arlington Expressway<br>Jacksonville, FL 32211 | |

                                          /s/ Elena L. Escamilla
                                          Elena L. Escamilla, Trial Attorney