# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### _____ DIVISION

IN RE:

Bonita Nix Donovan }
}
}
JERRY A. FUNK }
}
DEBTOR.                3:08-bk-02133 }

CASE NUMBER:

JUDGE

CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM          August 01, 2008     TO     August 31, 2008

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    9/20/2008

Bryan Mickler
Attorney for Debtor

Debtor's Address
and Phone Number:

Bonnie Donovan
800 Florida Blvd
Neptune Beach, FL 32266

Tel.          904-246-2010

Attorney's Address
and Phone Number:

Bryan Mickler
5452 Arlington Exp
Jacksonville, FL 32211

Bar No.     091750
Tel.          904-725-0822

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note:  The information requested below is a summary of the information reported the various Schedules and Attachments  contained within this report.

|  | Month August '08 | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $6,265.47 | $4,593.23 |
| **CASH- Beginning of Month (Business)** | $23,998.36 | $2,134.21 |
| **Total Household Receipts** | $8,234.21 | $21,445.68 |
| **Total Business Receipts** | $4,604.38 | $21,496.76 |
| **Total Receipts** | $12,838.59 | $42,942.44 |
| **Total Household Disbursements** | ($2,373.78) | $9,165.45 |
| **Total Business Disbursements** | $5,153.09 | $10,482.47 |
| **Total Disbursements** | $2,779.31 | $19,647.92 |
| **NET CASH FLOW  (Total Receipts minus Total Disbursements)** | $10,059.28 | $23,294.52 |
| **CASH- End of Month (Individual)** | $16,873.46 | $16,873.46 |
| **CASH- End of Month (Business)** | $23,449.65 | $13,148.50 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

|  |  |  |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | $2,779.31 | $19,647.92 |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** |  |  |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $2,779.31 | $19,647.92 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___20___ day of ___Sept___ 20 _08_.          _____

Debtor's Signature

Monthly Operating Report - Indivdual

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>August '08 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $6,265.47 | $4,593.23 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $234.21 | $858.19 |
| Wages from Other Sources (attach list to this report) | | $468.42 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $12,119.07 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | $8,000.00 | $8,000.00 |
| | | |
| **TOTAL RECEIPTS** | $8,234.21 | $21,445.68 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $0.00 |
| Gifts | | $0.00 |
| Household Expenses/Food/Clothing | $113.36 | $1,523.75 |
| Household Repairs & Maintenance | $361.27 | $2,555.85 |
| Insurance | | $566.52 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | | $115.00 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule)          *Payroll Taxes* | | $43.12 |
| Travel & Entertainment | | $30.00 |
| Tuition/Education | | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | $1,921.05 |
| Vehicle Expenses | | $1,391.49 |
| Vehicle Secured Payment(s) | | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | | $975.00 |
| Other (attach schedule)          *See Explanation Page* | ($2,848.41) | ($892.77) |
| | | |
| **Total Household Disbursements** | ($2,373.78) | $9,165.45 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $16,873.46 | $16,873.46 |

## *Other HouseHold Explanation Schedule*

**Case Name:**       Bonnie Donovan.
**Case Number:**    3:08-BK-02133-JAF
**Date of Petition:**  April 18, 2008

|                                          | Other Category Total: | ($2,848.41) |
|------------------------------------------|-----------------------|-------------|
| Description                              |                       | Amount      |
| Reimbursable Volunteer Expenses          |                       | ($191.30)   |
| Association Dues                         |                       |             |
| Overnight Postage Expense                |                       |             |
| FIA Card Services                        |                       |             |
| Check Order                              |                       |             |
| Time Share                               |                       |             |
| Miscellaneous Adjustment                 |                       |             |
| Other Fees                               |                       |             |
| Insurance Premium Refund                 |                       | ($2,657.11) |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>August | Cumulative<br>Total |
|---|---|---|
| **CASH - Beginning of Month** | **$23,998.36** | **$2,134.21** |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income | $4,525.00 | $12,525.00 |
| Sale of Business Assets (attach list to this report) | | $0.00 |
| Other (specify)          *See Below Items* | $79.38 | $8,971.76 |
| *(Deposited to this acct in error)-- Alimony* | *$8,079.38* | |
| *Transferred Deposit Made in Error to Household Account* | *($8,000.00)* | |
| | | |
| **Total Business Receipts** | **$4,604.38** | **$21,496.76** |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll          *Withheld from Personal* | | $110.37 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) | | $0.00 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | $122.52 | $127.69 |
| Insurance | $681.00 | $3,596.00 |
| Vehicle Expenses | $113.88 | $157.25 |
| Travel & Entertainment | $19.02 | $19.02 |
| Repairs and Maintenance | $256.87 | $256.87 |
| Supplies | | $0.00 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $0.00 |
| Advertising | | $0.00 |
| Bank Charges | | $0.00 |
| Other (attach schedule)   **SEE ATTACHED SCHEDULE** | $3,959.80 | $6,215.27 |
| | | |
| **Total Business Disbursements** | **$5,153.09** | **$10,482.47** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | **$23,449.65** | **$23,449.65** |

