UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

BONITA NIX DONOVAN a/k/a Bonnie N. Donovan,

Debtor

CASE NO: 3:08-bk-02133-JAF
CHAPTER 11 CASE

**NOTICE OF APPEARANCE**

Bank of America Mortgage, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned and, pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Frederic J. DiSpigna, Esquire
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920**

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid this  23rd  day of September, 2008 to: BONITA NIX DONOVAN a/k/a Bonnie N. Donovan, 800 Fla. Blvd. Neptune Beach, FL 32266; United States Trustee-JAX, 135 W. Central Blvd, Suite 620, Orlando, FL 32801; Albert H. Mickler, Esq., 5452 Arlington Expressway, Jacksonville, FL 32211

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for Bank of America
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920
Phone: (954) 233-8000, ext 207
Fax:    (954) 233-8648

/s/ Frederic J. DiSpigna
_____
Frederic J. DiSpigna, Esq.
Florida Bar No. 345539
fdispigna@dstern.com

08-78741.NOA