UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 08-02133-JAF
CHAPTER 11 CASE

IN RE:

BONITA NIX DONOVAN *AKA* BONNIE N. DONOVAN

Debtor.
_____/

**OBJECTION TO
CONFIRMATION OF PLAN**

MOVANT, **BANK OF AMERICA, N.A.**, a secured creditor, second mortgage holder, for property located at 135 20th Ave., Jacksonville Beach, FL 32250, by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. The Proof of Claim filed by Movant dated May 13, 2008, shows total arrearage due under its mortgage of $11,940.63, and the total debt of $95,056.43, and the regular post-petition monthly payments of $870.23. Debtor's Plan fails to provide for full payment of that secured claim.

2. Pursuant to the attached Broker Property Analysis and value, there is equity above the amount owed on the first mortgage, and Movant's claim should be completely secured. See Exhibit "A" attached.

3. Debtor's attempt to use an interest rate of 6% in this Plan is grossly understated considering the Debtors financial position and the risk factor involved.

4. Debtor's schedules and budget appear to show that this Plan is not feasible.

5. Movant has not accepted the Plan.

WHEREFORE, Movant, **BANK OF AMERICA, N.A.**, files this objection to confirmation of plan and moves the Court to deny confirmation of said plan.

08-48203

I HEREBY certify that a true and correct copy of the Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this ___ day of _____, 2008.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517

By: _____
Scott Weiss, Esq.
Bar Number: 710910

Mailing List for Bankruptcy Case No: 08-02133-JAF

**Bonita Nix Donovan**
800 Fla. Blvd.
Neptune Beach, FL 32266

*U.S. Trustee*
**United States Trustee - JAX**
135 W. Central Blvd, Suite 620
Orlando, FL 32801

**Albert H. Mickler**
5452 Arlington Expressway
Jacksonville, FL 32211

**Bryan K. Mickler**
5452 Arlington Expressway
Jacksonville, FL 32211

**Elena L Escamilla**
135 W Central Blvd., Suite 620
Orlando, FL 32806

08-48203



**P.O. Box 970**
**Downers Grove, IL 60515-0970**
**WOID: 259431    ACCESS#: 259431**

| | |
|---|---|
| BROKER PROPERTY ANALYSIS and VALUE | |
| Date | 09/17/2008 |
| Broker Firm Name | REM Corp |
| Address | 6900 Main St |
| City, State, Zip | Downers Grove, IL 60516 |
| Agent Name | Urania Martin |
| Phone | 904-551-6762 |

### SUBJECT PROPERTY

Servicer Loan No 7022857648        Assessed $ 457,000        Ann. Taxes $ 6,088
Address 135 20th Ave S             County                    Unit No.
City Jacksonville Beach            State FL                  Zip 32250
Legal Description Condonminium

Occupied    Yes X    No _           Exterior Inspection X           Interior Inspection _
PROPERTY TYPE  SFD _       Townhouse _       Condo X       Multi Family _       PUD _

| PROPERTY WITH RECENT COMPARABLE SALES | | | | |
|---|---|---|---|---|
| Item | Subject | Comparable 1 | Comparable 2 | Comparable 3 |
| Address | 135 20th Ave S | 4300 South Parkway #2309 | 4300 South Beach Parkway #3202 | 4300 South beach parkway #3325 |
| Proximity to | SUBJECT | .10 | .10 | .10 |
| Listing Price | $ | $439000 | $449900 | $449900 |
| Sale Amount | $ | $439000 | $449000 | $449000 |
| Sale Date | | 02/12/2008 | 10/23/2007 | 11/05/2007 |
| Days on Market | | 245 | 832 | 754 |
| Levels/Style | Tri Level/Ranch | Tri Level/Ranch | Tri Level/Ranch | Tri Level/Ranch |
| Exterior Const. | Stucco | Stucco | Stucco | Stucco |
| Square Feet | 2200 | 1868 | 1868 | 1868 |
| Age | 12 | 2 | 4 | 4 |
| Basement | None | None | None | None |
| Total Rooms | 6 | 6 | 6 | 6 |
| # Bed Rooms | 3 | 3 | 3 | 3 |
| # Baths | 4 | 2 | 2 | 2 |
| Family Room | Yes | Yes | Yes | Yes |
| Garage/# Car | Att 2 Gar | None | None | None |
| Lot Size | Condo | Condo | Condo | Condo |
| Overall Cond. | Good | Good | Good | Good |
| Design/Appeal | Ranch/Good | Ranch/Good | Ranch/Good | Ranch/Good |

**Comments**

Comp 1; Inferior GLA, family room, split bedrooms & tile floors. Comp 2; Inferior GLA, family room & tile floors, Comp 3; Inferior GLA; assigned parking, family room & tile floors.

### PAGE ONE OF TWO





PAGE TWO of TWO

BROKER PROPERTY ANALYSIS and VALUE

Date    09/17/2008

P.O. Box 970
Downers Grove, IL 60515-0970

Servicer Loan No 7022857648

| COMPETITIVE LISTINGS | | | | |
|---|---|---|---|---|
| Item | Subject | Comparable 1 | Comparable 2 | Comparable 3 |
| Address | 135 20th Ave S | 4300 South Beach #2302 | 4300 South Beach #2202 | 4300 South Beach #2302 |
| Proximity to | SUBJECT | .10 | .10 | .10 |
| Listing Price | $ | $429000 | $439000 | $475000 |
| Days on Market | | 163 | 217 | 296 |
| Levels/Style | Tri Level/Ranch | Tri Level/Ranch | Tri Level/Ranch | Tri Level/Ranch |
| Exterior Const. | Stucco | STUCCO | STUCCO | STUCCO |
| Square Feet | 2200 | 1868 | 1868 | 1868 |
| Age | 12 | 2 | 2 | 2 |
| Basement | None | None | None | None |
| Total Rooms | 6 | 6 | 6 | 6 |
| # Bed Rooms | 3 | 3 | 3 | 3 |
| # Baths | 4 | 2 | 2 | 2 |
| Family Room | Yes | Yes | Yes | Yes |
| Garage/# Car | Att 2 Gar | None | None | None |
| Lot Size | Condo | Condo | Condo | Condo |
| Overall Cond. | Good | Good | Good | Good |
| Design/Appeal | Ranch/Good | Ranch/Good | Ranch/Good | Ranch/Good |

