Case Number 08-bk-2133-3F1

Debtor Bonita Nix Donovan

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

The undersigned, a class __3__ creditor of the above-named debtor in the unpaid principal amount of $ __400,000__,

**(Check one box) ( ) ACCEPTS (X) REJECTS**

the Plan of Reorganization of the debtor.

Dated: __8/28/08__

Name of Creditor __Countrywide Home Loans, Inc__

Creditor's Signature _____

By __Gregg S. Ahrens of Adorno & Yoss LLP__
  (If Appropriate)

As __Attorney in fact__
  (Agent of Creditor)

Address __2525 Ponce De Leon Blvd__
__Miami, Florida 33134__

All ballots must be received on or before August 29, 2008.

*********************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

                                        For Ballot Tabulation Only
                        **************************************

Ballot No. _____ Creditor Class _____

Claim No. _____ Claim $ _____

Claim Amount per Schedule $ _____

*[FILED stamp: CLERK, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, AUG 2008]*

Case Number 08-bk-2133-3F1

Debtor Bonita Nix Donovan

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

The undersigned, a class __2__ creditor of the above-named debtor in the unpaid principal amount of $ __645,813.__

*(Check one box) ( ) ACCEPTS (X) REJECTS*

the Plan of Reorganization of the debtor.

Dated: __8/28/08__

Name of Creditor __Countrywide Home Loans, Inc__

Creditor's Signature __[signature]__

By __Gregg S Ahrens__
(If Appropriate)

As __Attorney in fact__
(Agent of Creditor)

Address __2525 Ponce De Leon Blvd__
__Miami, Fl. 33134__

FILED
JACKSONVILLE, FLORIDA
AUG 29 2008
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

All ballots must be received on or before August 29, 2008 .

*****************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

                                  For Ballot Tabulation Only
*********************************************************

Ballot No. _____ Creditor Class _____

Claim No. _____ Claim $ _____

Claim Amount per Schedule $ _____

FILED
JACKSONVILLE, FLORIDA

AUG 2 8 2008

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case Number 08-bk-2133-3F1

Debtor Bonita Nix Donovan

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

The undersigned, a class __10__ creditor of the above-named debtor in the unpaid principal amount of $ 20,323.76 ,

*(Check one box)* ( ) *ACCEPTS* (x) *REJECTS*

the Plan of Reorganization of the debtor.

Acct.#XXXXXXXXXXXX2003

Dated: August 25, 2008

Name of Creditor __American Express Centurion Bank__

Creditor's Signature _____

By __Kenneth W. Kleppinger__
(If Appropriate)

As __Attorneys/Agent for Creditor__
(Agent of Creditor)

Address __c/o Becket & Lee LLP, PO Box 3001__

__16 General Warren Blvd., Malvern PA  19355__

All ballots must be received on or before August 29, 2008.

*********************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
*********************************************************

Ballot No. _____  Creditor Class _____

Claim No. _____  Claim $ _____

Claim Amount per Schedule $ _____

FILED

JUL 24 2008

CLERK U.S. BANKRUPTCY
MIDDLE DISTRICT OF FL

Case Number 08-bk-2133-3F1

Debtor Bonita Nix Donovan

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

The undersigned, a class __9__ creditor of the above-named debtor in the unpaid principal amount of $ __3326.18, as of April 1, 2008__

(Check one box) ( ) ACCEPTS (X) REJECTS

the Plan of Reorganization of the debtor.

Dated: __7/22/08__

Name of Creditor __Estuaries of Crescent Beach Condo Ass__

Creditor's Signature __[signature]__

By __Marlene Kirtland Esq__
(If Appropriate)

As __The Estuaries of Crescent Beach Condo Ass.__
(Agent of Creditor)

Address __2500 Maitland Center Parkway Suite 209__
__Maitland Fl 32751__

All ballots must be received on or before August 29, 2008.

******************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
******************************************************

Ballot No. _____ Creditor Class _____

Claim No. _____ Claim $ _____

Claim Amount per Schedule $ _____

FILED
JACKSONVILLE
JUL 15 2008
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case Number 08-bk-2133-3F1

Debtor Bonita Nix Donovan

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

The undersigned, a class __Unsecured__ creditor of the above-named debtor in the unpaid principal amount of $ __226.80__

(Check one box) ( X ) ACCEPTS ( ) REJECTS

the Plan of Reorganization of the debtor.

Dated: __7/14/08__

Name of Creditor __Jacksonville Orthopaedic Institute__

Creditor's Signature __Fran Landon, Pres. Accelerated Rec. Mgmt, agent for JOI__

By __Fran Landon__
(If Appropriate)

As __JOI__
(Agent of Creditor)

Address __3319 Atlantic Blvd__
__Jax, FL 32207__

All ballots must be received on or before August 29, 2008.

****************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
****************************************************************

Ballot No. _____ Creditor Class _____

Claim No. _____ Claim $ _____

Claim Amount per Schedule $ _____