

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

# PRO MEMO

Monday
September 29, 2008

**HONORABLE JERRY A. FUNK**                                         JACKSONVILLE

CASE NUMBER: 08-02133-3F1     FILING DATE: 04/18/2008 (BAPCPA)     HEARING TIME: 01:30 P.M.

DEBTOR: BONITA NIX DONOVAN

Debtor Atty: ALBERT H. MICKLER  \ B. Mickler \ Mearkle
Trustee:
Movant: DAVID E. HICKS

HEARING:

MOTION FOR RELIEF FROM STAY FILED BY BANK OF AMERICA, N.A. (65)


R/S     A/P     F/HRG

ORDER:


APPEARANCES:
U.S Truste: Eleila Escamilla