# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### _____ DIVISION

IN RE:

|  |  |
|---|---|
| Bonita Nix Donovan } | CASE NUMBER: |
| ° } | |
| } | |
| JERRY A. FUNK } | JUDGE |
| } | |
| DEBTOR.      3:08-bk-02133 } | CHAPTER 11 |

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM    August 01, 2008    TO    August 31, 2008

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    9/20/2008

         Bryan Mickler
         Attorney for Debtor

**Mickler & Mickler**
**5452 Arlington Expy.**
**Jacksonville, FL 32211**

| Debtor's Address and Phone Number: | Attorney's Address and Phone Number: |
|---|---|
| Bonnie Donovan | Bryan Mickler |
| 800 Florida Blvd | 5452 Arlington Exp |
| Neptune Beach, FL 32266 | Jacksonville, FL 32211 |
| | Bar No. _____ 09.79. |
| Tel.    904-246-2010 | Tel.    904-725-0822 |

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.

1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month<br>August '08 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $6,265.47 | $4,593.23 |
| CASH- Beginning of Month (Business) | $23,998.36 | $2,134.21 |
| | | |
| Total Household Receipts | $8,234.21 | $21,445.68 |
| Total Business Receipts | $4,604.38 | $21,496.76 |
| Total Receipts | $12,838.59 | $42,942.44 |
| | | |
| Total Household Disbursements | ($2,373.78) | $9,165.45 |
| Total Business Disbursements | $5,153.09 | $10,482.47 |
| Total Disbursements | $2,779.31 | $19,647.92 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $10,059.28 | $23,294.52 |
| | | |
| CASH- End of Month (Individual) | $16,873.46 | $16,873.46 |
| CASH- End of Month (Business) | $23,449.65 | $13,148.50 |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $2,779.31 | $19,647.92 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $2,779.31 | $19,647.92 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _20_ day of _Sept_ 20 _08_.

_Bonnie N. Donovan_

Debtor's Signature

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>August '08 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $6,265.47 | $4,593.23 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $234.21 | $858.19 |
| Wages from Other Sources (attach list to this report) | | $468.42 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $12,119.07 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | $8,000.00 | $8,000.00 |
| | | |
| **TOTAL RECEIPTS** | $8,234.21 | $21,445.68 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $0.00 |
| Gifts | | $0.00 |
| Household Expenses/Food/Clothing | $113.36 | $1,523.75 |
| Household Repairs & Maintenance | $361.27 | $2,555.85 |
| Insurance | | $566.52 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | | $115.00 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule)          *Payroll Taxes* | | $43.12 |
| Travel & Entertainment | | $30.00 |
| Tuition/Education | | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | $1,921.05 |
| Vehicle Expenses | | $1,391.49 |
| Vehicle Secured Payment(s) | | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | | $975.00 |
| Other (attach schedule)          *See Explanation Page* | ($2,848.41) | ($892.77) |
| | | |
| **Total Household Disbursements** | ($2,373.78) | $9,165.45 |
| | | |
| **CASH** - End of Month (Must equal reconciled bank statement-Attachment No. 2) | $16,873.46 | $16,873.46 |

## *Other HouseHold Explanation Schedule*

**Case Name:**      Bonnie Donovan.
**Case Number:**    3:08-BK-02133-JAF
**Date of Petition:** April 18, 2008

|                         | Other Category Total: | ($2,848.41)   |
|-------------------------|-----------------------|---------------|
| <u>Description</u>      |                       | <u>Amount</u> |
| Reimbursable Volunteer Expenses |               | ($191.30)     |
| Association Dues        |                       |               |
| Overnight Postage Expense |                     |               |
| FIA Card Services       |                       |               |
| Check Order             |                       |               |
| Time Share              |                       |               |
| Miscellaneous Adjustment |                      |               |
| Other Fees              |                       |               |
| Insurance Premium Refund |                      | ($2,657.11)   |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>August | Cumulative<br>Total |
|---|---|---|
| **CASH - Beginning of Month** | **$23,998.36** | **$2,134.21** |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income | $4,525.00 | $12,525.00 |
| Sale of Business Assets (attach list to this report) | | $0.00 |
| Other (specify)          *See Below Items* | $79.38 | $8,971.76 |
| *(Deposited to this acct in error)-- Alimony* | *$8,079.38* | |
| *Transferred Deposit Made in Error to Household Account* | *($8,000.00)* | |
| | | |
| **Total Business Receipts** | **$4,604.38** | **$21,496.76** |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll          *Withheld from Personal* | | $110.37 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) | | $0.00 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | $122.52 | $127.69 |
| Insurance | $681.00 | $3,596.00 |
| Vehicle Expenses | $113.88 | $157.25 |
| Travel & Entertainment | $19.02 | $19.02 |
| Repairs and Maintenance | $256.87 | $256.87 |
| Supplies | | $0.00 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $0.00 |
| Advertising | | $0.00 |
| Bank Charges | | $0.00 |
| Other (attach schedule)   **SEE ATTACHED SCHEDULE** | $3,959.80 | $6,215.27 |
| | | |
| **Total Business Disbursements** | **$5,153.09** | **$10,482.47** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | **$23,449.65** | **$23,449.65** |

# Other -BUSINESS- Explanation Schedule

**Case Name:** Bonnie Donovan.
**Case Number:** 3:08-BK-02133-JAF
**Date of Petition:** April 18, 2008

Other Category Total: $3,959.80

| Description | Amount |
|---|---|
| Time Share | $279.24 |
| Association Dues | $1,125.00 |
| Reimbursable Volunteer Expenses | $157.83 |
| Household Expenses | $1,407.69 |
| U.S. Trustee | $325.00 |
| Utility | $100.00 |
| Miscellaneous | $100.00 |
| Car Insurance | $424.74 |
| Gas | $40.30 |

*These Expenses Were Incorrectly Posted to this Account This Month Due to A Direct Deposit Error.*

# RENT ROLL

Case Name: __Bonita Donovan__    Case Number: __3:08-BK-02133-JAF__

Date of Petition: __April 18, 2008__

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | $ 2,000.00 | $ 2,000.00 | 0812/2008 |
| 150 Pantano Cay St. | $ 1,500.00 | $ 1,500.00 | 0812/2008 |
| 222 14th Ave N | $ 1,025.00 | $ 1,025.00 | 0812/2008 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ 4,525.00 | $ 4,525.00 (a) | |

(a) This total included on MOR-3 Other Receipts

## QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

## INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## CONFIRMATION OF INSURANCE

| TYPE of POLICY       and       CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00  Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00  Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27  6 months | $0.00 |
| Flood  -- Allstate | 05/02/08 - 05/02/09 | $229.00  Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00  Annual | $0.00 |
| Flood -- Countrywide | | $349.00  Annual | $0.00 |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

## DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

NONE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

# BANK ACCOUNT RECONCILIATIONS

**NOTE:**
*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end versus statement end date.*

## Bank Account Information

| | Account #1 | Account #2 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | | |
| Account Number: | 1000075669845 | 1000075701366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. **Balance per Bank Statement** | $24,211.65 | $16,873.46 | | | |
| 2. **ADD:** Deposits not credited (attach list to this report) | | | | | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | | $762.00 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| **TOTAL OF ALL ACCOUNTS** | $24,211.65 | $16,111.46 | $0.00 | | $40,323.11 |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

## Investment Account Information

| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

# MONTHLY OPERATING REPORT - INDIVIDUAL

## Supporting Statement

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|------|------|------|------|------|------|------|
| | | | | *OUTSTANDING CHECKS* | | |
| SunTrust | 100075701366 | 1014 | 08/02/2008 | Terminex Termite | Exterminator Fee | $81.00 |
| SunTrust | 100075701366 | 1016 | 08/19/2008 | Allstate | Homeowner's Insurance | $142.00 |
| SunTrust | 100075701366 | 1018 | 8/26/2008 | Universal Insurance | Homeowner's Insurance | $539.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $762.00 |
| | | | *OUTSTANDING DEPOSITS* | | | |
| | | | | | | |
| | | | | NONE | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| **Name of Bank** | SUNTRUST |
| **Account Number** | 1000075701366 |
| **Purpose of Account (Business)** | OPERATING/BUSINESS |
| **Type of Account (e.g., Checking)** | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1011 | 08/07/08 | Bonnie Donovan | Transfer | $8,000.00 |
| 1012 | 08/10/08 | U.S. Trustee | Chapter 11 Quarterly Fees | $325.00 |
| 1013 | 08/10/08 | Neptune Beach Water | Utility | $100.00 |
| 1014 | 08/02/08 | Terminex | Exterminator Fee | $81.00 |
| 1015 | 08/12/08 | South Beach Homeowners | Association Dues | $1,125.00 |
| 1016 | 08/19/08 | Allstate | Homeowner's Insurance | $142.00 |
| 1017 | 08/19/08 | Cash | Miscellaneous | $100.00 |
| 1018 | 08/26/08 | Universal Insurance | Homeowner's Insurance | $539.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | $10,412.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1015 | 08/01/08 | | Food Purchase | $6.92 |
| 1016 | 08/10/08 | Beaches Electric | Utility - Electric | 361.27 |
| 1017 | 08/12/08 | Comcast | Cable | 106.44 |
| | | | TOTAL | $474.63 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| | | $0.00 |
| Accounts Receivable Beginning Balance | | ٥ |
| Plus: Billings During the Month | $ 4,525.00 | |
| Less: Collections During the Month | $ 4,525.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | $0.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| | | $0.00 |
| 0 - 30 Days | $0.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $0.00 | $0.00 |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | $0.00 | $0.00 |
| Total Post-Petition Taxes | $0.00 | $0.00 |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| None at report time | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |

# STANDARD BANK RECONCILIATION

Account No. ___10000775698845___    Month ___August___    Year ___2008___    Account Name ___Bonita N. Donovan___

| | | Bank Balance shown on Bank Statement | $ ___16,873.46___ | | Your transaction register balance | $ ___16,873.46___ |
| | | **Add (+)** Deposits not shown on Bank Statement | $ _____ | | **Add (+)** Other credits shown on the bank statement but not in transaction register | $ _____ |
| | | Total | $ ___16,873.46___ | | **Add (+)** Interest paid on bank statement | $ _____ |
| | | **Subtract (-)** Checks and other items outstanding but not paid on Bank Statement | | | Total | $ ___16,873.46___ |

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions    $ ___0.00___

Balance    $ ___16,873.46___

**Subtract (-)** Other debits shown on bank statement but not in transaction register

| Number | Amount |
|--------|--------|
| | |
| | |
| | |

Total Subtractions    $ ___0.00___

Balance    $ ___16,873.46___

# STANDARD BANK RECONCILIATION

Month **August** Year **2008**

Account No. **10000075701366**     Account Name **Bonita N. Donovan**

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | | $ 24,211.65 |
| Add (+)<br>Deposits not shown on Bank Statement | | $ 0.00 |
| Total | | $ 24,211.65 |

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| 1014 | $81.00 | $ | |
| 1016 | $142.00 | | |
| 1018 | $539.00 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions     $ 762.00

Balance     $ 23,449.65

| | | |
|---|---|---|
| Your transaction register balance | | $ 23,449.65 |
| Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register | | $ |
| Add (+)<br>Interest paid on bank statement | | $ |
| Total | | $ 23,449.65 |

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

Total Subtractions     $ 0.00

Balance     $ 23,449.65

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
63/B06/0175/0 /38
1000075701366
08/13/2008



# SunTrust

այիկակավիկինակություննաիկակ
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

## Account Statement

Questions? Please call
1-800-786-8787

BEGINNING OCTOBER 24,2008, CONSUMER CHECKING ACCOUNTS WITH NO CUSTOMER INITIATED
ACTIVITY FOR THE MONTH WILL START RECEIVING QUARTERLY STATEMENTS (MARCH, JUNE,
SEPTEMBER, AND DECEMBER); THIS EXCLUDES CLIENTS WITH COMBINED AND SUMMARY
STATEMENTS.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000075701366 | 07/15/2008 - 08/13/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $21,169.06 | Average Balance | $22,583.94 |
| Deposits/Credits | $12,609.87 | Average Collected Balance | $22,433.11 |
| Checks | $8,719.83 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $2,387.79 | | |
| Ending Balance | $22,671.31 | | |

| Deposits/ Credits | Date | Amount | Description | |
|---|---|---|---|---|
| | 07/23 | 4,039.69 | ELECTRONIC/ACH CREDIT | |
| | | | CLAY EYE PHYSICI     PAYROLL | **********1704X |
| | 08/06 | 4,039.69 | ELECTRONIC/ACH CREDIT | |
| | | | CLAY EYE PHYSICI     PAYROLL | **********9807X |
| | 08/11 | 5.49 | CHECK CARD CREDIT | |
| | | | TARGET      00 | JACKSONVILLE FL |
| | 08/12 | 4,525.00 | DEPOSIT | |

Deposits/Credits: 4          Total Items Deposited: 3

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1009 | 150.00 | 07/15 | 1011 | 8,000.00 | 08/07 | 1013 | 100.00 | 08/11 |
| | 1010 | 144.83 | 07/22 | 1012 | 325.00 | 08/11 | | | |

Checks: 5

| Withdrawals/ Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 07/28 | 20.18 | CHECK CARD PURCHASE | |
| | | | SHELL OIL 509634 | NEPTUNE BEACHFL |
| | 07/28 | 51.85 | CHECK CARD PURCHASE | |
| | | | BEACH DINER | ATLANTIC BEACFL |
| | 07/28 | 85.00 | CHECK CARD PURCHASE | |
| | | | OCEAN NAILS INC | NEPTUNE BEACHFL |
| | 07/28 | 89.43 | CHECK CARD PURCHASE | |
| | | | WINN-DIXIE  #00 | NEPTUNE BEACHFL |
| | 07/29 | 337.00 | ELECTRONIC/ACH DEBIT | |
| | | | AMER HOME SHIELD    DEBITS | P00000158235372 |
| | 07/29 | 135.70 | CHECK CARD PURCHASE | |
| | | | KMART | NEPTUNE BEACHFL |
| | 07/29 | 196.40 | CHECK CARD PURCHASE | |
| | | | WINN-DIXIE  #00 | NEPTUNE BEACHFL |
| | 08/01 | 19.04 | CHECK CARD PURCHASE | |
| | | | KFC #K021001 87 | NEPTUNE BEACHFL |

**SUNTRUST BANK**
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B06/0175/0 /38
1000077569845
08/13/2008



**SUNTRUST**

*Leslie Burkutz*
*Household Account*

# Account Statement

|ılıllıılılılılllıılıılılıılılllıılılıllıllılll
BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

**Questions? Please call**
**1-800-786-8787**

BEGINNING OCTOBER 24,2008, CONSUMER CHECKING ACCOUNTS WITH NO CUSTOMER INITIATED ACTIVITY FOR THE MONTH WILL START RECEIVING QUARTERLY STATEMENTS (MARCH, JUNE, SEPTEMBER, AND DECEMBER); THIS EXCLUDES CLIENTS WITH COMBINED AND SUMMARY STATEMENTS.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE CHECKING | 1000077569845 | 07/15/2008 - 08/13/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,501.40 | Average Balance | $8,783.05 |
| Deposits/Credits | $11,082.62 | Average Collected Balance | $8,704.78 |
| Checks | $721.15 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $117.18 | | |
| Ending Balance | $16,745.69 | | |

## Deposits/Credits

| Date | Amount | Description |
|---|---|---|
| 07/17 | 234.21 | DEPOSIT ~ *church pay* |
| 08/07 | 2,657.11 | DEPOSIT |
| 08/07 | 8,000.00 | DEPOSIT ~ *alimony (went in own account)* |
| 08/12 | 191.30 | DEPOSIT ~ *Church refund ck for Dynamic Discipline + childrens church expenses* |

Deposits/Credits: 4        Total Items Deposited: 5

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1004 *D.C. Mendez* | 215.00 | 08/04 | 1013 *Carburger* | 100.00 | 07/15 | 1015 | 6.92 | 08/01 |
| *1012 *Comcast* | 106.43 | 07/16 | 1014 *W.Dixie* | 131.53 | 07/17 | 1016 *Electric* | 361.27 | 08/13 |

Checks: 6        *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Description |
|---|---|---|
| 07/17 | 5.00 | SCREEN PRINT STATEMENT FEE |
| 07/22 | 112.18 | *ELECTRONIC/ACH DEBIT* COMCAST        COMCAST        0070099656 *cable + internet* |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/15 | 6,401.40 | 6,401.40 | 08/04 | 6,258.55 | 6,258.55 |
| 07/16 | 6,294.97 | 6,294.97 | 08/07 | 16,915.66 | 14,567.66 |
| 07/17 | 6,392.65 | 6,392.65 | 08/08 | 16,915.66 | 16,915.66 |
| 07/22 | 6,280.47 | 6,280.47 | 08/12 | 17,106.96 | 17,106.96 |
| 08/01 | 6,273.55 | 6,273.55 | 08/13 | 16,745.69 | 16,745.69 |

*I didn't write this "6.92" down. I don't remember - maybe food?*

 **SUNTRUST**

*Household*

**Current Statement**

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 16,745 | 08/14/08 |
| AVG COL BALANCE: | 16,847 | |
| LAST STMT ENDING BALANCE: | | 16,745.69 |

|  | ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|---|
| | FREE CHECK | 1000077569845 | 08/14/2008 - 09/03/2008 | 265193573 |

BEGINNING BALANCE: 16,745.69
DEPOSITS/CREDITS: 234.21
CHECKS/DEBITS: 106.44
ENDING-BALANCE: 16,873.46

===========================================================

| DEPOSITS: | DATE | AMOUNT | | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 08/18 | 234.21 | *Payroll* | | |

--------------------------------------------------

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|

===========================================================

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1017 | 08/18 | 106.44 *Comcast* | | | |

--------------------------------------------------

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|

===========================================================

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 08/18 | 16,873.46 | | |

--------------------------------------------------

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B06/0175/0 /38
1000077569845
09/12/2008



# SunTrust

## Account Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

HELP PROTECT YOURSELF FROM MAIL FRAUD AND REDUCE THE RISK OF IDENTITY THEFT BY
GOING PAPER-FREE WITH SUNTRUST ONLINE STATEMENTS. YOU WILL ALSO BE HELPING THE
ENVIRONMENT BY REDUCING THE AMOUNT OF PAPER USED. SIGN ON TO ONLINE BANKING
CLICK "ACCOUNT SERVICES," THEN "STATEMENT DELIVERY OPTIONS" TO GET STARTED.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000077569845 | 08/14/2008 - 09/12/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $16,745.69 | Average Balance | $18,041.67 |
| Deposits/Credits | $4,508.11 | Average Collected Balance | $18,041.67 |
| Checks | $848.39 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $583.71 | | |
| Ending Balance | $19,821.70 | | |

## Deposits/Credits

| Date | Amount | Description |
|---|---|---|
| 09/18 | 234.21 | DEPOSIT |
| 09/03 | 234.21 | DEPOSIT |
| 09/03 | 4,039.69 | DEPOSIT |

Deposits/Credits: 3     Total Items Deposited: 3

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1017 | 106.44 | 08/18 | 1019 | 100.00 | 09/04 | 1021 | 325.51 | 09/04 |
| 1018 | 10.00 | 09/03 | 1020 | 106.44 | 09/08 | 1022 | 200.00 | 09/08 |

Checks: 6

## Withdrawals/Debits

| Date Paid | Amount | Description | |
|---|---|---|---|
| 09/08 | 4.54 | CHECK CARD PURCHASE STARBUCKS USA 00 | NEPTUNE BCH FL |
| 09/08 | 7.75 | CHECK CARD PURCHASE BRUCCIS PIZZA | PONTE VEDRA BFL |
| 09/08 | 43.97 | CHECK CARD PURCHASE CHEVRON 00207742 | JACKSONVILLE FL |
| 09/09 | 25.00 | CHECK CARD PURCHASE OCEAN NAILS INC | NEPTUNE BEACHFL |
| 09/09 | 29.96 | CHECK CARD PURCHASE PIER 1   00 | ATLANTIC BEACFL |
| 09/09 | 62.92 | CHECK CARD PURCHASE WINN-DIXIE  #00 | NEPTUNE BEACHFL |
| 09/09 | 89.00 | CHECK CARD PURCHASE UNIVERSAL INSURA | 941-3788851 FL |
| 09/10 | 42.31 | CHECK CARD PURCHASE NEPTUNE BEACH LO | NEPTUNE BEACHFL |
| 09/11 | 94.76 | CHECK CARD PURCHASE SHEPS DISCOUNT | JACKSONVILLE FL |
| 09/11 | 110.80 | CHECK CARD PURCHASE SHEPS DISCOUNT | JACKSONVILLE FL |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

**Page 1 of 3**
63/B06/0175/0 /38
1000075701366
09/12/2008



# Account
## Statement

||ul|u|u|u||u|||uu|u||u|uu|||uu|||uu||u|uu|||

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

HELP PROTECT YOURSELF FROM MAIL FRAUD AND REDUCE THE RISK OF IDENTITY THEFT BY
GOING PAPER-FREE WITH SUNTRUST ONLINE STATEMENTS. YOU WILL ALSO BE HELPING THE
ENVIRONMENT BY REDUCING THE AMOUNT OF PAPER USED. SIGN ON TO ONLINE BANKING
CLICK "ACCOUNT SERVICES," THEN "STATEMENT DELIVERY OPTIONS" TO GET STARTED.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000075701366 | 08/14/2008 - 09/12/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $22,671.31 | Average Balance | $23,444.56 |
| Deposits/Credits | $10,627.52 | Average Collected Balance | $23,361.23 |
| Checks | $2,633.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $11,394.97 | | |
| Ending Balance | $19,270.86 | | |

| Deposits/Credits | Date | Amount | Description | | | |
|---|---|---|---|---|---|---|
| | 08/20 | 4,039.69 | *ELECTRONIC/ACH CREDIT* | | | |
| | | | CLAY EYE PHYSICI | PAYROLL | **********4407X | |
| | 08/20 | 48.14 | *CHECK CARD CREDIT* | | | |
| | | | KMART | | NEPTUNE BEACHFL | |
| | 09/03 | 4,039.69 | *ELECTRONIC/ACH CREDIT* | | | |
| | | | CLAY EYE PHYSICI | PAYROLL | **********3680X | |
| | 09/08 | 2,500.00 | DEPOSIT | | | |

Deposits/Credits: 4          Total Items Deposited: 2

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1015 | 1,125.00 | 08/14 | 1018 | 539.00 | 09/02 | 1022 | 325.00 | 09/09 |
| | 1016 | 142.00 | 09/02 | 1019 | 252.00 | 09/03 | | | |
| | 1017* | 100.00 | 08/20 | *1021 | 150.00 | 09/03 | | | |

Checks: 7          *Break in check sequence

| Withdrawals/Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 08/14 | 31.50 | *CHECK CARD PURCHASE* | |
| | | | CRUISER'S GRILL | JACKSONVILLE FL |
| | 08/18 | 1.98 | *CHECK CARD PURCHASE* | |
| | | | STARBUCKS USA 00 | NEPTUNE BCH FL |
| | 08/18 | 11.02 | *CHECK CARD PURCHASE* | |
| | | | VILLAGE-INN-REST | JACKSONVILLE FL |
| | 08/18 | 56.67 | *CHECK CARD PURCHASE* | |
| | | | MARSHALLS #0408 | JACKSONVILLE FL |
| | 08/18 | 105.26 | *CHECK CARD PURCHASE* | |
| | | | OFFICE DEPOT #43 | JACKSONVILLE FL |
| | 08/18 | 112.93 | *CHECK CARD PURCHASE* | |
| | | | STEIN MART #309 | JACKSONVILLE FL |
| | 08/20 | 48.42 | *CHECK CARD PURCHASE* | |
| | | | KMART | NEPTUNE BEACHFL |
| | 08/20 | 65.76 | *CHECK CARD PURCHASE* | |
| | | | KMART | NEPTUNE BEACHFL |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
63/B06/0175/0 /38
1000075701366
09/12/2008



# SunTrust

# Account
# Statement

To change your address, please call 1-800-SUNTRUST (1-800-786-8787).  Business clients call 1-800-752-2515.

**Complete this section to balance this statement to your transaction register.**

Month_____   Year _____

Bank Balance Shown on statement        $ _____

Your Transaction
Register Balance          $ _____

Add (+)                                $ _____
Deposits not shown on this
statement (if any).
_____
_____
              Total (+)   $ _____

Add (+)                         $ _____
Other credits shown on
this statement but not        _____
in transaction register.      _____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

Add (+)                         $ _____
Interest paid (for use in balancing interest-bearing
accounts only).
Total (+)                       $ _____

| $ | | $ |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Subtract (-) Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

              Total (-)   $ _____

Total (-)                       $ _____

              Balance    $ _____
These balances should agree

Balance                         $ _____

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this
statement within 60 days of the statement on which the problem first appeared.  Please give us your name and account number, describe the transaction (date, place/type,
amount), and explain your concern.  We will investigate and correct any error promptly.  For your convenience, we will provisionally credit your account for the amount in
question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant
transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.