# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
### _____ DIVISION

IN RE:

Bonita Nix Donovan }       **CASE NUMBER:**
              }
              }
JERRY A. FUNK }       **JUDGE**
              }

**DEBTOR.**      3:08-bk-02133 }      **CHAPTER 11**

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

**FROM**    September 01, 2008    **TO**    September 30, 2008

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    9/20/2008

                                    Bryan Mickler
                                    Attorney for Debtor

Debtor's Address
and Phone Number:

    Bonnie Donovan
    800 Florida Blvd
    Neptune Beach, FL 32266

Tel.    904-246-2010

Attorney's Address
and Phone Number:

    Bryan Mickler
    5452 Arlington Exp
    Jacksonville, FL 32211
Bar No. _____
Tel. _____ 904-725-0822

FT3N 091790

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month September '08 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $16,873.46 | $4,593.23 |
| CASH- Beginning of Month (Business) | $23,449.65 | $2,134.21 |
| | | |
| Total Household Receipts | $4,629.34 | $26,075.02 |
| Total Business Receipts | $6,539.69 | $28,036.45 |
| Total Receipts | $11,169.03 | $54,111.47 |
| | | |
| Total Household Disbursements | $3,902.43 | $13,067.88 |
| Total Business Disbursements | $8,140.61 | $18,623.08 |
| Total Disbursements | $12,043.04 | $31,690.96 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | ($874.01) | $22,420.51 |
| | | |
| CASH- End of Month (Individual) | $17,600.37 | $17,600.37 |
| CASH- End of Month (Business) | $21,848.73 | $11,547.58 |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $12,043.04 | $31,690.96 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $12,043.04 | $31,690.96 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This  31  day of  October  20 08.      _Bonita N. Donovan_

Debtor's Signature

Monthly Operating Report - Indivdual

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month September '08 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | **$16,873.46** | **$4,593.23** |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $589.65 | $1,447.84 |
| Wages from Other Sources (attach list to this report) | | $468.42 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $0.00 |
| Social Security/Pension/Retirement | | $12,119.07 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | $4,039.69 | $12,039.69 |
| **TOTAL RECEIPTS** | **$4,629.34** | **$26,075.02** |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | $10.00 | $10.00 |
| Gifts | | $0.00 |
| Household Expenses/Food/Clothing | $1,394.05 | $2,917.80 |
| Household Repairs & Maintenance | $291.60 | $2,847.45 |
| Insurance | $89.00 | $655.52 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | | $115.00 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule) *Payroll Taxes* | | $43.12 |
| Travel & Entertainment | $76.07 | $106.07 |
| Tuition/Education | | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $1,157.14 | $3,078.19 |
| Vehicle Expenses | $204.29 | $1,595.78 |
| Vehicle Secured Payment(s) | | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | | $975.00 |
| Other (attach schedule) *See Explanation Page* | $680.28 | ($212.49) |
| **Total Household Disbursements** | **$3,902.43** | **$13,067.88** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | **$17,600.37** | **$17,600.37** |

# *Other HouseHold Explanation Schedule*

**Case Name:**     **Bonnie Donovan.**
**Case Number:**    **3:08-BK-02133-JAF**
**Date of Petition:**   **April 18, 2008**

|  Other Category Total: | $680.28 |
| --- | --- |
| **Description** | **Amount** |
| Reimbursable Volunteer Expenses | $530.28 |
| Association Dues | |
| Overnight Postage Expense | |
| FIA Card Services | |
| Check Order | |
| Time Share | |
| Miscellaneous Adjustment | |
| Other Fees | $150.00 |
| Insurance Premium Refund | |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month September | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $23,449.65 | $2,134.21 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  | $0.00 |
| Account Receivable Collection |  | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) |  | $0.00 |
| Rental Income | $2,500.00 | $15,025.00 |
| Sale of Business Assets (attach list to this report) |  | $0.00 |
| Other (specify)          *See Below Items* | ▓▓▓▓▓ | $13,011.45 |
| *(Deposited to this acct in error)– Alimony* | *$8,079.38* |  |
| *Counter Withdrawal Made and Deposited into Household Account* | *($4,039.69)* |  |
|  |  |  |
| **Total Business Receipts** | $6,539.69 | $28,036.45 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  | $0.00 |
| Taxes - Payroll          *Withheld from Personal* |  | $110.37 |
| Taxes - Sales |  | $0.00 |
| Taxes Other (attach schedule) |  | $0.00 |
| Contract Labor (Subcontractors) |  | $0.00 |
| Inventory Purchases |  | $0.00 |
| Secured/Lease Payments (Business) |  | $0.00 |
| Utilities (Business) |  | $127.69 |
| Insurance | $252.00 | $3,848.00 |
| Vehicle Expenses | $5,536.10 | $5,693.35 |
| Travel & Entertainment | $41.59 | $60.61 |
| Repairs and Maintenance |  | $256.87 |
| Supplies |  | $0.00 |
| Charitable Contributions/Gifts |  | $0.00 |
| Purchase of Fixed Assets |  | $0.00 |
| Advertising |  | $0.00 |
| Bank Charges |  | $0.00 |
| Other (attach schedule)   **SEE ATTACHED SCHEDULE** | $2,310.92 | $8,526.19 |
|  |  |  |
| **Total Business Disbursements** | $8,140.61 | $18,623.08 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $21,848.73 | $21,848.73 |

## *Other -BUSINESS- Explanation Schedule*

**Case Name:**    **Bonnie Donovan.**
**Case Number:**    **3:08-BK-02133-JAF**
**Date of Petition:**   **April 18, 2008**

Other Category Total:         $2,310.92

| Description | Amount |
|---|---|
| Time Share | |
| Association Dues | $877.82 |
| Reimbursable Volunteer Expenses | $127.75 |
| Household Expenses | $830.35 |
| U.S. Trustee | $325.00 |
| Utility | |
| Miscellaneous | |
| Car Insurance | |
| Gas | |
| Accounting Fees | $150.00 |

---

*These Expenses Were Incorrectly Posted to this Account This Month Due to A Direct Deposit Error.*

# RENT ROLL

| Case Name: | Bonita Donovan | Case Number: | 3:08-BK-02133-JAF |
| --- | --- | --- | --- |
| Date of Petition: | **April 18, 2008** | | |

| Tenant | Amount Billed | Amount Collected | Date Paid |
| --- | --- | --- | --- |
| 135 20th Ave S | $ 2,000.00 | $ - | |
| 150 Pantano Cay St. | $ 1,500.00 | $ 1,500.00 | Sep 08 |
| 222 14th Ave N | $ 1,000.00 | $ 1,000.00 | Sep 08 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ 4,500.00 | $ 2,500.00 (a) | |

(a) This total included on MOR-3 Other Receipts

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00   Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00   Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27   6 months | $0.00 |
| Flood -- Allstate | 05/02/08 - 05/02/09 | $229.00   Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00   Annual | $0.00 |
| Flood -- Countrywide | | $349.00   Annual | $0.00 |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| NONE |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

## BANK ACCOUNT RECONCILIATIONS

**NOTE:**

*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end versus statement end date.*

| Bank Account Information | Account #1 | Account #2 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | | |
| Account Number: | 1000075690845 | 1000075701366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. Balance per Bank Statement | $17,891.97 | $21,848.73 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | $291.60 | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| TOTAL OF ALL ACCOUNTS | $17,600.37 | $21,848.73 | $0.00 | | $39,449.10 |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**MONTHLY OPERATING REPORT - INDIVIDUAL**     **Supporting Statement**

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|------|------|------|------|------|------|------|
| | | | | *OUTSTANDING CHECKS* | | |
| SunTrust | 1000077569845 | 1025 | 39721 | Terminex | Exterminator | $291.60 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $291.60 |

| | | | | | | |
|------|------|------|------|------|------|------|
| | | | | *OUTSTANDING DEPOSITS* | | |
| | | | | NONE | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1019 | 09/03/08 | Citizens | Wind Policy | $252.00 |
| 1020 | VOID | VOID | VOID | |
| 1021 | 09/02/08 | Leslie Buckholtz | Accounting | VOID |
| 1022 | 09/02/08 | U.S. Trustee | Bankruptcy | $150.00 |
| 1023 | 09/15/08 | Harry Peppard | Electrical Work for Home | $325.00 |
| 1024 | VOID | VOID | VOID | $503.00 |
| 1025 | 09/17/08 | Century Management | Association Dues for Pablo Beach House | VOID |
| 1026-1050 | Skipped | | | $877.82 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $2,107.82 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1018 | 09/03/08 | Jews for Jesus | Contribution | $10.00 |
| 1019 | 09/04/08 | Beaches Utilities | Water Utilities | $100.00 |
| 1020 | 09/08/08 | Comcast Cable | Cable | $106.44 |
| 1021 | 09/04/08 | Beaches Utilities | Utilities | $325.51 |
| 1022 | 09/08/08 | Bonnie Donovan | Cash to buy groceries from communsary | $200.00 |
| 1023 | 09/23/08 | Leslie Buckholtz | Accounting | $150.00 |
| 1024 | SKIPPED | SKIPPED | SKIPPED | SKIPPED |
| 1025 | 09/30/08 | Terminex | Annual Maintenance | $291.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $1,183.55 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| | | $0.00 |
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | $ 4,500.00 | |
| Less: Collections During the Month | $ 2,500.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | $2,000.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| | | $0.00 |
| 0 - 30 Days | $2,000.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $2,000.00 | $0.00 |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | $0.00 | $0.00 |
| Total Post-Petition Taxes | $0.00 | $0.00 |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| None at report time | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# STANDARD BANK RECONCILIATION

Account No. _____ **10000757O1366** _____     Month _____ **September** _____ Year _____ **2008** _____     Account Name _____ **Bonita N. Donovan** _____

| | |
|---|---|
| Bank Balance shown on Bank Statement | $ ___21,848.73___ |
| Add (+)<br>Deposits not shown on Bank Statement | $ _____0.00_____ |
| Total | $ ___21,848.73___ |

Subtract (-)<br>Checks and other items outstanding but not<br>paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions    $ _____0.00_____

Balance    $ ___21,848.73___

| | |
|---|---|
| Your transaction register balance | $ ___21,848.73___ |
| Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register | $ _____ |
| Add (+)<br>Interest paid on bank statement | $ _____ |
| Total | $ ___21,848.73___ |

Subtract (-)<br>Other debits shown on bank statement<br>but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |

Total Subtractions    $ _____0.00_____

Balance    $ ___21,848.73___

# STANDARD BANK RECONCILIATION

Account No. __1000077569845__   Month __September__   Year __2008__   Account Name __Bonita N. Donovan__

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | | $ __17,891.97__ |
| Add (+)<br>Deposits not shown on Bank Statement | | $ _____ |
| Total | | $ __17,891.97__ |
| Subtract (-)<br>Checks and other items outstanding but not<br>paid on Bank Statement | | |

| Number | Amount | Number | Amount |
|---|---|---|---|
| 1025 | $291.60 | $ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  |  |
|---|---|
| Total Subtractions | $ __291.60__ |
| Balance | $ __17,600.37__ |

| | | |
|---|---|---|
| Your transaction register balance | | $ __17,600.37__ |
| Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register | | $ _____ |
| Add (+)<br>Interest paid on bank statement | | $ _____ |
| Total | | $ __17,600.37__ |
| Subtract (-)<br>Other debits shown on bank statement<br>but not in transaction register | | |

| Number | Amount |
|---|---|
| | |
| | |
| | |

|  |  |
|---|---|
| Total Subtractions | $ __0.00__ |
| Balance | $ __17,600.37__ |

Oct. 8. 2008 5:52PM FCCBDOC 904 246 1248 No. 0796 P. 1

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B06/0175/0 /38
1000077569845
09/12/2008



# SUNTRUST



## Account Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

HELP PROTECT YOURSELF FROM MAIL FRAUD AND REDUCE THE RISK OF IDENTITY THEFT BY
GOING PAPER-FREE WITH SUNTRUST ONLINE STATEMENTS. YOU WILL ALSO BE HELPING THE
ENVIRONMENT BY REDUCING THE AMOUNT OF PAPER USED. SIGN ON TO ONLINE BANKING
CLICK "ACCOUNT SERVICES," THEN "STATEMENT DELIVERY OPTIONS" TO GET STARTED.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE CHECKING | 1000077569845 | 08/14/2008 - 09/12/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $16,745.69 | Average Balance | $18,041.67 |
| Deposits/Credits | $4,508.11 | Average Collected Balance | $18,041.67 |
| Checks | $848.39 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $583.71 | | |
| Ending Balance | $19,821.70 | | |

## Deposits/Credits

| Date | Amount | Description |
|---|---|---|
| 08/18 | 234.21 | DEPOSIT |
| 09/03 | 234.21 | DEPOSIT |
| 09/03 | 4,039.69 | DEPOSIT |

Deposits/Credits: 3          Total Items Deposited: 3

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1017 | 106.44 | 08/18 | 1019 | 100.00 | 09/04 | 1021 | 325.51 | 09/04 |
| 1018 | 10.00 | 09/03 | 1020 | 106.44 | 09/08 | 1022 | 200.00 | 09/08 |

Checks: 6

## Withdrawals/Debits

| Date Paid | Amount | Description | |
|---|---|---|---|
| 09/08 | 4.54 | CHECK CARD PURCHASE STARBUCKS USA 00 | NEPTUNE BCH FL |
| 09/08 | 7.75 | CHECK CARD PURCHASE BRUCCIS PIZZA | PONTE VEDRA BFL |
| 09/08 | 43.97 | CHECK CARD PURCHASE CHEVRON 00207742 | JACKSONVILLE FL |
| 09/09 | 25.00 | CHECK CARD PURCHASE OCEAN NAILS INC | NEPTUNE BEACHFL |
| 09/09 | 29.96 | CHECK CARD PURCHASE PIER 1    00 | ATLANTIC BEACFL |
| 09/09 | 62.92 | CHECK CARD PURCHASE WINN-DIXIE #00 | NEPTUNE BEACHFL |
| 09/09 | 89.00 | CHECK CARD PURCHASE UNIVERSAL INSURA | 941-3788851 FL |
| 09/10 | 42.31 | CHECK CARD PURCHASE NEPTUNE BEACH LO | NEPTUNE BEACHFL |
| 09/11 | 94.76 | CHECK CARD PURCHASE SHEPS DISCOUNT | JACKSONVILLE FL |
| 09/11 | 110.80 | CHECK CARD PURCHASE SHEPS DISCOUNT | JACKSONVILLE FL |

127104                    Member FDIC                    Continued on next page



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 2
63/B06/0175/0 /38
1000077569845
09/12/2008

# SUNTRUST

# Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 09/12 | 3.15 | *CHECK CARD PURCHASE* WHATABURGER #886 | JACKSONVILLE FL | |
| | 09/12 | 69.55 | *CHECK CARD PURCHASE* BIG LOTS #017400 | JACKSONVILLE FL | |

Withdrawals/Debits: 12

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 08/14 | 16,745.69 | 16,745.69 | 09/09 | 20,142.27 | 20,142.27 |
| | 08/18 | 16,873.46 | 16,873.46 | 09/10 | 20,099.96 | 20,099.96 |
| | 09/03 | 21,137.36 | 21,137.36 | 09/11 | 19,894.40 | 19,894.40 |
| | 09/04 | 20,711.85 | 20,711.85 | 09/12 | 19,821.70 | 19,821.70 |
| | 09/08 | 20,349.15 | 20,349.15 | | | |

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.

Complete this section to balance this statement to your transaction register.

Month _____ Year _____

Bank Balance Shown on statement            $ _____

Your Transaction Register Balance            $ _____

Add (+)
Deposits not shown on this
statement (if any).            $ _____
_____
_____

Add (+)
Other credits shown on
this statement but not
in transaction register.            $ _____
_____

Total (+)  $ _____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

Add (+)
Interest paid (for use in balancing interest-bearing accounts only).            $ _____

| | $ | | $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total (+)  $ _____

Subtract (-) Other debits shown on this statement but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

Total (-)  $ _____

Total (-)  $ _____

Balance  $ _____
These balances should agree ↑

Balance  $ _____

In Case Of Errors Or Questions About Your Electronic Transfers:
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

 **SUNTRUST**

**Previous Statement**

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE        MIN COL BALANCE:      16,882    10/08/08
CASE 23 308BK02133         AVG COL BALANCE:      19,583
800 FLORIDA BLVD           LAST STMT ENDING BALANCE:      19,821.70

| | ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|---|
| | FREE CHECK | 1000077569845 | 09/15/2008 - 10/14/2008 | 265193573 |

BEGINNING BALANCE:      19,821.70
DEPOSITS/CREDITS:       8,355.44
CHECKS/DEBITS:         4,024.80
ENDING-BALANCE:        24,152.34

| DEPOSITS: | DATE | AMOUNT | | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 09/15 | 355.44 | | 10/09 | 8,000.00 |

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1023 | 09/23 | 150.00 | 1031 | 09/25 | 321.89 |
| | 1024 | 10/08 | 235.87 | | | |

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 09/15 | 32.03 | CHEVRON 00203144 |
| | 09/16 | 102.72 | BALI CARGO COMPA |
| | 09/16 | 144.80 | PUBLIX #254 |
| | 09/17 | 120.76 | T-MOBILE IVR PAY |
| | 09/17 | 182.54 | T-MOBILE TEL PAY |
| | 09/22 | 4.39 | STARBUCKS USA 00 |
| | 09/22 | 17.76 | JOANN FABRIC #03 |
| | 09/22 | 19.01 | TERRY'S COUNTRY |
| | 09/22 | 21.38 | THE DISNEY STORE |
| | 09/22 | 31.17 | CHEVRON 00207742 |
| | 09/22 | 32.06 | JOANN FABRIC #03 |
| | 09/22 | 42.80 | DILLARDS 233 |
| | 09/22 | 46.23 | BIG LOTS #017400 |
| | 09/22 | 67.36 | MAKE BELIEVE COS |
| | 09/22 | 105.43 | MAKE BELIEVE COS |
| | 09/22 | 122.43 | MAKE BELIEVE COS |
| | 09/22 | 185.24 | JOANN FABRIC #03 |
| | 09/23 | 27.45 | SUSHI HOUSE TOWN |
| | 09/24 | 54.81 | GATE 1199 |
| | 09/24 | 175.06 | PUBLIX #254 |
| | 09/26 | 6.00 | WALGREENS #4310 |
| | 09/26 | 136.95 | KMART |
| | 09/29 | 24.00 | NAVY EXCHANGE 06 |
| | 09/29 | 24.00 | NAVY EXCHANGE 06 |
| | 09/29 | 28.79 | SAFE HARBOR SEAF |
| | 09/30 | 58.11 | SHEP'S DISCOUNT |
| | 10/01 | 151.52 | MAKE BELIEVE COS |
| | 10/01 | 213.71 | WINN-DIXIE #00 |
| | 10/03 | 10.69 | SPORTSPLEX-CKFR |
| | 10/06 | 54.81 | TEXACO 00305618 |
| | 10/06 | 72.73 | STEIN-MART #0008 |
| | 10/06 | 243.80 | DRAPER'S & DAMON |

 **SUNTRUST**

Previous Statement

| Date | Amount | Description |
|------|--------|-------------|
| 10/07 | 5.34 | DD/BR #342884 |
| 10/07 | 20.89 | BISCOTTIS |
| 10/09 | 0.96 | BJ WHOLESALE #01 |
| 10/09 | 59.71 | CHEVRON 00207742 |
| 10/09 | 87.52 | BIG LOTS #017400 |
| 10/09 | 175.64 | BJ WHOLESALE #01 |
| 10/10 | 4.87 | HARDEES 15 |
| 10/10 | 219.10 | T-MOBILE TEL PAY |
| 10/14 | 5.90 | BEACH DINER |
| 10/14 | 40.05 | CHEVRON 00201112 |
| 10/14 | 51.52 | 95 CORDOVA RESTA |
| 10/14 | 85.00 | OCEAN NAILS INC |

BALANCE HISTORY:

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 09/15 | 20,145.11 | 09/16 | 19,897.59 |
| 09/17 | 19,594.29 | 09/22 | 18,899.03 |
| 09/23 | 18,721.58 | 09/24 | 18,491.71 |
| 09/25 | 18,169.82 | 09/26 | 18,026.87 |
| 09/29 | 17,950.08 | 09/30 | 17,891.97 |
| 10/01 | 17,526.74 | 10/03 | 17,516.05 |
| 10/06 | 17,144.71 | 10/07 | 17,118.48 |
| 10/08 | 16,882.61 | 10/09 | 24,558.78 |
| 10/10 | 24,334.81 | 10/14 | 24,152.34 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
63/B06/0175/0 /38
1000075701366
09/12/2008



**SunTrust**



# Account
# Statement

իվիստեստիվեստիելստեստունՈւ

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

HELP PROTECT YOURSELF FROM MAIL FRAUD AND REDUCE THE RISK OF IDENTITY THEFT BY
GOING PAPER-FREE WITH SUNTRUST ONLINE STATEMENTS. YOU WILL ALSO BE HELPING THE
ENVIRONMENT BY REDUCING THE AMOUNT OF PAPER USED. SIGN ON TO ONLINE BANKING
CLICK "ACCOUNT SERVICES," THEN "STATEMENT DELIVERY OPTIONS" TO GET STARTED.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000075701366 | 08/14/2008 - 09/12/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $22,671.31 | Average Balance | $23,444.56 |
| Deposits/Credits | $10,627.52 | Average Collected Balance | $23,361.23 |
| Checks | $2,633.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $11,394.97 | | |
| Ending Balance | $19,270.86 | | |

| Deposits/ Credits | Date | Amount | Description | | |
|---|---|---|---|---|---|
| | 08/20 | 4,039.69 | ELECTRONIC/ACH CREDIT | | |
| | | | CLAY EYE PHYSICI | PAYROLL | *********4407X |
| | 08/20 | 48.14 | CHECK CARD CREDIT | | |
| | | | KMART | | NEPTUNE BEACHFL |
| | 09/03 | 4,039.69 | ELECTRONIC/ACH CREDIT | | |
| | | | CLAY EYE PHYSICI | PAYROLL | *********3680X |
| | 09/08 | 2,500.00 | DEPOSIT | | |

Deposits/Credits: 4          Total Items Deposited: 2

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1015 | 1,125.00 | 08/14 | 1018 | 539.00 | 09/02 | 1022 | 325.00 | 09/09 |
| | 1016 | 142.00 | 09/02 | 1019 | 252.00 | 09/03 | | | |
| | 1017 | 100.00 | 08/20 | *1021 | 150.00 | 09/03 | | | |

Checks: 7          *Break in check sequence

| Withdrawals/ Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 08/14 | 31.50 | CHECK CARD PURCHASE | |
| | | | CRUISER'S GRILL | JACKSONVILLE FL |
| | 08/18 | 1.98 | CHECK CARD PURCHASE | |
| | | | STARBUCKS USA 00 | NEPTUNE BCH FL |
| | 08/18 | 11.02 | CHECK CARD PURCHASE | |
| | | | VILLAGE-INN-REST | JACKSONVILLE FL |
| | 08/18 | 56.67 | CHECK CARD PURCHASE | |
| | | | MARSHALLS #0408 | JACKSONVILLE FL |
| | 08/18 | 105.26 | CHECK CARD PURCHASE | |
| | | | OFFICE DEPOT #43 | JACKSONVILLE FL |
| | 08/18 | 112.93 | CHECK CARD PURCHASE | |
| | | | STEIN MART #309 | JACKSONVILLE FL |
| | 08/20 | 48.42 | CHECK CARD PURCHASE | |
| | | | KMART | NEPTUNE BEACHFL |
| | 08/20 | 65.76 | CHECK CARD PURCHASE | |
| | | | KMART | NEPTUNE BEACHFL |

**SUNTRUST BANK**
**P O BOX 622227**
**ORLANDO FL 32862-2227**

Page 2 of 3
63/B06/0175/0 /38
1000075701366
09/12/2008


# SUNTRUST

## Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 08/21 | 140.35 | CHECK CARD PURCHASE TARGET 00 | JACKSONVILLE FL | *Groceries* |
| | 08/22 | 43.83 | CHECK CARD PURCHASE GATE 1202 | ST. AUGUSTINEFL | *Gas* |
| | 08/22 | 83.49 | CHECK CARD PURCHASE RADIOSHACK COR00 | ATLANTIC BEACFL | *Batteries, New plus* |
| | 08/25 | 157.83 | CHECK CARD PURCHASE SUNSHINE SCHOOL | MIAMI LAKES FL | *Lily uniforms For radio* |
| | 08/26 | 81.27 | CHECK CARD PURCHASE TARGET 00 | JACKSONVILLE FL | *" School supplie* |
| | 08/28 | 122.52 | CHECK CARD PURCHASE T-MOBILE TEL PAY | 800-937-8997 WA | *Cell* |
| | 08/29 | 61.33 | CHECK CARD PURCHASE TERRY'S COUNTRY | JACKSONVILLE FL | *FOOD* |
| | 08/29 | 198.33 | CHECK CARD PURCHASE USAA P&C PREMIUM | 800-531-8111 TX | *Car Insurance* |
| | 09/02 | 46.09 | CHECK CARD PURCHASE BIG LOTS #017400 | JACKSONVILLE FL | *Groceries* |
| | 09/02 | 238.95 | CHECK CARD PURCHASE BIG LOTS #017400 | JACKSONVILLE FL | |
| | 09/03 | 82.31 | CHECK CARD PURCHASE THE FISH COMPANY | ATLANTIC BEACFL | *Food* |
| | 09/03 | 36.10 | CHECK CARD PURCHASE BP OIL 06 | ATLANTIC BEACFL | *Gas* |
| | 09/03 | 4,039.69 | OVER-THE-COUNTER WITHDRAWAL | | *To household* |
| | 09/04 | 9.28 | CHECK CARD PURCHASE PICCADILLY CAFET | JACKSONVILLE FL | *Food* |
| | 09/04 | 31.94 | CHECK CARD PURCHASE FAMILY DOLLAR #3 | JACKSONVILLE FL | *Church supp* |
| | 09/04 | 33.71 | CHECK CARD PURCHASE FAMILY DOLLAR #3 | JACKSONVILLE FL | *re-emb* |
| | 09/04 | 42.31 | CHECK CARD PURCHASE FARM FRESH | JACKSONVILLE FL | *Groceries* |
| | 09/04 | 62.10 | CHECK CARD PURCHASE FAMILY CHR#43500 | JACKSONVILLE FL | *Church* |
| | 09/12 | 5,500.00 | OVER-THE-COUNTER WITHDRAWAL | | *To purchase car Lincoln returned To USAA* |

Withdrawals/Debits: 27

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 08/14 | 21,514.81 | 21,514.81 | 08/29 | 24,211.65 | 24,211.65 |
| | 08/18 | 21,226.95 | 21,226.95 | 09/02 | 23,245.61 | 23,245.61 |
| | 08/20 | 25,100.60 | 25,100.60 | 09/03 | 22,775.20 | 22,775.20 |
| | 08/21 | 24,960.25 | 24,960.25 | 09/04 | 22,595.86 | 22,595.86 |
| | 08/22 | 24,832.93 | 24,832.93 | 09/08 | 25,095.86 | 22,595.86 |
| | 08/25 | 24,675.10 | 24,675.10 | 09/09 | 24,770.86 | 24,770.86 |
| | 08/26 | 24,593.83 | 24,593.83 | 09/12 | 19,270.86 | 19,270.86 |
| | 08/28 | 24,471.31 | 24,471.31 | | | |

*Return To School Expenses Ben Lily*

*Church -*

*Food*

*Gas*

*Harrione S.*

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
63/B06/0175/0 /38
1000075701366
09/12/2008



**SunTrust**

# Account Statement

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.

Complete this section to balance this statement to your transaction register.

Month _____ Year _____

Bank Balance Shown on statement    $ _____

**Add (+)**
Deposits not shown on this
statement (if any).    $ _____

     _____

Total (+)   $ _____

**Subtract (-)**
Checks and other items outstanding but not paid on this statement (if any).

| $ | | $ |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total (-)   $ _____

Balance   $ _____

These balances should agree

Your Transaction
Register Balance   $ _____

**Add (+)**
Other credits shown on
this statement but not
in transaction register.   $ _____

_____

**Add (+)**
Interest paid (for use in balancing interest-bearing
accounts only).   $ _____

Total (+)   $ _____

**Subtract (-)** Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
|  |  |
|  |  |
|  |  |

Total (-)   $ _____

Balance   $ _____

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

 **SunTrust**

Previous Statement

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 18,438 | 10/09/08 |
| AVG COL BALANCE: | 22,380 | |
| LAST STMT ENDING BALANCE: | | 19,270.86 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000075701366 | 09/15/2008 - 10/14/2008 | 265193573 |

BEGINNING BALANCE: 19,270.86
DEPOSITS/CREDITS: 17,779.38
CHECKS/DEBITS: 14,411.32
ENDING-BALANCE: 22,638.92

**DEPOSITS:**

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 09/17 | 4,039.69 | 10/01 | 4,039.69 |
| 10/09 | 9,700.00 | | |

**CREDITS:**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|

**CHECKS:**

| CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1023 | 09/15 | 503.00 | 1025 | 09/17 | 877.82 |
| 1014 | 09/22 | 81.00 | 1051 | 10/08 | 4,949.50 |
| 1053 | 10/09 | 8,000.00 | | | |

**DEBITS:**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|

**BALANCE HISTORY:**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/15 | 18,767.86 | 09/17 | 21,929.73 |
| 09/22 | 21,848.73 | 10/01 | 25,888.42 |
| 10/08 | 20,938.92 | 10/09 | 22,638.92 |

 **SUNTRUST**

**Previous Statement**

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

|  |  |  |
|---|---|---|
| MIN COL BALANCE: | 16,882 | 10/08/08 |
| AVG COL BALANCE: | 19,583 | |
| LAST STMT ENDING BALANCE: | | 19,821.70 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000077569845 | 09/15/2008 - 10/14/2008 | 265193573 |

BEGINNING BALANCE: 19,821.70
DEPOSITS/CREDITS: 8,355.44
CHECKS/DEBITS: 4,024.80
ENDING BALANCE: 24,152.34

===========================================================================

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|
| | 09/15 | 355.44 | 10/09 | 8,000.00 |

---------------------------------------------------------------------------

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|

---------------------------------------------------------------------------

===========================================================================

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1023 | 09/23 | 150.00 | 1031 | 09/25 | 321.89 |
| | 1024 | 10/08 | 235.87 | | | |

---------------------------------------------------------------------------

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 09/15 | 32.03 | CHEVRON 00203144 |
| | 09/16 | 102.72 | BALI CARGO COMPA |
| | 09/16 | 144.80 | PUBLIX #254 |
| | 09/17 | 120.76 | T-MOBILE IVR PAY |
| | 09/17 | 182.54 | T-MOBILE TEL PAY |
| | 09/22 | 4.39 | STARBUCKS USA 00 |
| | 09/22 | 17.76 | JOANN FABRIC #03 |
| | 09/22 | 19.01 | TERRY'S COUNTRY |
| | 09/22 | 21.38 | THE DISNEY STORE |
| | 09/22 | 31.17 | CHEVRON 00207742 |
| | 09/22 | 32.06 | JOANN FABRIC #03 |
| | 09/22 | 42.80 | DILLARDS 233 |
| | 09/22 | 46.23 | BIG LOTS #017400 |
| | 09/22 | 67.36 | MAKE BELIEVE COS |
| | 09/22 | 105.43 | MAKE BELIEVE COS |
| | 09/22 | 122.43 | MAKE BELIEVE COS |
| | 09/22 | 185.24 | JOANN FABRIC #03 |
| | 09/23 | 27.45 | SUSHI HOUSE TOWN |
| | 09/24 | 54.81 | GATE 1199 |
| | 09/24 | 175.06 | PUBLIX #254 |
| | 09/26 | 6.00 | WALGREENS #4310 |
| | 09/26 | 136.95 | KMART |
| | 09/29 | 24.00 | NAVY EXCHANGE 06 |
| | 09/29 | 24.00 | NAVY EXCHANGE 06 |
| | 09/29 | 28.79 | SAFE HARBOR SEAF |
| | 09/30 | 58.11 | SHEP'S DISCOUNT |
| | 10/01 | 151.52 | MAKE BELIEVE COS |
| | 10/01 | 213.71 | WINN-DIXIE #00 |
| | 10/03 | 10.69 | SPORTSPLEX-CKFR |
| | 10/06 | 54.81 | TEXACO 00305618 |
| | 10/06 | 72.73 | STEIN-MART #0008 |
| | 10/06 | 243.80 | DRAPER'S & DAMON |