UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

BONITA NIX DONOVAN,

    Debtor.

_____/

Case No. 3:08-bk-02133-JAF

Chapter 11

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

This case came before the Court for hearing on September 22, 2008, upon the Motion for Relief from Stay filed by USAA FEDERAL SAVINGS BANK (hereinafter "USAA"). Upon the consent filed by the Debtor, it is

ORDERED:

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. Section 362 is lifted as to USAA, and it may proceed with the foreclosure of its lien upon the following property:

**2001 LINCOLN CONTINENTAL, VIN: 1LNHM97V81Y662551**

3. This Order is entered for the sole purpose of allowing USAA to obtain an in rem judgment against the property. USAA shall not seek an in personam judgment against the Debtor.

DATED: November 3, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Dennis J. LeVine, Esq.
Attorney for USAA
P.O. Box 707
Tampa, FL 33601-0707

Bonita Nix Donovan
800 Fla. Blvd.
Neptune Beach, FL 32266

Albert H. Mickler, Esq.
5452 Arlington Expressway
Jacksonville, FL 32211

United States Trustee
135 W. Central Blvd, Suite 620
Orlando, FL 32801