UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

IN RE:                    Bonita Nix Donovan }      CASE NUMBER:
                                             }
                                             }
                          JERRY A. FUNK      }      JUDGE
                                             }
         DEBTOR.           3:08-bk-02133     }      CHAPTER 11

---

DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
FOR THE PERIOD
FROM    November 01, 2008    TO    November 30, 2008

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 12/18/2008

Bryan Mickler
Attorney for Debtor

Debtor's Address
and Phone Number:
        Bonnie Donovan
        800 Florida Blvd
        Neptune Beach, FL 32266

Tel.        904-246-2010

Attorney's Address
and Phone Number:
        Bryan Mickler
        5452 Arlington Exp
        Jacksonville, FL 32211
Bar No.  KBM  0917640
Tel.        904-725-0822

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/index.htm.
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month November '08 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $39,312.17 | $4,593.23 |
| CASH- Beginning of Month (Business) | $15,255.97 | $2,134.21 |
| Total Household Receipts | $0.00 | $51,294.52 |
| Total Business Receipts | $12,179.38 | $34,149.40 |
| Total Receipts | $12,179.38 | $85,443.92 |
| Total Household Disbursements | $4,327.63 | $20,903.21 |
| Total Business Disbursements | $231.00 | $19,380.41 |
| Total Disbursements | $4,558.63 | $40,283.62 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $7,620.75 | $45,160.30 |
| CASH- End of Month (Individual) | $34,984.54 | $34,984.54 |
| CASH- End of Month (Business) | $27,204.35 | $16,903.20 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $4,558.63 | $40,283.62 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | ($23,885.50) | $6.00 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $28,444.13 | $40,277.62 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __18__ day of __December__ 20_08_.   _Bonnie N. Donovan_
Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month November '08 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | $39,312.17 | $4,593.23 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business |  | $979.42 |
| Wages from Other Sources (attach list to this report) |  | $1,470.84 |
| Interest or Dividend Income |  | $0.00 |
| Alimony or Child Support |  | $12,119.07 |
| Social Security/Pension/Retirement |  | $0.00 |
| Sale of Household Assets (attach list to this report) |  | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) |  | $0.00 |
| Other (specify) (attach list to this report) |  | $36,725.19 |
|  |  |  |
| **TOTAL RECEIPTS** | $0.00 | $51,294.52 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  | $0.00 |
| Charitable Contributions |  | $10.00 |
| Gifts |  | $0.00 |
| Household Expenses/Food/Clothing | $1,165.84 | $5,417.61 |
| Household Repairs & Maintenance |  | $2,930.56 |
| Insurance | $561.45 | $1,216.97 |
| IRA Contribution |  | $0.00 |
| Lease/Rent Payments |  | $0.00 |
| Medical/Dental Payments |  | $115.00 |
| Mortgage Payment(s) |  | $0.00 |
| Other Secured Payments |  | $0.00 |
| Taxes - Personal Property |  | $0.00 |
| Taxes - Real Estate |  | $0.00 |
| Taxes Other (attach schedule) *Payroll Taxes* |  | $43.12 |
| Travel & Entertainment |  | $257.96 |
| Tuition/Education | $300.00 | $300.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $1,280.00 | $5,223.86 |
| Vehicle Expenses | $778.84 | $2,889.35 |
| Vehicle Secured Payment(s) |  | $936.44 |
| U. S. Trustee Quarterly Fees |  | $0.00 |
| Professional Fees (Legal, Accounting) | $225.00 | $1,200.00 |
| Other (attach schedule) *See Explanation Page* | $16.50 | $362.34 |
|  |  |  |
| **Total Household Disbursements** | $4,327.63 | $20,903.21 |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2) | $34,984.54 | $34,984.54 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month November | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | $15,255.97 | $2,134.21 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  | $0.00 |
| Account Receivable Collection |  | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) |  | $0.00 |
| Rental Income | $ 4,100.00 | $24,825.00 |
| Sale of Business Assets (attach list to this report) |  | $0.00 |
| Other (specify)      *See Below Items* |  | $9,324.40 |
| *Alimony Deposited to Business in Error* | *$8,079.38* |  |
|  |  |  |
|  |  |  |
| **Total Business Receipts** | $12,179.38 | $34,149.40 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  | $0.00 |
| Taxes - Payroll             *Withheld from Personal* |  | $110.37 |
| Taxes - Sales |  | $0.00 |
| Taxes Other (attach schedule) |  | $0.00 |
| Contract Labor (Subcontractors) |  | $0.00 |
| Inventory Purchases |  | $0.00 |
| Secured/Lease Payments (Business) |  | $0.00 |
| Utilities (Business) |  | $127.69 |
| Insurance | $231.00 | $4,079.00 |
| Vehicle Expenses |  | $5,142.85 |
| Travel & Entertainment |  | $60.61 |
| Repairs and Maintenance |  | $256.87 |
| Supplies |  | $0.00 |
| Charitable Contributions/Gifts |  | $0.00 |
| Purchase of Fixed Assets |  | $0.00 |
| Advertising |  | $0.00 |
| Bank Charges |  | $0.00 |
| Other (attach schedule)   SEE ATTACHED SCHEDULE | $0.00 | $9,603.02 |
|  |  |  |
| **Total Business Disbursements** | $231.00 | $19,380.41 |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | $27,204.35 | $27,204.35 |

# RENT ROLL

Case Name: Bonita Donovan  Case Number: 3:08-BK-02133-JAF
Date of Petition: April 18, 2008

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | $ 2,000.00 | $ 1,600.00 | Nov 08 |
| 150 Pantano Cay St. | $ 1,500.00 | $ 1,500.00 | Nov 08 |
| 222 14th Ave N | $ 1,000.00 | $ 1,000.00 | Nov 08 |
|  | $ 4,500.00 | $ 4,100.00 (a) |  |

(a) This total included on MOR-3 Other Receipts

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00 Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 - 06/02/09 | $386.00 Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 - 6/24/09 | $1,085.27 6 months | $0.00 |
| Flood -- Allstate | 05/02/08 - 05/02/09 | $229.00 Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00 Annual | $0.00 |
| Flood -- Countrywide | | $349.00 Annual | $0.00 |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

NONE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 2

# BANK ACCOUNT RECONCILIATIONS

**NOTE:**
*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end versus statement end date.*

| Bank Account Information | Account #1 | Account #2 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | | |
| Account Number: | 1000075569845 | 1000075701366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. Balance per Bank Statement | $34,984.54 | $27,204.35 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| TOTAL OF ALL ACCOUNTS | $34,984.54 | $27,204.35 | $0.00 | | $62,188.89 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# MONTHLY OPERATING REPORT - INDIVIDUAL

**Supporting Statement**

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|---|---|
| *OUTSTANDING CHECKS* | | | | | | |
| SunTrust | 1000077569845 | | | | | |
| SunTrust | 100075701366 | | | | | |
| SunTrust | 100075701366 | | | | | |
| | | | | | TOTAL | $0.00 |
| *OUTSTANDING DEPOSITS* | | | | | | |
| | | | | NONE | | |
| | | | | | TOTAL | $0.00 |

# MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 10000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1055 | 11/25/08 | Citizens Insurance | Insurance | $231.00 |
| | | | TOTAL | $231.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1027 | 11/25/08 | Beaches Energy | Water/Sewer | $295.36 |
| 1028 | 11/25/08 | Beaches Utilities | Utility Expense | $141.05 |
| 1029 | SKIPPED | SKIPPED | SKIPPED | SKIPPED |
| 1030 | SKIPPED | SKIPPED | SKIPPED | SKIPPED |
| 1031 | SKIPPED | SKIPPED | SKIPPED | SKIPPED |
| 1032 | See October | See October | See October | See October |
| 1033 | 11/04/08 | Comcast | Cable | $99.46 |
| 1034 | 11/03/08 | City of Neptune Beach | Water/Sewer | $106.88 |
| 1035 | 11/03/08 | Leslie Buckholtz | Accounting | $225.00 |
| 1036 | 11/14/08 | Bolles School | Education | 150.00 |
| 1037 | 11/13/08 | Bolles School | Education | 150.00 |
| 1038 | 11/12/08 | Missing Information | Electric | 48.13 |
| | | | TOTAL | $1,215.88 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| Accounts Receivable Beginning Balance | $0.00 | |
| Plus: Billings During the Month | $ 4,500.00 | |
| Less: Collections During the Month | $ 4,100.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | $400.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| 0 - 30 Days | $0.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $0.00 | $0.00 |

* Attach explanation of any adjustment or writeoff.
** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | $0.00 | $0.00 |
| Total Post-Petition Taxes | $0.00 | $0.00 |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| None at report time | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |

# STANDARD BANK RECONCILIATION

Account No. __1000075701366__   Month __November__   Year __2008__   Account Name __Bonita N. Donovan__

Bank Balance shown on Bank Statement $ __27,204.35__

Add (+)
Deposits not shown on Bank Statement $ __0.00__

Total $ __27,204.35__

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
|  | $ |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Total Subtractions $ __0.00__

Balance $ __27,204.35__

Your transaction register balance $ __27,204.35__

Add (+)
Other credits shown on the bank
statement but not in transaction register $ _____

Total $ __27,204.35__

Add (+)
Interest paid on bank statement $ _____

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|---|---|
|  | $ |
|  |  |
|  |  |

Total Subtractions $ __0.00__

Balance $ __27,204.35__

# STANDARD BANK RECONCILIATION

Account No. __100007569845__  Month __November__  Year __2008__  Account Name __Bonita N. Donovan__

| | |
|---|---|
| Bank Balance shown on Bank Statement | $ __34,984.54__ |
| Add (+) | |
| Deposits not shown on Bank Statement | $ _____ |
| Total | $ __34,984.54__ |
| Subtract (-) | |
| Checks and other items outstanding but not paid on Bank Statement | |

| Number | Amount | Number | Amount |
|---|---|---|---|
| | $ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions $ __0.00__

Balance $ __34,984.54__

| | |
|---|---|
| Your transaction register balance | $ __34,984.54__ |
| Add (+) | |
| Other credits shown on the bank statement but not in transaction register | $ _____ |
| Interest paid on bank statement | $ _____ |
| Total | $ __34,984.54__ |
| Subtract (-) | |
| Other debits shown on bank statement but not in transaction register | |

| Number | Amount |
|---|---|
| | |
| | |
| | |

Total Subtractions $ __0.00__

Balance $ __34,984.54__



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

**SunTrust**

Page 1 of 3
63/B06/0175/0 /38
1000077569845
11/14/2008

# Account Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

HELP PROTECT YOURSELF FROM MAIL FRAUD AND REDUCE THE RISK OF IDENTITY THEFT BY GOING PAPER-FREE WITH SUNTRUST ONLINE STATEMENTS. YOU WILL ALSO BE HELPING THE ENVIRONMENT BY REDUCING THE AMOUNT OF PAPER USED. SIGN ON TO ONLINE BANKING CLICK "ACCOUNT SERVICES," THEN "STATEMENT DELIVERY OPTIONS" TO GET STARTED.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE CHECKING | 1000077569845 | 10/15/2008 - 11/14/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $24,152.34 | Average Balance | $31,013.21 |
| Deposits/Credits | $17,219.50 | Average Collected Balance | $30,935.79 |
| Checks | $1,565.45 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $2,476.55 | | |
| Ending Balance | $37,329.84 | | |

**Deposits/Credits**

| Date | Amount | Description |
|---|---|---|
| 10/17 | 534.00 | DEPOSIT |
| 10/17 | 800.00 | DEPOSIT |
| 10/31 | 15,885.50 | DEPOSIT |

Deposits/Credits: 3   Total Items Deposited: 5

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1025 | 291.60 | 10/15 | 1033 | 99.46 | 11/04 | 1036 | 150.00 | 11/14 |
| 1026 | 172.49 | 10/15 | 1034 | 106.88 | 11/03 | 1037 | 150.00 | 11/13 |
| *1032 | 321.89 | 10/31 | 1035 | 225.00 | 11/03 | 1038 | 48.13 | 11/12 |

Checks: 9   *Break in check sequence

**Withdrawals/Debits**

| Date Paid | Amount | Description | | |
|---|---|---|---|---|
| 10/15 | 35.95 | CHECK CARD PURCHASE SCHWAN'S INC | 8887249267 | MN |
| 10/15 | 41.20 | CHECK CARD PURCHASE TERRY'S COUNTRY | JACKSONVILLE FL | |
| 10/15 | 102.72 | CHECK CARD PURCHASE MRS MURRS TREASU | ATLANTIC BEA FL | |
| 10/16 | 36.75 | CHECK CARD PURCHASE FL DRIVER LICENS | 850-6172000 FL | |
| 10/17 | 225.22 | CHECK CARD PURCHASE T-MOBILE TEL PAY | 800-937-8997 WA | |
| 10/20 | 19.00 | CHECK CARD PURCHASE THE SECRET GARDE | JACKSONVILLE FL | |
| 10/20 | 40.00 | CHECK CARD PURCHASE CHEVRON 00207742 | JACKSONVILLE FL | |
| 10/20 | 69.25 | CHECK CARD PURCHASE WALGREENS #4310 | NEPTUNE BEACH FL | |
| 10/20 | 139.99 | CHECK CARD PURCHASE PUBLIX #183 | JACKSONVILLE FL | |
| 10/22 | 99.46 | ELECTRONIC/ACH DEBIT COMCAST | COMCAST | 0070099656 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 3
63/B06/0175/0 /58
1000077569845
11/14/2008


SunTrust

# Account Statement

| Withdrawals/Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 10/23 | 8.96 | CHECK CARD PURCHASE NEPTUNE BEACH LO | NEPTUNE BEACH FL |
| | 10/23 | 18.71 | CHECK CARD PURCHASE POPEYES CHICKEN | JACKSONVILLE FL |
| | 10/24 | 33.17 | CHECK CARD PURCHASE DOLRTREE 1010 00 | ATLANTIC BCH FL |
| | 10/27 | 14.70 | CHECK CARD PURCHASE THE SECRET GARDE | JACKSONVILLE FL |
| | 10/27 | 38.58 | CHECK CARD PURCHASE SHELL OIL 509438 | JACKSONVILLE FL |
| | 10/27 | 120.91 | CHECK CARD PURCHASE BALI CARGO COMPA | JACKSONVILLE FL |
| | 10/28 | 96.01 | CHECK CARD PURCHASE WINN-DIXIE #00 | NEPTUNE BEACH FL |
| | 10/29 | 50.00 | CHECK CARD PURCHASE BONOS AT NEPTUNE | NEPTUNE BEACH FL |
| | 10/31 | 29.76 | CHECK CARD PURCHASE THE HOME DEPOT # | JACKSONVILLE FL |
| | 10/31 | 53.35 | CHECK CARD PURCHASE FLOOR & DECOR OU | JACKSONVILLE FL |
| | 11/03 | 5.09 | CHECK CARD PURCHASE TEXACO 00305618 | JACKSONVILLE FL |
| | 11/03 | 10.69 | CHECK CARD PURCHASE SPORTSPLEX-CKFR | 904-247-5552 FL |
| | 11/03 | 31.51 | CHECK CARD PURCHASE JJ S CUISINE AND | PONTE VEDRA BFL |
| | 11/03 | 35.95 | CHECK CARD PURCHASE TEXACO 00305618 | JACKSONVILLE FL |
| | 11/03 | 61.78 | CHECK CARD PURCHASE BEALLS OUTLET #0 | JACKSONVILLE FL |
| | 11/03 | 151.26 | CHECK CARD PURCHASE WINN-DIXIE #01 | JACKSONVILLE FL |
| | 11/05 | 117.34 | CHECK CARD PURCHASE WALGREENS #4733 | JAX BCH FL |
| | 11/06 | 29.00 | CHECK CARD PURCHASE NAVY EXCHANGE 06 | ATLANTIC BEACVA |
| | 11/07 | 136.50 | CHECK CARD PURCHASE T-MOBILE #5883 | JACKSONVILLE FL |
| | 11/10 | 11.08 | CHECK CARD PURCHASE WHITEWAY DELICAT | JACKSONVILLE FL |
| | 11/10 | 24.05 | CHECK CARD PURCHASE DOLRTREE 1010 00 | ATLANTIC BCH FL |
| | 11/10 | 26.75 | CHECK CARD PURCHASE SOUTHERN CROSSIN | JACKSONVILLE FL |
| | 11/10 | 31.93 | CHECK CARD PURCHASE A1A BEVERAGE DIS | ST AUGUSTINE FL |
| | 11/10 | 32.06 | CHECK CARD PURCHASE MARSHALLS #0408 | JACKSONVILLE FL |
| | 11/10 | 222.61 | CHECK CARD PURCHASE T-MOBILE TEL PAY | 800-937-8997 WA |
| | 11/13 | 17.31 | CHECK CARD PURCHASE FAMILY DOLLAR #3 | JACKSONVILLE FL |
| | 11/13 | 25.93 | CHECK CARD PURCHASE FARM FRESH | JACKSONVILLE FL |
| | 11/13 | 66.56 | CHECK CARD PURCHASE THE HOME DEPOT # | JACKSONVILLE FL |
| | 11/13 | 113.24 | CHECK CARD PURCHASE BIG LOTS #017400 | JACKSONVILLE FL |
| | 11/14 | 15.46 | CHECK CARD PURCHASE MCDONALD'S F3370 | ATLANTIC BEA FL |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
63/B06/0175/0 /38
1000077569845
11/14/2008


SUNTRUST

## Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 11/14 | 35.76 | CHECK CARD PURCHASE DOLLAR GENERAL # | | JACKSONVILLE FL |
| | Withdrawals/Debits: 41 | | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 10/15 | 23,508.38 | 23,508.38 | 10/31 | 39,312.17 | 39,312.17 |
| | 10/16 | 23,471.63 | 23,471.63 | 11/03 | 38,684.01 | 38,684.01 |
| | 10/17 | 24,580.41 | 23,780.41 | 11/04 | 38,584.55 | 38,584.55 |
| | 10/20 | 24,312.17 | 24,312.17 | 11/05 | 38,467.21 | 38,467.21 |
| | 10/22 | 24,212.71 | 24,212.71 | 11/06 | 38,438.21 | 38,438.21 |
| | 10/23 | 24,185.04 | 24,185.04 | 11/07 | 38,301.71 | 38,301.71 |
| | 10/24 | 24,151.87 | 24,151.87 | 11/10 | 37,953.23 | 37,953.23 |
| | 10/27 | 23,977.68 | 23,977.68 | 11/12 | 37,905.10 | 37,905.10 |
| | 10/28 | 23,881.67 | 23,881.67 | 11/13 | 37,531.06 | 37,531.06 |
| | 10/29 | 23,831.67 | 23,831.67 | 11/14 | 37,329.84 | 37,329.84 |

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.

Complete this section to balance this statement to your transaction register.

Month _____ Year _____

Bank Balance Shown on statement $ _____

Add (+)
Deposits not shown on this
statement (if any). $ _____

Total (+) $ _____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

| $ | | $ |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total (-) $ _____

Balance $ _____

Your Transaction
Register Balance $ _____

Add (+)
Other credits shown on
this statement but not
in transaction register. $ _____

Add (+)
Interest paid (for use in balancing interest-bearing accounts only).
Total (+) $ _____

Subtract (-) Other debits shown on this statement but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

Total (-) $ _____

Balance $ _____

These balances should agree ↑

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.



Current Statement

```
BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE            MIN COL BALANCE:        34,789      12/03/08
CASE 23 308BK02133               AVG COL BALANCE:        35,958
800 FLORIDA BLVD                 LAST STMT ENDING BALANCE:          37,329.84

           ACCOUNT TYPE   ACCOUNT NUMBER   STATEMENT PERIOD           TIN
           FREE CHECK     1000077569845    11/15/2008 - 12/08/2008   265193573
BEGINNING BALANCE:               37,329.84
DEPOSITS/CREDITS:                 1,175.72
CHECKS/DEBITS:                    2,655.42
ENDING-BALANCE:                  35,850.14
```

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|
| | 12/04 | 1,075.72 | | |

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 12/03 | 100.00 | ENTERPRISE RENT- |

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1028 | 11/25 | 141.05 | 1027 | 11/25 | 295.36 |
| | 1062 | 12/03 | 200.00 | | | |

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 11/17 | 14.45 | DOLLAR-GENERAL # |
| | 11/17 | 18.46 | 3RD STREET DINER |
| | 11/17 | 71.40 | DOLLAR-GENERAL # |
| | 11/17 | 561.45 | USAA P&C PREMIUM |
| | 11/18 | 10.69 | DD/BR #342884 |
| | 11/18 | 22.46 | DD/BR #342884 |
| | 11/21 | 4.82 | OLDE FLORIDA CAF |
| | 11/21 | 12.81 | OLDE FLORIDA CAF |
| | 11/21 | 21.18 | GATE 1421 |
| | 11/24 | 6.97 | COMCAST          COMCAST |
| | 11/24 | 2.06 | AVONLEA ANTIQUE |
| | 11/24 | 15.83 | OLDE FLORIDA CAF |
| | 11/24 | 242.57 | WINN-DIXIE    #00 |
| | 11/25 | 16.75 | NEPTUNE BEACH LO |
| | 11/25 | 32.10 | SOUTHERN CROSSIN |
| | 11/26 | 16.50 | USPS 1143840250 |
| | 11/26 | 551.53 | ENTERPRISE RENT- |
| | 11/28 | 223.04 | T-MOBILE      PCS SVC |
| | 11/28 | 8.93 | DAIRY QUEEN #196 |
| | 11/28 | 10.34 | MARSHALLS #0408 |
| | 11/28 | 20.14 | PICCADILLY CAFET |
| | 11/28 | 24.41 | GATE 1421 |
| | 12/01 | 17.78 | RACEWAY957    01 |
| | 12/02 | 14.60 | GREEN CEDAR #11 |
| | 12/02 | 20.12 | MJM #3 |
| | 12/02 | 25.57 | WILCO 769    00 |
| | 12/03 | 6.13 | VILLAGE-INN-REST |
| | 12/03 | 10.69 | SPORTSPLEX-CKFR |
| | 12/04 | 15.23 | CHEVRON 00204569 |

2008-12-15 13:48                                                          >>                                              P 5/16



|  |  | Current Statement |  |  |
|---|---|---|---|---|
| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|  | 11/17 | 36,664.08 | 11/18 | 36,630.93 |
|  | 11/21 | 36,592.12 | 11/24 | 36,324.69 |
|  | 11/25 | 35,839.43 | 11/26 | 35,271.40 |
|  | 11/28 | 34,984.54 | 12/01 | 34,966.76 |
|  | 12/02 | 34,906.47 | 12/03 | 34,789.65 |
|  | 12/04 | 35,850.14 |  |  |