UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:         BONITA NIX DONOVAN              Case No.: 3:08-bk-2133-JAF
                     Debtor.

## MOTION TO ALLOW LATE BALLOTS

The Debtor in Possession requests that this Court enter an Order allowing the Ballots of Bank of America in Class 7 and Class 8 to be counted towards the ballots accepting the Plan of Reorganization of the Debtor-in-Possession. In support the Debtor-in-Possession would show that the estate would benefit by the allowance of the late ballot.

The Ballot for Class 7 is attached and the Debtor expects the Ballot for Class 8 to be faxed over for presentation at the Confirmation Hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof has been furnished to the United States Trustee, 135 W. Central Boulevard, #620, Orlando, FL 32801 by U.S. Mail, postage prepaid, this _9_ day of January, 2009

Law Offices of Mickler & Mickler

By:_____
   Bryan K. Mickler
Attorney for Debtor-In-Possession
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 091790

Case Number 08-bk-2133-3F1

Debtor Bonita Nix Donovan

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

The undersigned, a class ___7___ creditor of the above-named debtor in the unpaid principal amount of $ 49,270.50

(Check one box) ( ✓ ACCEPTS ( ) REJECTS ~~X~~ with amendment allowing for payment of entire claim at terms stated in Plan.

the Plan of Reorganization of the debtor.

Dated: 1/9/09

Name of Creditor: Bank of America, N.A.

Creditor's Signature: [signature]

By: Attorney for Bank
(If Appropriate)

As _____
(Agent of Creditor)

Address: P.O. Box 707
Tampa, FL 33601

All ballots must be received on or before August 29, 2008.

*******************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
*******************************************************************

Ballot No. _____ Creditor Class _____

Claim No. _____ Claim $ _____

Claim Amount per Schedule $ _____