UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:      BONITA DOVOVAN

Case No.: 3:08-bk-2133-JAF
Debtor.      Chapter 11

## FINAL APPLICATION FOR COMPENSATION AND REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE

In accordance with 11 U.S.C. §§ 330(a); 503(b)(2) and Fed.R.Bankr.P.2016, the Attorney for the Debtor-in-Possession makes application to this Court for final compensation as follows:

### SUMMARY OF COMPENSATION REQUESTED

Total Compensation Requested:    Fees:   $10,560.00 ($4,961.00 retainer plus

$5,599.00)

Costs: $1,075.00

**TOTAL: $11,635.00**

Previous Compensation Awarded:        $4,961.00 retainer

Billing Rate for Bryan K. Mickler @$250.00/hour

Total Hours Billed:        42.1 hours

### GENERAL INFORMATION

This Case was commenced by the filing of a Voluntary Petition under Chapter 11 of the Bankruptcy Code on April 18, 2008 by the Debtor in Possession. The Court entered an Order Authorizing Employment of Attorney which allowed the Debtor in Possession to Employ the Law Offices of Mickler & Mickler. Under 11 U.S.C. § 1107, the Debtor in Possession is given all the rights, powers and duties, save for certain investigatory responsibilities.

The initial employment agreement entered into between the Debtors in Possession and the

attorney was based upon an hourly billing rate of $250.00 per hour to be billed against a retainer of $4,961.00 (net minus costs). Attached as Exhibit "1" is the time sheet for the attorneys for the Debtor in Possession.

Bryan K. Mickler of the Law Offices of Mickler & Mickler (the "Applicant") billed time during the application period which began on the date of the petition and ended on January 9, 2009 (as estimated). The rate charged is comparable with or below other practitioner's hourly rate in a case under Title 11 and in cases not under Title 11.

This is a final application for compensation. No previous applications have been submitted in this case.

The Applicant has reviewed the final application with the Debtor in Possession. The Debtor in Possession has approved of the final compensation requested.

The above compensation is fair and appropriate given the circumstances and nature of this case and the services performed for the benefit of the estate by the applicant. The Applicant has attempted to reorganize the debtors in possession since January of 2008.

The Chapter 11 was filed in an attempt to reorganize the mortgage debt of the Debtor in Possession. The Debtor in Possession was a real estate investor who suffered losses in the current market downturn.

The actions of the attorney for the Debtor, have benefitted the estate by the preservation of the Debtor's assets. The mortgages were in default and subject to foreclosure prior to the Chapter 11. The Attorney for the Debtor has proposed a plan to reamortize the mortgage on several properties and repay a portion of the unsecured claims with the reduced mortgage debt on a monthly basis.

## ADMINISTRATIVE EXPENSE

Alternatively, the attorney for the Debtor in Possession requests an administrative expense

allowance pursuant to 11 U.S.C. § 503(b)(1). The time attached on Exhibit "1" by the attorney for the Debtor in Possession was actual and necessary for the preservation of the estate. The amount requested by the applicant represents wages, salaries and/or commissions of the applicant for services rendered after the commencement after the Chapter 11.

The applicant obtained has obtained positive results for the Debtors and creditors, namely the preservation of the assets of the Debtor.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof was furnished to Assistant U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, by CM/ECF and/or U. S. Mail postage prepaid, this 9 day of January, 2009.

Law Offices of Mickler & Mickler

By:_____
Bryan K. Mickler
Florida Bar No. 091790
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 FAX

wpdocs\bankrupt\chap11\adminstrative salary application post 11

# Pre-Bill Worksheet

Date: 1/09/2009
User: BKMICKLER

Bill To: **Donovan, Bonita - Chapter 11 - 08-**
Bonita N. Donovan
800 Florida Blvd.
Neptune Bch, FL 32266

Billing Cycle:
Status                    Active
Instructions
Fee Arrangement:          Standard - First Bill
Exp Arrangement:          Standard

Billing Actions

Last Bill Date:           n/a
Last Payment Date         n/a

**Fees**

| Date / Staff | Bill Code / Description | Rate Markup % | Hours DNB Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|
| 4/09/2008 BKM | intial visit with client; review of documents in file | $250.00 | 0.80 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 4/10/2008 BKM | office meeting with client re sign schedules; prepare plan and disclosure hearing, suggestion of bankruptcy; application to employ | $250.00 | 5.30 | 0.00 | $1,325.00 | Billable | $1,325.00 | $1,325.00 |
| 4/22/2008 BKM | first letter to client with copy of all schedules, plan, etc; letter to us trustee re documents | $250.00 | 0.30 | 0.00 | $75.00 | Billable | $75.00 | $75.00 |
| 5/01/2008 BKM | office conf. w/client | $250.00 | 1.00 | 0.00 | $250.00 | Billable | $250.00 | $250.00 |
| 5/22/2008 BKM | review of IDI package from trustee and bookkeeper; attend IDI with Client | $250.00 | 1.00 | 0.00 | $250.00 | Billable | $250.00 | $250.00 |
| 5/28/2008 BKM | attend 341 meeting with client; follow up regarding trustee issues with missing assets | $250.00 | 2.70 | 0.00 | $675.00 | Billable | $675.00 | $675.00 |
| 6/16/2008 BKM | review of motion for relief by wahby; conf with atty representing; telecon with client re hearing | $250.00 | 0.70 | 0.00 | $175.00 | Billable | $175.00 | $175.00 |
| 6/26/2008 BKM | attend disclosure hearing with client | $250.00 | 0.30 | 0.00 | $75.00 | Billable | $75.00 | $75.00 |
| 7/01/2008 BKM | review and file financial report | $250.00 | 0.30 | 0.00 | $75.00 | Billable | $75.00 | $75.00 |

## Pre-Bill Worksheet

| Date | | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 7/08/2008 BKM | office meeting with client re documents for trustee | $250.00 | 0.40 | 0.00 | $100.00 | Billable | $100.00 | $100.00 |
| 7/17/2008 BKM | office meeting with client re motion for relief prep | $250.00 | 1.00 | 0.00 | $250.00 | Billable | $250.00 | $250.00 |
| 7/17/2008 BKM | review of claims; file ap and motion to redact ssn against JOI | $250.00 | 1.20 | 0.00 | $300.00 | Billable | $300.00 | $300.00 |
| 7/21/2008 BKM | conference with client to prep for hearing; attend motion to lift stay re wahby; follow up with client re options after stay lifted | $250.00 | 1.60 | 0.00 | $400.00 | Billable | $400.00 | $400.00 |
| 7/21/2008 BKM | attend motion for relief hearing with client and follow up discussion re surrender of property | $250.00 | 2.40 | 0.00 | $600.00 | Billable | $600.00 | $600.00 |
| 7/25/2008 BKM | review of motion to compel by ustee; telecon with client re missing docs and schedules | $250.00 | 0.70 | 0.00 | $175.00 | Billable | $175.00 | $175.00 |
| 7/30/2008 BKM | review and file mor for June, 2008 | $250.00 | 0.30 | 0.00 | $75.00 | Billable | $75.00 | $75.00 |
| 8/01/2008 BKM | office meeting with client to review schedules; file amended schedules; review motion to compel filed by trustee | $250.00 | 0.30 | 0.00 | $75.00 | Billable | $75.00 | $75.00 |
| 8/26/2008 BKM | review of motion for relief re lincoln; telecon with client re surrender | $250.00 | 0.30 | 0.00 | $75.00 | Billable | $75.00 | $75.00 |
| 9/04/2008 BKM | email to ustee re documents requested and motion to compel | $250.00 | 0.30 | 0.00 | $75.00 | Billable | $75.00 | $75.00 |
| 9/06/2008 BKM | review and file financial reports | $250.00 | 0.20 | 0.00 | $50.00 | Billable | $50.00 | $50.00 |
| 9/09/2008 BKM | office visit with client re docs to trustee | $250.00 | 0.80 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 9/22/2008 BKM | attend initial confirmation hearing | $250.00 | 0.50 | 0.00 | $125.00 | Billable | $125.00 | $125.00 |
| 9/29/2008 BKM | attend motion for relief hearing by Bank of America | $250.00 | 0.40 | 0.00 | $100.00 | Billable | $100.00 | $100.00 |
| 10/01/2008 BKM | review of ballot file - no votes; telecon with attys for mortgage companies to obtain votes in favor; telecon with client re confirmation date and votes needed | $250.00 | 0.70 | 0.00 | $175.00 | Billable | $175.00 | $175.00 |
| 10/03/2008 BKM | discussion with countrywide atty re: values in plan; telephone conf with client re | $250.00 | 0.80 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |

2

# Pre-Bill Worksheet

| Date / Staff | Description | Rate | Hours | | Amount | Status | Adj Value | Billed Val |
|---|---|---|---|---|---|---|---|---|
| | changes to plan and confirmation; email to cw atty | | | | | | | |
| 10/06/2008 BKM | review with client for confirmation | $250.00 | 0.60 | 0.00 | $150.00 | Billable | $150.00 | $150.00 |
| 10/08/2008 BKM | attend confirmation hearing | $250.00 | 0.40 | 0.00 | $100.00 | Billable | $100.00 | $100.00 |
| 11/11/2008 BKM | office conf re plan and next steps | $250.00 | 1.00 | 0.00 | $250.00 | Billable | $250.00 | $250.00 |
| 12/12/2008 BKM | telecon with appraiser re values and review of all appraised values | $250.00 | 0.70 | 0.00 | $175.00 | Billable | $175.00 | $175.00 |
| 12/15/2008 BKM | office meeting with her re plan and confirmation | $300.00 | 0.70 | 0.00 | $210.00 | Billable | $210.00 | $210.00 |
| 1/06/2009 BKM | telecon with attys for BofA re ballot and Plan; telecon with u/s creditors for ballot | $250.00 | 1.20 | 0.00 | $300.00 | Billable | $300.00 | $300.00 |
| 1/07/2009 BKM | attendance at confirmation hearing; follow up with client; filing of 1129 b motions and attendance at cramdown hearings, follow up work necessary to ensure compliance with plan - estimated | $250.00 | 8.30 | 0.00 | $2,075.00 | Billable | $2,075.00 | $2,075.00 |
| 1/07/2009 BKM | office meeting to discuss ballots, confirmation, etc.; telecon with attys for BofA re ballot and changes to plan | $250.00 | 1.40 | 0.00 | $350.00 | Billable | $350.00 | $350.00 |
| 1/09/2009 BKM | Prepare for and attend confirmation hearing pursuant to 1129(a) {estimated time} | $250.00 | 3.50 | 0.00 | $875.00 | Billable | $875.00 | $875.00 |
| Total | Billable Fees | | 42.10 | | 10560 | | | $10,560.00 |

**Expenses**

| Date / Staff | Bill Code / Description | Price Markup % | Quantity | Amount | Status | Adj Value | Billed Val |
|---|---|---|---|---|---|---|---|
| 4/18/2008 BKM | FF / Filing Fee | $1,039.00 | 1.00 | $1,039.00 | Billable | $1,039.00 | $1,039.00 |
| 5/30/2008 BKM | MAIL / mail out costs for plan and disclosure | $18.00 | 1.00 | $18.00 | Billable | $18.00 | $18.00 |
| 10/01/2008 BKM | MAIL / mail out costs for plan and disclosure hearing | $18.00 | 1.00 | $18.00 | Billable | $18.00 | $18.00 |
| Total | Billable Expenses | | | 1075 | | | $1,075.00 |

3

## Pre-Bill Worksheet

### Calculations of Fees and Expenses

| | | |
|---|---:|---:|
| Fees Arrangement: Standard - First Bill | | |
| Total of billable time records | $10,560.00 | |
| Total Fees | | $10,560.00 |
| Expense Arrangement: Standard | | |
| Total of billable expense records | $1,075.00 | |
| Total Expenses | | $1,075.00 |
| Total New Charges | | $11,635.00 |
| Total New Charges | | $11,635.00 |
| Previous Balance | | $0.00 |
| Total New Balance | | $11,635.00 |

**Staff Summary**

| Staff | Total Hours | Billable | Non-Billable | Rate | Amount |
|---|---:|---:|---:|---:|---:|
| BKM | 41.40 | 41.40 | 0.00 | $250.00 | $10,350.00 |
| BKM | 0.70 | 0.70 | 0.00 | $300.00 | $210.00 |

**Phase Summary**

| Code | Hours | Rate | Fees | Expenses | Total |
|---|---:|---:|---:|---:|---:|
| (None) | 42.10 | 250.00 | $10,560.00 | $1,075.00 | $11,635.00 |