# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

IN RE:            Bonita Nix Donovan }    CASE NUMBER:
}
}
JERRY A. FUNK }    JUDGE
}
DEBTOR.          3:08-bk-02133 }    CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM     December 01, 2008    TO    December 31, 2008

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 1/6/2009

Bryan Mickler
Attorney for Debtor

Debtor's Address
and Phone Number:
     Bonnie Donovan
     800 Florida Blvd
     Neptune Beach, FL 32266

Tel.     904-246-2010

Attorney's Address
and Phone Number:
     Bryan Mickler
     5452 Arlington Exp
     Jacksonville, FL 32211
Bar No. _____
Tel.     904-725-0822

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month December '08 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $34,984.54 | $4,593.23 |
| CASH- Beginning of Month (Business) | $27,204.35 | $2,134.21 |
| Total Household Receipts | $1,326.40 | $52,620.92 |
| Total Business Receipts | $12,579.38 | $59,323.16 |
| Total Receipts | $13,905.78 | $111,944.08 |
| Total Household Disbursements | $5,976.60 | $26,879.81 |
| Total Business Disbursements | $876.96 | $22,550.60 |
| Total Disbursements | $6,853.56 | $49,430.41 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $7,052.22 | $62,513.67 |
| CASH- End of Month (Individual) | $30,334.34 | $30,334.34 |
| CASH- End of Month (Business) | $38,906.77 | $38,906.77 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $6,853.56 | $49,430.41 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | ($23,885.50) | $6.00 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $30,739.06 | $49,424.41 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___6___ day of ___January___ 20_09_   _[signed] Bonita K. Donovan_
                                              Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month December '08 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | $34,984.54 | $4,593.23 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | $979.42 |
| Wages from Other Sources (attach list to this report) | $250.68 | $1,721.52 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $12,119.07 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | | $37,800.91 |
| *Miscellaneous* | $1,075.72 | |
| | | |
| **TOTAL RECEIPTS** | $1,326.40 | $52,620.92 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $10.00 |
| Gifts | $2,027.18 | $2,027.18 |
| Household Expenses/Food/Clothing | $1,888.92 | $7,306.53 |
| Household Repairs & Maintenance | $560.37 | $3,490.93 |
| Insurance | | $1,216.97 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | | $115.00 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule)        *Payroll Taxes* | | $43.12 |
| Travel & Entertainment | $61.59 | $319.55 |
| Tuition/Education | $100.00 | $400.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $703.75 | $5,927.61 |
| Vehicle Expenses | $95.39 | $2,984.74 |
| Vehicle Secured Payment(s) | | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | | $1,200.00 |
| Other (attach schedule)        *See Explanation Page* | $539.40 | $901.74 |
| | | |
| **Total Household Disbursements** | $5,976.60 | $26,879.81 |
| | | |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | $30,334.34 | $30,334.34 |

## Other HouseHold Explanation Schedule

**Case Name:** Bonnie Donovan.
**Case Number:** 3:08-BK-02133-JAF
**Date of Petition:** April 18, 2008

| Description | Amount |
|---|---|
| Other Category Total: | $539.40 |
| Reimbursable Volunteer Expenses | $337.32 |
| Association Dues | |
| Overnight Postage Expense | $201.08 |
| FIA Card Services | |
| Check Order | |
| Time Share | |
| Miscellaneous | |
| Other Fees | $1.00 |
| Insurance Premium Refund | |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>December | Cumulative<br>Total |
|---|---|---|
| CASH - Beginning of Month | $27,204.35 | $2,134.21 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income | $ 4,500.00 | $32,825.00 |
| Sale of Business Assets (attach list to this report) | | $0.00 |
| Other (specify)           *See Below Items* | | $26,498.16 |
| *Alimony Deposited to Business in Error* | *$8,079.38* | $8,079.38 |
| | | |
| | | |
| **Total Business Receipts** | **$12,579.38** | **$59,323.16** |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll          *Withheld from Personal* | | $110.37 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) | | $0.00 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | | $250.21 |
| Insurance | | $4,450.00 |
| Vehicle Expenses | | $5,239.44 |
| Travel & Entertainment | | $135.94 |
| Repairs and Maintenance | | $306.87 |
| Supplies | | $0.00 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $0.00 |
| Advertising | | $0.00 |
| Bank Charges | $29.46 | $29.46 |
| Other (attach schedule)   SEE ATTACHED SCHEDULE | $847.50 | $12,028.31 |
| | | |
| **Total Business Disbursements** | **$876.96** | **$22,550.60** |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | $38,906.77 | $38,906.77 |

## Other -BUSINESS- Explanation Schedule

**Case Name:** Bonnie Donovan.
**Case Number:** 3:08-BK-02133-JAF
**Date of Petition:** April 18, 2008

| Description | Other Category Total: | Amount |
|---|---|---|
| | | $847.50 |
| Time Share | | |
| Association Dues | | |
| Reimbursable Volunteer Expenses | | |
| Household Expenses | | $162.50 |
| U.S. Trustee | | |
| Utility | | |
| Professional Fees | | |
| Car Insurance | | |
| Appraisal | | $350.00 |
| Accounting Fees | | $335.00 |

*These Expenses Were Incorrectly Posted to this Account This Month Due to A Direct Deposit Error.*

# RENT ROLL

Case Name:     Bonita Donovan          Case Number:     3:08-BK-02133-JAF
Date of Petition:     **April 18, 2008**

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | $ 2,000.00 | $ 2,000.00 | DEC '08 |
| 150 Pantano Cay St. | $ 1,500.00 | $ 1,500.00 | DEC '08 |
| 222 14th Ave N | $ 1,000.00 | $ 1,000.00 | DEC '08 |
| | $ 4,500.00 | $ 4,500.00 (a) | |

(a) This total included on MOR-3 Other Receipts

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00 Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00 Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27 6 months | $0.00 |
| Flood -- Allstate | 05/02/08 - 05/02/09 | $229.00 Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00 Annual | $0.00 |
| Flood -- Countrywide | | $349.00 Annual | $0.00 |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

NONE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

**NOTE:**
*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end versus statement end date.*

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | | |
| Account Number: | 1000075569845 | 1000075701366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. Balance per Bank Statement | $30,334.44 | $36,435.23 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | $2,471.54 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| TOTAL OF ALL ACCOUNTS | $30,334.44 | $38,906.77 | | | $69,241.21 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# MONTHLY OPERATING REPORT - INDIVIDUAL  Supporting Statement

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|---|---|
| *OUTSTANDING CHECKS* | | | | | | |
| SunTrust | 1000077569845 | | | | | |
| SunTrust | 100075701366 | | | | | |
| SunTrust | 100075701366 | | | | | |
| | | | | | TOTAL | $0.00 |
| *OUTSTANDING DEPOSITS* | | | | | | |
| SunTrust | 100075701366 | | 12/31/2008 | Deposits | Rental Income | $2,471.54 |
| | | | | | TOTAL | $2,471.54 |

# MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1029 | 12/02/08 | Leslie Buckholtz | October Accounting (plus Craigs Listing) | $185.00 |
| 1030 | 12/11/08 | Bolles | Education Expense | $162.50 |
| 1032 | 12/10/08 | Maury Covington | Appraisal for 180 Pantano Cay | $350.00 |
| 1033 | 12/19/08 | Leslie Buckholtz | November Accounting | $150.00 |
| | | | TOTAL | $847.50 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1062 | 12/03/08 | B & G Plumbing | Household Repair | $200.00 |
| 1063 | 12/11/08 | Bolles | Transportation | $100.00 |
| 1064 | Skipped | Skipped | Skipped | Skipped |
| 1065 | 12/22/08 | | Appliance Repair | $18.95 |
| 1066 | 12/24/08 | Beaches Energy | Electricity | $355.91 |
| | | | TOTAL | $674.86 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 4

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---:|---:|
| Accounts Receivable Beginning Balance | $0.00 | |
| Plus: Billings During the Month | $ 4,500.00 | |
| Less: Collections During the Month | $ 4,500.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | $0.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---:|---:|
| 0 - 30 Days | $0.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $0.00 | $0.00 |

* Attach explanation of any adjustment or writeoff.
** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | $0.00 | $0.00 |
| **Total Post-Petition Taxes** | $0.00 | $0.00 |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| None at report time | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |

STANDARD BANK RECONCILIATION

Account No. __1000075701366__  Month __December__  Year __2008__  Account Name __Bonita N. Donovan__

Bank Balance shown on Bank Statement $ __36,435.23__   Your transaction register balance $ __38,906.77__

Add (+)
Deposits not shown on Bank Statement $ __2,471.54__

Add (+)
Other credits shown on the bank
statement but not in transaction register $ _____

Total $ __38,906.77__

Add (+)
Interest paid on bank statement $ _____

Total $ __38,906.77__

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount | Number | Amount |
|---|---|---|---|
| | $ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Number | Amount |
|---|---|
| | $ |
| | |
| | |

Total Subtractions $ __0.00__   Total Subtractions $ __0.00__

Balance $ __38,906.77__   Balance $ __38,906.77__

STANDARD BANK RECONCILIATION

Month __December__   Year __2008__

Account No. __1000077569845__   Account Name __Bonita N. Donovan__

| | | | | |
|---|---|---|---|---|
| Bank Balance shown on Bank Statement | $ 30,334.44 | | Your transaction register balance | $ 30,334.44 |
| Add (+) Deposits not shown on Bank Statement | $ | | Add (+) Other credits shown on the bank statement but not in transaction register | $ |
| Total | $ 30,334.44 | | Total | $ 30,334.44 |
| | | | Add (+) Interest paid on bank statement | $ |

Subtract (-)
Checks and other items outstanding but not paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| | $ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions   $ 0.00

Balance   $ 30,334.44

Subtract (-)
Other debits shown on bank statement but not in transaction register

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |

Total Subtractions   $ 0.00

Balance   $ 30,334.44