UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: IN RE:   BONITA NIX DONOVAN

CASE NO.: 3:08-bk-2133-JAF

Debtor in Possession
_____/

**MOTION PURSUANT TO 11 U.S.C. § 1129(B)**
**(CLASS I UNITED STATES/INTERNAL REVENUE SERVICE)**

Debtor in Possession, BONITA NIX DONOVAN, moves the Court to Confirm the Plan of Reorganization dated April 18, 2008 (as amended in open court), notwithstanding the non-acceptance of Class I of the United States/Internal Revenue Service.

The Debtor in Possession would show that the plan is fair and equitable and does not discriminate against the creditor in Class I as an impaired class.

The Plan proposed to pay the IRS the present value of any priority claim. Class I proposed to pay the approximately $52,097.32 balance to the IRS within a period of 60 months from the filing of the petition together with interest at the rate of 6% in equal monthly installments.

Law Offices of Mickler & Mickler

By:_____
Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 091790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof has been furnished to:

United States Trustee
135 W. Central Boulevard, #620
Orlando, FL 32801; and

Internal Revenue Service
c/o Michael Mukasey, Attorney General
10th Street and Constitution Avenue, N.W.
Washington, DC 20520; and

The United States Attorney for
the Middle District of Florida
Robert O'Neill, Esquire
300 N. Hogan St. #700
Jacksonville, Florida 32201; and

Douglas Shulman, Commissioner
Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224; and

Internal Revenue Service
c/o Manager
Stop 5730-GRP 3
400 W. Bay Street
Jacksonville, FL 32202

by U.S. Mail, postage prepaid, this _____ day of January, 2009

_____
Attorney