UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:      BONITA NIX DONOVAN

CASE NO.: 3:08-bk-02133- JAF

Debtor in Possession
_____/

## MOTION PURSUANT TO 11 U.S.C. § 1129(B)
## (CLASS 3 COUNTRYWIDE HOME LOANS)

Debtor in Possession, BONITA NIX DONOVAN, moves the Court to Confirm the Plan of Reorganization dated April 18, 2008 (as amended in open court), notwithstanding the non-acceptance of Class 3 of Countrywide Home Loans.

The Debtor in Possession would show that the plan is fair and equitable and does not discriminate against the creditor in Class 3 as an impaired class.

To the extent that Class 3 is secured the creditor shall retain any lien. The Plan also proposed to pay the creditor the present value of any secured claim. Class 3 proposed to pay the balance of approximately $480,000.00 on the creditor's claim over a period of 360 months together with interest at the rate of 6% in equal monthly installments.

Law Offices of Mickler & Mickler

By: _____
Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 091790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof has been furnished to:

United States Trustee
135 W. Central Boulevard, #620
Orlando, FL 3280; and

Countrywide Home Loans
c/o Gregg S. Ahrens, Esq.
2525 Ponce de Leon Blvd.
Miami, FL 33134

by U.S. Mail and/or CM/ECF filing, postage prepaid, this _____ day of January, 2009.

_____
Attorney