## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:       BONITA NIX DONOVAN

CASE NO.: 3:08-bk-02133- JAF

Debtor in Possession

_____/

## MOTION PURSUANT TO 11 U.S.C. § 1129(B)
## (CLASS 5 BANK OF AMERICA)

Debtor in Possession, BONITA NIX DONOVAN, moves the Court to Confirm the Plan of

Reorganization dated April 18, 2008 (as amended in open court), notwithstanding the non-

acceptance of Class 5 of Bank of America.

The Debtor in Possession would show that the plan is fair and equitable and does not

discriminate against the creditor in Class 5 as an impaired class.

To the extent that Class 5 is secured the creditor shall retain any lien. The Plan also proposed

to pay the creditor the balance of any secured claim. Class 5 proposed to pay the balance of

approximately $386,000.00 on the creditor's claim over a period of 360 months together with

interest at the rate of 6% in equal monthly installments.

Law Offices of Mickler & Mickler

By:_____
   Bryan K. Mickler
   5452 Arlington Expressway
   Jacksonville, Florida 32211
   (904) 725-0822\FAX 725-0855
   Florida Bar No. 091790

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof has been furnished to:

United States Trustee
135 W. Central Boulevard, #620
Orlando, FL  3280; and

Bank of America
c/o Frederic J. Dispigna, Esq.
900 S. Pine Island Rd. #400
Plantation, FL 33324-3920

by U.S. Mail and/or CM/ECF filing, postage prepaid, this _____ day of January, 2009.

_____
Attorney