## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:          BONITA NIX DONOVAN

CASE NO.: 3:08-bk-02133- JAF

Debtor in Possession

_____/

## MOTION PURSUANT TO 11 U.S.C. § 1129(B)
## (CLASS 9 HOMEOWNER'S ASSOCIATION CLAIMS)

Debtor in Possession, BONITA NIX DONOVAN, moves the Court to Confirm the Plan of

Reorganization dated April 18, 2008 (as amended in open court), notwithstanding the non-

acceptance of Class 9 of any Homeowner's Association claims.

The Debtor in Possession would show that the plan is fair and equitable and does not

discriminate against the creditor in Class 9 as an impaired class.

To the extent that Class 9 is secured the creditor shall retain any lien. The Plan also proposed

to pay the creditor the balance of any secured arrearage claim. Class 9 proposed to pay the balance

of approximately $3,300.00 on the creditor's claim over a period of 36 months in equal monthly

installments.

Law Offices of Mickler & Mickler

By:_____
    Bryan K. Mickler
    5452 Arlington Expressway
    Jacksonville, Florida 32211
    (904) 725-0822\FAX 725-0855
    Florida Bar No. 091790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof has been furnished to:

United States Trustee
135 W. Central Boulevard, #620
Orlando, FL  3280; and

Estuaries Condominiums
c/o Marlene Kirtland, Esq.
2500 Maitland Center Parkway #209
Maitland, FL 32751

by U.S. Mail and/or CM/ECF filing, postage prepaid, this _____ day of January, 2009.

_____
Attorney