UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:     BONITA NIX DONOVAN

CASE NO.: 3:08-bk-02133 JAF

Debtor

_____/

MOTION PURSUANT TO 11 U.S.C. § 1129(B)
(CLASS 10 WHOLLY UNSECURED
MORTGAGES AND UNSECURED CREDITORS)

Debtor in Possession, BONITA NIX DONOVAN, moves the Court to Confirm the Plan of Reorganization dated April 18, 2008, notwithstanding the non-acceptance of Class 10 (wholly unsecured mortgages and unsecured creditors).

The Debtor in Possession would show that the plan is fair and equitable and does not discriminate against the unsecured creditors in Class 10 as an impaired class.

11 U.S.C. § 1129(b)(2)(B) specifically provides for the "cramdown" of unsecured claims upon the fulfillment of two conditions: the Plan proposes to pay the unsecured creditors an amount equal to the value of such unsecured claims and junior claim holders will not receive or retain under the Plan on account of such junior interest. For individuals, the Plan must pay all disposable income for a period of at least 60 months.

The Plan of Reorganization has proposed to pay unsecured creditors all disposable income as required by 11 U.S.C. § 1129(a)(15) towards the allowed claims. The Plan proposed to accomplish that by paying to unsecured creditors $250.00 per month for 60 months, together with a 10% pro-rata distribution of the balance of any operating or business account on an annual basis.

## CONCLUSION

Confirmation of the Plan is appropriate in this case. The Plan proposed to pay the impaired unsecured creditors of class 10 all disposable income for a period of 60 months. As such, the requirements of 11 U.S.C. § 1129(b)(2)(B) have been met with respect to Class 10.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof has been furnished to all parties in interest as per the attached matrix by U.S. Mail, postage prepaid, this ____ day of January, 2009.

Law Offices of Mickler & Mickler

By:_____
Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 091790

Label Matrix for local noticing
113A-3
Case 3:08-bk-02133-JAF
Middle District of Florida
Jacksonville
Mon Jan 19 13:52:33 EST 2009

Accelerated Receivable
3219 Atlantic Blvd
Jacksonville, FL 32207-8901

Gregg S Ahrens
Adorno & Yoss LLP
PO Box 143107
Miami, FL 33114-3107

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

BANK OF AMERICA, NA
475 CROSS POINT PARKWAY
P.O. BOX 9000
GETZVILLE, NY 14068-9000

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410-8119

Bank Of America
475 Crosspoint Pkwy
Getzville, NY 14068-1609

Bank Of America
Pob 17054
Wilmington, DE 19884-0001

Bank Of America N.A.
475 Crosspoint Pkwy
P.O.Box 9000
Getzville, NY 14068-9000

Bank of America
c/o David Hicks
Dennis Levine & Assoc.
PO Box 707
Tampa, FL 33601-0707

Bank of America Mortgage
c/o Frederic J DiSpigna Esq
900 S Pine Island Road Suite 400
Plantation, FL 33324-3920

Bank of America N.A.
475 CrossPoint Parkway
Post Office Box 9000
Getzville, New York 14068-9000

Bank of America NA
Law Offices of Marshall C. Watson, PA
1800 NW 49th Street, Suite 120
Fort Lauderdale, FL 33309-3092

Bank of America NA
c/o Scott Weiss
1800 NW 49th Street, Suite 120
Fort Lauderdale, FL 33309-3092

Bank of America, N.A.
c/o David E. Hicks, Esq.
P.O. Box 707
Tampa, FL 33601-0707

Bank of America, N.A.
PO Box 26012
NC4-105-03-14
Greensboro, NC 27420-6012

Bank of America, N.A.
c/o Brice, Vander Linden & Wernick, PC
475 Crosspoint Parkway
PO Box 9000
Getzville, NY 14068-9000

CHASE BANK USA
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

Chase
800 Brooksedge Blvd
Westerville, OH 43081-2822

Chase Bank USA
c/o Weinstein and Riley
PO Box 3978
Seattle, WA 98124-3978

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

City of Jacksonville
General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202-3734

Countrywide Home Loans
450 American St
Simi Valley, CA 93065-6285

Countrywide Home Loans, Inc.
c/o Gregg S. Ahrens, Esq.
Adorno & Yoss LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134-6044

Daniel J. Wahby, Robin M. Wahby, Gerald F. F
c/o C. Randolph Coleman, Esquire
9250 Baymeadows Road #450
Jacksonville, Florida 32256-1896

Daniel and Robin Wahby
Gerald and Barbara Fletcher
c/o C. Randolph Coleman, Esq
9250 Baymeadows Rd. #450
Jacksonville, FL 32256-1896

Frederic J. DiSpigna
The Law Offices of David J. Stern, PA
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920

Bonita Nix Donovan
800 Fla. Blvd.
Neptune Beach, FL 32266

Elena L Escamilla
United States Trustee
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

| | | |
|---|---|---|
| FIA CARD SERVICES, N.A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | Fac/Nab<br>480 James Robertson Pkwy<br>Nashville, TN 37219-1212 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Francine Landau<br>3219 Atlantic blvd<br>Jax fl 32207-8901 | Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | HTS Loan Servicing<br>450 Carillon Parkway<br>Suite 210<br>St. Petersburg, FL 33716-1209 |
| Hfc<br>Po Box 1547<br>Chesapeake, VA 23327-1547 | David E Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601-0707 | Household Receivable Acquisition Corp II<br>HSBC Bank USA N.A.<br>PO Box 5216<br>Carol Stream, IL 60197-5216 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Jacksonville Orthopedic Institute<br>c/o Francine Landau<br>1325 San Marco Blvd.<br>Jacksonville, FL 32207-8568 |
| Joe M. Lozano, Jr.<br>PO Box 829009<br>Dallas, TX 75382-9009 | Mark S. Kessler<br>331 East Union Street<br>Jacksonville, FL 32202-2787 | Albert H. Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6800 |
| Bryan K. Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | Premier Properties Realty<br>378 A1A Beach Blvd.<br>Saint Augustine, FL 32080-5944 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131-1605 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Sentry Management HOA<br>22180 W SR 434<br>#5000<br>Longwood, FL 32779 |
| Sentry Management HOA<br>2980 Hartley Road West<br>#4<br>Jacksonville, FL 32257-8202 | Shell/Citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | South Beach Townhomes<br>173 20th Ave.<br>Jacksonville Beach, FL 32250-6128 |
| Tax Collector, Duval County<br>231 E. Forsyth Street, #130<br>Jacksonville, FL 32202-3380 | Thd/Cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Estuaries at Crescent Beach Condo Assn,<br>c/o Becker & Poliakoff<br>2500 Maitland Center Parkway, Suite 209<br>Maitland, FL 32751-4174 |
| U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-3235 | USAA<br>c/o Dennis LeVine<br>P.O. Box 707<br>Tampa, FL 33601-0707 | USAA FEDERAL SAVINGS BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |

| | | |
|---|---|---|
| USAA Federal Savings Bank<br>c/o Dennis J LeVine, Esq<br>PO Box 707<br>Tampa, FL 33601-0707 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX<br>135 W. Central Blvd, Suite 620<br>Orlando, FL 32801-2440 |
| Usaa Federal Savings B<br>Po Box 47504<br>San Antonio, TX 78265-7504 | Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265-7504 | Daniel Wahby, et al<br>c/o C. Randolph Coleman, Esq.<br>9250 Baymeadows Road, Suite 450<br>Jacksonville, FL 32256-1896 |
| Scott R Weiss<br>1800 NW 49th Street<br>Suite 120<br>Ft. Lauderdale, FL 33309-3092 | Windward Pointe II, LLC<br>c/o HTS Loan Servicing, Inc.<br>450 Carillon Parkway, Suite 210<br>St. Petersburg, FL 33716-1209 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>400 W Bay St<br>Stop 5720-GRP 2<br>Jacksonville, FL 32202-4437 | (d)Internal Revenue Service<br>400 W. Bay St.<br>2nd Floor<br>Jacksonville, FL 32202 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Bank of America Mortgage<br>c/o Frederic J DiSpigna Esq<br>900 S Pine Island Road Suite 400<br>Plantation FL 33324-3920 | (d)Bank of America N.A.<br>475 Crosspoint Pkwy<br>P.O. Box 9000<br>Getzville, NY 14068-9000 | (d)Bank of America N.A.<br>475 Crosspoint Pkwy<br>P.O. Box 9000<br>Getzville, NY 14068-9000 |
| (u)Jerry A. Funk<br>Jacksonville<br>300 | End of Label Matrix<br>Mailable recipients   67<br>Bypassed recipients    4<br>Total                 71 | |