# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE: BONITA NIX DONOVAN

CASE NO.: 3:08-bk-2133-JAF

Debtor.

## ORDER FINDING 11 U.S.C. § 1129(A) REQUIREMENTS MET WITH EXCEPTION OF PARAGRAPH EIGHT

This case was before the Court upon the Confirmation hearing of the Debtor-in-Possession's Plan of Reorganization dated April 18, 2008 (as amended in open court). After a hearing and upon the evidence presented, the Court finds that the Plan of Reorganization dated April 18, 2008, meets the requirements for Confirmation as set forth in 11 U.S.C. § 1129(a), with the exception of 11 U.S.C. § 1129(a)(8).

The Plan was amended in open court (Debtor's Exhibit #1) and additionally as follows:

1. Unsecured creditors shall be paid on a pro rata basis ten percent (10%) of the Debtor in Possession's operating and business account balances within 20 days of the effective date of the Plan. The Debtor in Possession shall make a ten percent (10%) distribution annually in the same month of the year to the unsecured creditors for the five year period of the Plan.

2. Unsecured creditors shall receive $750.00 per quarter on a pro rata basis in addition to the above once a year distribution.

3. The Debtor shall provide to the United States Trustee the HUD1 closing statements from any sale or refinancing of her homestead or investment properties.

Accordingly, it is

**ORDERED**

The Debtor in Possession shall file any motions for confirmation in accordance with 11 U.S.C. § 1129(b) within ten (10) days of the date of this Order.

Dated this 20 day of January, 2009 at Jacksonville, FL.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Bryan K. Mickler
Assistant U.S. Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801
All interested parties