## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                CASE NO.: 3:08-bk-02133-JAF
                                      CHAPTER 11

BONITA NIX DONOVAN
                 Debtor (s).

---

### ORDER GRANTING MOTION TO ALLOW LATE BALLOT

This case is before the Court upon the oral Motion to Allow Late Ballot filed by the Debtor. After

a hearing it is

**ORDERED**

1.      The Motion to Allow Late Ballot is Granted.

2.      The Ballots of Claim 7 and Claim 8 of Bank of America are allowed upon filing with the
        Clerk of the Court.

Dated this _____ day of January, 2009 at Jacksonville, FL

_____
JERRY A. FUNK
United States Bankruptcy Judge

cc:

Bryan K. Mickler
United States Trustee