UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
    BONITA N. DONOVAN

CASE NO.: 3:08-bk-02133-JAF  
CHAPTER 11 INDIVIDUAL CASE

Debtor(s).

HEARING SCHEDULED: APRIL 1, 2009 @ 10:30 AM

_____/

## MOTION FOR CONTINUANCE OF HEARING SCHEDULED FOR APRIL 1, 2009

Debtor, BONITA N. DONOVAN, files this Motion for Continuance of the hearing to be held on April 1, 2009 at 10:30 AM on the Motions for Cramdown Pursuant to 11 U.S.C. § 1129(b) and as reasons for such would state:

1. The Debtor has had her Plan approved except for the 1129(a)(8) non-accepting classes.

2. In support of a final Confirmation Order, the Debtor filed Motions for Cramdown pursuant to 11 U.S.C. § 1129(b).

3. The Debtor and her mortgage company have been actively involved in appraising the Debtor's multiple properties in anticipation of the 1129(b) hearings. However, the Appraisal Reports are not completed. The final written report should be completed within the next 10 days.

4. The Debtor requests a Continuance of the hearing to be held on April 1, 2009 at 10:30 AM on the Motions for Cramdown Pursuant to 11 U.S.C. § 1129(b) to allow time for the written appraisal report to be completed.

# CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy hereof was forwarded by U.S. Mail to the U.S. Trustee and all interested creditors by filing this document in the CM/ECF court filing system this ⅔0 day of March, 2009.

                                              Law Offices of Mickler & Mickler

                                              By:_____
                                                    Bryan K. Mickler
                                            Florida Bar No. 091790
                                            Attorney for Debtor(s)
                                            5452 Arlington Expressway
                                            Jacksonville, FL   32211
                                            (904) 725-0822
                                            (904) 725-0855 Fax

wp\docs\bankrupt\forms\motfor.con