# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ______________ DIVISION

| IN RE: | Bonita Nix Donovan } | CASE NUMBER: |
|---|---|---|
| | } | |
| | } | |
| | JERRY A. FUNK } | JUDGE |
| | } | |
| DEBTOR. | 3:08-bk-02133 } | CHAPTER 11 |

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
## FOR THE PERIOD

**FROM** February 01, 2009 **TO** February 28, 2009

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 1/6/2009

Bryan Mickler
Attorney for Debtor

Debtor's Address
and Phone Number:
Bonnie Donovan
800 Florida Blvd
Neptune Beach, FL 32266

Tel. 904-246-2010

Attorney's Address
and Phone Number:
Bryan Mickler
5452 Arlington Exp
Jacksonville, FL 32211
Bar No. ______
Tel. 904-725-0822

FBW 091790

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month February '09 | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $24,286.06 | $4,593.23 |
| **CASH- Beginning of Month (Business)** | $38,141.48 | $2,134.21 |
| | | |
| **Total Household Receipts** | $0.00 | $51,294.52 |
| **Total Business Receipts** | $10,579.38 | $57,323.16 |
| **Total Receipts** | $10,579.38 | $108,617.68 |
| | | |
| **Total Household Disbursements** | $8,127.56 | $29,030.77 |
| **Total Business Disbursements** | $4,578.68 | $18,459.26 |
| **Total Disbursements** | $12,706.24 | $47,490.03 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($2,126.86) | $61,127.65 |
| | | |
| **CASH- End of Month (Individual)** | $16,158.50 | $26,856.98 |
| **CASH- End of Month (Business)** | $44,142.18 | $40,998.11 |

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | $12,706.24 | $47,490.03 |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | | $6.00 |
| | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | $12,706.24 | $47,484.03 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

This 30 day of March 20 09

Debtor's Signature

**SCHEDULE OF HOUSEHOLD**
**CASH RECEIPTS AND CASH DISBURSEMENTS**

| | Month February '09 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | **$24,286.06** | **$4,593.23** |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | $979.42 |
| Wages from Other Sources (attach list to this report) | | $1,470.84 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $12,119.07 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | | $36,725.19 |
| ***Miscellaneous*** | | |
| | | |
| **TOTAL RECEIPTS** | **$0.00** | **$51,294.52** |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $10.00 |
| Gifts | | $0.00 |
| Household Expenses/Food/Clothing | $1,309.52 | $6,727.13 |
| Household Repairs & Maintenance | $2,097.52 | $5,028.08 |
| Insurance | $187.99 | $1,404.96 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | | $115.00 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule) ***Payroll Taxes*** | | $43.12 |
| Travel & Entertainment | $237.64 | $495.60 |
| Tuition/Education | $250.00 | $550.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $997.17 | $6,221.03 |
| Vehicle Expenses | $2,234.91 | $5,124.26 |
| Vehicle Secured Payment(s) | | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | | $1,200.00 |
| Other (attach schedule) ***See Explanation Page*** | $812.81 | $1,175.15 |
| | | |
| **Total Household Disbursements** | **$8,127.56** | **$29,030.77** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | **$16,158.50** | **$26,856.98** |

## ***Other HouseHold Explanation Schedule***

**Case Name:** **Bonnie Donovan.**
**Case Number:** **3:08-BK-02133-JAF**
**Date of Petition:** **April 18, 2008**

Other Category Total: $812.81

| Description | Amount |
|---|---|
| Reimbursable Volunteer Expenses | $131.00 |
| Association Dues | |
| Overnight Postage Expense | $46.66 |
| FIA Card Services | |
| Check Order | |
| Time Share | |
| Miscellaneous | |
| Other Fees | $405.90 |
| Insurance Premium Refund | |
| Bank Service Charges | $1.00 |
| Advertising | $228.25 |
| | |
| | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month February | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | **$38,141.48** | **$2,134.21** |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income | | $28,325.00 |
| Sale of Business Assets (attach list to this report) | $2,500.00 | $2,500.00 |
| Other (specify) ***See Below Items*** | | $26,498.16 |
| *Alimony Deposited to Business in Error* | *$8,079.38* | $8,079.38 |
| | | |
| | | |
| **Total Business Receipts** | **$10,579.38** | **$57,323.16** |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll *Withheld from Personal* | | $110.37 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) **PROPERTY** | | $0.00 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | $605.69 | $855.90 |
| Insurance | | $4,450.00 |
| Vehicle Expenses | | $4,985.60 |
| Travel & Entertainment | | $295.43 |
| Repairs and Maintenance | | $94.35 |
| Supplies | | $306.87 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $0.00 |
| Advertising | | $0.00 |
| Bank Charges | $1.00 | $1.00 |
| Other (attach schedule) **SEE ATTACHED SCHEDULE** | $3,971.99 | $7,359.74 |
| | | |
| **Total Business Disbursements** | **$4,578.68** | **$18,459.26** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | **$44,142.18** | **$40,998.11** |

## ***Other -BUSINESS- Explanation Schedule***

**Case Name:** Bonnie Donovan.
**Case Number:** 3:08-BK-02133-JAF
**Date of Petition:** April 18, 2008

Other Category Total: $3,971.99

| Description | Amount |
|---|---|
| Time Share | |
| Association Dues | $3,971.99 |
| Reimbursable Volunteer Expenses | |
| Other | |
| U.S. Trustee | |
| Utility | |
| Professional Fees | |
| Car Insurance | |
| Appraisal | |
| Accounting Fees | |

# RENT ROLL

Case Name: Bonita Donovan

Case Number: 3:08-BK-02133-JAF

Date of Petition: **April 18, 2008**

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | VACANT | VACANT | FEB '09 |
| 150 Pantano Cay St. | $ 1,500.00 | $ 1,500.00 | FEB '09 |
| 222 14th Ave N | $ 1,000.00 | $ 1,000.00 | FEB '09 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ 2,500.00 | $ 2,500.00 (a) | |

(a) This total included on MOR-3 Other Receipts

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

***If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

***If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00 Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00 Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27 6 months | $0.00 |
| Flood -- Allstate | 05/02/08 - 05/02/09 | $229.00 Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00 Annual | $0.00 |
| Flood -- Countrywide | | $349.00 Annual | $0.00 |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

NONE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: ____________________

## BANK ACCOUNT RECONCILIATIONS

**NOTE:**
***Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end versus statement end date.***

| **Bank Account Information** | **Account #1** | **Account #2** | **Account #3** | **Account #4** | **Account #5** |
|---|---|---|---|---|---|
| **Name of Bank:** | **Suntrust** | **Suntrust** | | | |
| **Account Number:** | **100007569845** | **1000075701366** | | | |
| **Purpose of Account (Business/Personal)** | **Personal** | **Business** | | | |
| **Type of Account (e.g. checking)** | **Checking** | **Checking** | | | |
| | | | | | |
| 1. **Balance per Bank Statement** | $16,158.50 | $44,142.18 | | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | | | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| | $16,158.50 | $44,142.18 | | | |
| **TOTAL OF ALL ACCOUNTS** | | | | | $60,300.68 |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| **Investment Account Information**<br>**Bank / Account Name / Number** | **Date of Purchase** | **Type of Instrument** | **Purchase Price** | **Current Value** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| Name of Bank | SUNTRUST |
| Account Number | 1000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1065 | 02/05/09 | The ESTUARIES | Association Dues | $3,721.99 |
| 1070 | 02/13/09 | BEACH ENERGY | Utilites | $371.00 |
| 1071 | 02/19/09 | City of Jacksonville Beach | Utilites | $192.60 |
| 1073 | 02/18/09 | CITY OF NEPTUNE | Utilites | $42.09 |
| 1074 | 02/23/09 | DICKSON, BYRON | | $250.00 |
| | | | TOTAL | $4,577.68 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| Name of Bank | SUNTRUST |
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1070 | 02/02/09 | BOLLES | Education | $250.00 |
| 1071 | 02/03/09 | CITY OF NEPTUNE | Utilities | $150.85 |
| 1072 | 02/04/09 | BEACH ENERGY | Utilities | $374.78 |
| 1074 | 02/05/09 | TERMINEX | Maintenance | $600.00 |
| 1075 | 02/20/09 | | | $100.00 |
| 1076 | 02/26/09 | | | $149.25 |
| | | | TOTAL | $1,624.88 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| Accounts Receivable Beginning Balance | $0.00 | |
| Plus: Billings During the Month | $ 2,500.00 | |
| Less: Collections During the Month | $ 2,500.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | **$0.00** | **$0.00** |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| 0 - 30 Days | $0.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| **Total Accounts Receivable**** | **$0.00** | **$0.00** |

*** Attach explanation of any adjustment or writeoff.**

**** The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | **$0.00** | **$0.00** |
| **Total Post-Petition Taxes** | **$0.00** | **$0.00** |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

# STANDARD BANK RECONCILIATION

Month **February** Year **2008**

Account No. **1000075701366** Account Name **Bonita N. Donovan**

| | |
|---|---|
| Bank Balance shown on Bank Statement | $ 44,142.18 |
| Add (+) Deposits not shown on Bank Statement | $ |
| Total | $ 44,142.18 |

Subtract (-)
Checks and other items outstanding but not paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| Total Subtractions | $ 0.00 |
| Balance | $ 44,142.18 |

| | |
|---|---|
| Your transaction register balance | $ 44,142.18 |
| Add (+) Other credits shown on the bank statement but not in transaction register | $ |
| Add (+) Interest paid on bank statement | $ |
| Total | $ 44,142.18 |

Subtract (-)
Other debits shown on bank statement but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

| | |
|---|---|
| Total Subtractions | $ 0.00 |
| Balance | $ 44,142.18 |

# STANDARD BANK RECONCILIATION

Month **February** Year **2008**

Account No. **1000077569845** Account Name **Bonita N. Donovan**

Bank Balance shown on Bank Statement 16,158.50

Add (+)
Deposits not shown on Bank Statement $ ______

Total $ 16,158.50

Subtract (-)
Checks and other items outstanding but not paid on Bank Statement

| Number | Amount | Number | Amount |
| --- | --- | --- | --- |
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions $ 0.00

Balance $ 16,158.50

Your transaction register balance $ 16,158.50

Add (+)
Other credits shown on the bank statement but not in transaction register $ ______

Add (+)
Interest paid on bank statement $ ______

Total $ 16,158.50

Subtract (-)
Other debits shown on bank statement but not in transaction register

| Number | Amount |
| --- | --- |
| | |
| | |
| | |
| | |

Total Subtractions $ 0.00

Balance $ 16,158.50

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

34/B06/0175/0 /38
1000075701366
02/12/2009

Checks from JAN 09 To Feb

# Account Statement

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

SAVING MONEY BUILDS FINANCIAL SECURITY TO MEET LIFE'S UNCERTAINTIES.
SUNTRUST PROVIDES THE SAVINGS SOLUTIONS TO HELP YOU GET ON SOLID GROUND.
ASK US HOW SUNTRUST'S SAVINGS SOLUTIONS CAN HELP YOU REACH YOUR SAVINGS GOALS.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE CHECKING | 1000075701366 | 01/15/2009 - 02/12/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $38,774.28 | Average Balance | $38,024.50 |
| Deposits/Credits | $10,579.38 | Average Collected Balance | $37,938.29 |
| * Checks | $10,894.48 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $1.00 | | |
| Ending Balance | $38,458.18 | | |

**Deposits/ Credits**

| Date | Amount | Description | | |
|---|---|---|---|---|
| 01/15 | 2,500.00 | DEPOSIT | | |
| 01/21 | 4,039.69 | ELECTRONIC/ACH CREDIT CLAY EYE PHYSICI | PAYROLL | **********4651X |
| 02/04 | 4,039.69 | ELECTRONIC/ACH CREDIT CLAY EYE PHYSICI | PAYROLL | **********6503X |

Deposits/Credits: 3 Total Items Deposited: 3

Rent, 1,000, 1500 (Short rent from 135) (NODE135 20th)

* 1060 - VOID
1061 - VOID
1062 VOID
1063 - VOID
1064 - VOID

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1058 Myra Noles | 50.00 | 01/15 | *1065 Estuaries | 3,721.99 | 02/05 | *1068 Paint Bumper | 345.00 | 01/27 |
| 1059 Mickler | 5,635.00 | 01/16 | 1066 | 863.49 | 01/16 | *1076 | 279.00 | 01/28 |

Checks: 6 *Break in check sequence

Books/Bus. 1-9-08; final bill 1/12; Post filing dues 1-13-08

1066 - Fran Foreign Car 863.49 Bumper
1067 - VOID
1068 - paint & install Bumper on merc EC Reckett
1073 - AD For 135 - 42.09 (1074 - Dickmon Refund (150

**Withdrawals/ Debits**

| Date Paid | Amount | Description |
|---|---|---|
| 02/12 | 1.00 | CHECK IMAGE STATEMENT FEE |

Withdrawals/Debits: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/15 | 41,224.28 | 38,724.28 | 01/28 | 38,141.48 | 38,141.48 |
| 01/16 | 34,725.79 | 34,725.79 | 02/04 | 42,181.17 | 42,181.17 |
| 01/21 | 38,765.48 | 38,765.48 | 02/05 | 38,459.18 | 38,459.18 |
| 01/27 | 38,420.48 | 38,420.48 | 02/12 | 38,458.18 | 38,458.18 |

* Leslie,
Merc. needed new bumper when I bought it plus several repairs.

863.49 1068 } Bumper
345.00 1066 } + install + paint
$1208.45 (still need trim)

Brian's Bill $5,635.00
car $1,208.45
$6,843.45 unusual Expenses

9845 Member FDIC

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

# Account Statement

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

SAVING MONEY BUILDS FINANCIAL SECURITY TO MEET LIFE'S UNCERTAINTIES.
SUNTRUST PROVIDES THE SAVINGS SOLUTIONS TO HELP YOU GET ON SOLID GROUND.
ASK US HOW SUNTRUST'S SAVINGS SOLUTIONS CAN HELP YOU REACH YOUR SAVINGS GOALS.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE CHECKING | 1000075701366 | 01/15/2009 - 02/12/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $38,774.28 | Average Balance | $38,024.50 |
| Deposits/Credits | $10,579.38 | Average Collected Balance | $37,938.29 |
| Checks | $10,894.48 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $1.00 | | |
| Ending Balance | $38,458.18 | | |

**Deposits/ Credits**

| Date | Amount | Description |
|---|---|---|
| 01/15 | 2,500.00 | DEPOSIT |
| 01/21 | 4,039.69 | *ELECTRONIC/ACH CREDIT* CLAY EYE PHYSICI PAYROLL ***********4651X |
| 02/04 | 4,039.69 | *ELECTRONIC/ACH CREDIT* CLAY EYE PHYSICI PAYROLL **********6503X |

Deposits/Credits: 3 Total Items Deposited: 3

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1058 | 50.00 | 01/15 | *1065 | 3,721.99 | 02/05 | *1068 | 345.00 | 01/27 |
| 1059 | 5,635.00 | 01/16 | 1066 | 863.49 | 01/16 | *1076 | 279.00 | 01/28 |

Checks: 6 *Break in check sequence

**Withdrawals/ Debits**

| Date Paid | Amount | Description |
|---|---|---|
| 02/12 | 1.00 | CHECK IMAGE STATEMENT FEE |

Withdrawals/Debits: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/15 | 41,224.28 | 38,724.28 | 01/28 | 38,141.48 | 38,141.48 |
| 01/16 | 34,725.79 | 34,725.79 | 02/04 | 42,181.17 | 42,181.17 |
| 01/21 | 38,765.48 | 38,765.48 | 02/05 | 38,459.18 | 38,459.18 |
| 01/27 | 38,420.48 | 38,420.48 | 02/12 | 38,458.18 | 38,458.18 |

 Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

34/B06/0175/0 /38
1000075701366
02/12/2009

# Account Statement

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.

**Complete this section to balance this statement to your transaction register.**

Month ____________ Year ____________

| | | | |
|---|---|---|---|
| Bank Balance Shown on statement | $ ______ | Your Transaction Register Balance | $ ______ |
| **Add (+)** Deposits not shown on this statement (if any). | $ ______ | **Add (+)** Other credits shown on this statement but not in transaction register. | $ ______ |
| Total (+) | $ ______ | **Add (+)** Interest paid (for use in balancing interest-bearing accounts only). | $ ______ |
| | | Total (+) | $ ______ |

**Subtract (-)**
Checks and other items outstanding but not paid on this statement (if any).

| | $ | | $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Subtract (-)** Other debits shown on this statement but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| **Total (-)** | $ ______ | **Total (-)** | $ ______ |
| **Balance** | $ ______ | **Balance** | $ ______ |

These balances should agree

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

34/B06/0175/0 /38
1000075701366
02/12/2009

# Account Statement

**To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.**

**Complete this section to balance this statement to your transaction register.**

Month ______________ Year ______________

Bank Balance Shown on statement $ ______________

**Add (+)** $ ______________
Deposits not shown on this statement (if any).

**Total (+)** $ ______________

**Subtract (-)**
Checks and other items outstanding but not paid on this statement (if any).

| | $ | | $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Total (-)** $ ______________

**Balance** $ ______________

**Your Transaction Register Balance** $ ______________

**Add (+)** $ ______________
Other credits shown on this statement but not in transaction register.

**Add (+)** $ ______________
Interest paid (for use in balancing interest-bearing accounts only).

**Total (+)** $ ______________

**Subtract (-)** Other debits shown on this statement but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

**Total (-)** $ ______________

**Balance** $ ______________

These balances should agree

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

# Account Statement

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
1058
Date: 1-9-08
Pay to the order of: Myra Noyes $ 50.00
Fifty dollars — Dollars
SUNTRUST
For: books
⑆063102152⑆ 1000075701366⑈ 1058

Ck # 1058 01/15 $50.00

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
NEPTUNE BEACH, FL
1066
Date: 1/14/09
Pay to the order of: Franz Foreign Car Service $ 863.49
Eight hundred sixty three 49/100 — Dollars
SUNTRUST
⑆063102152⑆ 1000075701366⑈ 1066 ⑈0000086349⑈

Ck # 1066 01/16 $863.49

Bumper

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
NEPTUNE BEACH, FL
1059
Date: 1/12/09
Pay to the order of: [illegible] $ 5635
Five thousand six hundred thirty five — Dollars
SUNTRUST
⑆063102152⑆ 1000075701366⑈ 1059

Ck # 1059 01/16 $5,635.00

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
NEPTUNE BEACH, FL
1068
Date: 1/26/09
Pay to the order of: Emmett Rebitt $ 345.00
Three hundred forty five — Dollars
SUNTRUST
⑆063102152⑆ 1000075701366⑈ 1068 ⑈0000034500⑈

Ck # 1068 01/27 $345.00

paint repair Bumper

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
NEPTUNE BEACH, FL
1065
Date: 1-13-09
Pay to the order of: The Estuaries $ 3,721.99
Three thousand seven hundred twenty one 99/100 — Dollars
SUNTRUST
For: 2301
⑆063102152⑆ 1000075701366⑈ 1065 ⑈0000372199⑈

Ck # 1065 02/05 $3,721.99

assoc. Dues 150 Pontoon Cay

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
NEPTUNE BEACH, FL
1076
Date: 1-2-09
Pay to the order of: American Plumbing $ 279
Two hundred seventy nine — Dollars
SUNTRUST
For: Water pipe
⑆063102152⑆ 1000075701366⑈ 1076

Ck # 1076 01/28 $279.00

Water Pipe Broken Front of House

Waiting till I was sure I could keep it (after hearing) then pd up from Post Filing!

Member FDIC

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

34/B06/0175/0 /38
1000075701366
02/12/2009

# Account Statement

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
CASE [illegible]
[illegible] FLORIDA BLVD
NEPTUNE BEACH, FL [illegible]
1058
1-9-08
Pay to the order of Myra Noyes $ 50.00
Fifty dollars Dollars
SUNTRUST ACH RT 061000104
For Book 5
063102152 1000075701366 1058

Ck # 1058 01/15 $50.00

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
CASE [illegible]
[illegible] FLORIDA BLVD
NEPTUNE BEACH, FL [illegible]
1066
1/14/09
Pay to the order of Franz Foreign Car Service $ 863.49
Eight hundred sixty three 49 Dollars
SUNTRUST ACH RT 061000104
For
063102152 1000075701366 1066 0000086349

Ck # 1066 01/16 $863.49

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
CASE [illegible]
[illegible] FLORIDA BLVD
NEPTUNE BEACH, FL [illegible]
1059
1/12/09
Pay to the order of [illegible] $ 5635
Five thousand six hundred thirty five Dollars
SUNTRUST ACH RT 061000104
For
063102152 1000075701366 1059

Ck # 1059 01/16 $5,635.00

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
CASE [illegible]
[illegible] FLORIDA BLVD
NEPTUNE BEACH, FL [illegible]
1068
1/26/09
Pay to the order of [illegible] $ 345.00
Three hundred forty five Dollars
SUNTRUST ACH RT 061000104
For
063102152 1000075701366 1068 0000034500

Ck # 1068 01/27 $345.00

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
CASE [illegible]
[illegible] FLORIDA BLVD
NEPTUNE BEACH, FL [illegible]
1065
1-13-09
Pay to the order of the [illegible] $ 3,721.99
Three thousand seven hundred twenty one 99 Dollars
SUNTRUST ACH RT 061000104
For 2301
063102152 1000075701366 1065 0000372199

Ck # 1065 02/05 $3,721.99

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN TTEE
CASE [illegible]
[illegible] FLORIDA BLVD
NEPTUNE BEACH, FL [illegible]
1076
1-2-09
Pay to the order of [illegible] $ 279
Two hundred seventy nine Dollars
SUNTRUST ACH RT 061000104
For [illegible]
063102152 1000075701366 1076

Ck # 1076 01/28 $279.00

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

34/B06/0175/0 /38
1000077569845
02/12/2009

# Account Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

SAVING MONEY BUILDS FINANCIAL SECURITY TO MEET LIFE'S UNCERTAINTIES. SUNTRUST PROVIDES THE SAVINGS SOLUTIONS TO HELP YOU GET ON SOLID GROUND. ASK US HOW SUNTRUST'S SAVINGS SOLUTIONS CAN HELP YOU REACH YOUR SAVINGS GOALS.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE CHECKING | 1000077569845 | 01/15/2009 - 02/12/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $28,359.93 | Average Balance | $24,438.29 |
| Deposits/Credits | $543.96 | Average Collected Balance | $24,438.29 |
| Checks | $1,680.63 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $7,564.37 | | |
| Ending Balance | $19,658.89 | | |

## Deposits/Credits

| Date | Amount | Description | |
|---|---|---|---|
| 01/22 | 543.96 | *CHECK CARD CREDIT* LOWES #01699* | JACKSONVILLE FL |

Deposits/Credits: 1 Total Items Deposited: 0

## Checks

| Check Number | | Amount | Date Paid | Check Number | | Amount | Date Paid | Check Number | | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1069 | A/C Service | 305.00 | 01/29 | 1071 | City (water, gas) | 150.85 | 02/03 | *1074 | Terminex Bond (2 yrs) 2008 +209 | 600.00 | 02/05 |
| 1070 | Bolles (kids) | 250.00 | 02/02 | 1072 | electric | 374.78 | 02/04 | | | | |

Checks: 5 *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Description | | |
|---|---|---|---|---|
| 01/15 | 11.72 | *CHECK CARD PURCHASE* MAKE BELIEVE COS | JACKSONVILLE FL | — tights - Lily |
| 01/15 | 30.76 | *CHECK CARD PURCHASE* PICCADILLY CAFET | JACKSONVILLE FL | Food |
| 01/15 | 31.21 | *CHECK CARD PURCHASE* PRUDENTIAL DR BP | JACKSONVILLE FL | — ins. |
| 01/15 | 40.35 | *CHECK CARD PURCHASE* WORMAN'S | JACKSONVILLE FL | Food |
| 01/20 | 15.26 | *CHECK CARD PURCHASE* BURGER KING #778 | JACKSONVILLE FL | Food |
| 01/20 | 20.00 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | ATLANTIC BEACVA | H. Hold |
| 01/20 | 27.95 | *CHECK CARD PURCHASE* TEXACO 00305618 | JACKSONVILLE FL | Gas |
| 01/20 | 38.44 | *CHECK CARD PURCHASE* PF CHANGS #9976 | JACKSONVILLE FL | Food |
| 01/20 | 53.50 | *CHECK CARD PURCHASE* T MOBILE 8469 | JACKSONVILLE FL | phone charger |
| 01/20 | 132.28 | *CHECK CARD PURCHASE* T MOBILE 8469 | JACKSONVILLE FL | Cell |
| 01/20 | 296.40 | *CHECK CARD PURCHASE* KMART | JACKSONVILLE FL | Food + H. Hold |

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

34/B06/0175/0 /38
1000077569845
02/12/2009

# Account Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

SAVING MONEY BUILDS FINANCIAL SECURITY TO MEET LIFE'S UNCERTAINTIES.
SUNTRUST PROVIDES THE SAVINGS SOLUTIONS TO HELP YOU GET ON SOLID GROUND.
ASK US HOW SUNTRUST'S SAVINGS SOLUTIONS CAN HELP YOU REACH YOUR SAVINGS GOALS.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE CHECKING | 1000077569845 | 01/15/2009 - 02/12/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $28,359.93 | Average Balance | $24,438.29 |
| Deposits/Credits | $543.96 | Average Collected Balance | $24,438.29 |
| Checks | $1,680.63 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $7,564.37 | | |
| Ending Balance | $19,658.89 | | |

**Deposits/ Credits**

| Date | Amount | Description | |
|---|---|---|---|
| 01/22 | 543.96 | *CHECK CARD CREDIT* LOWES #01699* | JACKSONVILLE FL |

Deposits/Credits: 1 Total Items Deposited: 0

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1069 | 305.00 | 01/29 | 1071 | 150.85 | 02/03 | *1074 | 600.00 | 02/05 |
| 1070 | 250.00 | 02/02 | 1072 | 374.78 | 02/04 | | | |

Checks: 5 *Break in check sequence

**Withdrawals/ Debits**

| Date Paid | Amount | Description | |
|---|---|---|---|
| 01/15 | 11.72 | *CHECK CARD PURCHASE* MAKE BELIEVE COS | JACKSONVILLE FL |
| 01/15 | 30.76 | *CHECK CARD PURCHASE* PICCADILLY CAFET | JACKSONVILLE FL |
| 01/15 | 31.21 | *CHECK CARD PURCHASE* PRUDENTIAL DR BP | JACKSONVILLE FL |
| 01/15 | 40.35 | *CHECK CARD PURCHASE* WORMAN'S | JACKSONVILLE FL |
| 01/20 | 15.26 | *CHECK CARD PURCHASE* BURGER KING #778 | JACKSONVILLE FL |
| 01/20 | 20.00 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | ATLANTIC BEACVA |
| 01/20 | 27.95 | *CHECK CARD PURCHASE* TEXACO 00305618 | JACKSONVILLE FL |
| 01/20 | 38.44 | *CHECK CARD PURCHASE* PF CHANGS #9976 | JACKSONVILLE FL |
| 01/20 | 53.50 | *CHECK CARD PURCHASE* T MOBILE 8469 | JACKSONVILLE FL |
| 01/20 | 132.28 | *CHECK CARD PURCHASE* T MOBILE 8469 | JACKSONVILLE FL |
| 01/20 | 296.40 | *CHECK CARD PURCHASE* KMART | JACKSONVILLE FL |

 Continued on next page



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Food 242.14

# Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | | | |
|---|---|---|---|---|---|---|
| | 01/20 | 1,480.25 | CHECK CARD PURCHASE APPLE STORE #R11 | | JACKSONVILLE FL | Computer |
| | 01/21 | 41.97 | CHECK CARD PURCHASE PUBLIX #1140 | | JACKSONVILLE FL | food |
| | 01/21 | 543.96 | CHECK CARD PURCHASE LOWES #01699* | | JACKSONVILLE FL | Tile |
| | 01/22 | 110.17 | ELECTRONIC/ACH DEBIT COMCAST | COMCAST | 0070099656 | Cable ect. |
| | 01/23 | 30.72 | CHECK CARD PURCHASE THE HOME DEPOT 6 | | JACKSONVILLE FL | H. Hold |
| | 01/26 | 6.62 | CHECK CARD PURCHASE WALGREENS #4310 | | NEPTUNE BEACHFL | H. Hold |
| | 01/26 | 15.04 | CHECK CARD PURCHASE CHEVRON 00205550 | | SAINT AUGUSTIFL | gas |
| | 01/26 | 17.56 | CHECK CARD PURCHASE SAVE A LOT #176 | | JACKSONVILLE FL | food |
| | 01/26 | 19.15 | CHECK CARD PURCHASE THE HOME DEPOT 2 | | JACKSONVILLE FL | H. Hold |
| | 01/26 | 24.43 | CHECK CARD PURCHASE BEACH DINER | | ATLANTIC BEACFL | food |
| | 01/26 | 29.82 | CHECK CARD PURCHASE RACEWAY955 15 | | JACKSONVILLE FL | gas |
| | 01/26 | 30.20 | CHECK CARD PURCHASE KANGAROO EXPRESS | | ATLANTIC BEACFL | gas |
| | 01/26 | 38.10 | CHECK CARD PURCHASE PUBLIX #1177 | | JACKSONVILLE FL | food |
| | 01/26 | 48.96 | CHECK CARD PURCHASE WALGREENS #4310 | | NEPTUNE BEACHFL | med. |
| | 01/26 | 66.76 | CHECK CARD PURCHASE MARSHALLS #194 | | ST AUGUSTINE FL | clothes |
| | 01/26 | 158.89 | CHECK CARD PURCHASE TUESDAY MORNING | | ST. AUGUSTINEFL | H. Hold |
| | 01/26 | 481.47 | CHECK CARD PURCHASE SEARS ROEBUCK | | JACKSONVILLE FL | Dishwasher |
| | 01/27 | 218.28 | ELECTRONIC/ACH DEBIT T-MOBILE | PCS SVC | 7778323 | phone |
| | 01/27 | 25.42 | CHECK CARD PURCHASE RYANS #2419 | | WAYCROSS GA | food |
| | 01/27 | 41.31 | CHECK CARD PURCHASE SINGLETONS SEAFO | | MAYPORT FL | food |
| | 01/27 | 66.00 | CHECK CARD PURCHASE NAVY EXCHANGE 06 | | ATLANTIC BEACVA | clothes |
| | 01/27 | 87.00 | CHECK CARD PURCHASE NAVY EXCHANGE 06 | | ATLANTIC BEACVA | clothes |
| | 01/28 | 8.88 | CHECK CARD PURCHASE PICCADILLY CAFET | | JACKSONVILLE FL | Food |
| | 01/29 | 24.00 | CHECK CARD PURCHASE NAVY EXCHANGE 06 | | ATLANTIC BEACVA | Hair |
| | 02/02 | 10.69 | CHECK CARD PURCHASE SPORTSPLEX-CKFR | | 904-247-5552 FL | groceries |
| | 02/02 | 19.80 | CHECK CARD PURCHASE DOLRTREE 1010 00 | | ATLANTIC BCH FL | groceries |
| | 02/02 | 30.00 | CHECK CARD PURCHASE THE HOME DEPOT 6 | | JACKSONVILLE FL | H. Hold |
| | 02/02 | 31.04 | CHECK CARD PURCHASE RACEWAY955 15 | | JACKSONVILLE FL | gas |
| | 02/02 | 51.76 | CHECK CARD PURCHASE DILLARD'S 611 RE | | JACKSONVILLE FL | clothes |
| | 02/02 | 98.80 | CHECK CARD PURCHASE PUBLIX #254 | | ATLANTIC BEACFL | Food |
| | 02/02 | 155.28 | CHECK CARD PURCHASE THE HOME DEPOT 6 | | JACKSONVILLE FL | H. Hold |

JAN. 09

Feb.

Member FDIC

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

# Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 01/20 | 1,480.25 | *CHECK CARD PURCHASE* APPLE STORE #R11 | | JACKSONVILLE FL |
| | 01/21 | 41.97 | *CHECK CARD PURCHASE* PUBLIX #1140 | | JACKSONVILLE FL |
| | 01/21 | 543.96 | *CHECK CARD PURCHASE* LOWES #01699* | | JACKSONVILLE FL |
| | 01/22 | 110.17 | *ELECTRONIC/ACH DEBIT* COMCAST | COMCAST | 0070099656 |
| | 01/23 | 30.72 | *CHECK CARD PURCHASE* THE HOME DEPOT 6 | | JACKSONVILLE FL |
| | 01/26 | 6.62 | *CHECK CARD PURCHASE* WALGREENS #4310 | | NEPTUNE BEACHFL |
| | 01/26 | 15.04 | *CHECK CARD PURCHASE* CHEVRON 00205550 | | SAINT AUGUSTIFL |
| | 01/26 | 17.56 | *CHECK CARD PURCHASE* SAVE A LOT #176 | | JACKSONVILLE FL |
| | 01/26 | 19.15 | *CHECK CARD PURCHASE* THE HOME DEPOT 2 | | JACKSONVILLE FL |
| | 01/26 | 24.43 | *CHECK CARD PURCHASE* BEACH DINER | | ATLANTIC BEACFL |
| | 01/26 | 29.82 | *CHECK CARD PURCHASE* RACEWAY955 15 | | JACKSONVILLE FL |
| | 01/26 | 30.20 | *CHECK CARD PURCHASE* KANGAROO EXPRESS | | ATLANTIC BEACFL |
| | 01/26 | 38.10 | *CHECK CARD PURCHASE* PUBLIX #1177 | | JACKSONVILLE FL |
| | 01/26 | 48.96 | *CHECK CARD PURCHASE* WALGREENS #4310 | | NEPTUNE BEACHFL |
| | 01/26 | 66.76 | *CHECK CARD PURCHASE* MARSHALLS #194 | | ST AUGUSTINE FL |
| | 01/26 | 158.89 | *CHECK CARD PURCHASE* TUESDAY MORNING | | ST. AUGUSTINEFL |
| | 01/26 | 481.47 | *CHECK CARD PURCHASE* SEARS ROEBUCK | | JACKSONVILLE FL |
| | 01/27 | 218.28 | *ELECTRONIC/ACH DEBIT* T-MOBILE | PCS SVC | 7778323 |
| | 01/27 | 25.42 | *CHECK CARD PURCHASE* RYANS #2419 | | WAYCROSS GA |
| | 01/27 | 41.31 | *CHECK CARD PURCHASE* SINGLETONS SEAFO | | MAYPORT FL |
| | 01/27 | 66.00 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | | ATLANTIC BEACVA |
| | 01/27 | 87.00 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | | ATLANTIC BEACVA |
| | 01/28 | 8.88 | *CHECK CARD PURCHASE* PICCADILLY CAFET | | JACKSONVILLE FL |
| | 01/29 | 24.00 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | | ATLANTIC BEACVA |
| | 02/02 | 10.69 | *CHECK CARD PURCHASE* SPORTSPLEX-CKFR | | 904-247-5552 FL |
| | 02/02 | 19.80 | *CHECK CARD PURCHASE* DOLRTREE 1010 00 | | ATLANTIC BCH FL |
| | 02/02 | 30.00 | *CHECK CARD PURCHASE* THE HOME DEPOT 6 | | JACKSONVILLE FL |
| | 02/02 | 31.04 | *CHECK CARD PURCHASE* RACEWAY955 15 | | JACKSONVILLE FL |
| | 02/02 | 51.76 | *CHECK CARD PURCHASE* DILLARD'S 611 RE | | JACKSONVILLE FL |
| | 02/02 | 98.80 | *CHECK CARD PURCHASE* PUBLIX #254 | | ATLANTIC BEACFL |
| | 02/02 | 155.28 | *CHECK CARD PURCHASE* THE HOME DEPOT 6 | | JACKSONVILLE FL |

Member FDIC

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

34/B06/0175/0 /38
1000077569845
02/12/2009

# Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | | Location | Handwritten note |
|---|---|---|---|---|---|---|
| | 02/02 | 314.88 | *CHECK CARD PURCHASE* BRUMOS MOTOR CAR | | JACKSONVILLE FL | Car repair |
| | 02/04 | 12.11 | *CHECK CARD PURCHASE* CORTESSES BISTRO | | SAINT AUGUSTIFL | Food |
| | 02/04 | 100.00 | *CHECK CARD PURCHASE* TERMINIX INT. 20 | | 800-837-6464 FL | Home spray inside Bug |
| | 02/05 | 23.00 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | | ATLANTIC BEACVA | hair |
| | 02/05 | 25.00 | *CHECK CARD PURCHASE* PAYPAL *SHALOMCH | | 402-935-7733 RI | appl. for Chaplain course regis |
| | 02/05 | 91.46 | *CHECK CARD PURCHASE* TERRY'S COUNTRY | | JACKSONVILLE FL | Food |
| | 02/06 | 143.08 | *ELECTRONIC/ACH DEBIT* T-MOBILE TEL | PCS SVC | 6779737 | Cell |
| | 02/06 | 27.98 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | | ATLANTIC BEACVA | personal |
| | 02/06 | 31.93 | *CHECK CARD PURCHASE* VILLAGE-INN-REST | | NEPTUNE BEACHFL | Food |
| | 02/09 | 1.98 | *CHECK CARD PURCHASE* DRI*888-210-2544 | | 952-908-4112 MN | } household |
| | 02/09 | 62.39 | *CHECK CARD PURCHASE* TUESDAY MORNING | | JACKSONVILLE FL | |
| | 02/09 | 99.51 | *CHECK CARD PURCHASE* KINGSLEY JEWELRY | | ORANGE PARK FL | jewelry repair |
| | 02/10 | 8.00 | *CHECK CARD PURCHASE* DUCKY'S CAR WASH | | JACKSONVILLE FL | car wash |
| | 02/10 | 19.08 | *CHECK CARD PURCHASE* WORMAN'S | | JACKSONVILLE FL | Food |
| | 02/10 | 20.20 | *CHECK CARD PURCHASE* GATE 1198 | | ORANGE PARK FL | gas |
| | 02/10 | 24.56 | *CHECK CARD PURCHASE* SHELL OIL 509438 | | JACKSONVILLE FL | Food |
| | 02/10 | 60.47 | *CHECK CARD PURCHASE* KOKO'S JAPANESE | | ORANGE PARK FL | Study Christian material for Bible study |
| | 02/10 | 131.00 | *CHECK CARD PURCHASE* LIFEWAY CHRISTIA | | JACKSONVILLE FL | |
| | 02/12 | 14.95 | *CHECK CARD PURCHASE* GEVALIA*SHIPMENT | | 800-438-2542 WV | Food |
| | 02/12 | 187.99 | *CHECK CARD PURCHASE* USAA P&C PREMIUM | | 800-531-8111 TX | Insurance |
| | 02/12 | 1,453.60 | *CHECK CARD PURCHASE* STARKE TIRE AND | | 904-9646436 FL | merc. car repair * receipt included |
| | 02/12 | 1.00 | CHECK IMAGE STATEMENT FEE | | | |

Withdrawals/Debits: 64

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/15 | 28,245.89 | 28,245.89 | 02/02 | 23,323.81 | 23,323.81 |
| | 01/20 | 26,181.81 | 26,181.81 | 02/03 | 23,172.96 | 23,172.96 |
| | 01/21 | 25,595.88 | 25,595.88 | 02/04 | 22,686.07 | 22,686.07 |
| | 01/22 | 26,029.67 | 26,029.67 | 02/05 | 21,946.61 | 21,946.61 |
| | 01/23 | 25,998.95 | 25,998.95 | 02/06 | 21,743.62 | 21,743.62 |
| | 01/26 | 25,061.95 | 25,061.95 | 02/09 | 21,579.74 | 21,579.74 |
| | 01/27 | 24,623.94 | 24,623.94 | 02/10 | 21,316.43 | 21,316.43 |
| | 01/28 | 24,615.06 | 24,615.06 | 02/12 | 19,658.89 | 19,658.89 |
| | 01/29 | 24,286.06 | 24,286.06 | | | |

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

# Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 02/02 | 314.88 | *CHECK CARD PURCHASE* BRUMOS MOTOR CAR | | JACKSONVILLE FL |
| | 02/04 | 12.11 | *CHECK CARD PURCHASE* CORTESSES BISTRO | | SAINT AUGUSTIFL |
| | 02/04 | 100.00 | *CHECK CARD PURCHASE* TERMINIX INT. 20 | | 800-837-6464 FL |
| | 02/05 | 23.00 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | | ATLANTIC BEACVA |
| | 02/05 | 25.00 | *CHECK CARD PURCHASE* PAYPAL *SHALOMCH | | 402-935-7733 RI |
| | 02/05 | 91.46 | *CHECK CARD PURCHASE* TERRY'S COUNTRY | | JACKSONVILLE FL |
| | 02/06 | 143.08 | *ELECTRONIC/ACH DEBIT* T-MOBILE TEL | PCS SVC | 6779737 |
| | 02/06 | 27.98 | *CHECK CARD PURCHASE* NAVY EXCHANGE 06 | | ATLANTIC BEACVA |
| | 02/06 | 31.93 | *CHECK CARD PURCHASE* VILLAGE-INN-REST | | NEPTUNE BEACHFL |
| | 02/09 | 1.98 | *CHECK CARD PURCHASE* DRI*888-210-2544 | | 952-908-4112 MN |
| | 02/09 | 62.39 | *CHECK CARD PURCHASE* TUESDAY MORNING | | JACKSONVILLE FL |
| | 02/09 | 99.51 | *CHECK CARD PURCHASE* KINGSLEY JEWELRY | | ORANGE PARK FL |
| | 02/10 | 8.00 | *CHECK CARD PURCHASE* DUCKY'S CAR WASH | | JACKSONVILLE FL |
| | 02/10 | 19.08 | *CHECK CARD PURCHASE* WORMAN'S | | JACKSONVILLE FL |
| | 02/10 | 20.20 | *CHECK CARD PURCHASE* GATE 1198 | | ORANGE PARK FL |
| | 02/10 | 24.56 | *CHECK CARD PURCHASE* SHELL OIL 509438 | | JACKSONVILLE FL |
| | 02/10 | 60.47 | *CHECK CARD PURCHASE* KOKO'S JAPANESE | | ORANGE PARK FL |
| | 02/10 | 131.00 | *CHECK CARD PURCHASE* LIFEWAY CHRISTIA | | JACKSONVILLE FL |
| | 02/12 | 14.95 | *CHECK CARD PURCHASE* GEVALIA*SHIPMENT | | 800-438-2542 WV |
| | 02/12 | 187.99 | *CHECK CARD PURCHASE* USAA P&C PREMIUM | | 800-531-8111 TX |
| | 02/12 | 1,453.60 | *CHECK CARD PURCHASE* STARKE TIRE AND | | 904-9646436 FL |
| | 02/12 | 1.00 | CHECK IMAGE STATEMENT FEE | | |

Withdrawals/Debits: 64

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/15 | 28,245.89 | 28,245.89 | 02/02 | 23,323.81 | 23,323.81 |
| | 01/20 | 26,181.81 | 26,181.81 | 02/03 | 23,172.96 | 23,172.96 |
| | 01/21 | 25,595.88 | 25,595.88 | 02/04 | 22,686.07 | 22,686.07 |
| | 01/22 | 26,029.67 | 26,029.67 | 02/05 | 21,946.61 | 21,946.61 |
| | 01/23 | 25,998.95 | 25,998.95 | 02/06 | 21,743.62 | 21,743.62 |
| | 01/26 | 25,061.95 | 25,061.95 | 02/09 | 21,579.74 | 21,579.74 |
| | 01/27 | 24,623.94 | 24,623.94 | 02/10 | 21,316.43 | 21,316.43 |
| | 01/28 | 24,615.06 | 24,615.06 | 02/12 | 19,658.89 | 19,658.89 |
| | 01/29 | 24,286.06 | 24,286.06 | | | |

Member FDIC

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

# Account Statement

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.

Complete this section to balance this statement to your transaction register.

Month ____________ Year ____________

Bank Balance Shown on statement $ ____________

Add (+) $ ____________
Deposits not shown on this statement (if any).

Total (+) $ ____________

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

| | $ | | $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total (-) $ ____________

Balance $ ____________

Your Transaction Register Balance $ ____________

Add (+) $ ____________
Other credits shown on this statement but not in transaction register.

Add (+) $ ____________
Interest paid (for use in balancing interest-bearing accounts only).

Total (+) $ ____________

Subtract (-) Other debits shown on this statement but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

Total (-) $ ____________

Balance $ ____________

These balances should agree

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

34/B06/0175/0 /38
1000077569845
02/12/2009

# Account Statement

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.

**Complete this section to balance this statement to your transaction register.**

Month ____________ Year ____________

**Bank Balance** Shown on statement $ ____________

**Add (+)** $ ____________
Deposits not shown on this statement (if any).

**Total (+)** $ ____________

**Subtract (-)**
Checks and other items outstanding but not paid on this statement (if any).

| | $ | | $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Total (-)** $ ____________

**Balance** $ ____________

These balances should agree

**Your Transaction Register Balance** $ ____________

**Add (+)** $ ____________
Other credits shown on this statement but not in transaction register.

**Add (+)** $ ____________
Interest paid (for use in balancing interest-bearing accounts only).

**Total (+)** $ ____________

**Subtract (-)** Other debits shown on this statement but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

**Total (-)** $ ____________

**Balance** $ ____________

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

34/B06/0175/0 /38
1000077569845
02/12/2009

SUNTRUST

# Account Statement

Ck # 1069 01/29 $305.00

Ck # 1072 02/04 $374.78

Ck # 1070 02/02 $250.00

Ck # 1074 02/05 $600.00

Ck # 1071 02/03 $150.85

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

# Account Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B 03/2008
BONITA A DONOVAN TTEE
CASE 3:08-BK-02133
600 FLORIDA BLVD
NEPTUNE BEACH, FL 32266-3610
1069
1/27/09
Pay to the order of Perfect Climate $ 305.00
Three hundred and five Dollars
SUNTRUST
For
⑆063102152⑆1000077569845⑈ 1069 ⑈0000030500⑈

Ck # 1069 01/29 $305.00

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B 03/2008
BONITA A DONOVAN TTEE
CASE 3:08-BK-02133
600 FLORIDA BLVD
NEPTUNE BEACH, FL 32266-3610
1070
1-27-09
Pay to the order of [illegible] $ 250 —
Two hundred fifty Dollars
SUNTRUST
For [illegible]
⑆063102152⑆1000077569845⑈ 1070 ⑈0000025000⑈

Ck # 1070 02/02 $250.00

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B 03/2008
BONITA A DONOVAN TTEE
CASE 3:08-BK-02133
600 FLORIDA BLVD
NEPTUNE BEACH, FL 32266-3610
1071
1/29/09
Pay to the order of City of Neptune Bch. $ 150.85
One hundred fifty — 85/100 Dollars
SUNTRUST
For 12164-53153
⑆063102152⑆1000077569845⑈ 1071 ⑈0000015085⑈

Ck # 1071 02/03 $150.85

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B 03/2008
BONITA A DONOVAN TTEE
CASE 3:08-BK-02133
600 FLORIDA BLVD
NEPTUNE BEACH, FL 32266-3610
1072
Feb 3, 2009
Pay to the order of Beaches Energy $ 374.78
Three hundred seventy four 78/100 Dollars
SUNTRUST
For
⑆063102152⑆1000077569845⑈ 1072 ⑈0000037478⑈

Ck # 1072 02/04 $374.78

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B 03/2008
BONITA A DONOVAN TTEE
CASE 3:08-BK-02133
600 FLORIDA BLVD
NEPTUNE BEACH, FL 32266-3610
1074
Feb/3/09
Pay to the order of [illegible] $ 600.00
Six hundred Dollars
SUNTRUST
For
⑆063102152⑆1000077569845⑈ 1074 ⑈0000060000⑈

Ck # 1074 02/05 $600.00

SunTrust

*Thank you for banking with SunTrust*
For Account Information call 800.SunTrust (800.786.8787)

120 CHECK DEPOSIT
1000075701366 Bus. Date 17Feb.2009 AM
125
38024701 157322 13 2,500.00 TOTAL
Transaction Date: 17Feb.2009 10:20:33

101829 (5/07)

This is your receipt showing bank, date, time, type of account and amount.
All deposits are credited to your account subject to verification and final payment.

Randy G. Johnson
222 14th Ave N
Unit 205
Jacksonville, FL 32250

02/14/09

PAY TO THE ORDER OF Bonita Denoun $1,000
One Thousand —— 00 DOLLARS

Rent Feb 09!

VyStar Credit Union

⑆263079276⑆ 7501952486⑈00057

222 Unit 135 ... OT.

Feb. Rents Rich 1500
222 1000
150 vacant
$2500

Jan.- Randy 222
150
135 - tile exchange
Broken Lead
1,000 } Rich / John
1,000

4500
2,500
2,000 short
500 - Rich
1,500 - 81 Aug.

PLUS

($1500 cash)

Feb - 135 20th 1,500 (500 short again!!!)

Left Feb. 28 w/out telling me!
was leased until April He owes me $2,000 rent



⑆1021004001⑆ 4008952540734⑈

⑆1021004001⑆ 4008952540732⑈

pd Feb 17th 2009

⑆1021004001⑆ 4008952540733⑈

# STARKE TIRE & AUTOMOTIVE SERVICE

008U1U

402 N. Temple Avenue
STARKE, FL 32091
(904) 964-6436
MV # 55030

Date 2/4/09

Name: Ms Bonnie N. Donavan
Address: 800 FLORIDA AVE.
City: Neptune Bch. State: Fla. Zip: 32266
Phone: 904-343-7778
Year-Make-Model: 98 Mercedes E320
License No.: 136 LWT
Cust. Order No.: (1)

Rate: ☐ Flat ☐ Hrly. ☐ Both ☐ Cash ☐ Check ☐ Credit Card ☐ Charge

Unless otherwise provided by law, the seller (above named dealership) hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

PARTS CODE (CD): N-NEW U-USED R-REBUILT RC-RECONDITIONED FW-FREE UNDER WARRANTY RW-REDUCED COST UNDER WARRANTY

| QUAN. | CD | PART NO. DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| 1 | | Rear brake pads BA08814970 | | — |
| 1 | | Trans. filter kit TE1402700098AV | | — |
| 1 | | Trans fluid additive 60902 | | — |
| 1 | | Fuel filter B071058 | | 59 78 |
| 12 | | Spark plugs B07422 | | 138 50 |
| 2 | | Lower ball joints E02103300035 | | 133 64 |
| 4 | | Wheel alignment | | 55 95 |
| 1 | | Tire rotation + balance | | 28 00 |
| 1 | | Oil service | | 28 95 |
| 1 | | [illegible] | | [illegible] |
| 1 | | Wheel bolt | | 8 86 |
| 1 | | Center switch cluster | | 316 00 |
| | | check # 1069 | | |
| | | Check/Replace center | | 105 00 |
| | | Console switch cluster | | [illegible] |
| | | SPECIAL REPAIRS | | |
| | | 10W40 oil | | |
| | | BROUGHT FORWARD | | |
| | | TOTAL PARTS | | 888 68 |

| REPAIR ORDER • LABOR INSTRUCTIONS | Est. Time | Estimated Amount | Actual Amount |
|---|---|---|---|
| Check out 4 wheel alignment | | | [illegible] |
| - Transmission service parts and fluid. | | | 119 95 |
| Includes: Filter kit, fluids, and labor | | | |
| (1) - Check/Replace (12) spark plugs | | | 98 00 |
| - Check/Replace fuel filter | | | 28 00 |
| - Rear brake service | | | 109 95 |
| Includes: Pads, labor and resurface rotors | | | |
| - Check/Replace (2) lower ball joints | | | 110 00 |
| "This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal." [s.559.904(4)] | | | $1453.74 |

SAVE REPLACED PARTS ☐ YES ☐ NO

We guarantee our service work for ______ days or ______ miles whichever comes first.

DAILY STORAGE CHARGES: *$ ______ /DAY

* NO DAILY STORAGE CHARGES SHALL ACCRUE OR BE DUE AND PAYABLE FOR A PERIOD OF 3 WORKING DAYS FROM THE DAY CUSTOMER IS NOTIFIED OF WORK COMPLETION.

I WAIVE REASSEMBLY OF MY VEHICLE INITIAL: ______

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection.

X Bonnie N Donovan
AUTHORIZED SIGNATURE

| | Estimated | Actual |
|---|---|---|
| Estimated Cost of Repair Work | | |
| Total Labor | | 525 90 |
| Total Parts | | 888 68 |
| Repair Estimate Charges | | |
| Tire [s.403.718] | 1 00 | |
| Battery [s.403.7185] | 1 50 | |
| | | |
| Sub Total | | 1414 58 |
| Tax | | 99 02 |
| Gas | | |
| TOTAL AMOUNT | | [illegible] |

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:
I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE, IF MY FINAL BILL WILL EXCEED $100.

☐ I REQUEST A WRITTEN ESTIMATE.

☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $______. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED X ______ DATE ______

REPAIR ORDER

PRINTED IN U.S.A.

TO BE USED FOR DEPOSIT TRANSACTIONS

BONITA DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH, FL 32266-3610

DATE ______

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE ONLY IF CASH RECEIVED FROM DEPOSIT

SUNTRUST ACH RT 061000104

DO NOT USE DEPOSIT TICKET ROUTING # FOR AUTOMATIC PAYMENTS. USE VOIDED CHECK.

63-215/631

| | |
|---|---|
| CURRENCY / COINS | 100. |
| | 750. |
| List Checks Singly | 1,000 |
| TOTAL FROM REVERSE | |
| TOTAL ITEMS | |
| SUB TOTAL | |
| LESS CASH RECEIVED | |
| $ | 2,500. |

⑆063102152⑆1000075701366⑈ 0

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

CMDCM(SW) BRYAN T. DIEKMAN
CAROL A. DIEKMAN

450 Ponte Vedra Cay #2301

2951

DATE 2 Jan 07

PAY TO THE ORDER OF Bonnie Donovan $750.00

Seven hundred fifty 00/100 DOLLARS

NAVY FEDERAL CREDIT UNION

FOR [illegible]

Carol A. Diekman

---

Randy G. Johnson
222 14th Ave N
Unit 205
Jacksonville, FL 32250

50

63-79/2720

1/4/07 DATE

PAY TO THE ORDER OF Bonita Donovan $ 1000.00

One thousand and 00/100 DOLLARS

JAN - Rent

VyStar Credit Union
P.O. Box 45085 • Jacksonville, FL 32232-5085

[signature]

250195248 00050

222 14th

---

CMDCM(SW) BRYAN T. DIEKMAN
CAROL A. DIEKMAN

450 Ponte Vedra Cay #2301

2975

DATE 1 Jan 07

PAY TO THE ORDER OF Bonnie Donovan $750.00

Seven hundred fifty 00/100 DOLLARS

NAVY FEDERAL CREDIT UNION

FOR Rent for January 07

Carol A. Diekman

Jan Ponte Vedra Cay