[31611] [O/ Abating Motion for Relief From Stay Service]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:08–bk–02133–JAF
Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan

_____Debtor(s)_____/

ORDER ABATING MOTION FOR RELIEF FROM STAY

   Upon consideration of the Motion for Relief from Stay filed by Estuaries at Cresent Beach Condominium Association, Inc. on May 27, 2009, the Court finds:

   1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

   2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

   The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

   Dated May 27, 2009.

_____
Jerry A. Funk
United States Bankruptcy Judge

   Copies furnished to:
   Debtor(s)
   Debtor(s)' Attorney
   Creditor
   Debtor
   Debtor's Attorney
   US Trustee

Movant