UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO.: 3:08-BK-02133-JAF

BONITA NIX DONOVAN

    Debtor.
_____/

## AMENDED CERTIFICATE OF SERVICE FOR
## MOTION FOR STAY RELIEF AND ALTERNATIVELY FOR ADEQUATE PROTECTION

    I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION FOR STAY RELIEF AND ALTERNATIVELY FOR ADEQUATE PROTECTION filed on behalf of Movant, ESTUARIES AT CRESCENT BEACH CONDOMINIUM ASSOCIATION, INC. ("ASSOCIATION") and shown on the certificate of service as having been furnished to Bonita Nix Donovan, 800 Fla Boulevard, Neptune Beach, Florida 32266; Albert H. Mickler, Esqure and Bryan K. Mickler, Esquire, Attorneys for Debtor, 5452 Arlington Expressway, Jacksonville, Florida 32211; United States Trustee, 135 W. Central Boulevard #620, Orlando, Florida 32806; and all other parties on the attached mailing matrix by U.S. mail/electronic mail on this 18th day of June, 2009 was furnished to the parties as set forth in the certificate of service, and that the mailing matrix referred to therein included the twenty (20) largest unsecured claims pursuant to Fed. R. Bankr. P. 1007(d) and designated as Local Rule 1007(d) parties in interest list as downloaded through CM/ECF.

                                                */s/ Marlene L. Kirtland*
                                                Marlene L. Kirtland, Esq.
                                                Florida Bar No. 015520
                                                BECKER & POLIAKOFF, P.A.
                                                Attorneys for ASSOCIATION
                                                2500 Maitland Center Parkway, Suite 209
                                                Maitland, Florida 32751
                                                Telephone: (407) 875-0955

ORL_DB: 1113057_1