UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO.: 3:08-BK-02133-JAF

BONITA NIX DONOVAN

Debtor.
_____/

## LIMITED NOTICE OF APPEARANCE

COMES NOW, KEITH E. BROLL, ESQUIRE, who now appears in this case as counsel for the limited purpose of attending the hearing on the Creditor's, ESTUARIES AT CRESCENT BEACH CONDOMINIUM ASSOCIATION, INC., Motion for Stay Relief and Alternatively for Adequate Protection scheduled for Monday, July 6, 2009 at 1:30 P.M.

/s/ *Keith E. Broll*
Keith E. Broll, Esq.
Florida Bar No. 0618918
BECKER & POLIAKOFF, P.A.
Attorneys for ASSOCIATION
2500 Maitland Center Parkway, Suite 209
Maitland, Florida 32751
Telephone: (407) 875-0955

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO.: 3:08-BK-02133-JAF

BONITA NIX DONOVAN

Debtor.
_____/

### CERTIFICATE OF SERVICE

I, Keith E. Broll, hereby certifies on this 6th day of July, 2009, a true and correct copy of the foregoing Limited Notice of Appearance, by causing same to be electronically filed with the Court, and by causing a copy of the Limited Notice of Appearance to be mailed first class, postage prepaid, to any of the parties listed on the attached Service List, not noted as having received electronic service.

/s/ Keith E. Broll
Keith E. Broll, Esq.
Florida Bar No. 0618918
BECKER & POLIAKOFF, P.A.
Attorneys for ASSOCIATION
2500 Maitland Center Parkway, Suite 209
Maitland, Florida 32751
Telephone: (407) 875-0955

## SERVICE LIST

Bonita Nix Donovan (Debtor)
800 Florida Boulevard
Neptune Beach, FL 32266

United States Trustee (Trustee)
Attn: Elena L. Escamilla
135 W. Central Boulevard, Suite 620
Orlando, FL 32801

Albert H. Mickler
Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, FL 32211

Mark S. Kessler, Esq.
331 E. Union Street
Jacksonville, FL 32202

ACTIVE: 2564307_1