[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:08-bk-02133-JAF
Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan

_____Debtor(s)_____/

## ORDER STRIKING NOTICE OF LIMITED APPEARANCE

This case came on for consideration upon the Court's own motion. On July 6, 2009, Creditor, Estuaries at Cresent Beach Condominium Association, Inc. filed a Notice of Limited Appearance without original signature of Creditor's Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Limited Appearance is stricken from the record.

Dated July 7, 2009

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Debtor's Attorney
Creditor
US Trustee