# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
### _____ DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Bonita Nix Donovan } | CASE NUMBER: | |
| | } | | |
| | } | | |
| | JERRY A. FUNK } | JUDGE | |
| | } | | |
| DEBTOR. | 3:08-bk-02133 } | CHAPTER 11 | |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

**FROM** _____ June 01, 2009 _____ **TO** _____ June 30, 2009 _____

    Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____ 7/21/2009 _____

Bryan Mickler
Attorney for Debtor

Debtor's Address
and Phone Number:

    Bonnie Donovan
    800 Florida Blvd
    Neptune Beach, FL 32266

Tel. _____ 904-246-2010 _____

Attorney's Address
and Phone Number:

    Bryan Mickler
    5452 Arlington Exp
    Jacksonville, FL 32211

Bar No. _____ FBN091790 _____
Tel. _____ 904-725-0822 _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note:  The information requested below is a summary of the information reported the various Schedules and Attachments  contained within this report.

| | Month<br>June '09 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $13,210.19 | $4,593.23 |
| CASH- Beginning of Month (Business) | $47,965.30 | $2,134.21 |
| | | |
| Total Household Receipts | $1,000.00 | $53,620.92 |
| Total Business Receipts | $11,079.38 | $122,159.75 |
| Total Receipts | $12,079.38 | $175,780.67 |
| | | |
| Total Household Disbursements | $7,586.72 | $60,080.88 |
| Total Business Disbursements | $6,472.21 | $60,946.38 |
| Total Disbursements | $14,058.93 | $121,027.26 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | ($1,979.55) | $54,753.41 |
| | | |
| CASH- End of Month (Individual) | $6,623.47 | ($1,866.73) |
| CASH- End of Month (Business) | $52,572.47 | $63,347.58 |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $14,058.93 | $121,027.26 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $14,058.93 | $121,027.26 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This    23    day of    July    20 09 .    _____
Debtor's Signature

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month June '09 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | **$13,210.19** | **$4,593.23** |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | $979.42 |
| Wages from Other Sources (attach list to this report) | | $1,721.52 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $12,119.07 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | | $38,800.91 |
| *Rental Income* | $1,000.00 | |
| | | |
| **TOTAL RECEIPTS** | **$1,000.00** | **$53,620.92** |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $29.00 |
| Gifts | | $2,111.79 |
| Household Expenses/Food/Clothing | $1,161.51 | $14,081.11 |
| Household Repairs & Maintenance | $14.96 | $10,829.75 |
| Insurance | | $2,219.82 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | $458.82 | $573.82 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule)          *Payroll Taxes* | | $43.12 |
| Travel & Entertainment          *-Mission's Trip-* | $2,192.20 | $3,528.72 |
| Tuition/Education | | $978.24 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $1,105.43 | $9,733.00 |
| Vehicle Expenses | $613.85 | $6,745.24 |
| Vehicle Secured Payment(s) | | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | $1,200.00 | $2,400.00 |
| Other (attach schedule)          *See Explanation Page* | $839.95 | $5,870.83 |
| | | |
| **Total Household Disbursements** | **$7,586.72** | **$60,080.88** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | **$6,623.47** | **($1,866.73)** |

# *Other HouseHold Explanation Schedule*

**Case Name:** **Bonnie Donovan.**
**Case Number:** **3:08-BK-02133-JAF**
**Date of Petition:** **April 18, 2008**

Other Category Total: $839.95

| Description | Amount |
| --- | --- |
| Reimbursable Volunteer Expenses | |
| Association Dues | |
| Overnight Postage Expense | |
| FIA Card Services | |
| Missions Trip | $206.00 |
| Time Share | |
| Jane Nix | $759.64 |
| Other Fees | $76.00 |
| Insurance Premium Refund | |
| Bank Service Charges | $23.00 |
| Advertising | |
| Business Fixed Expenses | ($224.69) |
| Office Supplies | |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative |
|---|---|---|
|  | June | Total |
| **CASH -** Beginning of Month | **$47,965.30** | **$2,134.21** |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  | $0.00 |
| Account Receivable Collection |  | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) |  | $0.00 |
| Rental Income | $3,000.00 | $40,325.00 |
| Sale of Business Assets (attach list to this report) |  | $2,500.00 |
| Other (specify)          *See Below Items* |  | $79,334.75 |
| *Alimony Deposited to Business in Error* | *$8,079.38* | $60,915.97 |
| *Transferred to Household* |  |  |
|  |  |  |
| **Total Business Receipts** | **$11,079.38** | **$122,159.75** |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  | $0.00 |
| Taxes - Payroll          *Withheld from Personal* |  | $110.37 |
| Taxes - Sales |  | $0.00 |
| Taxes Other (attach schedule) | $15.00 | $3,713.01 |
| Contract Labor (Subcontractors) |  | $0.00 |
| Inventory Purchases |  | $0.00 |
| Secured/Lease Payments (Business) |  | $0.00 |
| Utilities (Business) |  | $1,069.15 |
| Insurance | $188.08 | $4,638.08 |
| Vehicle Expenses |  | $7,131.93 |
| Travel & Entertainment | $400.00 | $535.94 |
| Repairs and Maintenance |  | $1,661.82 |
| Supplies |  | $0.00 |
| Charitable Contributions/Gifts |  | $0.00 |
| Purchase of Fixed Assets | $1,166.38 | $1,166.38 |
| Advertising |  | $0.00 |
| Bank Charges | $1.00 | $38.46 |
| Other (attach schedule)   **SEE ATTACHED SCHEDULE** | $4,701.75 | $40,881.24 |
|  |  |  |
| **Total Business Disbursements** | **$6,472.21** | **$60,946.38** |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | **$52,572.47** | **$63,347.58** |

## *Other -BUSINESS- Explanation Schedule*

**Case Name:**    **Bonnie Donovan.**
**Case Number:**    **3:08-BK-02133-JAF**
**Date of Petition:**  **April 18, 2008**

|  | Other Category Total: | $4,701.75 |
|---|---|---|
| Description |  | Amount |
| Time Share |  |  |
| Association Dues |  | $4,350.00 |
| Reimbursable Volunteer Expenses |  |  |
| Other |  |  |
| U.S. Trustee |  |  |
| Utility |  |  |
| Professional Fees |  | $300.00 |
| Car Insurance |  |  |
| Retirement Deferral |  |  |
| Accounting Fees |  |  |
| Household Expenses |  | $51.75 |

# RENT ROLL

Case Name: <u>Bonita Donovan</u>     Case Number: <u>3:08-BK-02133-JAF</u>

Date of Petition:    **April 18, 2008**

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | $1,000.00 | $1,000.00 | Jun 09 |
| 150 Pantano Cay St. | $2,000.00 | $2,000.00 | Jun 09 |
| 222 14th Ave N | $1,000.00 | $1,000.00 | Jun 09 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $4,000.00 | $4,000.00 (a) | |

(a) This total included on MOR-3 Other Receipts

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00 Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00 Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27 6 months | $0.00 |
| Flood -- Allstate | 05/02/08 - 05/02/09 | $229.00 Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00 Annual | $0.00 |
| Flood -- Countrywide | | $349.00 Annual | $0.00 |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| NONE |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

MONTHLY OPERATING REPORT -
INDIVIDUAL

## BANK ACCOUNT RECONCILIATIONS

NOTE:

*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end versus statement end date.*

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | | |
| Account Number: | 100007569845 | 100007701366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. Balance per Bank Statement | $6,623.47 | $52,572.47 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| | $6,623.47 | $52,572.47 | | | |
| TOTAL OF ALL ACCOUNTS | | | | | $59,195.94 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|------|------|------|------|------|------|------|
| | | | | *OUTSTANDING CHECKS* | | |
| SunTrust | 1000077569845 | | | | | |
| SunTrust | 100075701366 | | | | | |
| SunTrust | 100075701366 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |
| | | | | *OUTSTANDING DEPOSITS* | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1128 | 06/26/09 | Leslie Buckholtz | Accounting | $300.00 |
| 1081 | 06/30/09 | Sears | Toaster | $26.74 |
| 1085 | 06/30/09 | Sears | Refrigerator | $412.14 |
| 1127 | 06/30/09 | South Beach Townhome Assoc | Association Dues | $11,350.00 |
| 1084 | 06/30/09 | The Estuaries | Association Dues | $3,000.00 |
| 1088 | 06/30/09 | Bolles | Educaton | $51.75 |
| 1083 | 06/30/09 | Sears | Refrigerator | $727.50 |
| 1046 | 06/02/09 | Dept of Revenue | Tax | |
| 1049 | 06/01/09 | Sara Jane Donovan | Plane Tickets | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $15,868.13 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SUNTRUST |
|---|---|
| **Account Number** | 1000077569845 |
| **Purpose of Account (Business)** | HOUSEHOLD |
| **Type of Account (e.g., Checking)** | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1100 | 06/17/09 | Beaches Energy | Utility | $280.36 |
| 1123 | 06/26/09 | Beaches Energy | Utility | $331.13 |
| 1124 | 06/26/09 | City of Neptune Beach | Utility | $102.49 |
| 1095 | 06/01/09 | Jane Nix | Expense Reimbursement | |
| 1099 | 06/01/09 | Jane Nix | Expense Reimbursement | |
| 1121 | 06/08/09 | The Laverty Law Firm | Legal Services | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | $713.98 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| Accounts Receivable Beginning Balance | $0.00 | |
| Plus: Billings During the Month | $4,000.00 | |
| Less: Collections During the Month | $4,000.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | $0.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| 0 - 30 Days | $0.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $0.00 | $0.00 |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | $0.00 | $0.00 |
| Total Post-Petition Taxes | $0.00 | $0.00 |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zer

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| None at report time | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

STANDARD BANK RECONCILIATION

Account No. ___1000075701366___    Month ___June___    Year ___2009___    Account Name ___Bonita N. Donovan___

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | $ | 52,572.47 |
| Add (+)<br>Deposits not shown on Bank Statement | $ | |
| Total | $ | 52,572.47 |
| Subtract (-)<br>Checks and other items outstanding but not<br>paid on Bank Statement | | |

| Number | Amount | Number | Amount |
|---|---|---|---|
| | $ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| Total Subtractions | $ | 0.00 |
| Balance | $ | 52,572.47 |

| | | |
|---|---|---|
| Your transaction register balance | $ | 52,572.47 |
| Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register | $ | |
| Add (+)<br>Interest paid on bank statement | $ | |
| Total | $ | 52,572.47 |
| Subtract (-)<br>Other debits shown on bank statement<br>but not in transaction register | | |

| Number | Amount |
|---|---|
| | $ |
| | |
| | |

| | | |
|---|---|---|
| Total Subtractions | $ | 0.00 |
| Balance | $ | 52,572.47 |

STANDARD BANK RECONCILIATION

Account No. _____ 1000077569845 _____ Month _____ June _____ Year _____ 2008 _____

Account Name _____ Bonita N. Donovan _____

Bank Balance shown on Bank Statement                                    6,623.47                    Your transaction register balance                                    $    6,623.47

Add (+)                                                                                                        Add (+)
Deposits not shown on Bank Statement          $                                                Other credits shown on the bank
                                                                                                                    statement but not in transaction register    $

Total                                                             $    6,623.47                     Add (+)
                                                                                                                    Interest paid on bank statement                   $

Subtract (-)                                                                                               Total                                                                    $    6,623.47
Checks and other items outstanding but not
paid on Bank Statement                                                                               Subtract (-)
                                                                                                                    Other debits shown on bank statement
| Number | Amount | Number | Amount |                                but not in transaction register
|--------|--------|--------|--------|
|        | $      |        |        |                          | Number | Amount |
|        |        |        |        |                          |--------|--------|
|        |        |        |        |                          |        |        |
|        |        |        |        |                          |        |        |
|        |        |        |        |                          |        |        |
|        |        |        |        |

Total Subtractions    $    0.00                     Total Subtractions    $    0.00

Balance    $    6,623.47                     Balance    $    6,623.47

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227



# SUNTRUST™

## Account Statement

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

SOLID THINKS OUTSIDE THE MAILBOX. GET THIS STATEMENT AND OTHERS ONLINE. SIGN ON
TO SUNTRUST ONLINE BANKING AT SUNTRUST.COM, NAVIGATE TO "I WANT TO...," THEN
CLICK "TURN ON/OFF PAPER STATEMENTS."

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | FREE CHECKING | | 1000075701366 | | 05/14/2009 - 06/11/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $61,563.60 | Average Balance | $53,033.93 |
| Deposits/Credits | $8,079.30 | Average Collected Balance | $53,033.93 |
| Checks | $9,865.00 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $8,188.99 | | |
| Ending Balance | $51,588.99 | | |

### Deposits/Credits

| Date | Amount | Description |
|---|---|---|
| 05/27 | 4,039.69 | ELECTRONIC/ACH CREDIT |
| | | CLAY EYE PHYSICI      PAYROLL      ***********3995X |
| 06/10 | 4,039.69 | ELECTRONIC/ACH CREDIT |
| | | CLAY EYE PHYSICI      PAYROLL      ***********1438X |

Deposits/Credits: 2          Total Items Deposited: 0

### Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1045 | 8,600.00 | 05/20 | *1049 | 400.00 | 06/01 | *1082 | 200.00 | 05/21 |
| 1046 | 15.00 | 06/02 | *1080 | 650.00 | 05/27 | | | |

Checks: 5          *Break in check sequence

### Withdrawals/Debits

| Date Paid | Amount | Description |
|---|---|---|
| 05/20 | 187.99 | ELECTRONIC/ACH DEBIT |
| | | USAA.COM PAYMNT    P&C |
| 05/21 | 8,000.00 | OVER-THE-COUNTER WITHDRAWAL      005875996 |
| 06/11 | 1.00 | CHECK IMAGE STATEMENT FEE |

Withdrawals/Debits: 3

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/14 | 61,563.60 | 61,563.60 | 06/01 | 47,565.30 | 47,565.30 |
| 05/20 | 61,375.61 | 61,375.61 | 06/02 | 47,550.30 | 47,550.30 |
| 05/21 | 53,175.61 | 53,175.61 | 06/10 | 51,589.99 | 51,589.99 |
| 05/27 | 56,565.30 | 56,565.30 | 06/11 | 51,588.99 | 51,588.99 |
| 05/29 | 47,965.30 | 47,965.30 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 3
34/B06/0175/U /38
1000075701366
06/11/2009



# SunTrust

# Account
# Statement

To change your address, please call 1-800-SUNTRUST (1-800-786-8787).  Business clients call 1-800-752-2515.

**Complete this section to balance this statement to your transaction register.**

Month_____ — Year_____

| Bank Balance Shown on statement | $ _____ |

**Add (+)**
Deposits not shown on this
statement (if any).  $ _____

Subtract (-)          Total (+)  $ _____

Checks and other items outstanding but not paid on this statement (if any).

| | $ | | | $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Total (-) | $ _____ |

| Balance | $ _____ |

These balances should agree ↑

**Your Transaction
Register Balance**          $ _____

**Add (+)**
Other credits shown on
this statement but not
in transaction register.   $ _____

**Add (+)**
Interest paid (for use in balancing interest-bearing
accounts only).            $ _____

Total (+)                  $ _____

**Subtract (-)** Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ _____ |
| | |
| | |
| | |

| Total (-) | $ _____ |

| Balance | $ _____ |
↑

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared.  Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern.  We will investigate and correct any error promptly.  For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

9380

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
34/B06/0175/0 /38
1000075701366
06/11/2009



**SUNTRUST**

Account
Statement

Ck # 1045    05/29    $8,600.00

Ck # 1046    06/02    $16.00

Ck # 1049    06/01    $400.00

*For plane fare to Peny She made ticket for me on cher cc*

Ck # 1080    05/27    $650.00

Ck # 1082    05/21    $200.00

*Repairs to 135 (he is a builder)*

Ck #    05/21    $8,000.00

*Missing 1047 - 1081 -*

9381

Member FDIC


**SUNTRUST**

*[handwritten: Leslie Fox # 212-1779 6-12-09 thru 6-30-09]*

Previous Statement

```
BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE            MIN COL BALANCE:        2,880    07/14/09
CASE 23 308BK02133              AVG COL BALANCE:        6,447
800 FLORIDA BLVD                LAST STMT ENDING BALANCE:        10,010.54

          ACCOUNT TYPE   ACCOUNT NUMBER    STATEMENT PERIOD          TIN
          FREE CHECK     1000077569845    06/12/2009 - 07/14/2009   265193573
BEGINNING BALANCE:       10,010.54
DEPOSITS/CREDITS:         1,271.79
CHECKS/DEBITS:            8,402.75
ENDING BALANCE:           2,879.58
===============================================================================
DEPOSITS:    DATE          AMOUNT              DATE          AMOUNT
             06/12       1,000.00
-------------------------------------------------------------------------------
                                                                    ST. Aug.
CREDITS:     DATE          AMOUNT         DESCRIPTION
             06/26        224.69          SEARS ROEBUCK — refrig stuff for Rental
             07/02         15.65          CRACKER BARREL #   credit for Books that
             07/02         31.45          CRACKER BARREL #   I listen to on tape
===============================================================================
CHECKS:  CHECK NO   DATE         AMOUNT      CHECK NO   DATE      AMOUNT
         1100      06/17  Beach  280.36      1124      06/26  City of  102.49
         1123      06/26  Energy 331.13      1098      07/06  neptune  115.46   National
                   Blothes Energy                                               Pen
                                                                            "Fishers of
-------------------------------------------------------------------------------     women"
DEBITS:      DATE          AMOUNT         DESCRIPTION
             06/12          4.82      ✓  07 DUNKIN DONUTS    > Food
             06/12         85.40      ✓  JUNIUS                              Peru trip
             06/12        206.00      ✓  AGENCIA MIRAFLOR  Hotel            Mission
             06/15         29.57      ✓  EXXONMOBIL    47                    Trip
             06/15         30.00         MORRIS-LOCAL NEW   } gas
             06/15         31.53         BJS FUEL #9108
             06/15         31.66      ✓  EXXONMOBIL    42
             06/15         43.32      ✓  PUERTO MANCORA P  Food
             06/15         43.82         EXXONMOBIL    42   Gas
             06/15         57.47         WALGREENS #12032  Med & H. Hold
             06/15         61.22      ✓  PRO TURISMO SAC    } Peru
             06/15        134.31      ✓  SAN ANTONIO DE A
             06/15        160.60      ✓  AMERICAN AI 0017   > tickets from Miami
             06/15        160.60      ✓  AMERICAN AI 0017   Lily ~ I
             06/15        228.50         MORRIS-LOCAL NEW
             06/15        561.44      ✓  GMO LARCO 2  Plane tickets
             06/15         99.25         WAL-MART #2529  Household
             06/17         18.38         NORDSTROM 628 301 CUMB  }
             06/17        101.64         NORDSTROM 628 301 CUMB   Lily school clothes
             06/22         13.83         PANERA BREAD #76  FOOD
             06/22         29.47         GREEN CEDAR #11   Gas
             06/22         39.36         WILCO  769    00  Gas
             06/22         42.89         GA PIG BBQ INC    Food
             06/22         44.85         46751 WILKERSON   Gas
             06/22         75.87         CRACKER BARREL #  Food
             06/22        104.55         SMITHFIELD HANES  underclothes- personal
             06/22        195.98         NORDSTROM #0628   clothes
             06/22        415.00         LENSCRAFTERS  10  new Eye Glasses
             06/23          2.00         ATM FEE
```

*[handwritten left margin: 1099]*


**SUNTRUST**

Previous Statement

| Date | Amount | Description | Note |
|------|--------|-------------|------|
| 06/23 | 110.18 | COMCAST | COMCAST |
| 06/23 | 302.50 | NAVY FEDERAL CR | *Mother pd My Electric* |
| 06/23 | 14.96 | ORECK FLOOR CARE | *H. H. while away* |
| 06/23 | 15.45 | CHEVRON 00207742 | *gas* |
| 06/25 | 11.22 | DENNY'S #8008 | |
| 06/26 | 24.74 | WORMAN'S | *Food* |
| 06/26 | 29.00 | NAVY EXCHANGE 06 | *hair* |
| 06/26 | 34.56 | SHELL OIL 575224 | *Gas* |
| 06/29 | 177.87 | T-MOBILE   PCS SVC | *phone* |
| 06/29 | 9.15 | BEACH HUT CAFE | *Food* |
| 06/29 | 40.64 | PILOT TRAVEL CENTER 00 | *Gas* |
| 06/30 | 74.18 | SOU EASY SPIRIT OUT430 | *Shoes* |
| 07/01 | 79.60 | DELTA AIR   0062 | *toy* |
| 07/02 | 96.30 | SAWYER GAS 06020 | *H.H* |
| 07/02 | 109.60 | DELTA AIR   0067 | *ticket to Conference NYC* |
| 07/02 | 185.16 | PLN*PRICELINE.CO | *"* |
| 07/02 | 23.51 | AUTOZONE 0408 1443 ATL | *car* |
| 07/02 | 44.92 | AUTOZONE 0408 1443 ATL | |
| 07/02 | 742.72 | LOWE'S #1699 | *Flooring material* |
| 07/03 | 16.00 | PLN*PRICELINE.CO | *airline chg.* |
| 07/03 | 42.77 | LE GOURMET CHEF | *Food* |
| 07/03 | 500.90 | UNITED AIR   0167 | *Lily ticket to California* |
| 07/06 | 86.25 | T-MOBILE   gas PCS SVC | *mexico trip* |
| 07/06 | 30.99 | GATE 1152 | |
| 07/06 | 39.98 | DD/BR #342884 | |
| 07/06 | 19.68 | SHELL SERVICE STATION | *Gas* |
| 07/06 | 30.89 | DOLLAR TREE #01010 | *Food* |
| 07/06 | 194.76 | WINN DIXIE 1209 ATLANT | |
| 07/07 | 105.55 | FAMILY DOLLAR # 6044 M | |
| 07/08 | 24.95 | INFO.FREECREDITR | *Credit ✓* |
| 07/08 | 40.00 | NAZARENE BIBLE C | |
| 07/08 | 40.00 | NAZARENE BIBLE C | |
| 07/08 | 40.00 | NAZARENE BIBLE C | *They are refunding* |
| 07/08 | 40.00 | NAZARENE BIBLE C | *this mistake* |
| 07/08 | 40.00 | NAZARENE BIBLE C | |
| 07/09 | 35.00 | RACEWAY956 | *Gas* |
| 07/09 | 276.78 | TARGET T1921 JACKSONVI | *Food & H.H.* |
| 07/10 | 44.50 | NAZARENE BIBLE C | *(Book)* |
| 07/10 | 44.94 | CONTRACTOR11153 BEACH | *rental repair* |
| 07/10 | 51.28 | SOU THE HOME DEPOT 260 | *135 20th ave S.* |
| 07/10 | 134.70 | LOWE'S #1699 | |
| 07/13 | 26.80 | PICCADILLY | *Food* |
| 07/13 | 35.95 | GEVALIA*SHIPMENT | |
| 07/13 | 106.99 | STEIN-MART #0045 | *bed linens* |
| 07/14 | 1.00 | CK IMG FEE | |
| 07/14 | 274.71 | PAXON CHRISTIAN | *teaching Materials / music tapes* |
| 07/14 | 68.35 | TERRY'S COUNTRY/1618 P | *Food* |

*July*
*7-01- thru*
*7-14-09*

---------------------------------------------------------------

=============================================================

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|------------------|------|---------|------|---------|
| | 06/12 | 10,714.32 | 06/15 | 9,041.03 |
| | 06/17 | 8,640.65 | 06/22 | 7,678.85 |
| | 06/23 | 7,233.76 | 06/25 | 7,222.54 |
| | 06/26 | 6,925.31 | 06/29 | 6,697.65 |
| | 06/30 | 6,623.47 | 07/01 | 6,543.87 |

 **SUNTRUST**

**Previous Statement**

| | | | |
|---|---|---|---|
| 07/02 | 5,388.76 | 07/03 | 4,829.09 |
| 07/06 | 4,311.08 | 07/07 | 4,205.53 |
| 07/08 | 3,980.58 | 07/09 | 3,668.80 |
| 07/10 | 3,393.38 | 07/13 | 3,223.64 |
| 07/14 | 2,879.58 | | |

---------------------------------------------------------------------



**Current Statement**

```
BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE          MIN COL BALANCE:        2,691    07/16/09
CASE 23 308BK02133             AVG COL BALANCE:        2,785
800 FLORIDA BLVD               LAST STMT ENDING BALANCE:        2,879.58

            ACCOUNT TYPE  ACCOUNT NUMBER    STATEMENT PERIOD        TIN
            FREE CHECK   1000077569845   07/15/2009 - 07/18/2009  265193573
BEGINNING BALANCE:          2,879.58
DEPOSITS/CREDITS:             160.00
CHECKS/DEBITS:                253.66
ENDING-BALANCE:             2,785.92
=======================================================================
DEPOSITS:    DATE          AMOUNT           DATE          AMOUNT
-----------------------------------------------------------------------
CREDITS:     DATE          AMOUNT      DESCRIPTION
             07/17          40.00      NAZARENE BIBLE C
             07/17          40.00      NAZARENE BIBLE C
             07/17          40.00      NAZARENE BIBLE C
             07/17          40.00      NAZARENE BIBLE C
-----------------------------------------------------------------------
=======================================================================
CHECKS:  CHECK NO   DATE       AMOUNT     CHECK NO   DATE       AMOUNT
-----------------------------------------------------------------------
DEBITS:      DATE         AMOUNT      DESCRIPTION
             07/15          0.99      KARAOKECART.COM
             07/16        186.72      KMART
             07/17         14.95      INFO.FREECREDITR
             07/17         51.00      GLOBAL EXPEDITIO
-----------------------------------------------------------------------
=======================================================================
BALANCE HISTORY:    DATE        BALANCE        DATE        BALANCE
                    07/15       2,878.59       07/16       2,691.87
                    07/17       2,785.92
-----------------------------------------------------------------------
```

# SunTrust

**Previous Statement**

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 2,880 | 07/14/09 |
| AVG COL BALANCE: | 6,447 | |
| LAST STMT ENDING BALANCE: | | 10,010.54 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000077569845 | 06/12/2009 - 07/14/2009 | 265193573 |

BEGINNING BALANCE:          10,010.54
DEPOSITS/CREDITS:            1,271.79
CHECKS/DEBITS:               8,402.75
ENDING-BALANCE:              2,879.58

=====================================================================

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|
| | 06/12 | 1,000.00 | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 06/26 | 224.69 | SEARS ROEBUCK |
| | 07/02 | 15.65 | CRACKER BARREL # |
| | 07/02 | 31.45 | CRACKER BARREL # |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

=====================================================================

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1100 | 06/17 | 280.36 | 1124 | 06/26 | 102.49 |
| | 1123 | 06/26 | 331.13 | 1098 | 07/06 | 115.46 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 06/12 | 4.82 | 07 DUNKIN DONUTS |
| | 06/12 | 85.40 | JUNIUS |
| | 06/12 | 206.00 | AGENCIA MIRAFLOR |
| | 06/15 | 29.57 | EXXONMOBIL    47 |
| | 06/15 | 30.00 | MORRIS-LOCAL NEW |
| | 06/15 | 31.53 | BJS FUEL #9108 |
| | 06/15 | 31.66 | EXXONMOBIL    42 |
| | 06/15 | 43.32 | PUERTO MANCORA P |
| | 06/15 | 43.82 | EXXONMOBIL    42 |
| | 06/15 | 57.47 | WALGREENS #12032 |
| | 06/15 | 61.22 | PRO TURISMO SAC |
| | 06/15 | 134.31 | SAN ANTONIO DE A |
| | 06/15 | 160.60 | AMERICAN AI 0017 |
| | 06/15 | 160.60 | AMERICAN AI 0017 |
| | 06/15 | 228.50 | MORRIS-LOCAL NEW |
| | 06/15 | 561.44 | GMO LARCO 2 |
| | 06/15 | 99.25 | WAL-MART #2529 |
| | 06/17 | 18.38 | NORDSTROM 628 301 CUMB |
| | 06/17 | 101.64 | NORDSTROM 628 301 CUMB |
| | 06/22 | 13.83 | PANERA BREAD #76 |
| | 06/22 | 29.47 | GREEN CEDAR #11 |
| | 06/22 | 39.36 | WILCO  769    00 |
| | 06/22 | 42.89 | GA PIG BBQ INC |
| | 06/22 | 44.85 | 46751 WILKERSON |
| | 06/22 | 75.87 | CRACKER BARREL # |
| | 06/22 | 104.55 | SMITHFIELD HANES |
| | 06/22 | 195.98 | NORDSTROM #0628 |
| | 06/22 | 415.00 | LENSCRAFTERS  10 |
| | 06/23 | 2.00 | ATM FEE |



**Previous Statement**

| 06/23 | 110.18 | COMCAST     COMCAST |
| 06/23 | 302.50 | NAVY FEDERAL CR |
| 06/23 | 14.96 | ORECK FLOOR CARE |
| 06/23 | 15.45 | CHEVRON 00207742 |
| 06/25 | 11.22 | DENNY'S #8008 |
| 06/26 | 24.74 | WORMAN`S |
| 06/26 | 29.00 | NAVY EXCHANGE 06 |
| 06/26 | 34.56 | SHELL OIL 575224 |
| 06/29 | 177.87 | T-MOBILE     PCS SVC |
| 06/29 | 9.15 | BEACH HUT CAFE |
| 06/29 | 40.64 | PILOT TRAVEL CENTER 00 |
| 06/30 | 74.18 | SOU EASY SPIRIT OUT430 |
| 07/01 | 79.60 | DELTA AIR    0062 |
| 07/02 | 96.30 | SAWYER GAS 06020 |
| 07/02 | 109.60 | DELTA AIR    0067 |
| 07/02 | 185.16 | PLN*PRICELINE.CO |
| 07/02 | 23.51 | AUTOZONE 0408 1443 ATL |
| 07/02 | 44.92 | AUTOZONE 0408 1443 ATL |
| 07/02 | 742.72 | LOWE'S #1699 |
| 07/03 | 16.00 | PLN*PRICELINE.CO |
| 07/03 | 42.77 | LE GOURMET CHEF |
| 07/03 | 500.90 | UNITED AIR    0167 |
| 07/06 | 86.25 | T-MOBILE     PCS SVC |
| 07/06 | 30.99 | GATE 1152 |
| 07/06 | 39.98 | DD/BR #342884 |
| 07/06 | 19.68 | SHELL SERVICE STATION |
| 07/06 | 30.89 | DOLLAR TREE #01010 |
| 07/06 | 194.76 | WINN DIXIE 1209 ATLANT |
| 07/07 | 105.55 | FAMILY DOLLAR # 6044 M |
| 07/08 | 24.95 | INFO.FREECREDITR |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/09 | 35.00 | RACEWAY956 |
| 07/09 | 276.78 | TARGET T1921 JACKSONVI |
| 07/10 | 44.50 | NAZARENE BIBLE C |
| 07/10 | 44.94 | CONTRACTOR11153 BEACH |
| 07/10 | 51.28 | SOU THE HOME DEPOT 260 |
| 07/10 | 134.70 | LOWE'S #1699 |
| 07/13 | 26.80 | PICCADILLY    00 |
| 07/13 | 35.95 | GEVALIA*SHIPMENT |
| 07/13 | 106.99 | STEIN-MART #0045 |
| 07/14 | 1.00 | CK IMG FEE |
| 07/14 | 274.71 | PAXON CHRISTIAN |
| 07/14 | 68.35 | TERRY'S COUNTRY/1618 P |

----------------------------------------------------------------------

==========================================================================

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 06/12 | 10,714.32 | 06/15 | 9,041.03 |
| | 06/17 | 8,640.65 | 06/22 | 7,678.85 |
| | 06/23 | 7,233.76 | 06/25 | 7,222.54 |
| | 06/26 | 6,925.31 | 06/29 | 6,697.65 |
| | 06/30 | 6,623.47 | 07/01 | 6,543.87 |



**Previous Statement**

| | | | |
|-------|----------|-------|----------|
| 07/02 | 5,388.76 | 07/03 | 4,829.09 |
| 07/06 | 4,311.08 | 07/07 | 4,205.53 |
| 07/08 | 3,980.58 | 07/09 | 3,668.80 |
| 07/10 | 3,393.38 | 07/13 | 3,223.64 |
| 07/14 | 2,879.58 | | |


SUNTRUST

### Current Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 2,691 | 07/16/09 |
| AVG COL BALANCE: | 2,785 | |
| LAST STMT ENDING BALANCE: | | 2,879.58 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000077569845 | 07/15/2009 ~ 07/18/2009 | 265193573 |

BEGINNING BALANCE:     2,879.58
DEPOSITS/CREDITS:     160.00
CHECKS/DEBITS:     253.66
ENDING-BALANCE:     2,785.92

=================================================================

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/17 | 40.00 | NAZARENE BIBLE C |

=================================================================

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 07/15 | 0.99 | KARAOKECART.COM |
| | 07/16 | 186.72 | KMART |
| | 07/17 | 14.95 | INFO.FREECREDITR |
| | 07/17 | 51.00 | GLOBAL EXPEDITIO |

=================================================================

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 07/15 | 2,878.59 | 07/16 | 2,691.87 |
| | 07/17 | 2,785.92 | | |

# SunTrust

**Previous Statement**

```
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE              MIN COL BALANCE:        51,400      06/12/09
CASE 23 308BK02133               AVG COL BALANCE:        54,230
800 FLORIDA BLVD                 LAST STMT ENDING BALANCE:           51,588.99


          ACCOUNT TYPE   ACCOUNT NUMBER     STATEMENT PERIOD          TIN
          FREE CHECK     1000075701366   06/12/2009 - 07/14/2009   265193573
BEGINNING BALANCE:         51,588.99
DEPOSITS/CREDITS:          17,079.38
CHECKS/DEBITS:             11,524.57
ENDING-BALANCE:            57,143.80
=====================================================================
DEPOSITS:     DATE          AMOUNT              DATE          AMOUNT
              06/24       4,039.69•             06/25       6,000.00
              07/01       2,000.00              07/08       4,039.69
              07/10       1,000.00
---------------------------------------------------------------------
CREDITS:      DATE          AMOUNT    DESCRIPTION
---------------------------------------------------------------------
```

Handwritten: Taxes

```
CHECKS:  CHECK NO   DATE      AMOUNT     CHECK NO   DATE      AMOUNT
           1128     06/26   Leslie 300.00    1084   06/30    3,000.00   Estuaries
  (150 Pmt) 1081     06/30   Sears 26.74 Toaster 1088   06/30  Bolles 51.75   Condos
           1085     06/30   Sears 412.14 Refrig 1083   06/30  Sears 727.50
 South Bch 1127     06/30 →  1,350.00          1098   07/08  assoc 2,000.00  Pablo Bch
 Townhome  1090     07/10      72.00           1089   07/10         196.00   House
 Assoc                                                       →1090= Ron Samuel
DEBITS:       DATE          AMOUNT     DESCRIPTION                 Carpenter
(dep at:      06/12         188.08     USAA P&C      PREMIUMPAY    for Floori
was at        06/25       3,000.00     DEP COR  Dep. was 3000 but
longview)     07/14           1.00     CK IMG FEE   doubled -
              07/14         199.36     USAA P&C      PREMIUMPAY  corrected
                                                                 on 6/23/09
---------------------------------------------------------------------
=====================================================================
BALANCE HISTORY:    DATE       BALANCE          DATE       BALANCE
                    06/12     51,400.91         06/24     55,440.60
                    06/25     58,440.60         06/26     58,140.60
                    06/30     52,572.47         07/01     54,572.47
                    07/08     56,612.16         07/10     57,344.16
                    07/14     57,143.80
---------------------------------------------------------------------
```

Handwritten notes:

1100 – VOIDED
1126 – VOIDED
1129 – unused

* Sears Supplies from renting
  Out Pontoon Cay – Summer Rental

1091 – department of Treasury
2,354.00
July 18, 09


# SUNTRUST

**Previous Statement**

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | |
|---|---|
| MIN COL BALANCE: | 51,400  06/12/09 |
| AVG COL BALANCE: | 54,230 |
| LAST STMT ENDING BALANCE: | 51,588.99 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000075701366 | 06/12/2009 - 07/14/2009 | 265193573 |

BEGINNING BALANCE:      51,588.99
DEPOSITS/CREDITS:        17,079.38
CHECKS/DEBITS:           11,524.57
ENDING-BALANCE:          57,143.80

=================================================================

DEPOSITS:

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/24 | 4,039.69 | 06/25 | 6,000.00 |
| 07/01 | 2,000.00 | 07/08 | 4,039.69 |
| 07/10 | 1,000.00 | | |

-----------------------------------------------------------------

CREDITS:

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|

-----------------------------------------------------------------
=================================================================

CHECKS:

| CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1128 | 06/26 | 300.00 | 1084 | 06/30 | 3,000.00 |
| 1081 | 06/30 | 26.74 | 1088 | 06/30 | 51.75 |
| 1085 | 06/30 | 412.14 | 1083 | 06/30 | 727.50 |
| 1127 | 06/30 | 1,350.00 | 1098 | 07/08 | 2,000.00 |
| 1090 | 07/10 | 72.00 | 1089 | 07/10 | 196.00 |

-----------------------------------------------------------------

DEBITS:

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 06/12 | 188.08 | USAA P&C | PREMIUMPAY |
| 06/25 | 3,000.00 | DEP COR | |
| 07/14 | 1.00 | CK IMG FEE | |
| 07/14 | 199.36 | USAA P&C | PREMIUMPAY |

-----------------------------------------------------------------
=================================================================

BALANCE HISTORY:

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/12 | 51,400.91 | 06/24 | 55,440.60 |
| 06/25 | 58,440.60 | 06/26 | 58,140.60 |
| 06/30 | 52,572.47 | 07/01 | 54,572.47 |
| 07/08 | 56,612.16 | 07/10 | 57,344.16 |
| 07/14 | 57,143.80 | | |

-----------------------------------------------------------------



Previous Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 2,880 | 07/14/09 |
| AVG COL BALANCE: | 6,447 | |
| LAST STMT ENDING BALANCE: | | 10,010.54 |

|  | ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|---|
|  | FREE CHECK | 1000077569845 | 06/12/2009 - 07/14/2009 | 265193573 |

BEGINNING BALANCE:     10,010.54
DEPOSITS/CREDITS:        1,271.79
CHECKS/DEBITS:           8,402.75
ENDING-BALANCE:          2,879.58

==================================================================

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|
| | 06/12 | 1,000.00 | | |

--------------------------------------------------------------

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 06/26 | 224.69 | SEARS ROEBUCK |
| | 07/02 | 15.65 | CRACKER BARREL # |
| | 07/02 | 31.45 | CRACKER BARREL # |

--------------------------------------------------------------
==================================================================

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1100 | 06/17 | 280.36 | 1124 | 06/26 | 102.49 |
| | 1123 | 06/26 | 331.13 | 1098 | 07/06 | 115.46 |

--------------------------------------------------------------

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 06/12 | 4.82 | 07 DUNKIN DONUTS |
| | 06/12 | 85.40 | JUNIUS |
| | 06/12 | 206.00 | AGENCIA MIRAFLOR |
| | 06/15 | 29.57 | EXXONMOBIL     47 |
| | 06/15 | 30.00 | MORRIS-LOCAL NEW |
| | 06/15 | 31.53 | BJS FUEL #9108 |
| | 06/15 | 31.66 | EXXONMOBIL     42 |
| | 06/15 | 43.32 | PUERTO MANCORA P |
| | 06/15 | 43.82 | EXXONMOBIL     42 |
| | 06/15 | 57.47 | WALGREENS #12032 |
| | 06/15 | 61.22 | PRO TURISMO SAC |
| | 06/15 | 134.31 | SAN ANTONIO DE A |
| | 06/15 | 160.60 | AMERICAN AI 0017 |
| | 06/15 | 160.60 | AMERICAN AI 0017 |
| | 06/15 | 228.50 | MORRIS-LOCAL NEW |
| | 06/15 | 561.44 | GMO LARCO 2 |
| | 06/15 | 99.25 | WAL-MART #2529 |
| | 06/17 | 18.38 | NORDSTROM 628 301 CUMB |
| | 06/17 | 101.64 | NORDSTROM 628 301 CUMB |
| | 06/22 | 13.83 | PANERA BREAD #76 |
| | 06/22 | 29.47 | GREEN CEDAR #11 |
| | 06/22 | 39.36 | WILCO 769     00 |
| | 06/22 | 42.89 | GA PIG BBQ INC |
| | 06/22 | 44.85 | 46751 WILKERSON |
| | 06/22 | 75.87 | CRACKER BARREL # |
| | 06/22 | 104.55 | SMITHFIELD HANES |
| | 06/22 | 195.98 | NORDSTROM #0628 |
| | 06/22 | 415.00 | LENSCRAFTERS   10 |
| | 06/23 | 2.00 | ATM FEE |



**Previous Statement**

| 06/23 | 110.18 | COMCAST        COMCAST |
| 06/23 | 302.50 | NAVY FEDERAL CR |
| 06/23 | 14.96 | ORECK FLOOR CARE |
| 06/23 | 15.45 | CHEVRON 00207742 |
| 06/25 | 11.22 | DENNY'S #8008 |
| 06/26 | 24.74 | WORMAN`S |
| 06/26 | 29.00 | NAVY EXCHANGE 06 |
| 06/26 | 34.56 | SHELL OIL 575224 |
| 06/29 | 177.87 | T-MOBILE        PCS SVC |
| 06/29 | 9.15 | BEACH HUT CAFE |
| 06/29 | 40.64 | PILOT TRAVEL CENTER 00 |
| 06/30 | 74.18 | SOU EASY SPIRIT OUT430 |
| 07/01 | 79.60 | DELTA AIR    0062 |
| 07/02 | 96.30 | SAWYER GAS 06020 |
| 07/02 | 109.60 | DELTA AIR    0067 |
| 07/02 | 185.16 | PLN*PRICELINE.CO |
| 07/02 | 23.51 | AUTOZONE 0408 1443 ATL |
| 07/02 | 44.92 | AUTOZONE 0408 1443 ATL |
| 07/02 | 742.72 | LOWE'S #1699 |
| 07/03 | 16.00 | PLN*PRICELINE.CO |
| 07/03 | 42.77 | LE GOURMET CHEF |
| 07/03 | 500.90 | UNITED AIR  0167 |
| 07/06 | 86.25 | T-MOBILE        PCS SVC |
| 07/06 | 30.99 | GATE 1152 |
| 07/06 | 39.98 | DD/BR #342884 |
| 07/06 | 19.68 | SHELL SERVICE STATION |
| 07/06 | 30.89 | DOLLAR TREE #01010 |
| 07/06 | 194.76 | WINN DIXIE 1209 ATLANT |
| 07/07 | 105.55 | FAMILY DOLLAR # 6044 M |
| 07/08 | 24.95 | INFO.FREECREDITR |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/08 | 40.00 | NAZARENE BIBLE C |
| 07/09 | 35.00 | RACEWAY956 |
| 07/09 | 276.78 | TARGET T1921 JACKSONVI |
| 07/10 | 44.50 | NAZARENE BIBLE C |
| 07/10 | 44.94 | CONTRACTOR11153 BEACH |
| 07/10 | 51.28 | SOU THE HOME DEPOT 260 |
| 07/10 | 134.70 | LOWE'S #1699 |
| 07/13 | 26.80 | PICCADILLY    00 |
| 07/13 | 35.95 | GEVALIA*SHIPMENT |
| 07/13 | 106.99 | STEIN-MART #0045 |
| 07/14 | 1.00 | CK IMG FEE |
| 07/14 | 274.71 | PAXON CHRISTIAN |
| 07/14 | 68.35 | TERRY'S COUNTRY/1618 P |

-------------------------------------------------------------------

==================================================================

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 06/12 | 10,714.32 | 06/15 | 9,041.03 |
| | 06/17 | 8,640.65 | 06/22 | 7,678.85 |
| | 06/23 | 7,233.76 | 06/25 | 7,222.54 |
| | 06/26 | 6,925.31 | 06/29 | 6,697.65 |
| | 06/30 | 6,623.47 | 07/01 | 6,543.87 |



**Previous Statement**

| | | | |
|---|---|---|---|
| 07/02 | 5,388.76 | 07/03 | 4,829.09 |
| 07/06 | 4,311.08 | 07/07 | 4,205.53 |
| 07/08 | 3,980.58 | 07/09 | 3,668.80 |
| 07/10 | 3,393.38 | 07/13 | 3,223.64 |
| 07/14 | 2,879.58 | | |



**Previous Statement**

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN   TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 51,400 | 06/12/09 |
| AVG COL BALANCE: | 54,230 | |
| LAST STMT ENDING BALANCE: | | 51,588.99 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000075701366 | 06/12/2009 - 07/14/2009 | 265193573 |

BEGINNING BALANCE:     51,588.99
DEPOSITS/CREDITS:       17,079.38
CHECKS/DEBITS:          11,524.57
ENDING-BALANCE:         57,143.80

==================================================================

**DEPOSITS:**

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/24 | 4,039.69 | 06/25 | 6,000.00 |
| 07/01 | 2,000.00 | 07/08 | 4,039.69 |
| 07/10 | 1,000.00 | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CREDITS:**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

==================================================================

**CHECKS:**

| CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1128 | 06/26 | 300.00 | 1084 | 06/30 | 3,000.00 |
| 1081 | 06/30 | 26.74 | 1088 | 06/30 | 51.75 |
| 1085 | 06/30 | 412.14 | 1083 | 06/30 | 727.50 |
| 1127 | 06/30 | 1,350.00 | 1098 | 07/08 | 2,000.00 |
| 1090 | 07/10 | 72.00 | 1089 | 07/10 | 196.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DEBITS:**

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 06/12 | 188.08 | USAA P&C | PREMIUMPAY |
| 06/25 | 3,000.00 | DEP COR | |
| 07/14 | 1.00 | CK IMG FEE | |
| 07/14 | 199.36 | USAA P&C | PREMIUMPAY |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

==================================================================

**BALANCE HISTORY:**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/12 | 51,400.91 | 06/24 | 55,440.60 |
| 06/25 | 58,440.60 | 06/26 | 58,140.60 |
| 06/30 | 52,572.47 | 07/01 | 54,572.47 |
| 07/08 | 56,612.16 | 07/10 | 57,344.16 |
| 07/14 | 57,143.80 | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -