UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO.: 3:08-BK-02133-JAF

BONITA NIX DONOVAN

Debtor.
_____/

**ORDER DENYING ESTUARIES AT CRESCENT BEACH CONDOMINIUM ASSOCIATION, INC.'S MOTION FOR RELIEF FROM STAY**

THIS MATTER came for consideration on the May 22, 2009 Motion for Stay Relief and Alternatively for Adequate Protection of Estuaries at Crescent Beach Condominium Association, Inc. ("Estuaries"), pursuant to Section 1301(c)(3) of Title 11 of the United States Bankruptcy Code and 11 U.S.C. §362(a), and Rules 4001 and 9014, Federal Rules of Bankruptcy Procedure, for relief from the automatic stay imposed by 1301(c)(3) of Title 11 of the United States Bankruptcy Code and 11 U.S.C. §362(a) to permit it to proceed with litigation against Debtor, Bonita Nix Donovan. After consideration of the Motion For Relief From Stay and Alternatively fro Adequate Protection at a hearing held on July 6, 2009, it is:

ORDERED:

The Motion For Relief From Stay and Alternatively for Adequate Protection is DENIED, however, leave for Estuaries to seek attorney's fees is GRANTED.

DONE AND ORDERED at Jacksonville, Florida, this 27 day of July, 2009.

JERRY A. FUNK
United States Bankruptcy Judge

# SERVICE LIST

Bonita Nix Donovan (Debtor)
800 Florida Boulevard
Neptune Beach, FL 32266

United States Trustee (Trustee)
Attn: Elena L. Escamilla
135 W. Central Boulevard, Suite 620
Orlando, FL 32801

Albert H. Mickler
Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, FL 32211

Mark S. Kessler, Esq.
331 E. Union Street
Jacksonville, FL 32202

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

                                      CASE NO.: 3:08-BK-02133-JAF

BONITA NIX DONOVAN

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

I, Marlene L. Kirtland, hereby certify on this 7th day of July, 2009, a true and correct copy of the foregoing ORDER, by causing same to be electronically filed with the Court, and by causing a copy of the ORDER to be mailed first class, postage prepaid, to any of the parties listed on the attached Service List, not noted as having received electronic service.

                                                  */s/ Marlene L. Kirtland*
                                                  Marlene L. Kirtland, Esq.
                                                  Florida Bar No. 015520
                                                  BECKER & POLIAKOFF, P.A.
                                                  Attorneys for ASSOCIATION
                                                  2500 Maitland Center Parkway, Suite 209
                                                  Maitland, Florida 32751
                                                  Telephone: (407) 875-0955