# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
## _____ DIVISION

IN RE:       Bonita Nix Donovan }       CASE NUMBER:
}
}
JERRY A. FUNK }       JUDGE
}
DEBTOR.       3:08-bk-02133 }       CHAPTER 11

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
## FOR THE PERIOD

**FROM**    July 01, 2009    **TO**    July 31, 2009

     Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    8/5/2009

             Bryan Mickler
             Attorney for Debtor

Debtor's Address
and Phone Number: 

     Bonnie Donovan
     800 Florida Blvd
     Neptune Beach, FL 32266

Tel.      904-246-2010

Attorney's Address
and Phone Number:

     Bryan Mickler
     5452 Arlington Exp
     Jacksonville, FL 32211

Bar No. _____ 091 790
Tel. _____ 904-725-0822

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.

1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative |
|---|---|---|
| | July '09 | Total |
| CASH- Beginning of Month (Household) | $6,623.47 | $4,593.23 |
| CASH- Beginning of Month (Business) | $52,572.47 | $2,134.21 |
| | | |
| Total Household Receipts | $8,000.00 | $60,620.92 |
| Total Business Receipts | $3,079.38 | $114,159.76 |
| Total Receipts | $11,079.38 | $174,780.67 |
| | | |
| Total Household Disbursements | $9,892.68 | $62,386.84 |
| Total Business Disbursements | $6,719.36 | $61,193.53 |
| Total Disbursements | $16,612.04 | $123,580.37 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($5,532.66) | $51,200.30 |
| | | |
| CASH- End of Month (Household) | $4,730.79 | $4,730.79 |
| CASH- End of Month (Business) | $48,932.49 | $47,132.49 |
| | | |
| CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES | | |
| | | |
| TOTAL DISBURSEMENTS (From Above) | $16,612.04 | $123,580.37 |
| | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e. Salary Paid to Debtor or Owner's Draw | | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $16,612.04 | $123,580.37 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

_____ day of _____, _____      _Bonita N. Donovan_

Debtor's Signature

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month<br>July '09 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $6,623.47 | $4,593.23 |
| CASH- Beginning of Month (Business) | $52,572.47 | $2,134.21 |
| | | |
| Total Household Receipts | $8,000.00 | $60,620.92 |
| Total Business Receipts | $3,079.38 | $114,159.75 |
| Total Receipts | $11,079.38 | $174,780.67 |
| | | |
| Total Household Disbursements | $9,892.68 | $62,386.84 |
| Total Business Disbursements | $6,719.36 | $61,193.53 |
| Total Disbursements | $16,612.04 | $123,580.37 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($5,532.66) | $51,200.30 |
| | | |
| CASH- End of Month (Individual) | $4,730.79 | $2,827.31 |
| CASH- End of Month (Business) | $48,932.49 | $55,100.43 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $16,612.04 | $123,580.37 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $16,612.04 | $123,580.37 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

This _____ day of _____ 20_____.

_____

Debtor's Signature

Monthly Operating Report - Indivdual

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>July '09 | Cumulative<br>Total |
|---|---|---|
| **CASH - Beginning of Month** | **$6,623.47** | **$4,593.23** |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | $979.42 |
| Wages from Other Sources (attach list to this report) | | $1,721.52 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $12,119.07 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | | $45,800.91 |
| *Rental Income* | | |
| *Transfer Of Alimony From Business* | $8,000.00 | |
| **TOTAL RECEIPTS** | **$8,000.00** | **$60,620.92** |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | $223.30 | $252.30 |
| Gifts | $430.90 | $2,542.69 |
| Household Expenses/Food/Clothing | $3,329.97 | $16,249.57 |
| Household Repairs & Maintenance | $973.64 | $11,788.43 |
| Insurance | $12.95 | $2,232.77 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | | $115.00 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule)           *Payroll Taxes* | | $43.12 |
| Travel & Entertainment | $1,661.81 | $2,998.33 |
| Tuition/Education | $359.21 | $1,337.45 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $1,172.10 | $9,799.67 |
| Vehicle Expenses | $194.66 | $6,326.05 |
| Vehicle Secured Payment(s) | | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | $50.00 | $1,250.00 |
| Other (attach schedule)           *See Explanation Page* | $1,484.14 | $6,515.02 |
| | | |
| **Total Household Disbursements** | **$9,892.68** | **$62,386.84** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | **$4,730.79** | **$2,827.31** |

# *Other HouseHold Explanation Schedule*

**Case Name:** **Bonnie Donovan.**
**Case Number:** **3:08-BK-02133-JAF**
**Date of Petition:** **April 18, 2008**

|  | Other Category Total: | $1,484.14 |
|---|---|---|
| Description | | Amount |
| Reimbursable Volunteer Expenses | | |
| Association Dues | | |
| Postage Expense | | $11.10 |
| FIA Card Services | | |
| Missions Trip | | |
| Time Share | | |
| Miscellaneous   --- Purchases For Others To Be Reimburse | | $1,461.04 |
| Other Fees | | |
| Insurance Premium Refund | | |
| Bank Service Charges | | $12.00 |
| Advertising | | |
| Business Fixed Expenses | | |
| Office Supplies | | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month July | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | **$52,572.47** | **$2,134.21** |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income | $3,000.00 | $40,325.00 |
| Sale of Business Assets (attach list to this report) | | $2,500.00 |
| Other (specify) *See Below Items* | | $71,334.75 |
| *Alimony Deposited to Business in Error* | *$8,079.38* | |
| *Transferred to Household* | *($8,000.00)* | |
| | | |
| **Total Business Receipts** | **$3,079.38** | **$114,159.75** |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll | | $110.37 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) **-Income Tax 2008-** | $3,496.00 | $7,194.01 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | | $1,069.15 |
| Insurance | $199.36 | $4,649.36 |
| Vehicle Expenses | | $7,131.93 |
| Travel & Entertainment | | $135.94 |
| Repairs and Maintenance | $268.00 | $1,929.82 |
| Supplies | | $0.00 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $0.00 |
| Advertising | | $0.00 |
| Bank Charges | $6.00 | $43.46 |
| Other (attach schedule) **SEE ATTACHED SCHEDULE** | $2,750.00 | $38,929.49 |
| | | |
| **Total Business Disbursements** | **$6,719.36** | **$61,193.53** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | **$48,932.49** | **$55,100.43** |

## *Other -BUSINESS- Explanation Schedule*

**Case Name:**      **Bonnie Donovan.**
**Case Number:**    **3:08-BK-02133-JAF**
**Date of Petition:** **April 18, 2008**

|  | Other Category Total: | $2,750.00 |
|---|---|---|

| Description | Amount |
|---|---|
| Time Share | |
| Association Dues | $2,000.00 |
| Reimbursable Volunteer Expenses | |
| Other | |
| U.S. Trustee | $650.00 |
| Utility | |
| Professional Fees | |
| Car Insurance | |
| Retirement Deferral | |
| Accounting Fees | |
| Medical Expenses | $100.00 |

# RENT ROLL

Case Name: <u>Bonita Donovan</u>  Case Number: <u>3:08-BK-02133-JAF</u>
Date of Petition: <u>**April 18, 2008**</u>

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | | | |
| 150 Pantano Cay St. | $2,000.00 | | |
| 222 14th Ave N | $1,000.00 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $3,000.00 | $- (a) | |

(a) This total included on MOR-3 Other Receipts

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00 Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00 Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27 6 months | $0.00 |
| Flood -- Allstate | 05/02/08 - 05/02/09 | $229.00 Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00 Annual | $0.00 |
| Flood -- Countrywide | | $349.00 Annual | $0.00 |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| NONE |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT -
INDIVIDUAL

# BANK ACCOUNT RECONCILIATIONS

NOTE:
*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end versus statement end date.*

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | | |
| Account Number: | 100007569845 | 100007701366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. Balance per Bank Statement | $4,730.79 | $48,932.49 | | | |
| 2. ADD:  Deposits not credited (attach list to this report) | | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| | $4,730.79 | $48,932.49 | | | |
| TOTAL OF ALL ACCOUNTS | | | | | $53,663.28 |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|------|------|--------------|---------------|-------|------------------------|--------|
| | | | | *OUTSTANDING CHECKS* | | |
| SunTrust | 1000077569845 | | | | | |
| SunTrust | 100075701366 | | | | | |
| SunTrust | 100075701366 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |
| | | | | *OUTSTANDING DEPOSITS* | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| **Name of Bank** | SUNTRUST |
| **Account Number** | 1000075701366 |
| **Purpose of Account (Business)** | OPERATING/BUSINESS |
| **Type of Account (e.g., Checking)** | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1098 | 07/08/09 | Pablo Beach House Condominiums | 222 14th Ave Asscociation Fees | $2,000.00 |
| 1090 | 07/10/09 | Ron Samuel | Repairs and Maintenance | $72.00 |
| 1089 | 07/10/09 | Ron Samuel | Repairs and Maintenance | $196.00 |
| | 07/14/09 | SUNTRUST | Bank Service Charges | $1.00 |
| | 07/14/09 | USAA P&C PREMIUM | Insurance Expense | $199.36 |
| 1091 | 07/20/09 | IRS | Income | $2,354.00 |
| | 07/20/09 | SUNTRUST | Bank Service Charges | $5.00 |
| 1093 | 07/28/09 | Dr. Callahan | Medical | $100.00 |
| 1092 | 07/28/09 | US TRUSTEE | Professional Fees | $650.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | $5,577.36 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 07/01/09 | Delta | Travel Expense | $79.60 |
| | 07/02/09 | Sawyer Gas | Utilities | $96.30 |
| | 07/02/09 | Delta | Travel Expense | $109.60 |
| | 07/02/09 | PRICELINE.COM | Travel Expense | $185.16 |
| | 07/02/09 | Auto Zone | Automobile Expense | $23.51 |
| | 07/02/09 | Auto Zone | Automobile Expense | $44.92 |
| | 07/02/09 | LOWES | Repairs and Maintenance | $742.72 |
| | 07/03/09 | PRICELINE.COM | Travel Expense | $16.00 |
| | 07/03/09 | Le Gourmet Chef | Meals and Entertainment | $42.77 |
| | 07/03/09 | United Air | Travel Expense | $500.90 |
| 1098 | 07/06/09 | National Pen | Charitable Contribution | $115.46 |
| | 07/06/09 | T-MOBILE | Telephone Expense | $86.25 |
| | 07/06/09 | GATE | Automobile Expense | $30.99 |
| | 07/06/09 | DD/BR | Household Expenses | $39.98 |
| | 07/06/09 | SHELL OIL | Automobile Expense | $19.68 |
| | 07/06/09 | WINN DIXIE | Household Expenses | $194.76 |
| | 07/06/09 | DOLLAR TREE | Household Expenses | $30.89 |
| | 07/07/09 | FAMILY DOLLAR | Household Expenses | $105.55 |
| | 07/08/09 | INFO.FREECREDITR | Miscellaneous | $24.95 |
| | 07/08/09 | Nazarene Bible C | Education Expense | $40.00 |
| | 07/08/09 | Nazarene Bible C | Education Expense | $40.00 |
| | 07/08/09 | Nazarene Bible C | Education Expense | $40.00 |
| | 07/08/09 | Nazarene Bible C | Education Expense | $40.00 |
| | 07/08/09 | Nazarene Bible C | Education Expense | $40.00 |
| | 07/09/09 | RACEWAY | Automobile Expense | $35.00 |
| | 07/09/09 | Target | Household Expenses | $276.78 |
| | 07/10/09 | Nazarene Bible C | Education Expense | $44.50 |
| | 07/10/09 | Contractor Beach | Repairs and Maintenance | $44.94 |
| | 07/10/09 | HOME DEPOT | Repairs and Maintenance | $51.28 |
| | 07/10/09 | LOWES | Repairs and Maintenance | $134.70 |
| | 07/13/09 | PICCADILLY CAFE | Meals and Entertainment | $26.80 |
| | 07/13/09 | GEVALIA SHIPMENT | Household Expenses | $35.95 |
| | 07/13/09 | STEIN-MART | Household Expenses | $106.99 |
| | 07/14/09 | SUNTRUST | Bank Service Charges | $1.00 |
| | 07/14/09 | PAXON CHRISTIAN | Education Expense | $274.71 |
| | 07/14/09 | TERRY'S COUNTRY | Household Expenses | $68.35 |
| | 07/15/09 | Karaokecart.com | Other Expense | $0.99 |
| | 07/16/09 | KMART | Household Expenses | $186.72 |
| | 07/17/09 | INFO.FREECREDITR | Miscellaneous | $14.95 |
| | | | **TOTAL** | **$3,993.65** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| CONTINUED NEXT PAGE |
|---|
| |
| |
| |
| |

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 07/17/09 | GLOBAL EXPEDITIONS | Charitable Contribution | $51.00 |
| | 07/20/09 | SUNTRUST | Bank Service Charges | $5.00 |
| | 07/20/09 | ASP, Inc | Insurance Expense | $12.95 |
| | 07/20/09 | GOVIOS | Other Expense | $35.00 |
| | 07/20/09 | SHELL OIL | Automobile Expense | $20.23 |
| | 07/20/09 | DOLLAR GENERAL | Household Expenses | $42.00 |
| 1126 | 07/20/09 | | Utilities | $421.45 |
| | 07/21/09 | NWA Air | Travel Expense | $15.00 |
| | 07/21/09 | GLOBAL EXPEDITIONS | Charitable Contribution | $56.84 |
| | 07/21/09 | KMART | Household Expenses | $254.58 |
| | 07/22/09 | COMCAST CABLE | Utilities | $120.88 |
| | 07/23/09 | Epstein and Robb | Professional Fees | $50.00 |
| | 07/24/09 | ATLANTIC BEACH | Automobile Expense | $5.39 |
| | 07/27/09 | SUNTRUST | Bank Service Charges | $2.00 |
| | 07/27/09 | T-MOBILE | Telephone Expense | $447.22 |
| | 07/27/09 | | Miscellaneous | $103.00 |
| | 07/27/09 | The UPS Store | Postage and Delivery | $11.10 |
| | 07/27/09 | CHICK-FIL-A | Meals and Entertainment | $13.86 |
| | 07/27/09 | ATLANTIC BEACH | Household Expenses | $25.80 |
| | 07/27/09 | PICCADILLY CAFE | Meals and Entertainment | $31.51 |
| | 07/28/09 | SUNTRUST | Bank Service Charges | $2.00 |
| | 07/28/09 | SUNTRUST | Bank Service Charges | $2.00 |
| | 07/28/09 | Broadway And 56 | Meals and Entertainment | $202.00 |
| | 07/28/09 | South Beach Cleaning | Household Expenses | $14.40 |
| | 07/28/09 | HESS | Automobile Expense | $14.94 |
| | 07/28/09 | Delta | Travel Expense | $15.00 |
| | 07/28/09 | MTM MVM 49TH ST | Other Expense | $27.00 |
| | 07/28/09 | RICHARD RODERS | Gifts | $229.50 |
| | 07/28/09 | TM & THE HEIGH | Meals and Entertainment | $254.40 |
| | 07/29/09 | STAGE DELI OF ne | Meals and Entertainment | $39.46 |
| | 07/29/09 | ABC CAMERA | Household Expenses | $1,300.50 |
| | 07/30/09 | PIGALLE | Meals and Entertainment | $32.00 |
| | 07/30/09 | STERLING GEMS | Gifts | $201.40 |
| | 07/30/09 | 7th Ave Electron | Other Expense | $455.16 |
| | 07/30/09 | 7th Ave Electron | Other Expense | $799.99 |
| | 07/30/09 | MTA Vending Mac | Meals and Entertainment | $10.00 |
| | 07/31/09 | DA Rosina | Travel Expense | $34.85 |
| | 07/31/09 | Strawberry | Household Expenses | $249.77 |
| | 07/31/09 | Shoe Shop NY Inc | Household Expenses | $396.95 |
| 1092 | 07/31/09 | Cash | Travel Expense | $100.00 |
| | | | **TOTAL** | **$6,106.13** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| Accounts Receivable Beginning Balance | $0.00 | |
| Plus: Billings During the Month | $3,000.00 | |
| Less: Collections During the Month | $- | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | $3,000.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| 0 - 30 Days | $0.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $0.00 | $0.00 |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | $0.00 | $0.00 |
| Total Post-Petition Taxes | $0.00 | $0.00 |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zer

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| None at report time | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

STANDARD BANK RECONCILIATION

| Account No. | 100007570 1366 | Month | July | Year | 2009 |

Account Name **Bonita N. Donovan**

Bank Balance shown on Bank Statement $ 48,932.49

Add (+)
Deposits not shown on Bank Statement $

Total $ 48,932.49

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
|        | $      |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |

Total Subtractions $ 0.00

Balance $ 48,932.49

Your transaction register balance $ 48,932.49

Add (+)
Other credits shown on the bank
statement but not in transaction register $

Add (+)
Interest paid on bank statement $

Total $ 48,932.49

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
|        | $      |
|        |        |
|        |        |

Total Subtractions $ 0.00

Balance $ 48,932.49

STANDARD BANK RECONCILIATION

Account No. ___1000077569845___    Month ___July___   Year ___2008___

Account Name   **Bonita N. Donovan**

Bank Balance shown on Bank Statement          4,730.79

Add (+)
Deposits not shown on Bank Statement     $

Total                                      $   4,730.79

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
|        | $      |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |

Total Subtractions        $      0.00

Balance                   $   4,730.79

---

Your transaction register balance          $   4,730.79

Add (+)
Other credits shown on the bank
statement but not in transaction register   $

Add (+)
Interest paid on bank statement             $

Total                                       $   4,730.79

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |

Total Subtractions         $      0.00

Balance                    $   4,730.79


# SUNTRUST

**Current Statement**

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE         MIN COL BALANCE:      1,746    07/24/09
CASE 23 308BK02133          AVG COL BALANCE:      3,555
800 FLORIDA BLVD           LAST STMT ENDING BALANCE:     2,879.58

       ACCOUNT TYPE   ACCOUNT NUMBER    STATEMENT PERIOD      TIN
       FREE CHECK   1000077569845   07/15/2009 - 08/03/2009   265193573
BEGINNING BALANCE:        2,879.58
DEPOSITS/CREDITS:         8,160.00
CHECKS/DEBITS:           6,308.79
ENDING-BALANCE:          4,730.79

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/27 | 8,000.00 | MISC CR |

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1126 | 07/20 | 421.45 | 1092 | 07/31 | 100.00 |

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 07/15 | 0.99 | KARAOKECART.COM |
| | 07/16 | 186.72 | KMART |
| | 07/17 | 14.95 | INFO.FREECREDITR |
| | 07/17 | 51.00 | GLOBAL EXPEDITIO |
| | 07/20 | 5.00 | ST FEE |
| | 07/20 | 12.95 | ASP, INC |
| | 07/20 | 35.00 | GOVIOS |
| | 07/20 | 20.23 | SHELL SERVICE STATION |
| | 07/20 | 42.00 | DOLLAR-GENERAL 2292 MA |
| | 07/21 | 15.00 | NWA AIR   0122 |
| | 07/21 | 56.84 | GLOBAL EXPEDITIO |
| | 07/21 | 254.58 | KMART |
| | 07/22 | 120.88 | COMCAST     COMCAST |
| | 07/23 | 50.00 | EPSTEIN AND ROBB |
| | 07/24 | 5.39 | ATLANTIC BEACH BP   382 |
| | 07/27 | 2.00 | ATM FEE |
| | 07/27 | 447.22 | T-MOBILE    PCS SVC |
| | 07/27 | 103.00 | 00352001634 |
| | 07/27 | 11.10 | THE UPS STORE #1 |
| | 07/27 | 13.86 | CHICK-FIL-A #011 |
| | 07/27 | 25.80 | ATLANTIC BEACH B |
| | 07/27 | 31.51 | PICCADILLY   00 |
| | 07/28 | 2.00 | ATM FEE |
| | 07/28 | 2.00 | ATM FEE |
| | 07/28 | 202.00 | BROADWAY AND 56 |
| | 07/28 | 0.00 | 1755 BROADWAY AND 56TH |
| | 07/28 | 14.40 | SOUTH BEACH CLEA |
| | 07/28 | 14.94 | HESS 09552 |
| | 07/28 | 15.00 | DELTA AIR   0062 |

 SUNTRUST

Current Statement

| Date | Amount | Description |
|------|--------|-------------|
| 07/28 | 27.00 | MTA MVM 49TH STR |
| 07/28 | 229.50 | RICHARD RODGERS |
| 07/28 | 254.40 | TM *IN THE HEIGH |
| 07/29 | 39.46 | STAGE DELI OF NE |
| 07/29 | 1,300.50 | ABC CAMERA |
| 07/30 | 32.00 | PIGALLE |
| 07/30 | 201.40 | STERLING GEMS |
| 07/30 | 455.16 | 7TH AVE ELECTRON |
| 07/30 | 799.99 | 7TH AVE ELECTRON |
| 07/30 | 10.00 | SOU MTA VENDING MAC432 |
| 07/31 | 34.85 | DA ROSINA |
| 07/31 | 249.77 | STRAWBERRY #421 |
| 07/31 | 396.95 | SHOE SHOE NY INC |

BALANCE HISTORY:

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 07/15 | 2,878.59 | 07/16 | 2,691.87 |
| 07/17 | 2,785.92 | 07/20 | 2,249.29 |
| 07/21 | 1,922.87 | 07/22 | 1,801.99 |
| 07/23 | 1,751.99 | 07/24 | 1,746.60 |
| 07/27 | 9,112.11 | 07/28 | 8,350.87 |
| 07/29 | 7,010.91 | 07/30 | 5,512.36 |
| 07/31 | 4,730.79 | | |



Current Statement

```
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN   TTEE              MIN COL BALANCE:        50,074    07/28/09
CASE 23 308BK02133                AVG COL BALANCE:        55,654
800 FLORIDA BLVD                  LAST STMT ENDING BALANCE:          57,143.80

               ACCOUNT TYPE  ACCOUNT NUMBER   STATEMENT PERIOD        TIN
               FREE CHECK    1000075701366    07/15/2009 - 08/03/2009  265193573
BEGINNING BALANCE:              57,143.80
DEPOSITS/CREDITS:                4,039.69
CHECKS/DEBITS:                  12,251.00
ENDING-BALANCE:                 48,932.49
=====================================================================
DEPOSITS:    DATE           AMOUNT            DATE            AMOUNT
             07/22          4,039.69
---------------------------------------------------------------------
CREDITS:     DATE           AMOUNT     DESCRIPTION
---------------------------------------------------------------------
=====================================================================
CHECKS:   CHECK NO   DATE         AMOUNT    CHECK NO    DATE        AMOUNT
          1091     07/20        2,354.00       0      07/27      8,000.00
          1093     07/28          100.00    1092      07/28        650.00
          1094     07/31        1,142.00
---------------------------------------------------------------------
DEBITS:      DATE           AMOUNT     DESCRIPTION
             07/20            5.00     ST FEE
---------------------------------------------------------------------
=====================================================================
BALANCE HISTORY:    DATE        BALANCE          DATE        BALANCE
                    07/20       54,784.80        07/22       58,824.49
                    07/27       50,824.49        07/28       50,074.49
                    07/31       48,932.49
---------------------------------------------------------------------
```

 **SUNTRUST**

Current Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE              MIN COL BALANCE:        2,691    07/16/09
CASE 23 308BK02133                AVG COL BALANCE:        2,785
800 FLORIDA BLVD                  LAST STMT ENDING BALANCE:          2,879.58

|  | ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|---|
|  | FREE CHECK | 1000077569845 | 07/15/2009 - 07/18/2009 | 265193573 |

BEGINNING BALANCE:            2,879.58
DEPOSITS/CREDITS:              160.00
CHECKS/DEBITS:                253.66
ENDING-BALANCE:              2,785.92

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|

| CREDITS: | DATE | AMOUNT | DESCRIPTION |  |
|---|---|---|---|---|
|  | 07/17 | 40.00 | NAZARENE BIBLE C |  |
|  | 07/17 | 40.00 | NAZARENE BIBLE C |  |
|  | 07/17 | 40.00 | NAZARENE BIBLE C |  |
|  | 07/17 | 40.00 | NAZARENE BIBLE C |  |

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
|  | 07/15 | 0.99 | KARAOKECART.COM |
|  | 07/16 | 186.72 | KMART |
|  | 07/17 | 14.95 | INFO.FREECREDITR |
|  | 07/17 | 51.00 | GLOBAL EXPEDITIO |

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
|  | 07/15 | 2,878.59 | 07/16 | 2,691.87 |
|  | 07/17 | 2,785.92 |  |  |


# SUNTRUST

Previous Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE       MIN COL BALANCE:      2,880    07/14/09
CASE 23 308BK02133        AVG COL BALANCE:      6,447
800 FLORIDA BLVD         LAST STMT ENDING BALANCE:     10,010.54

|  | ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|---|
|  | FREE CHECK | 1000077569845 | 06/12/2009 - 07/14/2009 | 265193573 |

BEGINNING BALANCE:      10,010.54
DEPOSITS/CREDITS:       1,271.79
CHECKS/DEBITS:         8,402.75
ENDING-BALANCE:        2,879.58

==================================================================

| DEPOSITS: | DATE | AMOUNT | | DATE | AMOUNT |
|---|---|---|---|---|---|
|  | 06/12 | 1,000.00 | | | |

------------------------------------------------------------------

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
|  | 06/26 | 224.69 | SEARS ROEBUCK |
|  | 07/02 | 15.65 | CRACKER BARREL # |
|  | 07/02 | 31.45 | CRACKER BARREL # |

------------------------------------------------------------------
==================================================================

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
|  | 1100 | 06/17 | 280.36 | 1124 | 06/26 | 102.49 |
|  | 1123 | 06/26 | 331.13 | 1098 | 07/06 | 115.46 |

------------------------------------------------------------------

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
|  | 06/12 | 4.82 | 07 DUNKIN DONUTS |
|  | 06/12 | 85.40 | JUNIUS |
|  | 06/12 | 206.00 | AGENCIA MIRAFLOR |
|  | 06/15 | 29.57 | EXXONMOBIL   47 |
|  | 06/15 | 30.00 | MORRIS-LOCAL NEW |
|  | 06/15 | 31.53 | BJS FUEL #9108 |
|  | 06/15 | 31.66 | EXXONMOBIL   42 |
|  | 06/15 | 43.32 | PUERTO MANCORA P |
|  | 06/15 | 43.82 | EXXONMOBIL   42 |
|  | 06/15 | 57.47 | WALGREENS #12032 |
|  | 06/15 | 61.22 | PRO TURISMO SAC |
|  | 06/15 | 134.31 | SAN ANTONIO DE A |
|  | 06/15 | 160.60 | AMERICAN AI 0017 |
|  | 06/15 | 160.60 | AMERICAN AI 0017 |
|  | 06/15 | 228.50 | MORRIS-LOCAL NEW |
|  | 06/15 | 561.44 | GMO LARCO 2 |
|  | 06/15 | 99.25 | WAL-MART #2529 |
|  | 06/17 | 18.38 | NORDSTROM 628 301 CUMB |
|  | 06/17 | 101.64 | NORDSTROM 628 301 CUMB |
|  | 06/22 | 13.83 | PANERA BREAD #76 |
|  | 06/22 | 29.47 | GREEN CEDAR #11 |
|  | 06/22 | 39.36 | WILCO 769   00 |
|  | 06/22 | 42.89 | GA PIG BBQ INC |
|  | 06/22 | 44.85 | 46751 WILKERSON |
|  | 06/22 | 75.87 | CRACKER BARREL # |
|  | 06/22 | 104.55 | SMITHFIELD HANES |
|  | 06/22 | 195.98 | NORDSTROM #0628 |
|  | 06/22 | 415.00 | LENSCRAFTERS   10 |
|  | 06/23 | 2.00 | ATM FEE |



Previous Statement

| Date | Amount | Description | |
|------|--------|-------------|---|
| 06/23 | 110.18 | COMCAST | COMCAST |
| 06/23 | 302.50 | NAVY FEDERAL CR | |
| 06/23 | 14.96 | ORECK FLOOR CARE | |
| 06/23 | 15.45 | CHEVRON 00207742 | |
| 06/25 | 11.22 | DENNY'S #8008 | |
| 06/26 | 24.74 | WORMAN`S | |
| 06/26 | 29.00 | NAVY EXCHANGE 06 | |
| 06/26 | 34.56 | SHELL OIL 575224 | |
| 06/29 | 177.87 | T-MOBILE | PCS SVC |
| 06/29 | 9.15 | BEACH HUT CAFE | |
| 06/29 | 40.64 | PILOT TRAVEL CENTER 00 | |
| 06/30 | 74.18 | SOU EASY SPIRIT OUT430 | |
| 07/01 | 79.60 | DELTA AIR    0062 | |
| 07/02 | 96.30 | SAWYER GAS 06020 | |
| 07/02 | 109.60 | DELTA AIR     0067 | |
| 07/02 | 185.16 | PLN*PRICELINE.CO | |
| 07/02 | 23.51 | AUTOZONE 0408 1443 ATL | |
| 07/02 | 44.92 | AUTOZONE 0408 1443 ATL | |
| 07/02 | 742.72 | LOWE'S #1699 | |
| 07/03 | 16.00 | PLN*PRICELINE.CO | |
| 07/03 | 42.77 | LE GOURMET CHEF | |
| 07/03 | 500.90 | UNITED AIR   0167 | |
| 07/06 | 86.25 | T-MOBILE | PCS SVC |
| 07/06 | 30.99 | GATE 1152 | |
| 07/06 | 39.98 | DD/BR #342884 | |
| 07/06 | 19.68 | SHELL SERVICE STATION | |
| 07/06 | 30.89 | DOLLAR TREE #01010 | |
| 07/06 | 194.76 | WINN DIXIE 1209 ATLANT | |
| 07/07 | 105.55 | FAMILY DOLLAR # 6044 M | |
| 07/08 | 24.95 | INFO.FREECREDITR | |
| 07/08 | 40.00 | NAZARENE BIBLE C | |
| 07/08 | 40.00 | NAZARENE BIBLE C | |
| 07/08 | 40.00 | NAZARENE BIBLE C | |
| 07/08 | 40.00 | NAZARENE BIBLE C | |
| 07/08 | 40.00 | NAZARENE BIBLE C | |
| 07/09 | 35.00 | RACEWAY956 | |
| 07/09 | 276.78 | TARGET T1921 JACKSONVI | |
| 07/10 | 44.50 | NAZARENE BIBLE C | |
| 07/10 | 44.94 | CONTRACTOR11153 BEACH | |
| 07/10 | 51.28 | SOU THE HOME DEPOT 260 | |
| 07/10 | 134.70 | LOWE'S #1699 | |
| 07/13 | 26.80 | PICCADILLY     00 | |
| 07/13 | 35.95 | GEVALIA*SHIPMENT | |
| 07/13 | 106.99 | STEIN-MART #0045 | |
| 07/14 | 1.00 | CK IMG FEE | |
| 07/14 | 274.71 | PAXON CHRISTIAN | |
| 07/14 | 68.35 | TERRY'S COUNTRY/1618 P | |

--------------------------------------------------------------------------------

========================================================================

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|------------------|------|---------|------|---------|
| | 06/12 | 10,714.32 | 06/15 | 9,041.03 |
| | 06/17 | 8,640.65 | 06/22 | 7,678.85 |
| | 06/23 | 7,233.76 | 06/25 | 7,222.54 |
| | 06/26 | 6,925.31 | 06/29 | 6,697.65 |
| | 06/30 | 6,623.47 | 07/01 | 6,543.87 |

 **SunTrust**

**Previous Statement**

| | | | |
|---|---|---|---|
| 07/02 | 5,388.76 | 07/03 | 4,829.09 |
| 07/06 | 4,311.08 | 07/07 | 4,205.53 |
| 07/08 | 3,980.58 | 07/09 | 3,668.80 |
| 07/10 | 3,393.38 | 07/13 | 3,223.64 |
| 07/14 | 2,879.58 | | |

 **SUNTRUST**

## Current Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 2,691 | 07/16/09 |
| AVG COL BALANCE: | 2,785 | |
| LAST STMT ENDING BALANCE: | | 2,879.58 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000077569845 | 07/15/2009 - 07/18/2009 | 265193573 |

BEGINNING BALANCE:       2,879.58
DEPOSITS/CREDITS:        160.00
CHECKS/DEBITS:          253.66
ENDING-BALANCE:        2,785.92

===============================================================

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|

---

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/17 | 40.00 | NAZARENE BIBLE C |
| | 07/17 | 40.00 | NAZARENE BIBLE C |

---
===============================================================

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|

---

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 07/15 | 0.99 | KARAOKECART.COM |
| | 07/16 | 186.72 | KMART |
| | 07/17 | 14.95 | INFO.FREECREDITR |
| | 07/17 | 51.00 | GLOBAL EXPEDITIO |

---
===============================================================

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 07/15 | 2,878.59 | 07/16 | 2,691.87 |
| | 07/17 | 2,785.92 | | |

---


# SUNTRUST

**Previous Statement**

```
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133              MIN COL BALANCE:        51,400      06/12/09
800 FLORIDA BLVD               AVG COL BALANCE:         54,230
                               LAST STMT ENDING BALANCE:              51,588.99


        ACCOUNT TYPE   ACCOUNT NUMBER     STATEMENT PERIOD           TIN
         FREE CHECK    1000075701366   06/12/2009 - 07/14/2009   265193573
BEGINNING BALANCE:         51,588.99
DEPOSITS/CREDITS:          17,079.38
CHECKS/DEBITS:             11,524.57
ENDING-BALANCE:            57,143.80
```

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|
| | 06/24 | 4,039.69 | 06/25 | 6,000.00 |
| | 07/01 | 2,000.00 | 07/08 | 4,039.69 |
| | 07/10 | 1,000.00 | | |

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1128 | 06/26 | 300.00 | 1084 | 06/30 | 3,000.00 |
| | 1081 | 06/30 | 26.74 | 1088 | 06/30 | 51.75 |
| | 1085 | 06/30 | 412.14 | 1083 | 06/30 | 727.50 |
| | 1127 | 06/30 | 1,350.00 | 1098 | 07/08 | 2,000.00 |
| | 1090 | 07/10 | 72.00 | 1089 | 07/10 | 196.00 |

| DEBITS: | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|
| | 06/12 | 188.08 | USAA P&C | PREMIUMPAY |
| | 06/25 | 3,000.00 | DEP COR | |
| | 07/14 | 1.00 | CK IMG FEE | |
| | 07/14 | 199.36 | USAA P&C | PREMIUMPAY |

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 06/12 | 51,400.91 | 06/24 | 55,440.60 |
| | 06/25 | 58,440.60 | 06/26 | 58,140.60 |
| | 06/30 | 52,572.47 | 07/01 | 54,572.47 |
| | 07/08 | 56,612.16 | 07/10 | 57,344.16 |
| | 07/14 | 57,143.80 | | |