UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

BONITA NIX DONOVAN,                      Case No.: 3:08-bk-02133-JAF
                                                                   Chapter 11

         Debtor.
_____/

## NOTICE OF APPEARANCE

Comes now, Jill E. Kelso, and gives notice of her appearance on behalf of Donald F. Walton, United States Trustee for Region 21, for purposes of CM/ECF.

DATED: October 8, 2009.

                                            DONALD F. WALTON
                                            United States Trustee
                                            Region 21

                                            /s/ Jill E. Kelso
                                            Jill E. Kelso, Trial Attorney
                                            Florida Bar No.: 0578541
                                            United States Department of Justice
                                            Office of the United States Trustee
                                            135 W. Central Blvd., Suite 620
                                            Orlando, FL 32801
                                            Telephone No.: (407) 648-6301, Ext. 137
                                            Facsimile No.: (407) 648-6323
                                            Jill.Kelso@usdoj.gov