# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### _____ DIVISION

IN RE:                  Bonita Nix Donovan }        CASE NUMBER:
                                          }
                                          }
                        JERRY A. FUNK }            JUDGE
                                          }
        DEBTOR.         3:08-bk-02133 }            CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

**FROM** _____August 01, 2009_____ **TO** _____August 31, 2009_____

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   9/23/2009 _____

                                                    Bryan Mickler
                                                    Attorney for Debtor

Debtor's Address                         Attorney's Address
and Phone Number:                        and Phone Number:
        Bonnie Donovan                           Bryan Mickler
        800 Florida Blvd                         5452 Arlington Exp
        Neptune Beach, FL 32266                  Jacksonville, FL 32211
                                         Bar No. _____
Tel. _____904-246-2010_____          Tel. _____904-725-0822_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month<br>August '09 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $4,730.79 | $4,593.23 |
| CASH- Beginning of Month (Business) | $48,932.49 | $2,134.21 |
| | | |
| Total Household Receipts | $1,100.00 | $79,220.92 |
| Total Business Receipts | $7,579.38 | $124,397.89 |
| Total Receipts | $8,679.38 | $203,618.81 |
| | | |
| Total Household Disbursements | $3,209.73 | $81,193.09 |
| Total Business Disbursements | $6,301.40 | $76,321.63 |
| Total Disbursements | $9,511.13 | $157,514.72 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($831.75) | $46,104.09 |
| | | |
| CASH- End of Month (Individual) | $2,621.06 | $2,621.06 |
| CASH- End of Month (Business) | $50,210.47 | $50,210.47 |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $9,511.13 | $157,514.72 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $9,511.13 | $157,514.72 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _20_ day of _August_ 20_09_.    _[signature]_

Debtor's Signature

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative |
|---|---|---|
| | August '09 | Total |
| **CASH - Beginning of Month** | **$4,730.79** | **$4,593.23** |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | $979.42 |
| Wages from Other Sources (attach list to this report) | | $1,721.52 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $12,119.07 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | | $64,400.91 |
| *Rental Income* | $1,100.00 | |
| *Transfer Of Alimony From Business* | | |
| **TOTAL RECEIPTS** | **$1,100.00** | **$79,220.92** |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $452.30 |
| Gifts | | $2,582.69 |
| Household Expenses/Food/Clothing | $2,245.92 | $22,884.34 |
| Household Repairs & Maintenance | | $11,902.85 |
| Insurance | $12.95 | $2,245.72 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | $8.80 | $582.62 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule) *Payroll Taxes* | | $43.12 |
| Travel & Entertainment | $152.49 | $5,556.94 |
| Tuition/Education | $200.00 | $1,537.45 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $470.76 | $12,251.05 |
| Vehicle Expenses | $77.19 | $9,520.82 |
| Vehicle Secured Payment(s) | | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | | $2,904.00 |
| Other (attach schedule) *See Explanation Page* | $41.62 | $7,792.75 |
| | | |
| **Total Household Disbursements** | **$3,209.73** | **$81,193.09** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | **$2,621.06** | **$2,621.06** |

## *Other HouseHold Explanation Schedule*

**Case Name:**      **Bonnie Donovan.**
**Case Number:**    **3:08-BK-02133-JAF**
**Date of Petition:** **April 18, 2008**

|  | Other Category Total: | $41.62 |
|---|---|---|

| Description | Amount |
|---|---|
| Reimbursable Volunteer Expenses | |
| Association Dues | |
| Postage Expense | |
| FIA Card Services | |
| Missions Trip | |
| Time Share | |
| Miscellaneous | |
| Other Fees | $40.62 |
| Insurance Premium Refund | |
| Bank Service Charges | $1.00 |
| Advertising | |
| Business Fixed Expenses | |
| | |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | **$48,932.49** | **$2,134.21** |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income            *Security Deposit Return* | $(500.00) | $42,825.00 |
| Sale of Business Assets (attach list to this report) | | $2,500.00 |
| Other (specify)          *See Below Items* | | $79,072.89 |
| *Alimony Deposited to Business in Error* | *$8,079.38* | |
| | | |
| *Security Deposit Return* | | |
| **Total Business Receipts** | **$7,579.38** | **$124,397.89** |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll | | $110.37 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) | | $7,209.01 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | $172.49 | $1,241.64 |
| Insurance | $187.12 | $5,212.55 |
| Vehicle Expenses | | $7,131.93 |
| Travel & Entertainment | ($324.38) | $211.56 |
| Repairs and Maintenance | $209.44 | $3,554.76 |
| Supplies | | $0.00 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $1,166.38 |
| Advertising | | $0.00 |
| Bank Charges | $11.00 | $56.46 |
| Other (attach schedule)   **SEE ATTACHED SCHEDULE** | $6,045.73 | $50,426.97 |
| | | |
| **Total Business Disbursements** | **$6,301.40** | **$76,321.63** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | **$50,210.47** | **$50,210.47** |

# *Other -BUSINESS- Explanation Schedule*

**Case Name:**      **Bonnie Donovan.**
**Case Number:**    **3:08-BK-02133-JAF**
**Date of Petition:** **April 18, 2008**

|                         | Other Category Total: | $6,045.73 |
|-------------------------|-----------------------|-----------|
| Description             |                       | Amount    |
| Time Share              |                       |           |
| Association Dues        |                       |           |
| Reimbursable Volunteer Expenses |               |           |
| Unknown Items           |                       |           |
| U.S. Trustee            |                       |           |
| Utility                 |                       |           |
| Professional Fees       |                       | $3,650.00 |
| Car Insurance           |                       |           |
| Retirement Deferral     |                       |           |
| Accounting Fees         |                       |           |
| Medical Expenses        |                       |           |
| Household Expenses      |                       | $2,395.73 |

# RENT ROLL

Case Name: __Bonita Donovan__          Case Number: __3:08-BK-02133-JAF__

Date of Petition: __**April 18, 2008**__

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | Vacant | Vacant | |
| 150 Pantano Cay St. | $2,000.00 | $- | |
| 222 14th Ave N | $1,000.00 | $- | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $3,000.00 | $- (a) | |

(a) This total included on MOR-3 Other Receipts

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property  --  Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00 Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00 Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27 6 months | $0.00 |
| Flood  -- Allstate | 05/02/08 - 05/02/09 | $229.00 Annual | $0.00 |
| Property  -- Allstate | 05/02/08 - 05/02/09 | $336.00 Annual | $0.00 |
| Flood -- Countrywide | | $349.00 Annual | $0.00 |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| NONE |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

MONTHLY OPERATING REPORT -
INDIVIDUAL

## BANK ACCOUNT RECONCILIATIONS

NOTE:
*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end versus statement end date.*

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | | |
| Account Number: | 1000075569845 | 1000075701366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. Balance per Bank Statement | $2,621.06 | $50,210.47 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| TOTAL OF ALL ACCOUNTS | $2,621.06 | $50,210.47 | | | $52,831.53 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**Supporting Statement**

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|------|------|--------------|---------------|-------|------------------------|--------|
| | | | | *OUTSTANDING CHECKS* | | |
| SunTrust | 1000077569845 | | | | | |
| SunTrust | 100075701366 | | | | | |
| SunTrust | 100075701366 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

| | | | | | | |
|------|------|--------------|---------------|-------|------------------------|--------|
| | | | | *OUTSTANDING DEPOSITS* | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1108 | 08/21/09 | ACE Hardware | Repairs and Maintenance | $149.44 |
| 1107 | 08/31/09 | AHS Home Repair | Repairs and Maintenance | $60.00 |
| 1101 | 08/10/09 | BUCKHOLTZ, LESLIE | Professional Fees | $150.00 |
| 1099 | 08/07/09 | CITY OF NEPTUNE | Utilities | $102.49 |
| 1102 | 08/24/09 | CITY OF NEPTUNE | Utilities | $70.00 |
| 1096 | 08/07/09 | Dr. Callahan | Medical | $100.00 |
| 1097 | 08/07/09 | HTG & A | Professional Fees | $3,500.00 |
| 1103 | 08/26/09 | Missing Info | Household Expenses | $2,000.00 |
| | 08/13/09 | Suntrust | Bank Service Charges | $10.00 |
| | 08/13/09 | Suntrust | Bank Service Charges | $1.00 |
| 1105 | 08/25/09 | Suzanne Ryan | Rental Income | $500.00 |
| 1106 | 08/25/09 | TUESDAY MORNING | Household Expenses | $395.73 |
| | 08/12/09 | USAA P&C PREMIUM | Insurance Expense | $187.12 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | TOTAL | $7,225.78 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| **Name of Bank** | SUNTRUST |
| **Account Number** | 1000077569845 |
| **Purpose of Account (Business)** | HOUSEHOLD |
| **Type of Account (e.g., Checking)** | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 08/03/09 | Sonic Drive In | Meals and Entertainment | $20.49 |
| | 08/03/09 | CLDWTR | Other Expense | $25.67 |
| | 08/03/09 | Mackenzie Childs | Household Expenses | $26.01 |
| | 08/03/09 | Rue 57 | Meals and Entertainment | $58.99 |
| | 08/03/09 | WINN DIXIE | Household Expenses | $114.55 |
| | 08/05/09 | T-MOBILE | Telephone Expense | $92.35 |
| | 08/06/09 | STARBUCKS | Meals and Entertainment | $5.54 |
| 1078 | 08/10/09 | BEALL'S OUTLET | Household Expenses | $78.44 |
| | 08/12/09 | Peru Rent A Cell | Telephone Expense | $12.28 |
| | 08/12/09 | T-MOBILE | Telephone Expense | $86.54 |
| | 08/13/09 | TERRY'S COUNTRY | Household Expenses | $42.18 |
| | 08/13/09 | WALGREENS | Household Expenses | $212.12 |
| | 08/13/09 | Suntrust | Bank Service Charges | $1.00 |
| | 08/17/09 | WALGREENS | Medical | $8.80 |
| | 08/17/09 | INFO.FREECREDITR | Miscellaneous | $14.95 |
| | 08/17/09 | THE FISH COMPANY | Household Expenses | $59.22 |
| | 08/17/09 | Kloset Karma | Household Expenses | $175.75 |
| | 08/18/09 | PROCTOR ACE HARDWARE | Household Expenses | $31.01 |
| | 08/18/09 | sou ARden | Household Expenses | $102.72 |
| | 08/20/09 | WINN DIXIE | Household Expenses | $252.30 |
| | 08/21/09 | OFFICE DEPOT | Household Expenses | $173.18 |
| | 08/24/09 | COMCAST CABLE | Utilities | $110.18 |
| | 08/24/09 | Giant Oil | Automobile Expense | $46.12 |
| | 08/24/09 | Yesterdays Child Estate | Household Expenses | $59.40 |
| | 08/24/09 | NAVY EXCHANGE | Household Expenses | $92.00 |
| | 08/24/09 | Yesterdays Child Estate | Household Expenses | $250.00 |
| 1101 | 08/25/09 | BOLLES | Education Expense | $200.00 |
| | 08/25/09 | DOLLAR GENERAL | Household Expenses | $54.47 |
| | 08/26/09 | MCDONALD'S | Meals and Entertainment | $3.62 |
| | 08/26/09 | Cato | Household Expenses | $12.83 |
| | 08/26/09 | RACEWAY | Automobile Expense | $31.07 |
| | 08/26/09 | Cato | Household Expenses | $47.05 |
| 1041 | 08/27/09 | Pet Doctor | Household Expenses | $430.62 |
| | 08/27/09 | T-MOBILE | Telephone Expense | $169.41 |
| | 08/27/09 | STEIN-MART | Household Expenses | $32.07 |
| | 08/28/09 | Famous Amos | Meals and Entertainment | $8.55 |
| | 08/28/09 | ASP, Inc | Insurance Expense | $12.95 |
| | 08/31/09 | Famous Amos | Meals and Entertainment | $8.55 |
| | 08/31/09 | BISCOTTIS | Meals and Entertainment | $46.75 |
| | | | **TOTAL** | **$3,209.73** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CONTINUED NEXT PAGE

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| Accounts Receivable Beginning Balance | $0.00 | |
| Plus: Billings During the Month | $3,000.00 | |
| Less: Collections During the Month | $- | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | **$3,000.00** | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| 0 - 30 Days | $3,000.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $3,000.00 | $0.00 |

\* **Attach explanation of any adjustment or writeoff.**

\*\* **The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | $0.00 | $0.00 |
| **Total Post-Petition Taxes** | $0.00 | $0.00 |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| None at report time | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

STANDARD BANK RECONCILIATION

Account No. _____1000075701366_____     Month ___August___     Year ___2009___

Account Name _____Bonita N. Donovan_____

| | | | | |
|---|---|---|---|---|
| Bank Balance shown on Bank Statement | | | $ | 50,210.47 |
| Add (+) Deposits not shown on Bank Statement | | | $ | |
| Total | | | $ | 50,210.47 |

Subtract (-)
Checks and other items outstanding but not paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions     $        0.00

Balance     $   50,210.47


| | | | | |
|---|---|---|---|---|
| Your transaction register balance | | | $ | 50,210.47 |
| Add (+) Other credits shown on the bank statement but not in transaction register | | | $ | |
| Add (+) Interest paid on bank statement | | | $ | |
| Total | | | $ | 50,210.47 |

Subtract (-)
Other debits shown on bank statement but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

Total Subtractions     $        0.00

Balance     $   50,210.47

STANDARD BANK RECONCILIATION

Account No. _____ 1000077569845 _____ Month _____ **August** _____ Year _____ **2008** _____

Account Name _____ **Bonita N. Donovan** _____

| | | | |
|---|---|---|---|
| Bank Balance shown on Bank Statement | | | 2,621.06 |

Add (+)
Deposits not shown on Bank Statement                    $ _____

Total                                                                        $ _2,621.06_

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Subtractions                    $ _____0.00_

Balance                                    $ _2,621.06_


Your transaction register balance                    $ _2,621.06_

Add (+)
Other credits shown on the bank
statement but not in transaction register    $ _____

Add (+)
Interest paid on bank statement                    $ _____

Total                                                            $ _2,621.06_

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|---|---|
| | |
| | |
| | |

Total Subtractions                    $ _____0.00_

Balance                                    $ _2,621.06_

 **SUNTRUST**

Current Statement

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 50,110 | 08/31/09 |
| AVG COL BALANCE: | 52,555 | |
| LAST STMT ENDING BALANCE: | | 53,285.64 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000075701366 | 08/14/2009 - 09/09/2009 | 265193573 |

BEGINNING BALANCE:     53,285.64
DEPOSITS/CREDITS:     4,039.69
CHECKS/DEBITS:     4,500.89
ENDING-BALANCE:     52,824.44

================================================================

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|
| | 09/02 | 4,039.69 | | |

--------------------------------------------------------------

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|

--------------------------------------------------------------

================================================================

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1102 | 08/24 | 70.00 | 1106 | 08/25 | 395.73 |
| | 1105 | 08/25 | 500.00 | 1108 | 08/26 | 149.44 |
| | 1103 | 08/26 | 2,000.00 | 1107 | 08/31 | 60.00 |
| | 1109 | 09/02 | 80.00 | 1104 | 09/08 | 1,245.72 |

--------------------------------------------------------------

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|

================================================================

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 08/24 | 53,215.64 | 08/25 | 52,319.91 |
| | 08/26 | 50,170.47 | 08/31 | 50,110.47 |
| | 09/02 | 54,070.16 | 09/08 | 52,824.44 |

--------------------------------------------------------------

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 5
34/B06/0175/0 /38
1000077569845
08/13/2009


**SUNTRUST**

# Account
# Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 07/31 | 396.95 | CHECK CARD PURCHASE | | |
| | | | SHOE SHOE NY INC | NY | NY |
| | 08/03 | 20.49 | CHECK CARD PURCHASE | | |
| | | | SONIC DRIVE IN # | JACKSONVILLEBFL | |
| | 08/03 | 25.67 | CHECK CARD PURCHASE | | |
| | | | CLDWTR CK 1280-2 | JACKSONVILLE FL | |
| | 08/03 | 26.01 | CHECK CARD PURCHASE | | |
| | | | MACKENZIE CHILDS | NEW YORK   NY | |
| | 08/03 | 58.99 | CHECK CARD PURCHASE | | |
| | | | RUE 57 | NEW YORK   NY | |
| | 08/03 | 114.55 | POINT OF SALE DEBIT | TR DATE 08/01 | |
| | | | WINN DIXIE 1209 ATLANT | NEPTUNE BEACHFL AP0003 | |
| | 08/05 | 92.35 | ELECTRONIC/ACH DEBIT | | |
| | | | T-MOBILE          PCS SVC | 4453981 | |
| | 08/06 | 5.54 | CHECK CARD PURCHASE | | |
| | | | STARBUCKS USA 00 | NEPTUNE BCH FL | |
| | 08/12 | 12.28 | CHECK CARD PURCHASE | | |
| | | | PERU RENT A CELL | Callao   PE | |
| | 08/12 | 86.54 | CHECK CARD PURCHASE | | |
| | | | T-MOBILE #5883 | JACKSONVILLE FL | |
| | 08/13 | 42.18 | POINT OF SALE DEBIT | TR DATE 08/13 | |
| | | | TERRY'S COUNTRY/1618 P | JACKSONVILLE FL   0000JHOT | |
| | 08/13 | 212.12 | POINT OF SALE DEBIT | TR DATE 08/12 | |
| | | | WALGREEN COMPANY 406 A | NEPTUNE BEACHFL AJ0003 | |
| | 08/13 | 1.00 | CHECK IMAGE STATEMENT FEE | | |

Withdrawals/Debits: 54

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/15 | 2,878.59 | 2,878.59 | 07/29 | 7,010.91 | 7,010.91 |
| | 07/16 | 2,691.87 | 2,691.87 | 07/30 | 5,512.36 | 5,512.36 |
| | 07/17 | 2,785.92 | 2,785.92 | 07/31 | 4,730.79 | 4,730.79 |
| | 07/20 | 2,249.29 | 2,249.29 | 08/03 | 4,485.08 | 4,485.08 |
| | 07/21 | 1,922.87 | 1,922.87 | 08/05 | 4,392.73 | 4,392.73 |
| | 07/22 | 1,801.99 | 1,801.99 | 08/06 | 4,387.19 | 4,387.19 |
| | 07/23 | 1,751.99 | 1,751.99 | 08/10 | 4,308.75 | 4,308.75 |
| | 07/24 | 1,746.60 | 1,746.60 | 08/12 | 4,209.93 | 4,209.93 |
| | 07/27 | 9,112.11 | 9,112.11 | 08/13 | 3,954.63 | 3,954.63 |
| | 07/28 | 8,350.87 | 8,350.87 | | | |

 **SUNTRUST**

Current Statement

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 89 | 09/04/09 |
| AVG COL BALANCE: | 2,559 | |
| LAST STMT ENDING BALANCE: | | 3,954.63 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000077569845 | 08/14/2009 - 09/09/2009 | 265193573 |

BEGINNING BALANCE:      3,954.63
DEPOSITS/CREDITS:       1,208.00
CHECKS/DEBITS:          5,965.93
ENDING-BALANCE:          -803.30

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|
| | 08/26 | 1,100.00 | | |

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | 09/04 | 36.00 | SC/FEE REV |
| | 09/04 | 72.00 | SC/FEE REV |

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1101 | 08/25 | 200.00 | 1041 | 08/27 | 430.62 |
| | 1044 | 09/02 | 292.00 | 1040 | 09/03 | 615.00 |
| | 1042 | 09/04 | 432.00 | 1043 | 09/04 | 1,060.90 |

| DEBITS: | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|
| | 08/17 | 8.80 | WALGREENS #4733 | *Meds* |
| | 08/17 | 14.95 | INFO.FREECREDITR | *Credit report* |
| | 08/17 | 59.22 | THE FISH COMPANY | *Food* |
| | 08/17 | 175.75 | KLOSET KARMA LL/725 AT | *School clothes* |
| | 08/18 | 31.01 | PROCTOR ACE HARD | *H. Hold* |
| | 08/18 | 102.72 | SOU ARDEN B #3415  662 | *Clothes (Lily)* |
| | 08/20 | 252.30 | WINN DIXIE 1209 ATLANT | *Food* |
| | 08/21 | 173.18 | OFFICE DEPOT #433 | *School Supplies* |
| | 08/24 | 110.18 | COMCAST      COMCAST | *Lily/Ben* |
| | 08/24 | 46.12 | GIANT OIL # 379 | *gas* |
| | 08/24 | 59.40 | YESTERDAYS CHILD ESTATE M | *desk/Ben* |
| | 08/24 | 92.00 | NAVY EXCHANGE 060120 | *Clothes - Lily* |
| | 08/24 | 250.00 | YESTERDAYS CHILD ESTATE M | *Bed/Ben* |
| | 08/25 | 54.47 | DOLLAR GENERAL A1A SOU | *Food* |
| | 08/26 | 3.62 | MCDONALD'S F13836 | |
| | 08/26 | 12.83 | CATO - CAT4495 ROOSEVE | *Bonnie clothes* |
| | 08/26 | 31.07 | RACETRAC196 | *gas* |
| | 08/26 | 47.05 | CATO - CAT4495 ROOSEVE | *Bonnie* |
| | 08/27 | 169.41 | T-MOBILE      PCS SVC | *phone* |
| | 08/27 | 32.07 | STEIN MART #309 | *Bonnie* |
| | 08/28 | 8.55 | FAMOUS AMOS RESTAURANT #2 | *food* |
| | 08/28 | 12.95 | ASP, INC | *FBI closed - (dental plan)* |
| | 08/31 | 8.55 | FAMOUS AMOS RESTAURANT #2 | *food* |
| | 08/31 | 46.75 | BISCOTTIS | |
| | 09/03 | 39.00 | MASSAGE ENVY 0182 | *Bonnie* |
| | 09/04 | 108.00 | UAF PD PEN | *Business expense* |
| | 09/04 | 44.38 | FLYING J C STORE OUTSIDE | *gas* |
| | 09/04 | 48.00 | FL DRIVER LICENSES AND | *tag renewal* |
| | 09/08 | 133.00 | NSF PD PEN | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 5 of 5
34/B06/0175/0 /38
1000077569845
08/13/2009


SUNTRUST

# Account Statement

Ck # 1078     08/10     $78.44

Ck # 1126     07/20     $421.45

Ck # 1092     07/31     $100.00

Member FDIC

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
34/B06/0175/0 /38
1000075701366
08/13/2009



# SUNTRUST

## Account
## Statement

Լ.ӀӀԼ.Ӏ.Ӏ.Ӏ.Ӏ.Ӏ.ԼӀ.Ӏ.Ӏ.Ӏ.Ӏ.ӀӀ.ԼӀ.Ӏ.Ӏ.Ӏ.ӀӀӀ
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

SOLID THINKS OUTSIDE THE MAILBOX. GET THIS STATEMENT AND OTHERS ONLINE. SIGN ON
TO SUNTRUST ONLINE BANKING AT SUNTRUST.COM, NAVIGATE TO "I WANT TO...," THEN
CLICK "TURN ON/OFF PAPER STATEMENTS."

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | FREE CHECKING | | 1000075701366 | | 07/15/2009 - 08/13/2009 |

| | Description | Amount | Description | Amount |
|---|---|---|---|---|
| | Beginning Balance | $57,143.80 | Average Balance | $53,798.96 |
| | Deposits/Credits | $13,468.45 | Average Collected Balance | $53,764.79 |
| | Checks | $16,098.49 | Number of Days in Statement Period | 30 |
| | Withdrawals/Debits | $1,228.12 | | |
| | Ending Balance | $53,285.64 | | |

| Deposits/ Credits | Date | Amount | Description | | | |
|---|---|---|---|---|---|---|
| | 07/22 | 4,039.69 | ELECTRONIC/ACH CREDIT | | | |
| | | | CLAY EYE PHYSICI | PAYROLL | *********5775X | |
| | 08/03 | 324.38 | DEPOSIT | | | |
| | 08/05 | 4,039.69 | ELECTRONIC/ACH CREDIT | | | |
| | | | CLAY EYE PHYSICI | PAYROLL | *********0924X | |
| | 08/05 | 4,039.69 | ELECTRONIC/ACH CREDIT | | | |
| | | | CLAY EYE PHYSICI | PAYROLL | *********0923X | |
| | 08/10 | 1,025.00 | DEPOSIT | | | |
| | Deposits/Credits: 5 | | Total Items Deposited: 3 | | | |

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1091 | 2,354.00 | 07/20 | 1094 | 1,142.00 | 07/31 | *1099 | 102.49 | 08/07 |
| | 1092 | 650.00 | 07/28 | *1096 | 100.00 | 08/07 | *1101 | 150.00 | 08/10 |
| | 1093 | 100.00 | 07/28 | 1097 | 3,500.00 | 08/03 | | 8,000.00 | 07/27 |
| | Checks: 9 | | | *Break in check sequence | | | | | |

| Withdrawals/ Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 07/20 | 5.00 | SCREEN PRINT STATEMENT FEE | |
| | 08/12 | 187.12 | ELECTRONIC/ACH DEBIT | |
| | | | USAA P&C | PREMIUMPAY 965900587 |
| | 08/13 | 1,025.00 | DEPOSITED ITEM RETURNED | |
| | 08/13 | 10.00 | DEPOSITED ITEM RETURNED FEE | |
| | 08/13 | 1.00 | CHECK IMAGE STATEMENT FEE | |
| | Withdrawals/Debits: 5 | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/15 | 57,143.80 | 57,143.80 | 07/28 | 50,074.49 | 50,074.49 |
| | 07/20 | 54,784.80 | 54,784.80 | 07/31 | 48,932.49 | 48,932.49 |
| | 07/22 | 58,824.49 | 58,824.49 | 08/03 | 45,756.87 | 45,756.87 |
| | 07/27 | 50,824.49 | 50,824.49 | 08/05 | 53,836.25 | 53,836.25 |

10725                          Member FDIC                    Continued on next page



**Current Statement**

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

MIN COL BALANCE:        89    09/04/09
AVG COL BALANCE:      2,559
LAST STMT ENDING BALANCE:      3,954.63

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000077569845 | 08/14/2009 - 09/09/2009 | 265193573 |

BEGINNING BALANCE:      3,954.63
DEPOSITS/CREDITS:      1,208.00
CHECKS/DEBITS:      5,965.93
ENDING-BALANCE:      -803.30

```
============================================================================
DEPOSITS:   DATE        AMOUNT              DATE        AMOUNT
            08/26       1,100.00
----------------------------------------------------------------------------
CREDITS:    DATE        AMOUNT      DESCRIPTION
            09/04       36.00       SC/FEE REV
            09/04       72.00       SC/FEE REV
----------------------------------------------------------------------------
============================================================================
CHECKS: CHECK NO  DATE       AMOUNT    CHECK NO   DATE       AMOUNT
        1101      08/25      200.00    1041       08/27      430.62
        1044      09/02      292.00    1040       09/03      615.00
        1042      09/04      432.00    1043       09/04    1,060.90
----------------------------------------------------------------------------
DEBITS:     DATE        AMOUNT      DESCRIPTION
            08/17       8.80        WALGREENS #4733
            08/17       14.95       INFO.FREECREDITR
            08/17       59.22       THE FISH COMPANY
            08/17       175.75      KLOSET KARMA LL/725 AT
            08/18       31.01       PROCTOR ACE HARD
            08/18       102.72      SOU ARDEN B #3415  662
            08/20       252.30      WINN DIXIE 1209 ATLANT
            08/21       173.18      OFFICE DEPOT #433
            08/24       110.18      COMCAST        COMCAST
            08/24       46.12       GIANT OIL # 379
            08/24       59.40       YESTERDAYS CHILD ESTATE M
            08/24       92.00       NAVY EXCHANGE 060120
            08/24       250.00      YESTERDAYS CHILD ESTATE M
            08/25       54.47       DOLLAR GENERAL A1A SOU
            08/26       3.62        MCDONALD'S F13836
            08/26       12.83       CATO - CAT4495 ROOSEVE
            08/26       31.07       RACETRAC196
            08/26       47.05       CATO - CAT4495 ROOSEVE
            08/27       169.41      T-MOBILE       PCS SVC
            08/27       32.07       STBIN MART #309
            08/28       8.55        FAMOUS AMOS RESTAURANT #2
            08/28       12.95       ASP, INC
            08/31       8.55        FAMOUS AMOS RESTAURANT #2
            08/31       46.75       BISCOTTIS
            09/03       39.00       MASSAGE ENVY 0182
            09/04       108.00      UAF PD PEN
            09/04       44.38       FLYING J C STORE OUTSIDE
            09/04       48.00       FL DRIVER LICENSES AND
            09/08       133.00      NSF PD PEN
```

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 5
34/B06/0175/0 /38
1000077569845
08/13/2009



# SunTrust

## Account Statement

||ıll||ıl||ıl|l|||ıı|l||ıl|ıı||l|l|ıı||lll|ıı||lıı||ıı||ll|
BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

SOLID THINKS OUTSIDE THE MAILBOX. GET THIS STATEMENT AND OTHERS ONLINE. SIGN ON
TO SUNTRUST ONLINE BANKING AT SUNTRUST.COM, NAVIGATE TO "I WANT TO...," THEN
CLICK "TURN ON/OFF PAPER STATEMENTS."

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000077569845 | 07/15/2009 - 08/13/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $2,879.56 | Average Balance | $3,958.88 |
| Deposits/Credits | $8,160.00 | Average Collected Balance | $3,958.88 |
| Checks | $599.89 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $6,485.06 | | |
| Ending Balance | $3,954.63 | | |

alemony + → *refetd

| Deposits/ Credits | Date | Amount | Description | | | |
|---|---|---|---|---|---|---|
| | 07/17 | 40.00 | CHECK CARD CREDIT NAZARENE BIBLE C | | CO SPGS | CO |
| | 07/17 | 40.00 | CHECK CARD CREDIT NAZARENE BIBLE C | | CO SPGS | CO |
| | 07/17 | 40.00 | CHECK CARD CREDIT NAZARENE BIBLE C | | CO SPGS | CO |
| | 07/17 | 40.00 | CHECK CARD CREDIT NAZARENE BIBLE C | | CO SPGS | CO |
| | 07/27 | 8,000.00 | MISCELLANEOUS CREDIT | | | |
| | Deposits/Credits: 5 | | Total Items Deposited: 0 | | | |

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1078 | 78.44 | 08/10 | *1092 | 100.00 | 07/31 | *1126 | 421.45 | 07/20 |
| | Checks: 3 | | | *Break in check sequence | | | | | |

| Withdrawals/ Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 07/15 | .99 | CHECK CARD PURCHASE KARAOKECART.COM | 888-290-2278 NV |
| | 07/16 | 186.72 | CHECK CARD PURCHASE KMART | NEPTUNE BEACHFL |
| | 07/17 | 14.95 | CHECK CARD PURCHASE Info.FreeCreditR | 877-2888060 CA |
| | 07/17 | 51.00 | CHECK CARD PURCHASE GLOBAL EXPEDITIO | 888-419-8336 TX |
| | 07/20 | 5.00 | SCREEN PRINT STATEMENT FEE | |
| | 07/20 | 12.95 | CHECK CARD PURCHASE ASP, INC | 800-5111699 KS |
| | 07/20 | 35.00 | CHECK CARD PURCHASE GOVIOS | 877-2011313 KS |
| | 07/20 | 20.23 | POINT OF SALE DEBIT SHELL Service Station | TR DATE 07/17 NEPTUNE BEACHFL 40197801 |

10731                    Member FDIC         Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 5
34/B06/0175/0 /38
1000077569845
08/13/2009



# SunTrust

# Account
# Statement

| Withdrawals/ Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 07/20 | 42.00 | *POINT OF SALE DEBIT* | TR DATE 07/20 |
| | | | DOLLAR-GENERAL 2292 MA | JACKSONVILLE FL   AL0003 |
| | 07/21 | 15.00 | *CHECK CARD PURCHASE* | |
| | | | NWA AIR   0122 | 800-2252525 MN |
| | 07/21 | 56.84 | *CHECK CARD PURCHASE* | |
| | | | GLOBAL EXPEDITIO | 888-419-8336 TX |
| | 07/21 | 254.58 | *CHECK CARD PURCHASE* | |
| | | | KMART | NEPTUNE BEACHFL |
| | 07/22 | 120.88 | *ELECTRONIC/ACH DEBIT* | |
| | | | COMCAST      COMCAST | 0070099656 |
| | 07/23 | 50.00 | *CHECK CARD PURCHASE* | |
| | | | EPSTEIN AND ROBB | JACKSONVILLE FL |
| | 07/24 | 5.39 | *POINT OF SALE DEBIT* | TR DATE 07/23 |
| | | | ATLANTIC BEACH BP 382 | ATLANTIC BEACFL   AU0003 |
| | 07/27 | 447.22 | *ELECTRONIC/ACH DEBIT* | |
| | | | T-MOBILE      PCS SVC | 1797063 |
| | 07/27 | 103.00 | *ATM CASH WITHDRAWAL* | TR DATE 07/26 |
| | | | 00352001634 | NEW YORK   NY   INYN5066 |
| | 07/27 | 11.10 | *CHECK CARD PURCHASE* | |
| | | | THE UPS STORE #1 | JACKSONVILLE FL |
| | 07/27 | 13.86 | *CHECK CARD PURCHASE* | |
| | | | CHICK-FIL-A #011 | JACKSONVILLE FL |
| | 07/27 | 25.80 | *CHECK CARD PURCHASE* | |
| | | | ATLANTIC BEACH B | ATLANTIC BEACFL |
| | 07/27 | 31.51 | *CHECK CARD PURCHASE* | |
| | | | PICCADILLY   00 | JACKSONVILLE FL |
| | 07/27 | 2.00 | ATM CASH WITHDRAWAL FEE | |
| | 07/28 | 202.00 | *ATM CASH WITHDRAWAL* | TR DATE 07/28 |
| | | | BROADWAY AND 56 | NEW YORK   NY   FC1L0388 |
| | 07/28 | .00 | *ATM BALANCE INQUIRY* | TR DATE 07/28 |
| | | | 1755 BROADWAY AND 56TH | NEW YORK   NY   FC1L0388 |
| | 07/28 | 14.40 | *CHECK CARD PURCHASE* | |
| | | | SOUTH BEACH CLEA | JACKSONVILLE FL |
| | 07/28 | 14.94 | *CHECK CARD PURCHASE* | |
| | | | HESS 09552 | JACKSONVILLE FL |
| | 07/28 | 15.00 | *CHECK CARD PURCHASE* | |
| | | | DELTA AIR   0062 | JACKSONVILLE FL |
| | 07/28 | 27.00 | *CHECK CARD PURCHASE* | |
| | | | MTA MVM 49TH STR | 212-METROCARDNY |
| | 07/28 | 229.50 | *CHECK CARD PURCHASE* | |
| | | | RICHARD RODGERS | NEW YORK   NY |
| | 07/28 | 254.40 | *CHECK CARD PURCHASE* | |
| | | | TM *IN THE HEIGH | 212-307-4100 NY |
| | 07/28 | 2.00 | ATM BALANCE INQUIRY FEE | |
| | 07/28 | 2.00 | ATM CASH WITHDRAWAL FEE | |
| | 07/29 | 39.46 | *CHECK CARD PURCHASE* | |
| | | | STAGE DELI OF NE | NEW YORK   NY |
| | 07/29 | 1,300.50 | *CHECK CARD PURCHASE* | |
| | | | ABC CAMERA | NEW YORK   NY |
| | 07/30 | 32.00 | *CHECK CARD PURCHASE* | |
| | | | PIGALLE | NEWYORK   NY |
| | 07/30 | 201.40 | *CHECK CARD PURCHASE* | |
| | | | STERLING GEMS | NEW YORK   NY |
| | 07/30 | 455.16 | *CHECK CARD PURCHASE* | |
| | | | 7TH AVE ELECTRON | NEW YORK   NY |
| | 07/30 | 799.99 | *CHECK CARD PURCHASE* | |
| | | | 7TH AVE ELECTRON | NEW YORK   NY |
| | 07/30 | 10.00 | *POINT OF SALE DEBIT* | TR DATE 07/29 |
| | | | SOU MTA VENDING MAC432 | 212-METROCARDNY 00000001 |
| | 07/31 | 34.85 | *CHECK CARD PURCHASE* | |
| | | | DA ROSINA | MANHATTAN   NY |
| | 07/31 | 249.77 | *CHECK CARD PURCHASE* | |
| | | | STRAWBERRY #421 | NEW YORK   NY |

10732                    Member FDIC             Continued on next page

 **SUNTRUST**

**Current Statement**

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | |
|---|---|---|
| MIN COL BALANCE: | 50,110 | 08/31/09 |
| AVG COL BALANCE: | 52,555 | |
| LAST STMT ENDING BALANCE: | | 53,285.64 |

| | ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|---|
| | FREE CHECK | 1000075701366 | 08/14/2009 - 09/09/2009 | 265193573 |

BEGINNING BALANCE: 53,285.64
DEPOSITS/CREDITS: 4,039.69
CHECKS/DEBITS: 4,500.89
ENDING-BALANCE: 52,824.44

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|
| | 09/02 | 4,039.69 | | |

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | |

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1102 | 08/24 | 70.00 | 1106 | 08/25 | 395.73 |
| | 1105 | 08/25 | 500.00 | 1108 | 08/26 | 149.44 |
| | 1103 | 08/26 | 2,000.00 | 1107 | 08/31 | 60.00 |
| | 1109 | 09/02 | 80.00 | 1104 | 09/08 | 1,245.72 |

| DEBITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | |

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 08/24 | 53,215.64 | 08/25 | 52,319.91 |
| | 08/26 | 50,170.47 | 08/31 | 50,110.47 |
| | 09/02 | 54,070.16 | 09/08 | 52,824.44 |

*Rentals*

*222⁴th*
*8-5-09 rent being dep. Today but he will*
*he has not pd Sept. yet but he will*
*he is out of Town*

*135⁵th They will pay waiting on a ck*
*There were pd up till Sept.*
*remember they pd in advance.*
*150 Portino Cay — No$ in paper now*



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
34/B06/0175/0 /38
1000075701366
08/13/2009

# Account Statement

| | | |
|---|---|---|
| Ck # 1091 | 07/20 | $2,354.00 |
| Ck # 1092 | 07/28 | $650.00 |
| Ck # 1093 | 07/28 | $100.00 |
| Ck # 1094 | 07/31 | $1,142.00 |
| Ck # 1096 | 08/07 | $100.00 |
| Ck # 1097 | 08/03 | $3,500.00 |
| Ck # 1099 | 08/07 | $102.49 |
| Ck # 1101 | 08/10 | $150.00 |
| Ck # | 07/27 | $8,000.00 |

 SUNTRUST®

**Current Statement**

| | | | |
|---|---|---|---|
| 09/08 | 82.36 | T-MOBILE | PCS SVC |
| 09/08 | 224.75 | AVONLEA ANTIQUE MALL LLC | |
| 09/08 | 46.60 | WINN DIXIE 1209 ATLANT | |
| 09/08 | 406.37 | WAL-MART #1172 | |

BALANCE HISTORY:

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/17 | 3,695.91 | 08/18 | 3,562.18 |
| 08/20 | 3,309.88 | 08/21 | 3,136.70 |
| 08/24 | 2,579.00 | 08/25 | 2,324.53 |
| 08/26 | 3,329.96 | 08/27 | 2,697.86 |
| 08/28 | 2,676.36 | 08/31 | 2,621.06 |
| 09/02 | 2,329.06 | 09/03 | 1,675.06 |
| 09/04 | 89.78 | 09/08 | -803.30 |