**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-02133 |
| Bonita Donovan § | |
| § | CHAPTER 11 |
| DEBTORS § | |

**NOTICE OF CHANGE OF CREDITOR ADDRESSES AND LOAN NUMBER**

TO THE DEBTOR, TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

Notice is hereby given that Bank of America, N.A. has changed the servicing of this account to BAC Home Loan Servicing, L.P., a subsidiary of Bank of America, N.A. and consequently is changing the loan number and payment and notice addresses for purpose of this account. Therefore all payments and notices should be sent to BAC Home Loan Servicing, L.P. at the new addresses with the new loan number effective November 13, 2009.

**CREDITOR NAME:**            **BAC HOME LOAN SERVICING, L.P.**

**OLD LOAN NUMBER:**          xxxxxx5627

**NEW LOAN NUMBER:**          xxxxx4208

**OLD PAYMENT ADDRESS:**      475 Crosspoint Parkway
                              Getzville, New York 14068

**NEW PAYMENT ADDRESS:**      7105 Corporate Drive
                              Plano, Texas 75024

**OLD NOTICE ADDRESS:**       475 Crosspoint Parkway
                              Getzville, New York 14068

**NEW NOTICE ADDRESS:**       7105 Corporate Drive
                              Plano, Texas 75024

Should you have any questions regarding this notice or the information contained herein, please contact BAC Home Loan Servicing, L.P.:
Name:                Jennifer Schnaufer
Telephone Number:    716-635-2782
Fax Number:          716-635-7236
E-mail Address:      jennifer.r.schnaufer@bankofamerica.com

Respectfully submitted,
National Bankruptcy Services

/s/ Larry J. Buckley
Larry J Buckley
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: changeofaddress@NBSDefaultservices.com
Authorized Agent for BAC Home Loan Servicing, L.P.

## CERTIFICATE OF SERVICE

      I, Larry J. Buckley, hereby certify that a true and correct copy of the foregoing Notice of Change of Addresses and Loan Number has been served upon the following parties in interest electronically or by pre-paid regular U.S. Mail on the 15th day of October 20 09 :

Debtor
Bonita Donovan
800 FLA BLVD
NEPTUNE BEACH, FL 32266

Debtors' Attorney
ALBERT H. MICKLER
5452 Arlington Expy
Jacksonville, FL 322116860

Chapter 13 Trustee


                                                         Larry J. Buckley


Case No. 08-02133