# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### _____ DIVISION

IN RE:

Bonita Nix Donovan }
    }
    }
JERRY A. FUNK }
    }
3:08-bk-02133 }

DEBTOR.

CASE NUMBER:

JUDGE

CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM     September 01, 2009    TO    September 30, 2009

     Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    11/3/2009

Bryan Mickler
Attorney for Debtor

Debtor's Address
and Phone Number:
Bonnie Donovan
800 Florida Blvd
Neptune Beach, FL 32266

Tel.     904-246-2010

Attorney's Address
and Phone Number:
Bryan Mickler
5452 Arlington Exp
Jacksonville, FL 32211
Bar No. _____ 091140
Tel. _____ 904-725-0822

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)     Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month September '09 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $2,621.06 | $4,593.23 |
| CASH- Beginning of Month (Business) | $50,210.47 | $2,134.21 |
| | | |
| Total Household Receipts | $8,000.00 | $87,220.92 |
| Total Business Receipts | $5,119.07 | $129,516.96 |
| Total Receipts | $13,119.07 | $216,737.88 |
| | | |
| Total Household Disbursements | $7,362.09 | $88,555.18 |
| Total Business Disbursements | $2,334.84 | $78,656.47 |
| Total Disbursements | $9,696.93 | $167,211.65 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $3,422.14 | $49,526.23 |
| | | |
| CASH- End of Month (Individual) | $3,258.97 | $3,258.97 |
| CASH- End of Month (Business) | $52,994.70 | $52,994.70 |

#### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $9,696.93 | $167,211.65 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $9,696.93 | $167,211.65 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___3___ day of ___November___ 20 09 .

_Bonnie N. Donovan_
Debtor's Signature

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Bonita Nix Donovan |
|---|---|
| Case Number: | 3:08-bk-02133 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month September '09 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $2,621.06 | $4,593.23 |
| CASH- Beginning of Month (Business) | $50,210.47 | $2,134.21 |
| | | |
| Total Household Receipts | $8,000.00 | $87,220.92 |
| Total Business Receipts | $5,119.07 | $129,516.96 |
| Total Receipts | $13,119.07 | $216,737.88 |
| | | |
| Total Household Disbursements | $7,362.09 | $88,555.18 |
| Total Business Disbursements | $2,334.84 | $78,656.47 |
| Total Disbursements | $9,696.93 | $167,211.65 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | $3,422.14 | $49,526.23 |
| | | |
| CASH- End of Month (Individual) | $3,258.97 | $3,258.97 |
| CASH- End of Month (Business) | $52,994.70 | $52,994.70 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $9,696.93 | $167,211.65 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $9,696.93 | $167,211.65 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

This _____ day of _____ 20_____.

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month September '09 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | **$2,621.06** | **$4,593.23** |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | $979.42 |
| Wages from Other Sources (attach list to this report) | | $1,721.52 |
| Interest or Dividend Income | | $0.00 |
| Alimony or Child Support | | $12,119.07 |
| Social Security/Pension/Retirement | | $0.00 |
| Sale of Household Assets (attach list to this report) | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Other (specify) (attach list to this report) | | $72,400.91 |
| *Rental Income* | | |
| *Transfer Of Alimony From Business* | $8,000.00 | |
| **TOTAL RECEIPTS** | **$8,000.00** | **$87,220.92** |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | $0.00 |
| Charitable Contributions | | $452.30 |
| Gifts | | $2,582.69 |
| Household Expenses/Food/Clothing | $1,284.44 | $24,168.78 |
| Household Repairs & Maintenance | $371.24 | $12,274.09 |
| Insurance | | $2,245.72 |
| IRA Contribution | | $0.00 |
| Lease/Rent Payments | | $0.00 |
| Medical/Dental Payments | $590.00 | $1,172.62 |
| Mortgage Payment(s) | | $0.00 |
| Other Secured Payments | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes Other (attach schedule) | $383.33 | $426.45 |
| Travel & Entertainment | $1,264.40 | $6,821.34 |
| Tuition/Education | | $1,537.45 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $982.50 | $13,233.55 |
| Vehicle Expenses | $405.28 | $9,926.10 |
| Vehicle Secured Payment(s) | | $936.44 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Professional Fees (Legal, Accounting) | | $2,904.00 |
| Other (attach schedule)   *See Explanation Page* | $2,080.90 | $9,873.65 |
| | | |
| **Total Household Disbursements** | **$7,362.09** | **$88,555.18** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | **$3,258.97** | **$3,258.97** |

## *Other HouseHold Explanation Schedule*

**Case Name:** **Bonnie Donovan.**
**Case Number:** **3:08-BK-02133-JAF**
**Date of Petition:** **April 18, 2008**

Other Category Total:                    $2,080.90

| Description | Amount |
|---|---|
| Reimbursable Volunteer Expenses | |
| Association Dues | |
| Postage Expense | $56.67 |
| FIA Card Services | |
| Missions Trip | |
| Time Share | |
| Miscellaneous | $1,955.32 |
| Other Fees | $14.95 |
| Insurance Premium Refund | |
| Bank Service Charges | ($169.46) |
| Advertising | $115.42 |
| Business Fixed Expenses | $108.00 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month September '09 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | **$50,210.47** | **$2,134.21** |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | $0.00 |
| Account Receivable Collection | | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | $0.00 |
| Rental Income | $1,000.00 | $43,825.00 |
| Sale of Business Assets (attach list to this report) | | $2,500.00 |
| Other (specify)            *See Below Items* | | $83,191.96 |
| *Alimony Deposited to Business in Error* | *$12,119.07* | |
| *Alimony Transfer to Personal* | *($8,000.00)* | |
| | | |
| **Total Business Receipts** | **$5,119.07** | **$129,516.96** |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | $0.00 |
| Taxes - Payroll | | $110.37 |
| Taxes - Sales | | $0.00 |
| Taxes Other (attach schedule) | $571.00 | $7,780.01 |
| Contract Labor (Subcontractors) | | $0.00 |
| Inventory Purchases | | $0.00 |
| Secured/Lease Payments (Business) | | $0.00 |
| Utilities (Business) | | $1,241.64 |
| Insurance | $187.12 | $5,399.67 |
| Vehicle Expenses | | $7,131.93 |
| Travel & Entertainment | | $211.56 |
| Repairs and Maintenance | $80.00 | $3,634.76 |
| Supplies | | $0.00 |
| Charitable Contributions/Gifts | | $0.00 |
| Purchase of Fixed Assets | | $1,166.38 |
| Advertising | | $0.00 |
| Bank Charges | $1.00 | $57.46 |
| Other (attach schedule)   **SEE ATTACHED SCHEDULE** | $1,495.72 | $51,922.69 |
| | | |
| **Total Business Disbursements** | **$2,334.84** | **$78,656.47** |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | **$52,994.70** | **$52,994.70** |

## *Other -BUSINESS- Explanation Schedule*

**Case Name:**       **Bonnie Donovan.**
**Case Number:**      **3:08-BK-02133-JAF**
**Date of Petition:** **April 18, 2008**

|                                   | Other Category Total: | $1,495.72 |
|-----------------------------------|-----------------------|-----------|
| <u>Description</u>                |                       | <u>Amount</u> |
| Prior Month Charge                |                       | $100.00   |
| Association Dues                  |                       | $1,245.72 |
| Reimbursable Volunteer Expenses   |                       |           |
| Unknown Items                     |                       |           |
| U.S. Trustee                      |                       |           |
| Utility                           |                       |           |
| Professional Fees                 |                       |           |
| Car Insurance                     |                       |           |
| Retirement Deferral               |                       |           |
| Accounting Fees                   |                       |           |
| Medical Expenses                  |                       | $150.00   |
| Household Expenses                |                       |           |

## RENT ROLL

Case Name:      Bonita Donovan          Case Number:     3:08-BK-02133-JAF

Date of Petition:      **April 18, 2008**

| Tenant | Amount Billed | Amount Collected | Date Paid |
|---|---|---|---|
| 135 20th Ave S | Vacant | Vacant | |
| 150 Pantano Cay St. | $2,000.00 | $- | |
| 222 14th Ave N | $1,000.00 | $1,000.00 | Oct 09 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $3,000.00 | $1,000.00 (a) | |

(a) This total included on MOR-3 Other Receipts

MONTHLY OPERATING REPORT –
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES^ | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

^If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

^If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property -- Cypress Property and Casualty Insurance Company | 05/02/08 - 05/02/09 | $1,565.00 Annual | $0.00 |
| Property -- Universal Insurance Company | 06/02/08 -06/02/09 | $386.00 Annual | $0.00 |
| Auto -- USAA Casualty Insurance Company | 6/24/08 -6/24/09 | $1,085.27 6 months | $0.00 |
| Flood -- Allstate | 05/02/08 - 05/02/09 | $229.00 Annual | $0.00 |
| Property -- Allstate | 05/02/08 - 05/02/09 | $336.00 Annual | $0.00 |
| Flood -- Countrywide | | $349.00 Annual | $0.00 |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

NONE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

ATTACHMENT NO. 2

MONTHLY OPERATING REPORT -
INDIVIDUAL

## BANK ACCOUNT RECONCILIATIONS

NOTE:

*Bank statements are not generated at the end of the month. As a result, balances below reflect the statement balance as of month end versus statement end date.*

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | | |
| Account Number: | 100007569845 | 100007570 1366 | | | |
| Purpose of Account (Business/Personal) | Personal | Business | | | |
| Type of Account (e.g. checking) | Checking | Checking | | | |
| 1. Balance per Bank Statement | $3,258.97 | $52,994.70 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| TOTAL OF ALL ACCOUNTS | $3,258.97 | $52,994.70 | | | $56,253.67 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**Supporting Statement**

## OUTSTANDING CHECKS & DEPOSITS NOT POSTED

| Bank | Acct | Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|---|---|
| | | | | *OUTSTANDING CHECKS* | | |
| SunTrust | 1000077569845 | | | | | |
| SunTrust | 100075701366 | | | | | |
| SunTrust | 100075701366 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

| | | | | *OUTSTANDING DEPOSITS* | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000075701366 |
| Purpose of Account (Business) | OPERATING/BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1109 | 09/02/09 | Terminex | Repairs and Maintenance | $80.00 |
| 1104 | 09/08/09 | Pablo Beach House Association | Association Dues | $1,245.72 |
| | 09/14/09 | SUNTRUST | Bank Service Charges | $1.00 |
| 1110 | 09/22/09 | IRS | Income Taxes | $571.00 |
| | 09/14/09 | USAA P&C PREMIUM | Insurance Expense | $187.12 |
| 1112 | 09/24/09 | BUCKHOLTZ, LESLIE | Accounting Fees | $150.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $2,234.84 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SUNTRUST |
|---|---|
| Account Number | 1000077569845 |
| Purpose of Account (Business) | HOUSEHOLD |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 09/14/09 | MORRIS LOCAL NEWSPAPER | Advertising | $105.42 |
| | 09/30/09 | Florida Times Union | Advertising | $10.00 |
| | 09/04/09 | Flying J Store | Automobile Expense | $44.38 |
| | 09/04/09 | DMV | Automobile Expense | $48.00 |
| | 09/11/09 | KANGAROO EXPRESS | Automobile Expense | $30.72 |
| | 09/16/09 | CHEVRON | Automobile Expense | $30.43 |
| | 09/16/09 | CNS Advance | Automobile Expense | $24.36 |
| | 09/18/09 | Sunstop | Automobile Expense | $29.16 |
| | 09/21/09 | CITGO | Automobile Expense | $37.28 |
| | 09/22/09 | ALL PRO CAR REPAIR | Automobile Expense | $59.86 |
| | 09/24/09 | Kwik Trip Mayport | Automobile Expense | $22.74 |
| | 09/24/09 | SHELL OIL | Automobile Expense | $39.06 |
| | 09/28/09 | SHELL OIL | Automobile Expense | $39.29 |
| | 09/14/09 | SUNTRUST | Bank Service Charges | $134.00 |
| | 09/21/09 | Opay Tax Paymt Convenience | Bank Service Charges | $9.54 |
| | 09/09/09 | Transfer | Business Bank Account | |
| | 09/08/09 | AVONLEA ANTIQUE | Household Expenses | $224.75 |
| | 09/08/09 | WINN DIXIE | Household Expenses | $46.60 |
| | 09/08/09 | WALMART | Household Expenses | $406.37 |
| | 09/11/09 | CLDWTR | Household Expenses | $69.55 |
| | 09/11/09 | Dirt Cheap | Household Expenses | $267.50 |
| | 09/15/09 | SFMarkets | Household Expenses | $62.15 |
| | 09/17/09 | PUBLIX | Household Expenses | $17.10 |
| | 09/21/09 | CLDWTR | Household Expenses | $52.97 |
| | 09/21/09 | PUBLIX | Household Expenses | $58.57 |
| | 09/22/09 | Southern Nutrition | Household Expenses | $32.48 |
| | 09/23/09 | WINN DIXIE | Household Expenses | $69.44 |
| | 09/24/09 | STEIN-MART | Household Expenses | $150.93 |
| | 09/24/09 | WALGREENS | Household Expenses | $24.78 |
| | 09/24/09 | TERRY'S COUNTRY | Household Expenses | $31.03 |
| | 09/28/09 | WALGREENS | Household Expenses | $37.72 |
| | 09/21/09 | Treasury US | Income Taxes | $383.33 |
| | 09/03/09 | MASSAGE ENVY | Meals and Entertainment | $39.00 |
| | 09/14/09 | 3RD STREET DINER | Meals and Entertainment | $13.66 |
| | 09/14/09 | GOLDEN CORRAL | Meals and Entertainment | $35.48 |
| | 09/18/09 | Asian Bistro | Meals and Entertainment | $40.30 |
| | 09/18/09 | MASSAGE ENVY | Meals and Entertainment | $49.00 |
| | 09/24/09 | Original Pancake | Meals and Entertainment | $12.97 |
| | 09/24/09 | Mickey's Wings n Things | Meals and Entertainment | $13.72 |
| | 09/28/09 | AVONLEA ANTIQUE | Meals and Entertainment | $53.99 |
| | 09/28/09 | OLDE FLORIDA CAF | Meals and Entertainment | $14.76 |
| | 09/29/09 | CRABHOUSE | Meals and Entertainment | $51.71 |
| 1044 | 09/02/09 | Dr. Michael Kowaski | Medical | $292.00 |
| | 09/10/09 | A&H Health Center | Medical | $90.00 |
| | 09/28/09 | A&H Health Center | Medical | $208.00 |
| | 09/17/09 | INFO.FREECREDITR | Miscellaneous | $14.95 |
| 1040 | 09/03/09 | Premier Properties | Other Expense | $615.00 |
| 1043 | 09/04/09 | | Other Expense | $1,060.90 |
| | 09/04/09 | UAF PD PEN | Other Expense | $108.00 |
| | 09/08/09 | NSF PD Pen | Other Expense | $133.00 |
| | 09/22/09 | C&M | Other Expense | $42.14 |
| | 09/22/09 | C&M | Other Expense | $52.14 |
| | 09/22/09 | C&M | Other Expense | $52.14 |
| | 09/21/09 | FEDEX | Postage and Delivery | $56.67 |
| | 09/14/09 | PROCTOR ACE HARDWARE | Repairs and Maintenance | $103.74 |
| | 09/08/09 | T-MOBILE | Telephone Expense | $82.36 |
| | 09/28/09 | T-MOBILE | Telephone Expense | $196.55 |
| | 09/16/09 | UHAUL | Travel Expense | $300.00 |
| | 09/24/09 | UHAUL | Travel Expense | $483.57 |
| | 09/30/09 | Hilton Convention Center | Travel Expense | $156.24 |
| 1042 | 09/04/09 | BEACH ENERGY | Utilities | $432.00 |
| 1045 | 09/10/09 | BEACHES UTILITIES | Utilities | $131.41 |
| | 09/21/09 | COMCAST CABLE | Utilities | $140.18 |
| | | | | |
| | | | | |
| | | | TOTAL | $7,675.09 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| Accounts Receivable Beginning Balance | $0.00 | |
| Plus:  Billings During the Month | $3,000.00 | |
| Less: Collections During the Month | $1,000.00 | |
| Adjustments or WriteOffs* | $0.00 | |
| Accounts Receivable Ending Balance** | $2,000.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month $0.00 |
|---|---|---|
| 0 - 30 Days | $3,000.00 | |
| 31 - 60 Days | $2,000.00 | |
| 61 - 90 Days | $2,000.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $7,000.00 | $0.00 |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | $0.00 | $0.00 |
| Total Post-Petition Taxes | $0.00 | $0.00 |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zer

\*\*  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT –
INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| None at report time | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| None at report time. | | | | | |
| | | | | | |
| | | | | | |

STANDARD BANK RECONCILIATION

Account No. __100007570 1366__    Month __September__    Year __2009__    Account Name __Bonita N. Donovan__

Bank Balance shown on Bank Statement $ __52,994.70__

Add (+)
Deposits not shown on Bank Statement $ _____

Total $ __52,994.70__

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
|        | $      |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |

Total Subtractions $ __0.00__

Balance $ __52,994.70__

Your transaction register balance $ __52,944.70__

Add (+)
Other credits shown on the bank
statement but not in transaction register $ _____

Add (+)
Interest paid on bank statement $ _____

Total $ __52,944.70__

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
|        | $      |
|        |        |
|        |        |

Total Subtractions $ __0.00__

Balance $ __52,944.70__

STANDARD BANK RECONCILIATION

Account No. _____ **1000077569845**     Month _____ **September**    Year _____ **2008**

Account Name     **Bonita N. Donovan**

Bank Balance shown on Bank Statement      3,258.97

Your transaction register balance      $   3,258.97

Add (+)
Deposits not shown on Bank Statement    $ _____

Add (+)
Other credits shown on the bank
statement but not in transaction register    $ _____

Total    $   3,258.97

Add (+)
Interest paid on bank statement    $ _____

Total    $   3,258.97

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
|  | $ |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
|  |  |
|  |  |
|  |  |

Total Subtractions    $ __0.00__

Balance    $ 3,258.97

Total Subtractions    $ __0.00__

Balance    $ 3,258.97

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
34/B06/0175/0 /38
1000075701366
10/14/2009


**SUNTRUST**

## Account
## Statement

llllullulululllullllllllulllllllllllllllllllulllll
BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

SUNTRUST MAKES IT EASY TO HIT THE ROAD. WHETHER YOU'RE BUYING FROM A DEALER OR A
NEIGHBOR, OUR AUTO LOAN EXPERTS MAKE IT EASY TO GET BACK ON THE ROAD. WITH AUTO
LOAN RATES AT HISTORIC LOWS, TALK TO A SUNTRUST REPRESENTATIVE TODAY AT YOUR
LOCAL BRANCH, CALL 800.SUNTRUST, OR VISIT SUNTRUST.COM TO LEARN MORE.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000075701366 | 09/15/2009 - 10/14/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $45,636.32 | Average Balance | $51,280.15 |
| Deposits/Credits | $14,119.07 | Average Collected Balance | $51,213.48 |
| Checks | $721.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $188.12 | | |
| Ending Balance | $58,846.27 | | |

**Deposits/Credits**

| Date | Amount | Description | |
|---|---|---|---|
| 09/16 | 4,039.69 | ELECTRONIC/ACH CREDIT | |
| | | CLAY EYE PHYSICI    PAYROLL | *********0430X |
| 09/30 | 4,039.69 | ELECTRONIC/ACH CREDIT | |
| | | CLAY EYE PHYSICI    PAYROLL | *********7549X |
| 10/13 | 2,000.00 | DEPOSIT | |
| 10/14 | 4,039.69 | ELECTRONIC/ACH CREDIT | |
| | | FIDELITY EMP SVC    CLAYEYEPHY  22 | |

Deposits/Credits: 4          Total Items Deposited: 2

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1110 | 571.00 | 09/22 | ✳1112 | 150.00 | 09/24 | | | |

Checks: 2          ✳Break in check sequence

**Withdrawals/Debits**

| Date Paid | Amount | Description |
|---|---|---|
| 10/14 | 187.12 | ELECTRONIC/ACH DEBIT |
| | | USAA P&C          PREMIUMPAY 965900587 |
| 10/14 | 1.00 | CHECK IMAGE STATEMENT FEE |

Withdrawals/Debits: 2

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/15 | 45,636.32 | 45,636.32 | 09/30 | 52,994.70 | 52,994.70 |
| 09/16 | 49,676.01 | 49,676.01 | 10/13 | 54,994.70 | 52,994.70 |
| 09/22 | 49,105.01 | 49,105.01 | 10/14 | 58,846.27 | 58,846.27 |
| 09/24 | 48,955.01 | 48,955.01 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
34/B06/0175/0 /38
1000075701366
10/14/2009

## SunTrust

## Account
## Statement



Ck # 1110        09/22        $571.00



Ck # 1112        09/24        $150.00

       Member FDIC

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 5
34/B06/0175/0 /38
1000077569845
10/14/2009


# SUNTRUST

# Account Statement

|.|l..|.|.l.|.|l..|l..l|.l|..l|ll|..|l..||..l||

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 308BK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

Questions? Please call
1-800-786-8787

SUNTRUST MAKES IT EASY TO HIT THE ROAD. WHETHER YOU'RE BUYING FROM A DEALER OR A
NEIGHBOR, OUR AUTO LOAN EXPERTS MAKE IT EASY TO GET BACK ON THE ROAD. WITH AUTO
LOAN RATES AT HISTORIC LOWS, TALK TO A SUNTRUST REPRESENTATIVE TODAY AT YOUR
LOCAL BRANCH, CALL 800.SUNTRUST, OR VISIT SUNTRUST.COM TO LEARN MORE.

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE CHECKING | 1000077569845 | 09/15/2009 - 10/14/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,420.22 | Average Balance | $3,434.56 |
| Deposits/Credits | $252.97 | Average Collected Balance | $3,434.56 |
| Checks | $510.92 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $6,081.75 | | |
| Ending Balance | $80.52 | | |

---

**Deposits/Credits**

| Date | Amount | Description | |
|---|---|---|---|
| 10/06 | 52.97 | CHECK CARD CREDIT | TR DATE 10/04 |
| | | CLDWTR CK 1280-28228 | JACKSONVILLE FL |
| 10/14 | 200.00 | OVERDRAFT TRANSFER CREDIT | |
| | | FROM DEPOSIT ACCOUNT 00001000075701366 | |

Deposits/Credits: 2          Total Items Deposited: 0

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1047 | 360.23 | 10/09 | *1127 | 150.69 | 10/13 | | | |

Checks: 2          *Break in check sequence

---

**Withdrawals/Debits**

| Date Paid | Amount | Description | |
|---|---|---|---|
| 09/15 | 62.15 | POINT OF SALE DEBIT | TR DATE 09/15 |
| | | SFMARKETS 081 | DOTHAN    AL     LK425754 |
| 09/16 | 30.43 | CHECK CARD PURCHASE | TR DATE 09/14 |
| | | CHEVRON 00204569 | JACKSONVILLE FL |
| 09/16 | 300.00 | CHECK CARD PURCHASE | TR DATE 09/12 |
| | | U-HAUL CT BEACHSIDE | NEPTUNE BEACHFL |
| 09/16 | 24.36 | POINT OF SALE DEBIT | TR DATE 09/16 |
| | | CNS ADVANCE STORES 131 | CRESTVIEW  FL    00000000 |
| 09/17 | 14.95 | CHECK CARD PURCHASE | TR DATE 09/15 |
| | | Info.FreeCreditReport.com | InfoFCR.com CA |
| 09/17 | 17.10 | POINT OF SALE DEBIT | TR DATE 09/17 |
| | | PUBLIX 408 BEACH BLVD | JACKSONVILLE FL   A30003 |
| 09/18 | 29.16 | CHECK CARD PURCHASE | TR DATE 09/16 |
| | | SUNSTOP 618 | DOTHAN    AL |
| 09/18 | 40.30 | CHECK CARD PURCHASE | TR DATE 09/15 |
| | | ASIAN BISTRO | DOTHAN    AL |
| 09/18 | 49.00 | CHECK CARD PURCHASE | TR DATE 09/15 |
| | | MASSAGE ENVY 0182 | 904-3942500 FL |
| 09/21 | 9.54 | CHECK CARD PURCHASE | TR DATE 09/17 |
| | | OPAY TAX PYMT CONVENIE | 800-4874567 CA |

---

Member FDIC          Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 5
34/B06/0175/0 /38
1000077569845
10/14/2009



**SUNTRUST**

# Account
# Statement

| Withdrawals/Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 10/01 | 27.06 | *CHECK CARD PURCHASE* | | TR DATE 09/28 |
| | | | GIANT OIL # 382 | ATLANTIC BEACFL | |
| | 10/01 | 247.28 | *CHECK CARD PURCHASE* | | TR DATE 09/29 |
| | | | WINN-DIXIE #0018 | NEPTUNE BEACHFL | |
| | 10/02 | 5.56 | *CHECK CARD PURCHASE* | | TR DATE 09/30 |
| | | | A1A SURFSIDE PRINTING | JAX BCH   FL | |
| | 10/05 | 86.45 | *ELECTRONIC/ACH DEBIT* | | |
| | | | T-MOBILE          PCS SVC | 8824117 | |
| | 10/05 | 10.26 | *CHECK CARD PURCHASE* | | TR DATE 10/03 |
| | | | PLANET SMOOTHIE IV | JACKSONVILLE FL | |
| | 10/05 | 58.27 | *CHECK CARD PURCHASE* | | TR DATE 10/03 |
| | | | 0376 YANKEE CANDLE | ST. AUGUSTINEFL | |
| | 10/05 | 16.21 | *POINT OF SALE DEBIT* | | TR DATE 10/04 |
| | | | DOLLAR GENERAL A1A SOU | ST AUGUSTINE FL  AJ0003 | |
| | 10/05 | 30.96 | *POINT OF SALE DEBIT* | | TR DATE 10/03 |
| | | | GATE 1199 | JACKSONVILLE FL   008 | |
| | 10/05 | 73.41 | *POINT OF SALE DEBIT* | | TR DATE 10/03 |
| | | | SOU COSMETIC CO ST@362 | ST AUGUSTINE FL   00000001 | |
| | 10/05 | 89.44 | *POINT OF SALE DEBIT* | | TR DATE 10/05 |
| | | | SOU LOFT OUTLET STO432 | ST AUGUSTINE FL   00000702 | |
| | 10/06 | 233.54 | *POINT OF SALE DEBIT* | | TR DATE 10/05 |
| | | | CNS JOANN STORES, l732 | ATLANTIC BEAFL   00662977 | |
| | 10/07 | 30.19 | *CHECK CARD PURCHASE* | | TR DATE 10/04 |
| | | | NAPOLI PIZZA INC | SAINT AUGUSTIFL | |
| | 10/07 | 40.36 | *CHECK CARD PURCHASE* | | TR DATE 10/05 |
| | | | BOZARD FORD LINCN MERC | ST AUGUSTINE FL | |
| | 10/08 | 15.46 | *CHECK CARD PURCHASE* | | TR DATE 10/06 |
| | | | BURGER KING #7128 | SAINT AUGUSTIFL | |
| | 10/08 | 41.72 | *CHECK CARD PURCHASE* | | TR DATE 10/05 |
| | | | CLDWTR CK 1399-19904 | 800-262-0040 ID | |
| | 10/08 | 51.94 | *CHECK CARD PURCHASE* | | TR DATE 10/05 |
| | | | BCBG # 0438 | SAINT AUGUSTIFL | |
| | 10/08 | 71.52 | *CHECK CARD PURCHASE* | | TR DATE 10/05 |
| | | | CLDWTR CK 1280-38148 | ST AUGUSTINE FL | |
| | 10/08 | 344.47 | *CHECK CARD PURCHASE* | | TR DATE 10/06 |
| | | | BJ WHOLESALE #0108 | JACKSONVILLE FL | |
| | 10/08 | 27.73 | *POINT OF SALE DEBIT* | | TR DATE 10/08 |
| | | | FRESH MKT-088 JVLE | JACKSONVILLE FL  LK611784 | |
| | 10/09 | 15.00 | *CHECK CARD PURCHASE* | | TR DATE 10/06 |
| | | | A PURVIS SURVIS INC | JACKSONVILLE FL | |
| | 10/09 | 129.99 | *CHECK CARD PURCHASE* | | TR DATE 10/06 |
| | | | A PURVIS SURVIS INC | JACKSONVILLE FL | |
| | 10/09 | 142.00 | *CHECK CARD PURCHASE* | | TR DATE 10/07 |
| | | | FEMA NFIP ALLSTATE | 913-469-8700 KS | |
| | 10/13 | 19.00 | *CHECK CARD PURCHASE* | | TR DATE 10/10 |
| | | | GLOBAL EXPEDITIONS CC | 888-419-8336 TX | |
| | 10/13 | 20.80 | *CHECK CARD PURCHASE* | | TR DATE 10/09 |
| | | | SUNSHINE # 255 | JACKSONVILLE FL | |
| | 10/13 | 90.00 | *CHECK CARD PURCHASE* | | TR DATE 10/09 |
| | | | ACUPUNTURE & HOLISTIC HEA | JACKSONVILLE FL | |
| | 10/13 | 260.99 | *CHECK CARD PURCHASE* | | TR DATE 10/10 |
| | | | PROCTOR ACE HARDWARE 0494 | NEPTUNE BEACHFL | |
| | 10/13 | 10.70 | *POINT OF SALE DEBIT* | | TR DATE 10/09 |
| | | | DOLLAR TREE #01010 | ATLANTIC BEACFL  001 | |
| | 10/13 | 118.35 | *POINT OF SALE DEBIT* | | TR DATE 10/09 |
| | | | CNS JOANN STORES, l260 | ATLANTIC BEAFL   00662977 | |
| | 10/13 | 269.44 | *POINT OF SALE DEBIT* | | TR DATE 10/13 |
| | | | TARGET T0967 JACKSONVI | Jacksonvlle BFL   09670076 | |
| | 10/14 | 10.00 | OVERDRAFT PROTECTION TRANSFER FEE | | |
| | 10/14 | 12.48 | *POINT OF SALE DEBIT* | | TR DATE 10/13 |
| | | | SHELL Service Station | JACKSONVILLE FL  40190201 | |
| | 10/14 | 305.69 | *POINT OF SALE DEBIT* | | TR DATE 10/14 |
| | | | JENNY CRAIG | JACKSONVILLE FL  43010002 | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 5 of 5
34/B06/0175/0 /38
1000077569845
10/14/2009



# SunTrust

## Account
## Statement

---

Ck # 1047        10/09        $360.23

Ck # 1127        10/13        $150.69

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

PAGE 1 OF 3
34/B06/0175/0 /38
1000077569845
09/14/2009

ACCOUNT
STATEMENT

BONITA DONOVAN CH 11 DIP HOUSEHLD ACCT B
BONITA A DONOVAN TTEE
CASE 23 30ABK02133
800 FLORIDA BLVD
NEPTUNE BEACH FL 32266-3610

QUESTIONS? PLEASE CALL
1-800-786-8787

FOR OVERDRAFT PROTECTION CLIENTS, EFFECTIVE 11/14/09, THE AMOUNT TRANSFERRED
FROM A DESIGNATED CHECKING, SAVINGS OR MONEY MARKET ACCOUNT TO THE OVERDRAWN
ACCOUNT WILL NO LONGER BE BASED ON $100 INCREMENTS, BUT WILL BE THE ACTUAL
OVERDRAFT AMOUNT PLUS ANY APPLICABLE FEES.

-------------------------------------------------------------------------------------
### ACCOUNT SUMMARY

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TAXPAYER ID |
|---|---|---|---|
| FREE CHECKING | 1000077569845 | 08/14/2009 - 09/14/2009 | 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 |

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| BEGINNING BALANCE | $3,954.63 | AVERAGE BALANCE | $3,249.45 |
| DEPOSITS/CREDITS | $9,280.00 | AVERAGE COLLECTED BALANCE | $3,249.45 |
| CHECKS | $3,161.93 | NUMBER OF DAYS IN STATEMENT PERIOD | 32 |
| WITHDRAWALS/DEBITS | $3,652.48 | | |
| ENDING BALANCE | $6,420.22 | | |

-------------------------------------------------------------------------------------
### DEPOSITS/CREDITS

| DATE | AMOUNT | DESCRIPTION | SR | BATCH |
|---|---|---|---|---|
| 08/26 | 1,100.00 | DEPOSIT | 20 | 18781947 |
| 09/04 | 36.00 | REVERSAL OF UAF PAID ITEMS PENALTY | 50 | |
| 09/04 | 72.00 | REVERSAL OF UAF PAID ITEMS PENALTY | 50 | |
| 09/08 | 36.00 | REVERSAL OF NSF PAID ITEMS PENALTY | 50 | |
| 09/08 | 36.00 | REVERSAL OF NSF PAID ITEMS PENALTY | 50 | |
| 09/09 | 8,000.00 | MISCELLANEOUS CREDIT | 20 | 18253064 |

DEPOSITS/CREDITS: 6       TOTAL ITEMS DEPOSITED: 1
-------------------------------------------------------------------------------------
### CHECKS

| CHECK NUMBER | AMOUNT | DATE PAID | SR | BATCH | CHECK NUMBER | AMOUNT | DATE PAID | SR | BATCH |
|---|---|---|---|---|---|---|---|---|---|
| 1040 | 615.00 | 09/03 | 20 | 18659801 | 1044 | 292.00 | 09/02 | 20 | 96273921 |
| 1041 | 430.62 | 08/27 | 20 | 96042647 | 1045 | 131.41 | 09/10 | 20 | 95288912 |
| 1042 | 432.00 | 09/04 | 20 | 96214255 | *1101 | 200.00 | 08/25 | 20 | 95284333 |
| 1043 | 1,060.90 | 09/04 | 20 | 96242507 | | | | | |

CHECKS: 7         *BREAK IN CHECK SEQUENCE
-------------------------------------------------------------------------------------
### WITHDRAWALS/DEBITS

| DATE PAID | AMOUNT | DESCRIPTION | | | SR | BATCH |
|---|---|---|---|---|---|---|
| 08/17 | 8.80 | CHECK CARD PURCHASE | | | 83 | |
| | | WALGREENS #6733 | JAX BCH | FL | | |
| 08/17 | 14.95 | CHECK CARD PURCHASE | | | 83 | |
| | | Info.FreeCreditR | InfoFCR.com | CA | | |
| 08/17 | 59.22 | CHECK CARD PURCHASE | | | 83 | |
| | | THE FISH COMPANY | ATLANTIC BEACFL | | | |
| 08/17 | 175.75 | POINT OF SALE DEBIT | TR DATE 08/15 | | 82 | |
| | | KLOSET KARMA LL/725 AY | ATLANTIC BEACFL | 00001030 | | |
| 08/18 | 31.01 | CHECK CARD PURCHASE | | | 83 | |
| | | PROCTOR ACE HARD | NEPTUNE BEACHFL | | | |
| 08/18 | 102.72 | POINT OF SALE DEBIT | TR DATE 08/17 | | 82 | |
| | | SOU ARDEN B #3415  66Z | JACKSONVILLE FL | 00000001 | | |

MEMBER FDIC                    CONTINUED ON NEXT PAGE

SUNTRUST BANK                                   PAGE 2 OF 3
P O BOX 622227                                  34/B06/0175/0 /38
ORLANDO FL 32862-2227                           1000077569845
                                                09/14/2009


                                        ACCOUNT
                                        STATEMENT

-------------------------------------------------------------------------------
                              WITHDRAWALS/DEBITS
DATE      AMOUNT DESCRIPTION                                    SR  BATCH
PAID
08/20     252.30 POINT OF SALE DEBIT          TR DATE 08/19     82
                 WINN DIXIE 1209 ATLANT    NEPTUNE BEACHFL  AE0003
08/21     173.18 CHECK CARD PURCHASE          TR DATE 08/18     83
                 OFFICE DEPOT #453         JACKSONVILLE FL
08/24     110.18 ELECTRONIC/ACH DEBIT                           34  33002401139
                 COMCAST          COMCAST  0070099656
08/24      46.12 CHECK CARD PURCHASE          TR DATE 08/20     83
                 GIANT OIL # 379           JACKSONVILLE FL
08/24      59.40 CHECK CARD PURCHASE          TR DATE 08/21     83
                 YESTERDAYS CHILD ESTATE M  JACKSONVILLE FL
08/24      92.00 CHECK CARD PURCHASE          TR DATE 08/20     83
                 NAVY EXCHANGE 060120       ATLANTIC BEACVA
08/24     250.00 CHECK CARD PURCHASE          TR DATE 08/21     83
                 YESTERDAYS CHILD ESTATE M  JACKSONVILLE FL
08/25      54.47 POINT OF SALE DEBIT          TR DATE 08/24     82
                 DOLLAR GENERAL A1A SOU     ST AUGUSTINE FL  AR0003
08/26       3.62 CHECK CARD PURCHASE          TR DATE 08/24     83
                 MCDONALD'S F13836          JACKSONVILLE FL
08/26      12.83 POINT OF SALE DEBIT          TR DATE 08/26     82
                 CATO - CAT4495 ROOSEVE     JACKSONVILLE FL  A30003
08/26      31.07 POINT OF SALE DEBIT          TR DATE 08/26     82
                 RACETRAC196               ORANGE PARK  FL  68528002
08/26      47.85 POINT OF SALE DEBIT          TR DATE 08/26     82
                 CATO - CAT4495 ROOSEVE     JACKSONVILLE FL  A70003
08/27     169.41 ELECTRONIC/ACH DEBIT                           30  38009516017
                 T-MOBILE         PCS SVC   8729921
08/27      32.07 CHECK CARD PURCHASE          TR DATE 08/25     83
                 STEIN MART #389            JACKSONVILLE FL
08/28       8.55 CHECK CARD PURCHASE          TR DATE 08/25     83
                 FAMOUS AMOS RESTAURANT #2  JACKSONVILLE FL
08/28      72.95 CHECK CARD PURCHASE          TR DATE 08/25     83
                 ASP, INC                  800-5111699  KS
08/31       8.55 CHECK CARD PURCHASE          TR DATE 08/26     83
                 FAMOUS AMOS RESTAURANT #2  JACKSONVILLE FL
08/31      46.75 CHECK CARD PURCHASE          TR DATE 08/26     83
                 BISCOTTIS                 JACKSONVILLE FL
09/03      39.00 CHECK CARD PURCHASE          TR DATE 08/31     83
                 MASSAGE ENVY D182         906-3962500 FL
09/04     108.00 UAF PAID ITEMS PENALTY                         00
09/04      44.38 CHECK CARD PURCHASE          TR DATE 09/02     83
                 Flying J C store outside   St. AugustineFL
09/04      48.00 CHECK CARD PURCHASE          TR DATE 09/02     83
                 FL DRIVER LICENSES AND    850-6172000  FL
09/08     133.00 NSF PAID ITEMS PENALTY                         00
09/08      82.36 ELECTRONIC/ACH DEBIT                           30  51005965153
                 T-MOBILE         PCS SVC   5489211
09/08     224.75 CHECK CARD PURCHASE          TR DATE 09/04     83
                 AVONLEA ANTIQUE MALL LLC   JACKSONVILLE FL
09/08      46.60 POINT OF SALE DEBIT          TR DATE 09/06     82
                 WINN DIXIE 1209 ATLANT     NEPTUNE BEACHFL  AH0003
09/08     406.37 POINT OF SALE DEBIT          TR DATE 09/05     82
                 WAL-MART #1172            JACKSONVILLE FL  24117201
09/10      90.00 CHECK CARD PURCHASE          TR DATE 09/08     83
                 A & H HEALTH CENTER        JACKSONVILLE FL
09/10      30.72 POINT OF SALE DEBIT          TR DATE 09/10     82
                 KANGAROO EXPRESS          JACKSONVILLE FL  PNTY603
09/11      69.55 CHECK CARD PURCHASE          TR DATE 09/08     83
                 CLDWTR CK 1280-28226       JACKSONVILLE FL
09/11     267.50 CHECK CARD PURCHASE          TR DATE 09/08     83
                 DIRT CHEAP                904-2493478  FL

Sept 09

              MEMBER FDIC              CONTINUED ON NEXT PAGE

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

PAGE 3 OF 3
34/B06/0175/0 /38
1000077569845
09/14/2009

ACCOUNT
STATEMENT

------------------------------------------------------------------------------------------------------------------------
WITHDRAWALS/DEBITS

| DATE PAID | AMOUNT DESCRIPTION | | SR | BATCH |
|---|---|---|---|---|
| 09/14 | 13.66 CHECK CARD PURCHASE | TR DATE 09/10 | 83 | |
| | 3RD STREET DINER | JACKSONVILLE FL | | |
| 09/14 | 35.48 CHECK CARD PURCHASE | TR DATE 09/11 | 83 | |
| | GOLDEN CORRAL 672 | JACKSONVILLE FL | | |
| 09/14 | 103.74 CHECK CARD PURCHASE | TR DATE 09/09 | 83 | |
| | PROCTOR ACE HARDWARE 0494 | NEPTUNE BEACHFL | | |
| 09/14 | 105.42 CHECK CARD PURCHASE | TR DATE 09/11 | 83 | |
| | MORRIS-LOCAL NEWSPAPER | 866-875-7917 GA | | |
| 09/14 | 1.00 CHECK IMAGE STATEMENT FEE | | 00 | |

WITHDRAWALS/DEBITS:  42

------------------------------------------------------------------------------------------------------------------------
BALANCE ACTIVITY HISTORY

| DATE | BALANCE | COLLECTED BALANCE | DATE | BALANCE | COLLECTED BALANCE |
|---|---|---|---|---|---|
| 08/14 | 3,954.63 | 3,954.63 | 08/31 | 2,621.06 | 2,621.06 |
| 08/17 | 3,695.91 | 3,695.91 | 09/02 | 2,329.06 | 2,329.06 |
| 08/18 | 3,562.18 | 3,562.18 | 09/03 | 1,675.06 | 1,675.06 |
| 08/20 | 3,509.88 | 3,509.88 | 09/04 | 89.78 | 89.78 |
| 08/21 | 3,136.70 | 3,136.70 | 09/08 | -731.30 | -731.30 |
| 08/24 | 2,579.00 | 2,579.00 | 09/09 | 7,268.70 | 7,268.70 |
| 08/25 | 2,324.53 | 2,324.53 | 09/10 | 7,016.57 | 7,016.57 |
| 08/26 | 3,329.96 | 3,329.96 | 09/11 | 6,679.52 | 6,679.52 |
| 08/27 | 2,697.86 | 2,697.86 | 09/14 | 6,420.22 | 6,420.22 |
| 08/28 | 2,676.36 | 2,676.36 | | | |

MEMBER FDIC

2.

# SunTrust

Previous Statement

BONITA DONOVAN CH 11 DIP OPER ACCT BUS B
BONITA DONOVAN  TTEE
CASE 23 308BK02133
800 FLORIDA BLVD

| | | | |
|---|---|---|---|
| MIN COL BALANCE: | 45,636 | 09/15/09 |
| AVG COL BALANCE: | 51,214 | |
| LAST STMT ENDING BALANCE: | | 45,636.32 |

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TIN |
|---|---|---|---|
| FREE CHECK | 1000075701366 | 09/16/2009 - 10/14/2009 | 265193573 |

BEGINNING BALANCE:     45,636.32
DEPOSITS/CREDITS:       14,119.07
CHECKS/DEBITS:             909.12
ENDING-BALANCE:         58,846.27

| DEPOSITS: | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|
| | 09/16 | 4,039.69 | 09/30 | 4,039.69 |
| | 10/13 | 2,000.00 | 10/14 | 4,039.69 |

| CREDITS: | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|

| CHECKS: | CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1110 | 09/22 | 571.00 | 1112 | 09/24 | 150.00 |

| DEBITS: | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|
| | 10/14 | 1.00 | CK IMG FEE | |
| | 10/14 | 187.12 | USAA P&C | PREMIUMPAY |

| BALANCE HISTORY: | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|
| | 09/16 | 49,676.01 | 09/22 | 49,105.01 |
| | 09/24 | 48,955.01 | 09/30 | 52,994.70 |
| | 10/13 | 54,994.70 | 10/14 | 58,846.27 |