UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

BONITA N. DONOVAN
    Debtor (s).

CASE NO.: 3:08-bk-02133-JAF
CHAPTER 11

## ORDER APPROVING REQUEST
## FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE

This case is before the Court upon Final Application for Compensation and Request for Administrative Expense pursuant to 11 U.S.C. §§ 330(a); 503(b)(2) and Fed.R.Bankr.P.2016, by the attorney for the Debtor in Possession. It is

**ORDERED**

The Final Application is approved and the attorney for the Debtor in Possession is allowed an Administrative Expense for Attorney fees and costs in the amount of $10,560.00 ($4,560.00 plus $6,000.00 retainer previously paid for fees and costs).

Dated this 13 day of November, 2009 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

cc:
Bryan K. Mickler
United States Trustee
all interested parties