UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 08-02133-JAF
CHAPTER 11 CASE

IN RE:

BONITA NIX DONOVAN *AKA*
BONNIE N. DONOVAN

Debtor.
_____/

RULE 4001(d) NOTICE AND MOTION FOR APPROVAL OF STIPULATION TO ADEQUATE PROTECTION BETWEEN BONITA NIX DONOVAN AND BANK OF AMERICA, N.A.

Pursuant to Local Rule 2002-4, The Court will consider this matter without further notice or hearing unless a party in interest files an objection within (15) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 300 N. Hogan Street, Suite 3-350, Jacksonville, FL 32202 and serve a copy on the movant's attorney: Scott Weiss, Esq., 1800 North West 49th Street – Suite#120, Ft. Lauderdale, FL 33309.

If you file and serve an appropriate response within the time permitted, Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Movant, **BANK OF AMERICA, N.A.** and **BONITA NIX DONOVAN** (Debtor) give notice pursuant to Rule 4001(d), Federal Rules of Bankruptcy Procedure, of the attached stipulation providing adequate protection on to the secured creditor.

I **HEREBY CERTIFY** that a true and correct copy of foregoing Rule 4001(d) Notice and Motion along with a copy of the Stipulation for Adequate Protection was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid **and/or electronic mail** this 15 day of October, 2009:

By: /s/ Scott R. Weiss
Scott R. Weiss, Esq.
Florida Bar No: 710910

**Mailing List:**

**BONITA NIX DONOVAN**
800 FLA. BLVD.
NEPTUNE BEACH, FL 32266

*U.S. TRUSTEE*
**UNITED STATES TRUSTEE - JAX**
135 W. CENTRAL BLVD, SUITE 620
ORLANDO, FL 32801

**ALBERT H. MICKLER**
5452 ARLINGTON EXPRESSWAY
JACKSONVILLE, FL 32211

**BRYAN K. MICKLER**
5452 ARLINGTON EXPRESSWAY
JACKSONVILLE, FL 32211

**ELENA L ESCAMILLA**
135 W CENTRAL BLVD., SUITE 620
ORLANDO, FL 32806

**JILL E KELSO**
UNITED STATES TRUSTEE
135 WEST CENTRAL BOULEVARD SUITE 620
ORLANDO, FL 32801

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 08-02133-JAF
CHAPTER 11 CASE

IN RE:

BONITA NIX DONOVAN *AKA*
BONNIE N. DONOVAN

Debtor.
_____/

**STIPULATION FOR ADEQUATE PROTECTION BONITA NIX DONOVAN AND BANK OF AMERICA, N.A.**

Secured Creditor, **BANK OF AMERICA, N.A.**, by and through their undersigned counsel stipulate and agree as follows:

1. **BANK OF AMERICA, N.A.**, holds the mortgage on property located at: 135 N 20th Avenue, Jacksonville Beach, Fl 32250. See attached Exhibit A.

2. The Debtor(s) agree to make the regular monthly payments of $2,140.40 for Principal and Interest.

3. The Debtor(s) shall make these payments on or before October 1, 2009 and continue to make each payment monthly by the 15th of each month and monthly thereafter. The payments will be made to **BANK OF AMERICA, N.A**, 475 Crosspoint Parkway PO Box 9000 Getzville, NY 14068.

4. The debtor(s) shall be in default under this Order if he fails to make any interim payments not excused by Court order and does not cure such default within ten (10) days.

5. An order shall be entered lifting the automatic stay as to **BANK OF AMERICA, N.A.**, unless the Debtor(s) have responded with a counter-affidavit or unsown declaration under penalty of perjury to the effect that the most recently due payment was actually made not later than ten (10) days after its due date or within twenty-four hours of the telephonic notice. No other form of responses shall be entertained.

6. The above represents the full stipulation of the parties.

_____
Scott R. Weiss, Esq.
Florida Bar No: 710910
Law Office of Marshall C. Watson, Esq.
1800 NW 49th St., Ste 120
Ft. Lauderdale, Fl 33309
(954) 331-6306 / 954-689-3517 fax

_____
Albert H. Mickler, Esq.
Florida Bar No: 168960
5452 Arlington Expressway
(904) 725-0822 / (904) 725-0855 fax
Attorney for Debtors