UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: BONITA NIX DONOVAN

CASE NO.: 3:08-bk-02133-JAF

Debtor.

Individual Case

_____/

ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. § 1129(B)
(CLASS 10 UNSECURED CREDITORS)

This Case was before the Court upon the Motion Pursuant to 11 U.S.C. § 1129(b) of the Debtor. The treatment in Class Ten (10) (unsecured creditors) was modified to provide for the Debtor to: 1) pay 10% of the balance of her operating and business accounts to the unsecured creditors on a pro-rata basis within 30 days of the date of this Order; 2) pay 10% of the balance of the operating and business accounts to the unsecured creditors once a year on the same date until the case is discharged by the Court; 3) pay $1,000.00 per quarter as disposable income on a pro-rata basis to the unsecured creditors as set forth in paragraph three (3) of the Confirmation Order; 4) in the event the Debtor sells or refinances any of her properties, and such sale or refinance results in a profit, then the Debtor shall distribute to the unsecured creditors such profit within thirty (30) days of closing; 5) provide the United States Trustee with copies of all refinancing and/or sale closing documents for any property sold during the applicable commitment period; 6) pay to the unsecured creditors all tax refunds received within the 60 months after the Effective Date; and 7) file tax returns with the Bankruptcy Court for the 60 months after the Effective Date as set forth in paragraph seven (7) of the Confirmation Order.

Upon the evidence presented at a hearing and in light of the modification to Class Ten in the Plan, the Court finds that the plan is fair and equitable and does not discriminate against the creditors in Class Ten as an impaired class. Additionally, the Court finds that the Plan proposed

that each holder of an unsecured claim shall receive the debtor's projected disposable *income* during the next 5 years pursuant to 11 U.S.C. § 1129(a)(15). Accordingly, it is

**ORDERED THAT** the Motion pursuant to 11 U.S.C. § 1129(b)(2)(B) is **Granted**.

Dated this 23 day of November, 2009 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

U.S Trustee

Bryan K. Mickler, Attorney for Debtor

all interested parties