UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

BONITA N. DONOVAN,

    Debtor.

CASE NO. 3:08-bk-2133

Chapter 11

## COUNTRYWIDE HOME LOANS, INC.'S
## MOTION FOR RECONSIDERATION AND/OR CLARIFICATION

Secured creditor, COUNTRYWIDE HOME LOANS, INC. through its servicer BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (hereinafter "COUNTRYWIDE") and Requests Clarification and alternatively Reconsideration of the Order Confirming Chapter 11 Plan (the "Confirmation Order"), [DE-167] and states:

1. COUNTRYWIDE is a secured creditor referenced as the mortgage holder on two pieces of real property owned by the Debtor, *i.e.* 800 Florida Blvd, Neptune Beach, Florida (referenced in class two of the Debtor's Plan) and 150 Pantano Cay Blvd, St Augustine, Florida (referenced in class three of the Debtor's Plan).

2. At the confirmation hearing, it was announced and agreed that COUNTRYWIDE would be granted stay relief as to the 800 Florida property effective as of the date of the order and the order would provide for same, however, the language wasn't included.

3. With respect to the 150 Pantano property, the payment referenced in the schedule attached to the Confirmation Order indicates that COUNTRYWIDE would be paid $1,858.61 in principal in interest plus $368.33 tax/escrow for a total payment of

$2,226.94.

4. While the $1,858.61 accurately reflects the 6% interest amortized over 360 months on a $310,000.00 principal balance, the tax/escrow component lacks clarity in that it would only provide for taxes for the immediate tax year in an amount that will not provide for payment of taxes which are currently due or about to be paid. Additionally, COUNTRYWIDE seeks clarification of whether the property insurance is being paid.

**WHEREFORE** COUNTRYWIDE respectfully requests a clarification of the confirmed terms/provisions set forth herein and alternatively reconsideration or such further relief deemed appropriate.

> **ADORNO & YOSS LLP**
> P.O. Box 143107
> **Miami, FL 33114-3107**
> Telephone: (305) 460-1000
> Fax: (305) 460-1421
>
> **/s/ Gregg S. Ahrens**
> Gregg S. Ahrens
> Florida Bar No. 352837

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by regular and/or electronic mail this 30 day of November, 2009 to: Bonita Nix Donovan, 800 Fla. Blvd., Neptune Beach, FL 32266; Bryan K. Mickler, 5452 Arlington Expressway, Jacksonville, Fl 32211; Elena L. Escamilla, Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32806; Jill E. Kelso, Trustee, United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; United States Trustee – Jax, 11, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

> /s/ Gregg S. Ahrens
> Gregg S. Ahrens