UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                   Case No. 3:08−bk−02133−JAF
                                                                                 Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan

       Debtor(s)       /

NOTICE OF PRELIMINARY HEARING

     NOTICE IS GIVEN that a preliminary hearing in this case will be held in 4th Floor Courtroom D, 300 North Hogan Street, Jacksonville, Florida, on January 4, 2010 at 3:00 p.m. , to consider and act upon the following matter:

Motion for Reconsideration and/or Clarification of the Order Confirming chapter 11 Plan filed by Countrywide Home Loans, Inc

   and transact such other business as may properly come before the hearing.

  1. The hearing may be continued upon announcement made in open Court without further notice.

  2. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

  3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

  Dated December 1, 2009.

                                       Lee Ann Bennett, Clerk of Court
                                       300 North Hogan Street Suite 3−350
                                       Jacksonville, FL 32202

   Copies furnished to:
   Debtor
   Debtor(s)' Attorney
   Trustee
   US Trustee
   1007−d Parties of Interest