**Form 210A (10/06)**

# United States Bankruptcy Court
## Middle District of Florida

In Re: **Bonita Donovan**  Case No **08-02133**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced bin this evidence and notice.

| **BAC Home Loans Servicing, L.P** | **Bank of America, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices should be sent:

Court Claim # (if known): ____1____
Amount of Claim: ____$385115.61____

**BAC Home Loans Servicing, L.P**
**7105 Corporate Drive**
**Plano, Texas 75024**

Phone: **1-800-669-5224**        Phone: **1-800-285-6000**
Last Four Digits of Acct#: ____4208____    Last Four Digits of Acct. # ____5627____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____**/s/Jeffrey A. Hoyt**_____ Date: **12/2/2009**
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**Form 210A (10/06)**

# United States Bankruptcy Court
## Middle District of Florida

In Re: **Bonita Donovan**  Case No **08-02133**

## NOTICE OF TRANSFER OF CLIAM OTHER THA FOR SECURITY

Claim No 1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/2/2009(date).

| | |
|---|---|
| **BAC Home Loans Servicing, L.P.** | **Bank of America, N.A.** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferee: | Address of Transferor: |
| **7105 Corporate Drive** | **Bank of America, N.A.** |
| **Plano, Texas 75024** | **475 Crosspoint Parkway** |
| | **Getzville, NY 14068** |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571