[3507] [Notice to Transferor]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:08−bk−02133−JAF
Chapter 11

Bonita Nix Donovan
aka Bonnie N. Donovan

_____Debtor(s)_____/

NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM

Pursuant to Rule 3001(e)(2) of the Fed. R. Bank. P., you are advised that there has been filed in this office a transfer to BAC Home Loans Servicing, L.P. for claim number 1 in the sum of $385,115.61 filed by Bank of America, N.A..

If no objections are entered by you on or before December 28, 2009, BAC Home Loans Servicing, L.P. shall be substituted as original claimant without further notice or hearing.

Dated December 3, 2009.

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

Copies furnished to:
Transferor
Transferee