Monthly Operating Report - Individual

## *Other -BUSINESS- Explanation Schedule*

**Case Name:**     **Bonnie Donovan.**
**Case Number:**    **3:08-BK-02133-JAF**
**Date of Petition:** **April 18, 2008**

Other Category Total:          $3,959.80

| Description | Amount |
|---|---|
| Time Share | $279.24 |
| Association Dues | $1,125.00 |
| Reimbursable Volunteer Expenses | $157.83 |
| Household Expenses | $1,407.69 |
| U.S. Trustee | $325.00 |
| Utility | $100.00 |
| Miscellaneous | $100.00 |
| Car Insurance | $424.74 |
| Gas | $40.30 |

*These Expenses Were Incorrectly Posted to this Account This Month Due to A Direct Deposit Error.*

## RENT ROLL

| Case Name: | Bonita Donovan | Case Number: | 3:08-BK-02133-JAF |
| Date of Petition: | **April 18, 2008** | | |

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | $  2,000.00 | $  2,000.00 | 0812/2008 |
| 150 Pantano Cay St. | $  1,500.00 | $  1,500.00 | 0812/2008 |
| 222 14th Ave N | $  1,025.00 | $  1,025.00 | 0812/2008 |
| | $  4,525.00 | $  4,525.00  (a) | |

(a) This total included on MOR-3 Other Receipts

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00  Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00  Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27  6 months | $0.00 |
| Flood -- Allstate | 05/02/08 - 05/02/09 | $229.00  Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00  Annual | $0.00 |
| Flood -- Countrywide | | $349.00  Annual | $0.00 |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| NONE |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

NOTE:

*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end and versus statement end date.*

### Bank Account Information

| | Account #1 | Account #2 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | | |
| Account Number: | 1000075698845 | 1000075701366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. Balance per Bank Statement | $24,211.65 | $16,873.46 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | $762.00 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| TOTAL OF ALL ACCOUNTS | $24,211.65 | $16,111.46 | $0.00 | | $40,323.11 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

### Investment Account Information

| Bank / Account Name /Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**              **Supporting Statement**

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|------|------|-------------|---------------|-------|------------------------|--------|
| | | | | *OUTSTANDING CHECKS* | | |
| SunTrust | 100075701366 | 1014 | 08/02/2008 | Terminex Termite | Exterminator Fee | $81.00 |
| SunTrust | 100075701366 | 1016 | 08/19/2008 | Allstate | Homeowner's Insurance | $142.00 |
| SunTrust | 100075701366 | 1018 | 8/26/2008 | Universal Insurance | Homeowner's Insurance | $539.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $762.00 |

| | | | | | | |
|------|------|------|------|------|------|------|
| | | | | *OUTSTANDING DEPOSITS* | | |
| | | | | | | |
| | | | | NONE | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1011 | 08/07/08 | Bonnie Donovan | Transfer | $8,000.00 |
| 1012 | 08/10/08 | U.S. Trustee | Chapter 11 Quarterly Fees | $325.00 |
| 1013 | 08/10/08 | Neptune Beach Water | Utility | $100.00 |
| 1014 | 08/02/08 | Terminex | Exterminator Fee | $81.00 |
| 1015 | 08/12/08 | South Beach Homeowners | Association Dues | $1,125.00 |
| 1016 | 08/19/08 | Allstate | Homeowner's Insurance | $142.00 |
| 1017 | 08/19/08 | Cash | Miscellaneous | $100.00 |
| 1018 | 08/26/08 | Universal Insurance | Homeowner's Insurance | $539.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $10,412.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1015 | 08/01/08 | | Food Purchase | $6.92 |
| 1016 | 08/10/08 | Beaches Electric | Utility - Electric | 361.27 |
| 1017 | 08/12/08 | Comcast | Cable | 106.44 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $474.63 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| | | $0.00 |
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | $ 4,525.00 | |
| Less: Collections During the Month | $ 4,525.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | $0.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| | | $0.00 |
| 0 - 30 Days | $0.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $0.00 | $0.00 |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | $0.00 | $0.00 |
| **Total Post-Petition Taxes** | $0.00 | $0.00 |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| None at report time | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# STANDARD BANK RECONCILIATION

Account No. **1000077569845**

Month **August** Year **2008**

Account Name **Bonita N. Donovan**

Bank Balance shown on Bank Statement $ 16,873.46

Add (+)
Deposits not shown on Bank Statement $ _____

Total $ 16,873.46

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
|        |        |        | $      |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |

Total Subtractions $ _____ $ 0.00

Balance $ 16,873.46

---

Your transaction register balance $ 16,873.46

Add (+)
Other credits shown on the bank
statement but not in transaction register $ _____

Total $ 16,873.46

Add (+)
Interest paid on bank statement $ _____

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
|        |        |
|        |        |

Total Subtractions $ _____ $ 0.00

Balance $ 16,873.46

# STANDARD BANK RECONCILIATION

Account No. __1000075701366__    Month __August__   Year __2008__   Account Name __Bonita N. Donovan__

Bank Balance shown on Bank Statement .......... $ __24,211.65__

Add (+)
Deposits not shown on Bank Statement .......... $ __0.00__

Total .......... $ __24,211.65__

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
| 1014 | $81.00 | | $ |
| 1016 | $142.00 | | |
| 1018 | $539.00 | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions .......... $ __762.00__

Balance .......... $ __23,449.65__

Your transaction register balance .......... $ __23,449.65__

Add (+)
Other credits shown on the bank
statement but not in transaction register .......... $ _____

Interest paid on bank statement .......... $ _____

Total .......... $ __23,449.65__

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
| | $ |
| | |
| | |

Total Subtractions .......... $ __0.00__

Balance .......... $ __23,449.65__

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
63/B06/0175/0 /38
1000075701366
08/13/2008



# SUNTRUST™

## Account Statement

|ılıılıılıllıllıılıllıllıllıllıllıllıllıllıllıllıllıllıllıllıll
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

BEGINNING OCTOBER 24,2008, CONSUMER CHECKING ACCOUNTS WITH NO CUSTOMER INITIATED
ACTIVITY FOR THE MONTH WILL START RECEIVEING QUARTERLY STATEMENTS (MARCH, JUNE,
SEPTEMBER, AND DECEMBER); THIS EXCLUDES CLIENTS WITH COMBINED AND SUMMARY
STATEMENTS.

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000075701366 | 07/15/2008 - 08/13/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $21,169.06 | Average Balance | $22,583.94 |
| Deposits/Credits | $12,609.87 | Average Collected Balance | $22,433.11 |
| Checks | $8,719.83 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $2,387.79 | | |
| Ending Balance | $22,671.31 | | |

---

| Deposits/ Credits | Date | Amount | Description | | |
|---|---|---|---|---|---|
| | 07/23 | 4,039.69 | *ELECTRONIC/ACH CREDIT* | | |
| | | | CLAY EYE PHYSICI | PAYROLL | **********1704X |
| | 08/06 | 4,039.69 | *ELECTRONIC/ACH CREDIT* | | |
| | | | CLAY EYE PHYSICI | PAYROLL | **********9807X |
| | 08/11 | 5.49 | *CHECK CARD CREDIT* | | |
| | | | TARGET      00 | | JACKSONVILLE FL |
| | 08/12 | 4,525.00 | DEPOSIT | | |

Deposits/Credits: 4          Total Items Deposited: 3

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1009 | 150.00 | 07/15 | 1011 | 8,000.00 | 08/07 | 1013 | 100.00 | 08/11 |
| | 1010 | 144.83 | 07/22 | 1012 | 325.00 | 08/11 | | | |

Checks: 5

---

| Withdrawals/ Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 07/28 | 20.18 | *CHECK CARD PURCHASE* | |
| | | | SHELL OIL 509634 | NEPTUNE BEACHFL |
| | 07/28 | 51.85 | *CHECK CARD PURCHASE* | |
| | | | BEACH DINER | ATLANTIC BEACFL |
| | 07/28 | 85.00 | *CHECK CARD PURCHASE* | |
| | | | OCEAN NAILS INC | NEPTUNE BEACHFL |
| | 07/28 | 89.43 | *CHECK CARD PURCHASE* | |
| | | | WINN-DIXIE  #00 | NEPTUNE BEACHFL |
| | 07/29 | 337.00 | *ELECTRONIC/ACH DEBIT* | |
| | | | AMER HOME SHIELD   DEBITS | P00000158235372 |
| | 07/29 | 135.70 | *CHECK CARD PURCHASE* | |
| | | | KMART | NEPTUNE BEACHFL |
| | 07/29 | 196.40 | *CHECK CARD PURCHASE* | |
| | | | WINN-DIXIE  #00 | NEPTUNE BEACHFL |
| | 08/01 | 19.04 | *CHECK CARD PURCHASE* | |
| | | | KFC #K021001 87 | NEPTUNE BEACHFL |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B06/0175/0 /38
1000077569845
08/13/2008



**SUNTRUST**

*Leslie Birkitz*
*Household account*

# Account Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

BEGINNING OCTOBER 24,2008, CONSUMER CHECKING ACCOUNTS WITH NO CUSTOMER INITIATED
ACTIVITY FOR THE MONTH WILL START RECEIVEING QUARTERLY STATEMENTS (MARCH, JUNE,
SEPTEMBER, AND DECEMBER); THIS EXCLUDES CLIENTS WITH COMBINED AND SUMMARY
STATEMENTS.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000077569845 | 07/15/2008 - 08/13/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,501.40 | Average Balance | $8,783.05 |
| Deposits/Credits | $11,082.62 | Average Collected Balance | $8,704.78 |
| Checks | $721.15 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $117.18 | | |
| Ending Balance | $16,745.69 | | |

**Deposits/Credits**

| Date | Amount | Description |
|---|---|---|
| 07/17 | 234.21 | DEPOSIT *— church pay* |
| 08/07 | 2,657.11 | DEPOSIT *— alimony (went in this account)* |
| 08/07 | 8,000.00 | DEPOSIT |
| 08/12 | 191.30 | DEPOSIT *— church refund ck for Bonnie's Disciple + Children's church expenses* |

Deposits/Credits: 4        Total Items Deposited: 5

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1004 | *DC Menace* 15.00 | 08/04 | 1013 | *Lenbrook* 100.00 | 07/15 | 1015 | *Electric* 6.92 | 08/01 |
| *1012 | *Comcast* 106.43 | 07/16 | 1014 | *W. Dixie* 131.53 | 07/17 | 1016 | *Electric* 361.27 | 08/13 |

Checks: 6        *Break in check sequence

**Withdrawals/Debits**

| Date Paid | Amount | Description |
|---|---|---|
| 07/17 | 5.00 | SCREEN PRINT STATEMENT FEE |
| 07/22 | 112.18 | *ELECTRONIC/ACH DEBIT* |
| | | COMCAST    COMCAST    0070099656 *Cable + internet* |

Withdrawals/Debits: 2

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/15 | 6,401.40 | 6,401.40 | 08/04 | 6,258.55 | 6,258.55 |
| 07/16 | 6,294.97 | 6,294.97 | 08/07 | 16,915.66 | 14,567.66 |
| 07/17 | 6,392.65 | 6,392.65 | 08/08 | 16,915.66 | 16,915.66 |
| 07/22 | 6,280.47 | 6,280.47 | 08/12 | 17,106.96 | 17,106.96 |
| 08/01 | 6,273.55 | 6,273.55 | 08/13 | 16,745.69 | 16,745.69 |

*I didn't write the $6.92 low.
I don't remember — maybe good?*



Household

**SunTrust**

**Current Statement**

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | | |
|---|---|---|---|
| MIN COL BALANCE: | 16,745 | 08/14/08 |
| AVG COL BALANCE: | 16,847 | |
| LAST STMT ENDING BALANCE: | 16,745.69 | |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000077569845 | 08/14/2008 - 09/03/2008 | 265193573 |

BEGINNING BALANCE: 16,745.69
DEPOSITS/CREDITS: 234.21
CHECKS/DEBITS: 106.44
ENDING-BALANCE: 16,873.46

| DEPOSITS: | DATE | AMOUNT | | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 08/18 | 234.21 | Payroll | | |

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | |

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1017 | 08/18 | 106.44 | Comcast | | |

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | |

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 08/18 | 16,873.46 | | |



P O BOX 622227
ORLANDO FL 32862-2227

63/B06/0175/0 /38
1000075701366
08/13/2008



**SUNTRUST**

.Account
Statement

╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN   TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

BEGINNING OCTOBER 24,2008, CONSUMER CHECKING ACCOUNTS WITH NO CUSTOMER INITIATED
ACTIVITY FOR THE MONTH WILL START RECEIVING QUARTERLY STATEMENTS (MARCH, JUNE,
SEPTEMBER, AND DECEMBER); THIS EXCLUDES CLIENTS WITH COMBINED AND SUMMARY
STATEMENTS.

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000075701366 | 07/15/2008 - 08/13/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $21,169.06 | Average Balance | $22,583.94 |
| Deposits/Credits | $12,609.87 | Average Collected Balance | $22,433.11 |
| Checks | $8,719.83 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $2,387.79 | | |
| Ending Balance | $22,671.31 | | |

---

| Deposits/Credits | Date | Amount | Description | | |
|---|---|---|---|---|---|
| | 07/23 | 4,039.69 | *ELECTRONIC/ACH CREDIT* | | |
| | | | CLAY EYE PHYSICI     PAYROLL | **********1704X | |
| | 08/06 | 4,039.69 | *ELECTRONIC/ACH CREDIT* | | |
| | | | CLAY EYE PHYSICI     PAYROLL | **********9807X | |
| | 08/11 | 5.49 | *CHECK CARD CREDIT* | | |
| | | | TARGET      00 | JACKSONVILLE FL | |
| | 08/12 | 4,525.00 | DEPOSIT | | |

Deposits/Credits: 4          Total Items Deposited: 3

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1009 | 150.00 | 07/15 | 1011 | 8,000.00 | 08/07 | 1013 | 100.00 | 08/11 |
| | 1010 | 144.83 | 07/22 | 1012 | 325.00 | 08/11 | | | |

Checks: 5

---

| Withdrawals/Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 07/28 | 20.18 | *CHECK CARD PURCHASE* | |
| | | | SHELL OIL 509634 | NEPTUNE BEACHFL |
| | 07/28 | 51.85 | *CHECK CARD PURCHASE* | |
| | | | BEACH DINER | ATLANTIC BEACFL |
| | 07/28 | 85.00 | *CHECK CARD PURCHASE* | |
| | | | OCEAN NAILS INC | NEPTUNE BEACHFL |
| | 07/28 | 89.43 | *CHECK CARD PURCHASE* | |
| | | | WINN-DIXIE  #00 | NEPTUNE BEACHFL |
| | 07/29 | 337.00 | *ELECTRONIC/ACH DEBIT* | |
| | | | AMER HOME SHIELD   DEBITS | P00000158235372 |
| | 07/29 | 135.70 | *CHECK CARD PURCHASE* | |
| | | | KMART | NEPTUNE BEACHFL |
| | 07/29 | 196.40 | *CHECK CARD PURCHASE* | |
| | | | WINN-DIXIE  #00 | NEPTUNE BEACHFL |
| | 08/01 | 19.04 | *CHECK CARD PURCHASE* | |
| | | | KFC #K021001 87 | NEPTUNE BEACHFL |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 3
63/B06/0175/0 /38
1000075701366
08/13/2008



# SUNTRUST

## Account
## Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 08/04 | 8.00 | *CHECK CARD PURCHASE* REGAL CINEMAS BE | JACKSONVILLE FL |
| | 08/04 | 24.71 | *CHECK CARD PURCHASE* BIG LOTS #017400 | JACKSONVILLE FL |
| | 08/04 | 30.05 | *CHECK CARD PURCHASE* SHELL OIL 509634 | NEPTUNE BEACHFL |
| | 08/06 | 40.00 | *CHECK CARD PURCHASE* CHEVRON 00205068 | JACKSONVILLE FL |
| | 08/06 | 102.10 | *CHECK CARD PURCHASE* DOLLAR-GENERAL # | GREEN COVE SPFL |
| | 08/07 | 63.99 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | ATLANTIC BEACVA |
| | 08/07 | 279.24 | *CHECK CARD PURCHASE* HTS LOAN SERVICE | ST PETERSBURGFL |
| | 08/08 | 226.41 | *CHECK CARD PURCHASE* USAA P&C PREMIUM | 800-531-8111 TX |
| | 08/11 | 29.77 | *CHECK CARD PURCHASE* ONE OCEAN | ATLANTIC BCH FL |
| | 08/11 | 35.82 | *CHECK CARD PURCHASE* BJ WHOLESALE #01 | JACKSONVILLE FL |
| | 08/11 | 40.30 | *CHECK CARD PURCHASE* KANGAROO EXPRESS | JACKSONVILLE FL |
| | 08/11 | 69.85 | *CHECK CARD PURCHASE* TARGET    00 | JACKSONVILLE FL |
| | 08/11 | 87.19 | *CHECK CARD PURCHASE* BJ WHOLESALE #01 | JACKSONVILLE FL |
| | 08/11 | 175.87 | *CHECK CARD PURCHASE* THE HOME DEPOT 2 | JACKSONVILLE FL |
| | 08/11 | 239.89 | *CHECK CARD PURCHASE* BJ WHOLESALE #01 | JACKSONVILLE FL |

Withdrawals/Debits: 23

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/15 | 21,019.06 | 21,019.06 | 08/06 | 27,814.15 | 27,814.15 |
| | 07/22 | 20,874.23 | 20,874.23 | 08/07 | 19,470.92 | 19,470.92 |
| | 07/23 | 24,913.92 | 24,913.92 | 08/08 | 19,244.51 | 19,244.51 |
| | 07/28 | 24,667.46 | 24,667.46 | 08/11 | 18,146.31 | 18,146.31 |
| | 07/29 | 23,998.36 | 23,998.36 | 08/12 | 22,671.31 | 18,146.31 |
| | 08/01 | 23,979.32 | 23,979.32 | 08/13 | 22,671.31 | 22,671.31 |
| | 08/04 | 23,916.56 | 23,916.56 | | | |



# SUNTRUST

**Current Statement**

```
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE              MIN COL BALANCE:       21,226      08/18/08
CASE 23 308BK02133               AVG COL BALANCE:       23,592
800 FLORIDA BLVD                 LAST STMT ENDING BALANCE:      22,671.31


          ACCOUNT TYPE   ACCOUNT NUMBER    STATEMENT PERIOD           TIN
          FREE CHECK     1000075701366   08/14/2008 - 09/03/2008   265193573
BEGINNING BALANCE:          22,671.31
DEPOSITS/CREDITS:            4,087.83
CHECKS/DEBITS:               3,513.53
ENDING-BALANCE:             23,245.61
```

```
DEPOSITS:    DATE        AMOUNT         DATE         AMOUNT
             08/20       4,039.69

CREDITS:     DATE        AMOUNT     DESCRIPTION
             08/20       48.14      KMART
```

```
CHECKS:  CHECK NO   DATE      AMOUNT      CHECK NO   DATE      AMOUNT
         1015      08/14     1,125.00     1017      08/30     100.00
         1016      09/02      142.00      1018      09/02     539.00
```
*assoc Due — 1015*  *cost ← 1016*  *Hurricane?? / Universal Ins → 8/26/08*

```
DEBITS:     DATE       AMOUNT        DESCRIPTION
            08/14       31.50        CRUISER'S GRILL         Food (Household)
            08/18        1.98        STARBUCKS USA 00
            08/18       11.02        VILLAGE-INN-REST        Travel
            08/18       56.67        MARSHALLS #0408         Household
            08/18      105.26        OFFICE DEPOT #43
            08/18      112.93        STEIN MART #309
            08/20       48.42        KMART
            08/20       65.76        KMART
            08/21      140.35        TARGET           00
            08/22       43.83        GATE 1202               Gas Vehicle Exp.
            08/22       83.49        RADIOSHACK COR00        Household
            08/25      157.83        SUNSHINE SCHOOL         Reimb. Volunteer exp.
            08/26       81.27        TARGET           00     Household
            08/28      122.52        T-MOBILE TEL PAY        Phone (Personal)
            08/29       61.33        TERRY'S COUNTRY         Household
            08/29      198.33        USAA P&C PREMIUM  →     Car Insurance
            09/02       46.09        BIG LOTS #017400        Household
            09/02      238.95        BIG LOTS #017400
```

```
BALANCE HISTORY:    DATE      BALANCE        DATE      BALANCE
                    08/14    21,514.81       08/18    21,226.95
                    08/20    25,100.60       08/21    24,960.25
                    08/22    24,832.93       08/25    24,675.10
                    08/26    24,593.83       08/28    24,471.31
                    08/29    24,211.65       09/02    23,245.61
```