Comments

Comp 1; Inferior GLA, family room, split bedrooms & tile floors. Comp 2; Inferior GLA, family room & tile floors, Comp 3; Inferior GLA; assigned parking, family room & tile floors.

| | 90-120 Day "As Is" | 30-60 Day Quick Sale | 90-120 Day "As Repaired" |
|---|---|---|---|
| Estimated Sale Price | $439,000 | $419,000 | n/a |
| Estimated List Price | $449,000 | $429,000 | n/a |

Suggested repairs and improvements:

Subject exterior appears to be in overall good condition; no visible exterior repairs necessary. Note: We had to expand our search 12mths to locate sold comps, sales are taking longer as market area values decline.

**This report is not an appraisal. The purpose of this report is to obtain information that supports strategy and an analysis of the most likely sales prices for this property.**

**DONOVAN BONITA N**
135 20TH AVE S
JACKSONVILLE BEACH, FL 32250-6128

**Primary Site Address**
135 S 20TH AVE 1
Jacksonville Beach FL 32250

**Official Record Book/Page**
11055-0163

**Tile #**
9504

**135 S 20TH AVE**

Property Detail

| RE # | 179438-0910 |
|---|---|
| Tax District | USD2 |
| Property Use | 0400 RESIDENTIAL CONDO |
| # of Buildings | 1 |
| Legal Desc. | 04-3S-29E SOUTH BEACH TOWNHOMES CONDOMINIUM |
| Subdivision | 05070 SOUTH BEACH TOWNHOMES CON |

Value Summary

| | 2007 Certified | 2008 In Progress |
|---|---|---|
| Value Method | Condo | Condo |
| Building Value | $357,000.00 | $357,000.00 |
| Extra Feature Value | $0.00 | $0.00 |
| Land Value (Market) | $0.00 | $0.00 |
| Land Value (Agric.) | $0.00 | $0.00 |
| Just (Market) Value | $357,000.00 | $357,000.00 |
| Assessed Value (A10) | $357,000.00 | $357,000.00 |
| Exemptions | $0.00 | See below |
| Taxable Value | $357,000.00 | See below |

County/Municipal Taxable Value
No data found for this section
SJRWMD/FIND Taxable Value
No data found for this section
School Taxable Value
No data found for this section


JaxGIS Map map this property

**Taxable Values and Exemptions – In Progress**

The sale of this property may result in higher property taxes. For more information go to Save Our Homes and our Property Tax Estimator . Property values, exemptions and other information listed as 'In Progress' are subject to change. These numbers are part of the 2008 working tax roll and will not be certified until October. Learn how the Property Appraiser's Office values property.

**Sales History**

| Book/Page | Sale Date | Sale Price | Deed Instrument Type Code | Qualified/Unqualified | Vacant/Improved |
|---|---|---|---|---|---|
| 11055-0163 | 3/20/2003 | $100.00 | MS - Miscellaneous | Unknown | Improved |
| 10093-0942 | 7/27/2001 | $375,000.00 | WD - Warranty Deed | Qualified | Improved |
| 08515-0301 | 12/31/1996 | $200,000.00 | WD - Warranty Deed | Qualified | Improved |
| 08386-0782 | 7/8/1996 | $100.00 | PB - Plat Book | Unknown | Vacant |

**Extra Features**
No data found for this section

**Land & Legal**
No data found for this section

Land

Legal

| LN | Legal Description |
|---|---|
| 1 | 04-3S-29E |
| 2 | SOUTH BEACH TOWNHOMES CONDOMINIUM |
| 3 | DWELLING UNIT 1 |
| 4 | O/R 8386-782 |

**Buildings**
Building 1

Building 1 Site Address
135 S 20TH AVE Jacksonville Beach FL 32250

| Building Type | 0401 - CONDOMINIUM SOH |
|---|---|
| Traversing Data Year Built | 1996 |

**Last Notice of Proposed Property Taxes (Truth in Millage Notice)**

| Taxing District | Base | Add'l Exemptions | Taxable Value | Last Year | Proposed | Rolled-back |
|---|---|---|---|---|---|---|
| Gen Govt USD2,2A,2B,3,4 | $357,000.00 | $0.00 | $357,000.00 | $1,854.04 | $1,854.04 | $1,942.79 |
| Public Schools: By State Law | $357,000.00 | $0.00 | $357,000.00 | $1,741.80 | $1,824.98 | $1,681.18 |
| By Local Board | $357,000.00 | $0.00 | $357,000.00 | $972.83 | $874.29 | $938.98 |
| FL Inland Navigation Dist | $357,000.00 | $0.00 | $357,000.00 | $12.32 | $12.32 | $12.67 |
| Jax Bch | $357,000.00 | $0.00 | $357,000.00 | $1,305.05 | $1,318.76 | $1,357.28 |
| Water Mgmt Dist. SJRWMD | $357,000.00 | $0.00 | $357,000.00 | $148.44 | $148.44 | $160.26 |
| General Gov Voted | $357,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |